UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):   **Early Warning Services, LLC , ;** | **Defendant**(s):  **Warren Vurl Johnson , ; Brandon O'Loughlin , ; P.A.Z.E., LLC , ;** |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Erick Durlach ,** | , |
| Kilpatrick Townsend & Stockton LLP | |
| 6909 E. Greenway Parkway, Suite 100 | |
| Scottsdale, Arizona  85254 | , |
| 602.726.7310 | |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

II. Basis of Jurisdiction: **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties **(Diversity Cases Only)**

Plaintiff:-    **N/A**

Defendant:-    **N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **840 Trademark**

VI.Cause of Action:    **Against all Defendants: Misappropriation of trade secrets under the Defend Trade Secrets Act of 2016, 18 U.S.C. § 1836, and the Arizona Uniform Trade Secrets Act, A.R.S. § 44-401 et seq.; unjust enrichment under Arizona law; and declaration of noninfringement of an unregistered mark under the Federal Declaratory Judgment Act, 28 U.S.C. § 2201(a), the Lanham Act, 15 U.S.C. § 1125(a), and Arizona common law. Against Defendant Johnson: Breach of fiduciary duty and breach of contract under Arizona law. Against Defendant O'Loughlin: Cybersquatting Under the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).**

VII. Requested in Complaint

Class Action:    **No**

Dollar Demand:

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>/s/Erick Durlach</u>

     **Date:** <u>06/28/2024</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014