# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services LLC, | No. CV-24-01587-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Warren Vurl Johnson, et al., | |
| Defendants. | |

The Court having considered Defendant's Motion for an Extension of Time to Answer (Doc. 14) and for good cause shown,

**IT IS HEREBY ORDERED** the Motion is GRANTED.

**IT IS FURTHER ORDERED** Defendant shall have an additional sixty (60) days from the current deadline to file their answer to Plaintiff's Complaint. Defendant's answer is due on or before **September 19, 2024**.

The Court has also considered Motion to Allow Electronic Filing by a Party Appearing without an Attorney and Supporting Information (Doc. 15).

**IT IS ORDERED** granting Defendant's Motion

**IT IS FURTHER ORDERED** that Defendant is required to comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, have access to the required equipment and software, have a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit

1  documents to the court in .pdf format, complete the form to register as a user with the
2  Clerk's Office within five days of the date of this Order, register as a subscriber to
3  PACER (Public Access to Electronic Records) within five days of the date of this Order
4  and comply with the privacy policy of the Judicial Conference of the United States and
5  the E-Government Act of 2002.  Any misuse of the ECF system will result in immediate
6  discontinuation of this privilege and disabling of the password assigned to the party.

Dated this 24th day of July, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge