# TABLE OF EXHIBITS FOR WARREN'S DECLARATION

| | |
|---|---|
| Exhibit 1 | GED certificate from high school. |
| Exhibit 2 | List of Mesa High Class of 1999 graduates, including manipulated entries. |
| Exhibit 3 | Data elements in Warren's indexes and their origin or reason. |
| Exhibit 4 | Original email from Warren Johnson sending index templates to EWS. |
| Exhibit 5 | Email from Warren Johnson to Ms. Cheney recollecting termination conversation. |
| Exhibit 6 | HR and Ms. Cheney messages w/ Warren on day of termination. |
| Exhibit 7 | Warren's Mid-Year Showing Goals and Comments from Ms. Cheney. |
| Exhibit 8 | Whiteboard drawing of Architecture for a SharePoint site for IP data accessibility. |
| Exhibit 9 | Warren's Executed IP and Confidentiality Agreement |
| Exhibit 10 | Email Chain With Ms. Cheney Regarding Warren's Requested Grecia Bonus |
| Exhibit 11 | Metadata indicating authorship of EWS's allegedly trade secret indexes. |
| Exhibit 12 | Performance Reviews for Warren Johnson from Ms. Cheney |

# EXHIBIT 1

**VERIFIED OFFICIAL GED® TRANSCRIPT IN PDF FORMAT ONLY**



# OFFICIAL GED® TRANSCRIPT

Issued under the auspices of GED Testing Service as of **07/30/2024**

*Christopher "CT" Hemingway-Turner*
Vice President

## CANDIDATE INFORMATION

| | | |
|---|---|---|
| **LAST NAME:** JOHNSON | **FIRST NAME:** WARREN | **MIDDLE:** V |
| **ADDRESS:** 1490 Delphic Way | **ADDRESS2:** | |
| **CITY:** Pocatello | **STATE:** ID  **POSTAL CODE:** 83201 | **COUNTRY:** US |
| **ID NUMBER:** 2530104 | **DATE OF BIRTH:** 10/10/1980 | **PHONE:** |
| **TESTING JURISDICTION:** Idaho | **PASS DATE:** 02/17/1999 | |

Click on a test subject area or performance level for more detailed information

## TEST RESULTS

| | DATE | TEST FORM | SCORE* | STATUS | PERCENTILE RANK |
|---|---|---|---|---|---|
| Language Arts, Reading | 02/17/1999 | AK | 53 | PASS | 68 |
| Social Studies | 02/17/1999 | AK | 60 | PASS | 87 |
| Language Arts, Writing | 02/16/1999 | AK | 57 | PASS | 79 |
| Science | 02/16/1999 | AK | 62 | PASS | 90 |
| Mathematics | 02/17/1999 | AK | 66 | PASS | 89 |

| | | | |
|---|---|---|---|
| Score Total | 298 | Overall | |
| Battery Average | 60 | PASS | |

To learn more about score scales and content descriptions please visit www.GED.com/score_scale

## Order Additional transcripts from www.GED.com/life_after_ged/

Official transcript issued under the auspices of GED Testing Service.
GED® and GED Testing Service® are registered trademarks of the American Council on Education.
They may not be used or reproduced without the express written permission of ACE or GED Testing Service.
The GED® and GED Testing Service® brands are administered by GED Testing Service LLC under license from the American Council on Education.

Copyright ©2020 GED Testing Service LLC. All rights reserved.

# **EXHIBIT 2**

# Old Friends

Connecting Classmates & Other Friends

## Mesa High School

**Share** 0                                    Mesa, AZ                          CHANGE SCHOOL

### A LIFETIME MEMBERSHIP IS ONLY A SINGLE ONE-TIME PAYMENT OF $3.00
Members are free from ads!    JOIN

CLOSE

## HOW DO WE COMPARE?

| Website | Revenue Model | Cost Per Month | Cost Per Year |
|---|---|---|---|
| **Old-Friends.co** | **Memberships** | **$0** | **$0** |
| | Affordable, full-featured, clean layout. **1.7 million US &** | | |
| Classmates.com | Ads & Subscriptions | $2-3/mo (3 mo min) | $24-$36 |
| **Numerous complaints** of trickery to get members to renew subscriptions, complaints of continued charges after subscriptions canceled. Confusing layout and navigation, lots of ads. Lots of | | | |
| AlumniClass.com | Donations | n/a | n/a |
| Standard features, but **forced to register BEFORE** you can see what they have for your class. Can only see | | | |
| ClassCreator.com | Ads or Sponsorships and Donations | $0-$26 | **$0-$270** |
| | Full featured, but flawed revenue model. **Many** | | |
| ClassReport.org | Sponsorships | $0-$7.50 | $0-$90 |
| | Good reputation, but stagnant, dated layout, hard to navigate. **Many** | | |
| E-Yearbook.com | Subscriptions | $10/2 | $20 |
| AllHighSchools.com High-Schools.com HighSchoolReconnect.com HighSchoolNetwork.net | n/a | n/a | n/a |
| | These are primarily affiliates of | | |

### Class Ring Lost & Found

### Yearbooks

### Reunions

### Online Reunions

### Spirit Points
## 17 pts

Westwood (21 pts) has challenged to see who can get the most Spirit Points



(None yet)
**REPORT RING AS LOST OR FOUND**



No yearbook pages uploaded yet. Use your smartphone to...

**UPLOAD YEARBOOK PAGES**



2024 (no details yet)

**REPORT DETAILS** **RSVP NOW!**



Next reunion in 0 days
**RSVP NOW!**

A

N ABO



# Home of the Jackrabbits!



ADD NOTE



## TEACHING STAFF (all years)                ADD A TEACHER

- Alber, Katrina (Science)
- Andelora, Amy (English)
- Arnette, J (Languages)
- Barker, L (English)
- Barnett, K (English)
- Baser, Mike (History)
- Bergen, R
- Bertolet, Debbie
- Blondis, Tracy (Math)

- Grimes, Amanda (Biology)
- Grogan, Diane (English)
- Hagen, K (Performing Arts)
- Hagen, T.j. (Biology)
- Hatch, Kirk (Science)
- Hogen, C (Home Economics)
- Hogue, G
- Hollingsworth, S (Science)
- Hunsaker, S (Counselor)

- Pierce, Mark (Math
- Priem, Ray (Scienc
- Radamacher, K (Fr
- Ramos, Steve (Edu
- Roberts, Gareth (S
- Root, Jess (Langua
- Rozsa, (Math)
- Shea, John (Social
- Simonson, Yan (Bi

### 1998        # CLASS OF 1999        ### 2000

**ADD MISSING NAMES**     **OTHER YEARS**     **ADD MY NAME TO THIS CLASS!**     **BECOME A MEMBER**



= Send message        = Post remembrance    ADD ME TO THIS CLASS!    Log in to view available classmate details



| | | |
|---|---|---|
| 1 msg | Brandon Ackert | VIEW |
| | Matthew Adair | VIEW |
| | Sam Adams | VIEW |
| | Saraya Adkins | VIEW |
| | Tim Ahlman | VIEW |
| 1 msg | Joseph Alan | VIEW |
| 1 msg | Joel Albrecht | VIEW |
| | Julean Alexander | VIEW |
| | Kimberly Allen | VIEW |
| 1 msg | Noelle Allred | VIEW |
| | Alyssa Alls | VIEW |
| | Pam Alquist | VIEW |
| | Mary Anderson | VIEW |
| 1 msg | Julean Archambault | VIEW |
| | Brian Archer | VIEW |

| | | |
|---|---|---|
| | Keddi Kerby | VIEW |
| 1 msg | Becky Kinsey | VIEW |
| | Jason Kissling | VIEW |
| 2 msgs | Michelle Kohler | |
| | Sarah Krall | |
| 1 msg | Cassandra Kraus | |
| | Lisa Krause | |
| 1 msg | Mindi Lamoreaux | |
| | Densie Lawyer | |
| | Elizabeth Lenoir | |
| 1 msg | Katie Boyles Lent | |
| | Kira Lesueur | |
| 2 msgs | Ashley Lewis | |
| | Marchelle Linebaugh | |
| | Amanda Lobdell | VIEW |

| | | | | | |
|---|---|---|---|---|---|
| Dustie Arrington | SEND MSG | VIEW | Lisa Long | SEND MSG | VIEW |
| Bilbo Baggins | SEND MSG | VIEW | Richard Long | SEND MSG | VIEW |
| 1 msg  Brock Baglee | SEND MSG | VIEW | Mike Loop | SEND MSG | VIEW |
| David Baker | SEND MSG | VIEW | 1 msg  Arely Lopez | SEND MSG | VIEW |
| 2 msgs  Justin Baker | SEND MSG | VIEW | 1 msg  Rosalinda Lopez | SEND MSG | VIEW |

= Send message    = Post remembrance    ADD ME TO THIS CLASS!    Log in to view available classmate details



| | | | | | |
|---|---|---|---|---|---|
| Diane Bales | SEND MSG | VIEW | Rosie Lopez | | |
| 1 msg  Shawn Ballard | SEND MSG | VIEW | Erika Lorenc | | |
| Chris Ball | SEND MSG | VIEW | James Lucas | | |
| Melissa Ball | SEND MSG | VIEW | 1 msg  Marissa Luna | | |
| Dustin Barber | SEND MSG | VIEW | Justin Lund | | |
| 2 msgs  Matt Barr | SEND MSG | VIEW | 1 msg  Tami Maddix | | |
| Sam Bartlow | SEND MSG | VIEW | Steven Madril | | |
| Jessica Bassett | SEND MSG | VIEW | 2 msgs  Becki Madsen | | |
| 1 msg  Angie Bates | SEND MSG | VIEW | Rebecca Madsen | MSG | VIEW |
| Tyler Baumgartner | SEND MSG | VIEW | Deon Maez | SEND MSG | VIEW |



| | | | | |
|---|---|---|---|---|
| 2 msgs Jeremy Bays | SEND MSG | VIEW | Adam Maire ( d. Dec 18, 2018 [unverified]) * | VIEW |
| Michele Beach | SEND MSG | VIEW | 1 msg Rafael Maldonado | VIEW |
| 1 msg Basil Bercha | SEND MSG | VIEW | Justin Marshall | VIEW |
| Faustino Betancourt | SEND MSG | VIEW | Cynthia Martinez | VIEW |
| 1 msg Jim Bigsby | SEND MSG | VIEW | 1 msg Sandra Martinez | VIEW |
| Kimberly Binkley | SEND MSG | VIEW | Stella Martinez | VIEW |
| 2 msgs Tracie Blair | SEND MSG | VIEW | Valerie Martinez | VIEW |
| Tara Blumer | SEND MSG | VIEW | 2 msgs Kate Massy | |
| Susanna Boggs | SEND MSG | VIEW | Alyssa Mcclellan | |
| 1 msg Kimberly Book | SEND MSG | VIEW | Heidi McCoy | |

SEND MSG = Send message    = Post remembrance    **ADD ME TO THIS CLASS!**    Log in to view availabl

| | | | | |
|---|---|---|---|---|
| Carrie Bowman | SEND MSG | VIEW | 1 msg Dannielleand Mcdevitt | |
| 2 msgs Jordan Boyd | SEND MSG | VIEW | Jeffrey "Jeff" McKane | |
| Katie Boyles | SEND MSG | VIEW | 1 msg Steph Mclinion | |
| Jennifer Brees | SEND MSG | VIEW | 1 msg Toney McWilliams | VIEW |
| 1 msg Elizabeth Brenner | SEND MSG | VIEW | 1 msg Tony Mcwilliams | VIEW |

| | | |
|---|---|---|
| 1 msg | Rohndia Bretz | SEND MSG — VIEW |
| | Mindy Brewes | SEND MSG — VIEW |
| | David Brimhall | SEND MSG — VIEW |
| | Matt Brinton | SEND MSG — VIEW |
| 2 msgs | Melissa Broshears | SEND MSG — VIEW |
| | Alicia Brown | SEND MSG — VIEW |
| | Bobby Brown | SEND MSG — VIEW |
| 1 msg | Mandy Brown | SEND MSG — VIEW |
| | Renee' "Renee" Brown | SEND MSG — VIEW |
| | Brandi Bryant | SEND MSG — VIEW |
| | Amber Buckwalter | SEND MSG — VIEW |
| 1 msg | Jerold Burbank | SEND MSG — VIEW |
| | Cyndie Butler | SEND MSG — VIEW |
| 2 msgs | Keith Buzuleciu | SEND MSG — VIEW |
| | Jerry Byerman | SEND MSG — VIEW |

| | | |
|---|---|---|
| | Julie Meadows | SEND MSG — VIEW |
| 2 msgs | Brandi Melancon | SEND MSG — VIEW |
| | Tammy Mendez | SEND MSG — VIEW |
| 1 msg | Breena Meng | SEND MSG — VIEW |
| | Jim Michie | SEND MSG — VIEW |
| 2 msgs | Sarah Miller | SEND MSG — VIEW |
| | Layla Montes | SEND MSG — VIEW |
| | Jeff Montgomery | SEND |
| | Kary Mony | |
| | Sarah Morales | |
| 1 msg | Chance Morby | |
| | Veronica Moreno | |
| 2 msgs | Jason Moreta | |
| 1 msg | William Moser | |
| | Tiffany Mowery | |

SEND MSG = Send message     = Post remembrance     ADD ME TO THIS CLASS!     Log in to view availab

| Name | | Name | |
|---|---|---|---|
| 1 msg  Yvette Cano | VIEW | 1 msg  Lisa Munoz | VIEW |
| 1 msg  Beau Carhill | VIEW | Heather Myers | VIEW |
| Adrianna Rosales Carnes | VIEW | 2 msgs  April Natzke | VIEW |
| Floyd Carns | VIEW | Bonita Newell | VIEW |
| Brittani Carroll | VIEW | Alicia Nicley | VIEW |
| 1 msg  Mathew Carter | VIEW | Kathie O'Leary | VIEW |
| 1 msg  Tammy Carter | VIEW | 1 msg  Brandon O'Loughlin | VIEW |
| Michael Cason | VIEW | 1 msg  Darlene Occimio | |
| Sara Castillo | VIEW | Breanne Olinski | |
| Breanne Chapman | VIEW | 2 msgs  Gerald "Jerry" Olinski | |
| David Chapman | VIEW | 1 msg  Davel Oneal | |
| Justin Chappell | VIEW | Marissa J Orme | |
| 1 msg  Mary Chatman | VIEW | Alicia Ortega | |
| Kelley Chavez | VIEW | Kim Ortega | |
| 1 msg  Todd Childress | VIEW | 1 msg  Lesieli Ouellette | |
| Cory Chiles | VIEW | Robert Padilla | |
| 1 msg  Marco Chimbo | VIEW | Tasha Palmer | |
| Katie Christensen | VIEW | 2 msgs  Carly Parent | |
| 1 msg  Michelle Clark | VIEW | Tiffanie Patrick | VIEW |
| Nichole Cloud | VIEW | G Patterson | VIEW |



= Send message     = Post remembrance     ADD ME TO THIS CLASS!     Log in to view available classmate details



| | |
|---|---|
| 2 msgs  **Emilie Cluff** | 1 msg  **David Pennington** |
| **Christina Cockrell** | **Michael Perea** |
| 1 msg  **Camille Coffey** | 1 msg  **Emily Perez** |
| **Neil Cokeley** | **Sarah Perkins** |
| 1 msg  **Leslie Cole** | **Andrew Petersen** |
| **Lindsey Connors** | 2 msgs  **Christopher "Chris" Pfeifer** |
| **Tessy Consentino** | **Tom Pham** |
| 2 msgs  **Brad N Courtney Cooley** | **Veronica Plascencia-Vasquez** |
| **Allie Coons** | **Dansie Pontarelli** |
| **Brian Cooper** | 3 msgs  **Schanell Pope** |
| **Jordan Corbisier** | **Karie Porter** |
| 1 msg  **Cecilia Coronado** | **Rebecca Porter** |
| **Enrique Cortez** | 1 msg  **Megan Price** |
| 2 msgs  **Jonathan Crane** | 1 msg  **Kristine Priedigkeit** |
| **Justin Csader** | **Robert Propst** |

| | | | |
|---|---|---|---|
| Jeremy Cupryk | SEND MSG | VIEW | |
| Kristi Curtis | SEND MSG | VIEW | |
| 1 msg Scott Curtis | SEND MSG | VIEW | |
| Waylon Dana | SEND MSG | VIEW | |
| 1 msg Jenny Daniel | SEND MSG | VIEW | |

| | | | |
|---|---|---|---|
| 1 msg Yesenia Quintero | SEND MSG | VIEW | |
| Noemi Ramirez | SEND MSG | VIEW | |
| Brandon Reed | SEND MSG | VIEW | |
| 1 msg Joanne Retzlaff | SEND MSG | VIEW | |
| Jim Salty Richardson | SEND MSG | VIEW | |

SEND MSG = Send message    🟠 = Post remembrance    ADD ME TO THIS CLASS!    Log in to view available classmate details



Your path to exclusive banking starts here.



| | | | |
|---|---|---|---|
| Serenity Danner | SEND MSG | VIEW | |
| 1 msg Jesse Davis | SEND MSG | VIEW | |
| Allison Delaney | SEND MSG | VIEW | |
| Jason Dempsey | SEND MSG | VIEW | |
| Angela Dentandt | SEND MSG | VIEW | |
| 1 msg Joanna Denton | SEND MSG | VIEW | |
| Constance Diaz | SEND MSG | VIEW | |
| 2 msgs Jeff Dilbeck | SEND MSG | VIEW | |
| Kara Doll | SEND MSG | VIEW | |
| Alyssa Donaldson | SEND MSG | VIEW | |

| | | | |
|---|---|---|---|
| Ryan Richardson | | | |
| Trevor Riggs | | | |
| 1 msg James Roberts | | | |
| 1 msg John Roberts | | | |
| Jennifer Robertson | | | |
| Mauricio Rodrigez | | | |
| 2 msgs Miguel Rodriguez | | | |
| 1 msg Mimi Rodriguez | | | |
| Aileen Rogers | MSG | VIEW | |
| Brent Roit | SEND MSG | VIEW | |



| | | | | |
|---|---|---|---|---|
| **Adam Dragoon** ( d. Dec 7, 2020 [unverified]) * | VIEW | | **Carmen Rojo** | VIEW |
| 1 msg **Denisse Duron** | VIEW | | **Candace Roller** | VIEW |
| 1 msg **Thomas Edwards** | VIEW | | 1 msg **Megan Romero** | VIEW |
| **Katie Elliott** | VIEW | | 1 msg **Michael Root** | VIEW |
| **Shauna Ellison** | VIEW | | **Eddie Rosalez** | VIEW |
| **Nichole Emerson** | VIEW | | **Dale Roush** | VIEW |
| **Adrian Enriquez** | VIEW | | 1 msg **Joan Rubio** | VIEW |
| 1 msg **Jennifer Enriquez** | VIEW | | **Trishia Ruggles** | |
| **Guadalupe Escatel** | VIEW | | **Angela Ruiz** | |
| 1 msg **Greg Jr Estrada** | VIEW | | **Dominic Ruiz** | |

= Send message    = Post remembrance    ADD ME TO THIS CLASS!    Log in to view availab

**Your path** to exclusive banking **starts here.**

| | | | | |
|---|---|---|---|---|
| 2 msgs **Carrie Evans** | VIEW | | 1 msg **Chelsea Russell** | |
| **Lorena Everhart** | VIEW | | 1 msg **Adriana Saiz** | |
| **Lila Ewald** | VIEW | | **Katy Salata** | |
| **Amber Fabbrini** | VIEW | | 2 msgs **Jessica Salloum** | VIEW |
| **Pablo Fernandez** | VIEW | | **Christopher Sanchez** | VIEW |

| 1 msg | Richard Field | SEND MSG | VIEW | | 1 msg | Shari Santos | SEND MSG | VIEW |
| | Katherine Filipow | SEND MSG | VIEW | | | Sarah Schimel | SEND MSG | VIEW |
| 1 msg | Katrina Filipow | SEND MSG | VIEW | | | Angel Schneider | SEND MSG | VIEW |
| | Brett Flaherty | SEND MSG | VIEW | | 1 msg | Alex Secor | SEND MSG | VIEW |
| | Julie Forkenbrock | SEND MSG | VIEW | | | Lynn Shepard | SEND MSG | VIEW |
| 1 msg | Tara Fort | SEND MSG | VIEW | | | Trevor Shepherd | SEND MSG | VIEW |
| | Steve Franke | SEND MSG | VIEW | | 1 msg | Adrienne Sheppard | SEND MSG | VIEW |
| | Peter Fratus | SEND MSG | VIEW | | 1 msg | Tanner Sherwood | SEND |
| | Lisa Frazee | SEND MSG | VIEW | | | Adam Shields ( d. Dec 5, 2019 [unverified]) * | |
| 1 msg | Bill Fred | SEND MSG | VIEW | | | Stuart Skinner | |
| | Eric Frederick | SEND MSG | VIEW | | 1 msg | Shalice Skousen | |
| 1 msg | Marc Gallaugher | SEND MSG | VIEW | | 2 msgs | Allie Smith | |
| 1 msg | Jesus Garcia | SEND MSG | VIEW | | | April Smith | |
| | Joe Garcia | SEND MSG | VIEW | | 1 msg | Becky Smith | |
| | Philip Garcia | SEND MSG | VIEW | | | Hunter Smith | |

SEND MSG = Send message    🟡 = Post remembrance    ADD ME TO THIS CLASS!    Log in to view availab

Your path to exclusive banking starts here.

Your path to exclusive banking starts here.

| Name | | | Name | | |
|---|---|---|---|---|---|
| Schevon Gardner | SEND MSG | VIEW | Jennifer "Jenifer" Smith | SEND MSG | VIEW |
| 1 msg Bonita Garma | SEND MSG | VIEW | Paul Smith | SEND MSG | VIEW |
| Dana Garvin | SEND MSG | VIEW | Stacy Smith | SEND MSG | VIEW |
| 1 msg Juan Garzon | SEND MSG | VIEW | Josh Smusz | SEND MSG | VIEW |
| Miriam Gaspar | SEND MSG | VIEW | Lindsay Soltis | SEND MSG | VIEW |
| 1 msg Brent Gerdes | SEND MSG | VIEW | Steve Spencer | SEND MSG | VIEW |
| Cameron Gillins | SEND MSG | VIEW | 1 msg Rustin Standage | SEND MSG | VIEW |
| Marisol Gilman | SEND MSG | VIEW | Lori Stanley | SEND | |
| 1 msg David Glik | SEND MSG | VIEW | 2 msgs Deanna Stones | | |
| 1 msg Jennifer Gomez | SEND MSG | VIEW | Jason Stout | | |
| Raymon Gomez | SEND MSG | VIEW | 1 msg Melissa Stradlig | | |
| Crystal Goodman | SEND MSG | VIEW | Candace Summers | | |
| 1 msg Kenneth Goodwyn | SEND MSG | VIEW | 1 msg Tina Swaney | | |
| Aubrey Gordon | SEND MSG | VIEW | 1 msg Joshua Talbott | | |
| Jessica Granier | SEND MSG | VIEW | Adam Taylor | | |
| 1 msg Heather Grant | SEND MSG | VIEW | Joyce Taylor | | |
| 1 msg Alyssa Green | SEND MSG | VIEW | Shiloh Thompson | | |
| 1 msg Bryan Green | SEND MSG | VIEW | 1 msg Tamara Thompson | | |
| Doug Green | SEND MSG | VIEW | 1 msg Bryce Thurber | MSG | VIEW |
| Kimberly Greene | SEND MSG | VIEW | Sam Torgerson | SEND MSG | VIEW |



SEND MSG = Send message    = Post remembrance    ADD ME TO THIS CLASS!    Log in to view available classmate details

Your path to exclusive banking starts here.

Your path to exclusive banking starts here.

| | | | | | |
|---|---|---|---|---|---|
| Gerrod Green | SEND MSG | VIEW | | Jacob Trevizo | SEND MSG | VIEW |
| Shaunna Green | SEND MSG | VIEW | 2 msgs | Marcos Trueba | SEND MSG | VIEW |
| Zach Grossman | SEND MSG | VIEW | | Donald J Trump | SEND |
| Miguel Guevara | SEND MSG | VIEW | | Jason Tucker | |
| 1 msg | Nancy Guillen | SEND MSG | VIEW | | Melissa Tullos | |
| Alicia Guzman | SEND MSG | VIEW | | Jenni Turley | |
| Jter Hagen | SEND MSG | VIEW | 1 msg | Scott Turley | |
| 1 msg 1 memory | Kori Hakes | SEND MSG | VIEW | | Leticia Ulloa | |
| 1 msg | Katherine Hall | SEND MSG | VIEW | | Darth Vadar | |
| Eric Hamidy | SEND MSG | VIEW | 1 msg | Esmeralda Valenzuela | |
| 1 msg | Jeremy Hammond | SEND MSG | VIEW | | Lindsay van Dam | |
| Charity Hardy | SEND MSG | VIEW | | Hannah Van Sciver | |
| 1 msg | Bradley Harless | SEND MSG | VIEW | | Kimberly Vander Wall Allison | |
| Mandy Harp | SEND MSG | VIEW | | Corinne Vantine | MSG | VIEW |
| 1 msg | Lafe Harris | SEND MSG | VIEW | | Jose Varela | SEND MSG | VIEW |

| | | | |
|---|---|---|---|
| 1 msg **Keder Headman** | SEND MSG / VIEW | 1 msg **Melissa Vazquez** | SEND MSG / VIEW |
| **Aaron Hentges** ( d. Sep 20, 2021 [unverified]) * | VIEW | 1 msg **Maria Vega** | SEND MSG / VIEW |
| **Marissa Heredia-Ramirez** | SEND MSG / VIEW | **Tiffaney Vernon** | SEND MSG / VIEW |
| **Reanna Hoeflein** | SEND MSG / VIEW | **Kari Vosika** | SEND MSG / VIEW |
| 1 msg **Erin Holliday** | SEND MSG / VIEW | **Amanda Wallace** | SEND MSG / VIEW |

= Send message    = Post remembrance    **ADD ME TO THIS CLASS!**    Log in to view available classmate details

**INTRODUCING:**

**Betterment** at Work    The first ever 401(k) match on student loans for small businesses.    LEA

Student Loan Management by Betterment at Work is provided in partnership with Spinwheel.

**Your path** to exclusive banking **starts here.**

| | | | |
|---|---|---|---|
| **Aurelie Hollis** | SEND MSG / VIEW | 2 msgs **Kimberly Vander Wall** | |
| 1 msg **A Holmes** | SEND MSG / VIEW | **Emily Ward** | |
| **Hillary Hopkins** | SEND MSG / VIEW | 1 msg **Mary Watson** | |
| **Heather Hughes** | SEND MSG / VIEW | **Cassie Weber** | |
| **Caroline Hulse** | SEND MSG / VIEW | **Warren-Never Went-Here-Johnson** | |
| 1 msg **Kristy Jamieson** | SEND MSG / VIEW | 2 msgs **Meghan Whaley** | |
| **Jeanette Johns** | SEND MSG / VIEW | **David Whatcott** | |
| **Warren-Was-I.N. Johnson-Idaho-In_1999** | SEND MSG / VIEW | 1 msg **Tanya Whetten** | |
| **Warren-Not-A-Very Johnson_reliable-Source** | SEND MSG / VIEW | **Christina Wieland** | MSG / VIEW |
| **Lanette Johnson** | SEND MSG / VIEW | **Mattiex Williams** | SEND MSG / VIEW |



| | | |
|---|---|---|
| Warren Johnson | SEND MSG | VIEW |
| 1 msg Derek Jones | SEND MSG | VIEW |
| E Jones | SEND MSG | VIEW |
| Emilie Jones | SEND MSG | VIEW |
| Erica Jones | SEND MSG | VIEW |
| Jeremiah Jones | SEND MSG | VIEW |
| 1 msg Kelly Jones | SEND MSG | VIEW |
| 1 msg Kimberly Jones | SEND MSG | VIEW |
| 2 msgs Billy Joseph | SEND MSG | VIEW |
| Fe' Judd | SEND MSG | VIEW |

| | | |
|---|---|---|
| 1 msg Nicole Williams | SEND MSG | VIEW |
| Porter Williams | SEND MSG | VIEW |
| Bob Willi | SEND MSG | VIEW |
| Lindsey Willis | SEND MSG | VIEW |
| 2 msgs Rebecca Willis | SEND MSG | VIEW |
| Cody Wilstead | SEND MSG | VIEW |
| 1 msg Paul Wittek | SEND MSG | VIEW |
| Rachelle Wright | SEND | |
| 1 msg Brooke Yavitz | | |
| 2 msgs Cherrie Young | | |

SEND MSG = Send message    = Post remembrance    ADD ME TO THIS CLASS!    Log in to view availab

Your path to exclusive banking starts here.

Betterment at Work    A 401(k) your employees can manage from their phones? About time.

Investing involves risk.

| | | |
|---|---|---|
| 1 msg Caroline Keller | SEND MSG | VIEW |
| Martha Kellis | SEND MSG | VIEW |
| 1 msg Julia Kelly | SEND MSG | VIEW |
| Jamie Kelsey | SEND MSG | VIEW |

| | |
|---|---|
| Michelle Zeigler | |
| 1 msg Kevin Zelinski | |
| Kevin Zeller | |

**About Us    Site Map    Terms of Use    Privacy    FAQs    How To...    Contact us**

Copyright © 2009-2024 BIRCHWOOD MEDIA, All Rights Reserved.

By providing an email address in the registration process you give us permission to contact you.
We send very few messages, and you can easily opt out.

### Some nearby schools

| | |
|---|---|
| Academy With Community Partners | Arizona Agribusiness & Equine Center - Red Mo |
| Arizona Career & Tech H.S. | Arizona Conservatory For Arts & Academics |
| Benjamin Franklin Academy | Casa De Mesa |
| Crossroads | Desert Ridge H.S. |
| Dobson H.S. | East Mesa Christian |
| East Valley Academy | East Valley H.S |
| East Valley Institute of Technology | East Valley Institute of Techn |
| East Valley Institute of Technology - Arcadia | East Valley Institute of Techn |
| East Valley Institute of Technology - Corona | East Valley Institute of Techn |
| East Valley Institute of Technology - Desert | East Valley Institute of Tech |
| East Valley Institute of Technology - Dobson | East Valley Institute of Techn |
| East Valley Institute of Technology - Hamilto | East Valley Institute of Tech |
| East Valley Institute of Technology - Marcos | East Valley Institute of Techn |
| East Valley Institute of Technology - Mesa H. | East Valley Institute of Technology - Mountai |

Old-Friends



# ADD NAME
## Mesa High School
## Class of `99

Return to class page

Missing name to be
added:

First Name

Last Name

Submit

You about to add a name to the class list of:
**class of `99, Mesa High School**

Names that you have added so far:
**Warren-Was-I.N. Johnson-Idaho-In_1999
Warren-Never Went-Here-Johnson
Donald J Trump
Darth Vadar**

**Main Services**

**Find Someone**

Add Name: Old-Friends

**Search for School**

**Class Lists**

**Send Messages**

**Report Deceased**

**Yearbooks**

**Teachers & Staff**

**Customer Service**

**Help Information**

**Contact Us**

**Other**

**Careers**

About Us          Site Map          Terms          Privacy          Contact Us

Copyright © 2010-2024 BIRCHWOOD MEDIA, All Rights Reserved.

# EXHIBIT 3

**Warren's Index Template Data to Provide Metrics and Insights Into the Intellectual Property Department and Projects. Left to Right: Trademark Index, Concept Brief Index, and Patent Index**

## TRADEMARK INDEX DATA

| Column Category | Type of Information |
|---|---|
| TM No. | Identifies where in SharePoint the relevent files can be located. |
| OC Ref. No. | Cross Reference |
| Country | Public |
| Mark | Public |
| (USPTO) STATUS | Public |
| (INTERNATIONAL) Class | Public |
| Application Type | Public |
| Registration No. | Public |
| Serial No. | Public |
| File Date | Public |
| Registration Date | Public |
| Type of Mark | Public |
| Product Line | Public |
| Goods and Services Descriptions | Public |
| NOTES | No Legal Conclusons, Cryptic Notes |
| Prior OC Ref. No. | Outside Counsel Reference Number |
| Filing Fee | Public |
| Attorney Fee | Legal Fees |
| Year Filed | Metric |
| Year Registered | Metric |
| Year&CC | Metric |
| Domestic | Metric |
| TM&Type | Metric |
| Attorney Fee | Metric |
| Product Line + Status | Metric |

## CONCEPT BRIEF INDEX DATA

| Column Category | Type of Information |
|---|---|
| IC No. | Identifies where in SharePoint the relevent files can be located. |
| Status | "In Process", "On Hold" , or "Closed" |
| Title | Title From Inventor |
| Received Date | Public |
| Contributor(s) | Public |
| Group | Product Line of Inventors |
| Reviewed Date | Date I.P. Reviewed |
| Notes | No Legal Conclusons, Cryptic Notes |
| Harvest Invention Disclosure | Public |
| ID No. | Cross Reference |
| Year Received | Metric |
| Month Received | Metric |
| Year Reviewed | Metric |
| Group & Year | Metric |
| Status & Year | Metric |
| Group, Status, & Year | Metric |
| Group, Year, & Month | Metric |

## PATENT INDEX DATA

| Column Category | Type of Information |
|---|---|
| KMC | Identifies where in SharePoint the relevent files can be located. |
| Status | "Closed", "In Process", "On Hold" |
| OC No. | OC Reference Number |
| OC | Public |
| Type | Public |
| To OC | Public |
| Appl. No. | Public |
| Filing Date | Public |
| Patent No. | Public |
| Grant Date | Public |
| Status Notes | No Legal Conclusons, Cryptic Notes |
| File to Pat | Metric |
| Filing Yr | Metric |
| Grant Yr | Metric |
| Type 1 & Filing Yr | Metric |
| Type 1 & Grant Yr | Metric |
| Filing cost | Metric |
| Correct error | Metric |

## SUMMARY TAB ON WARREN'S IP INDEX TEMPLATE

| STATUS | O (Other) | TOTAL |
|---|---|---|
| In Process | 0 | #REF! |
| On Hold | 0 | #REF! |

| PRIMARY | TOTAL |
|---|---|
| In Process | 0 |
| On Hold | 0 |
| Closed | 0 |

| IN PROCESS | TOTAL |
|---|---|
| Critical | 0 |
| Expedited | 0 |
| Priority | 0 |
| Standard | 0 |

### TOTAL MATTERS BY CATEGORY 1 AND YEAR STARTED

| CATEGORY | REF. | 2024 | 2025 |
|---|---|---|---|
| PATENT | PAT | 0 | 0 |
| TRADEMARK | TM | 0 | 0 |
| COPYRIGHT | C | 0 | 0 |
| DOMAIN NAME | DN | 0 | 0 |
| LICENSING | LIC | 0 | 0 |
| AGREEMENTS | A | 0 | 0 |
| INFRINGEMENT | INF | 0 | 0 |
| OTHER | O | 0 | 0 |
| TOTAL | | 0 | 0 |

### TOTAL MATTERS BY CATEGORY 2 AND YEAR STARTED

| CATEGORY | REF. | 2024 | 2025 |
|---|---|---|---|
| GENERAL | | 0 | 0 |
| MATTER | | 0 | 0 |
| MATTER | | 0 | 0 |
| MATTER | | 0 | 0 |
| MATTER | | 0 | 0 |
| TOTAL | TOTAL | 0 | 0 |

### WARREN TIME SPENT BY PRODUCT AND YEAR (PRIMARY/SECONDARY + CAT. 2 + YEAR)

| WVJ | 2023 | 2023 | 2025 | 2026 |
|---|---|---|---|---|
| GENERAL | 0 | 0 | 0 | 0 |
| MATTER | 0 | 0 | 0 | 0 |
| MATTER | 0 | 0 | 0 | 0 |
| MATTER | 0 | 0 | 0 | 0 |
| MATTER | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 |

# EXHIBIT 4



# **EXHIBIT V**

 Gmail

Warren Johnson <warrenvjohnson@gmail.com>

## EXTERNAL] CHECK WARREN'S EMAIL HISTORY??? :
1 message

**Warren Johnson** <warrenvjohnson@gmail.com>                                        Sat, Jan 21, 2023 at 2:59 PM
Bcc: kash.baghaei@earlywarning.com

Subject: [EXTERNAL] CHECK WARREN'S EMAIL HISTORY??? : Explanation for Firing Me Attempt II?
[RECEIVED FROM AN EXTERNAL SENDER]

Hey TC and ND: to start I want to assure you I deleted the copy of the employee handbook from my inbox and computer. So your secrets are safe there.

Per usual when Tracy or someone in HR makes a decision or takes some action involving me I am stuck with more questions than answers. No information is ever freely given, I have to turn into an inspector and search for clues. Regarding the "you are fired talk" we had last week completely out of the blue, I am wondering if you have had a chance to bring up my email history and inspect it for attachments sent the last couple days, or weeks or whatever? And if you have, are you able to complete the explanation you never finished on the "you are fired" call? Remember I was left with no meaningful explanation for the firing that day.... the account of the conversation is below to refresh your memory **Spoiler Alert:** don't worry about the rest of the explanation if you have had a chance to request and check my recent email attachment history, if you haven't looked it up then you might still think it is possible to finish this explanation for my firing, and you would be wrong. So please do take a peak at the recent history of my attachments and let me know what you find (or don't find as the case is or may be).

I remember it was late afternoon Wednesday I believe. Tracy, you had just set up a meeting between myself and you for Thursday morning (maybe more I didn't look real close at the invite). About 2 hours or so after I sent a few emails to HR (or "The People Team") asking for information on some disciplinary matters that happened a little bit ago (not relevant here, just mentioning it) and the same amount of time since receiving the Teams Chat from you Tracy about the meeting being moved to Thursday I get a call on personal cell phone the caller ID is my boss. This is rare, the number is probably in the single digits. So after wrestling with my watch to answer the call I could hear you two clearly. I quickly said "this seems like Deja Vu" and you two couldn't see it, but you could probably hear me rolling my eyes. Because I have been in this threesome before and let's just say forthrightness and the ability to get clear answers are not a priority.

Nevertheless, the beginning of the call went counter to the aforementioned experience: you immediately told me I was being fired for something like "actions *recently* taken". This told me nearly nothing about "why" I was losing my job...Nearly, but not totally worthless.Since the termination was happening only 4 days after we agreed to a four week timeline for my termination, logically some action I took in those last 4 days changed your mind about my termination date in a major way..

Now obviously nobody would accept that as a complete answer to the question "why am I losing my ability to make a living." And I did not think that was a satisfactory or meaningful answer to an important question. Therefore, since further explanation was not being offered I had to ask "what recent actions" and hope for some more information. Hoping this time I don't have to solve a mystery to gain any understanding of what was being communicated, information I didn't have to infer to identify, or solve some puzzle to understand. So after I had to ask "what recent activity exactly?" and the weird game of cat and mouse continued..

I remember it got silent for a second and then I think it was Tracy that said "for sending/emailing confidential information to yourself." First off this answer was not any more satisfactory than the first answer as far as details seeing as I am the Senior IP Counsel, confidential is king of my thing. So my investigation into the simple question "why" had to continue. On a side note: this in and of itself is an odd reason to fire the *Intellectual Property Counsel*, whose sole purpose at that place is to review, train on, draft, and protect confidential information. I think mailing confidential information to myself is in my job description practically.

But I digress, again, I found the answer  you gave "emailing yourself confidential information" lacking in authenticity, vague, and not to the level of specificity someone who is getting fired deserves. So I had to continue my search for answers that should have been freely offered to me considering the circumstances but were not being offered. We continued and after some more "could you please be more specific in your reason for firing me" questions, no further information was provided. At one point I believe it was you, Tracy, that said something to the effect "you know what we are talking about" or " you know what documents we are talking about."... didn't then and don't now.

I immediately said I haven't sent any documents to myself for a very long time ,but after thinking for a second I remembered the Employee Handbook I sent to myself; and with a little chuckle asked if you were referring to the Employee Handbook being the cause of this firing? So I acknowledged that I did send a copy of the Employee Handbook to myself about 2 weeks ago, but something tells me that wasn't it, not to mention that it was longer than 4 days ago.

So here I am again, requesting more specific or better information, at this point it is obvious that you and Nicole do not want to just tell me what I think I deserve to know: the real "why" as to the instant firing. Nevertheless my pursuit for something that resembles any truth continues, me asking "what confidential information."

Thank you for your time and attention. I look forward to hearing more specifics on this matter.

Oh yeah,  I deleted the copy of the employee handbook from my inbox and computer. So you secrets are safe there.

Sincerely,

Warren J.

On Sat, Jan 21, 2023, 12:33 PM Mail Delivery Subsystem <mailer-daemon@googlemail.com> wrote:



### Address not found

Your message wasn't delivered to
**KASH.BAGHAEI@earlywaring.com** because the domain
earlywaring.com couldn't be found. Check for typos or
unnecessary spaces and try again.

**LEARN MORE**

The response was:

DNS Error: DNS type 'mx' lookup of earlywaring.com responded with code NXDOMAIN Domain name not found: earlywaring.com Learn more at https://support.google.com/mail/?p=BadRcptDomain

---------- Forwarded message ----------
From: Warren Johnson <warrenvjohnson@gmail.com>
To: Tracy Cheney <tracy.cheney@earlywarning.com>, "Durkin, Nicole" <Nicole.Durkin@earlywarning.com>
Cc:
Bcc: KASH.BAGHAEI@earlywaring.com
Date: Sat, 21 Jan 2023 12:32:59 -0700
Subject: CHECK WARREN'S EMAIL HISTORY??? : Explanation for Firing Me Attempt II?
----- Message truncated -----



**icon.png**
2K

# EXHIBIT 6

We ran into a problem. Reconnecting...

**Thursday January 19, 2023 - the day of the termination.**

According to your Handbook (the Employee Handbook), *every complaint is* received, written, and investigation takes place, and a reasonable conclusion is reached. I believe I have the three: one complaint from Patrick Bliss regarding an email exchange in December of 2020 (I never saw the complaint and was presumed guilty once he filed it). One from that Scottish guy who was here shortly, Noel I think and it was filed like August of 2021 or so (again, I never saw the complaint or the investigative materials but I am sure something exists, and again it was over an email exchange), and then of course the most recent one last September that also involved an email exchange between myself and Tammy.

Thursday 12:36 PM

**What** requesting is the records of the investigation (there must have been some interviewing or at least a note page explaining why no investigating was done. Maybe a standardized form of some sort? The recorded decision and the reasoning or whatever is kept in my file. And most importantly, a complaint that was filed. _Oddly enough I did not have the pleasure of seeing any of the 3 complaints logged against me._ I was simply told about them, then told I was guilty and then was disciplined. So to this day I do not know what any of the exact complaints were: I have an idea that they resulted from emails, but the emails were written by me so those could not be the complaints could they? Isn't there a standalone complaint explaining the emails affect and detailing its abusive nature at least to a point so that it is clear what is being complained about? Anyway, if you could provide me with that material as soon as possible I would appreciate it.

Durkin, Nicole  Thursday 12:44 PM
Hi Warren. I am in a meeting with ELT. I'll follow-up later. Thank you.

Thursday 3:45 PM

Yeah, that's cool. I am in a bit of a time crunch here to get all this stuff so as soon as you can will be good enough. obviously. I am just reading the relevant sections in the Handbook and they do allow for *verbal reports* of complaints, however due to the import of details and record keeping I would think any verbal report would get recorded in some form in the name of preservation. The handbook also states the investigation *will be conducted, thoroughly* and a conclusion come to based on evidence collected. And I can imagine in some cases no physical evidence (e.g. chalk outlines or clues) is gathered, but again any writings or reasoning that was used as evidence is just as good. Even if there is no evidence whatsoever there maybe a form or something that gets filled out stating that no evidence was collected? And then I am sure there is an official record of the conclusion, maybe not the reasoning and all that, but the actual conclusion has to be recorded somewhere I would think. Once again for retention reasons if nothing else. This is what I am looking for, I don't need to much "substance" as I need "procedural" showing that the events happened and were recorded.

 Investigative Procedure.pdf        ...

And I found this great procedural document that you own (so I am sure it is no surprise to you), it does a good job of filling in some of the gaps in the handbook when it comes to these investigations and the record keeping among other things. I think it is pretty well written.



**Cheney, Tracy**

Chat   Files   Organization   Activity   +

demeaning, or egotistical, or whatever other derogatory words you used to describe my work style. *That is the same email chain where I clearly say I have no authority to do such a thing, that it would not be practical, and that it was a joke used to communicate the workload situation?* Which Ms. Ho then acknowledges that it wasn't clear to her that it was a joke and she understood and appreciates our help? Holly and I turned it around the same day.... This is the straw that broke the camels back eh? I guess I just believe that something can be fun, or joking, or humorous and still be considered accurate and professional, but that is just me.

I have used the "two a year" joke probably 20 times since I started here. No complaints. Some people play along and give me two more right then. Ms. Ho just so happen to be new and does not share the same sense of humor as I (and at least 20 other people here) to cope with high volume workloads and therefore the email wasn't clear to her. This again goes to show that the "tone" of an email is in the eye of the beholder, not the keyboard of the typist.

———————————— Wednesday ————————————

Cheney, Tracy   Wednesday 10:59 AM
got 5 minutes?

call me please.

Cheney, Tracy   Wednesday 12:05 PM
disregard. will send a note.

Wednesday 2:03 PM
Was out walking puppy after BoIA meeting. Saw the "disregard" in the preview when I got back so I did and just now got to opening the message.

Cheney, Tracy   Wednesday 6:13 PM
I'll call you tomorrow instead.

———————————— Thursday ————————————

Thursday 1:04 AM
Sounds good

Cheney, Tracy   Thursday 3:15 PM
had to bump to tomorrow...needed on some things

Type a new message

# EXHIBIT 7



# EXHIBIT 8



# EXHIBIT 9

**Early Warning Services**
**Employee Agreement**

This Agreement is between the undersigned employee **Warren Johnson** ("Employee") and **Early Warning Services, LLC** and any affiliates for which Employee performs services or may perform services in the future (hereinafter individually and collectively referred to as the "Company").

In consideration of the Company's agreement to employ me and to provide me Trade Secrets and/or Confidential Information, I agree as follows:

1.    Ownership and Assignment of Intellectual Property.  By signing below, I hereby assign and agree to assign, free of any obligation whatsoever, to the Company as well as its or their successors, assigns, or nominees, my entire right, title and interest in any developments, designs, patents, inventions and improvements, trade secrets, trademarks, service marks, corporate names, domain names, copyrightable subject matter (collectively, "Intellectual Property"), or proprietary information which I have made, or may make, in whole or in part, and either solely or jointly with others, while I am employed by the Company and with the use of the time, material or facilities of the Company, and/or resulting from any tasks assigned to me or work performed by me for or on behalf of the Company.

I further agree that, without charge to Company, but at its expense, I will promptly execute and deliver all further documents (including but not limited to original applications and applications for renewal, extension or reissue of patents, trademark or service mark registrations or copyright registrations, in any country), and perform all lawful acts, as may be necessary to vest all rights, title and interest thereto in Company, its successors, assigns, or nominees. The foregoing obligation to provide documents extends beyond any termination of my employment by Company.

I also declare that to the best of my knowledge, I do not now own or claim any Intellectual Property or proprietary information relating to the business of the Company other than the Intellectual Property specifically identified and listed on Exhibit A to this Agreement (the "Background IP"), and to the extent any of such Intellectual Property is shown in an attachment to this Agreement, I hereby grant to Company a royalty-free, transferrable, fully paid-up, nonexclusive, unrestricted, irrevocable, world-wide license to make, use, duplicate, prepare derivative works, or disclose for any purpose whatsoever and to authorize others to do so, all Intellectual Property rights in and to the Background IP (including but not limited to writings, recordings, pictorial reproductions, drawings, computer programs, other graphic representations and works of any similar nature).

2.    Nondisclosure of Company Intellectual Property, Trade Secrets and Confidential Information.  I recognize and acknowledge that in the course of my employment, the Company will provide me Company Intellectual Property, Trade Secrets and Confidential Information (as defined below) belonging to the Company as well as the Company's customers, vendors or other third parties including entities with which the Company does business. "Company Intellectual Property" means any patent, copyright, Trade Secret, trademark, moral rights or other intellectual property or proprietary rights of Company or its licensors. "Trade Secrets" mean trade secrets as defined under federal and state law as amended from time to time and also includes without limitation and without regard to form: a) any data or information that is competitively sensitive or commercially valuable and not generally known by the public; b) any scientific or technical information, design, process, procedure, formula, or improvement, computer software, object code, source code, specifications, inventions, systems information, whether or not patentable or copyrightable; or c) any data or information that is the subject of efforts that are reasonable under the circumstances to maintain its secrecy.    "Confidential Information" means any data or information and documentation, other than Trade Secrets, which is valuable to the Company, its customers, vendors or other third parties and not generally known to the public.

I agree that I will not disclose, or disseminate to any other person, organization, or entity any Confidential Information, Company Intellectual Property, or Trade Secrets. I further agree that during my employment and after the cessation of my employment with the Company, I will not use or otherwise employ any Confidential Information, Company Intellectual Property or Trade Secrets outside the direct provision of my services to Company. The obligations set forth herein do not apply to any Trade Secrets or Confidential Information which becomes generally known to competitors of the Company through no act or omission of me. In addition, the obligations set forth herein shall not apply to disclosures made pursuant to the Sarbanes-Oxley Act of 2002, 15 U.S.C. §7245, nor prohibit me from disclosing to other employees (excluding competitors and future employees) information about my compensation or my working conditions.

3.    Records.  Upon any termination of my employment or at any time the Company requests, I agree to immediately turn over to the Company all Company materials and Trade Secrets and Confidential Information, and

all copies thereof (including without limitation all documents, papers, computer files, reports or other material in my possession or under my control which may contain or be derived from Trade Secrets, Confidential Information and/or Intellectual Property, together with all documents, notes, records, drawings, manuals, or other work products which are connected with or derived from my employment activities for the Company. )

4.      Third Party Agreements and Employee Handbook.  I agree to abide by the terms and conditions of software license, non-disclosure, and confidentiality agreements entered into by the Company ("Third Party Agreements").

5.      Injunctive Relief.  I acknowledge that breach of any of the terms of this Agreement or any Third Party Agreements may give rise to irreparable injury to the Company, its customers or suppliers, or other third parties. I also agree that such injury would be inadequately compensated by money damages alone.  Accordingly, the Company, or, where appropriate, affiliates, customers or suppliers of the Company, may seek and obtain injunctive relief in addition to any other legal remedies which may be available.

6.      Prior Employer.  I represent that my performance as an employee of the Company will not breach any employment agreement or any agreement to keep in confidence the trade secrets, confidential or proprietary information of a former employer. I have not brought any trade secrets, confidential or proprietary information of a former employer to the Company. I will not disclose or use in the performance of my work with the Company any trade secrets, confidential or proprietary information of a former employer unless I have obtained written authorization from the former employer.

7.      New or Prospective Employers.  In the event that I seek or am contacted by new or prospective employers other than the Company, I agree that I will affirmatively reveal the existence of this Employee Agreement to said new or prospective employers.

8.      Outside Engagements.  I understand that I may not be employed or engaged in any way with or by other entities while I am employed by Early Warning unless I meet the performance standards of my position at Early Warning.  I further understand that outside engagements or investments that constitute a conflict of interest are prohibited.  A conflict of interest includes, but is not limited to, any and all situations in which any legitimate business interest of Early Warning is potentially at risk or compromised by my actions.  A conflict of interest includes any business interest that competes with the business interests of Early Warning in Early Warning's sole discretion.  I agree that I also may not receive any income or material gain from individuals outside Early Warning for materials produced or services rendered in the performance of position with Early Warning.  If it is determined that my outside engagement conflicts or interferes with performance, safety, or the ability to meet the requirements or needs of Early Warning as they are modified from time to time, I may be asked to terminate the outside engagement if I desire to remain employed by Early Warning.  I agree to bring any potential engagement to the attention of Human Resources and/or my direct manager before I have committed to provide services for or invest in another entity if a possibility exists that the engagement may have an effect on my performance with Early Warning or create a potential conflict with the interests of the Company as described in this Section.

9.  Non-Solicitation of Employees.  Both during employment with the Company and for twelve (12) months after the cessation of employment with the Company, I will not recruit, or attempt to recruit or hire, directly or by assisting others, any other employee of the Company with whom I had contact or about whom I learned Trade Secrets or Confidential Information during my last twenty-four (24) months of employment with the Company.  For the purposes of this paragraph "contact" means any business-related interaction between me and the other employee.

10.      Non-Solicitation of Business.  I agree that while employed by the Company, I have had and will have contact with and have become and will become aware of the Company's customers and the representatives of those customers, their names and addresses, specific customer needs and requirements, and leads and references to prospective customers, and that I have benefited and added and will continue to benefit and add to the Company's goodwill with its customers and in the marketplace generally. I further agree that loss of such customers will cause the Company significant and irreparable harm.

I agree that, for twelve (12) months after the cessation of my employment with the Company, I will not solicit, contact, call upon, or attempt to solicit any customer, prospective customer, or customer referral source of the Company for the purpose of providing any products or services substantially similar to those I provided while employed with the Company.  This restriction applies only to any customer, prospective customer, or customer referral source of the Company with whom I had contact or about whom I learned Trade Secrets or Confidential Information during the last twenty-four (24) months of my employment with Company.  For purposes of this paragraph, "contact" means interaction between me and the customer, prospective customer, or customer referral source which takes place to further the business relationship, or making sales to or performing services for the customer, prospective customer, or customer referral source on behalf of the Company. As used in this paragraph, a

"customer referral source" is any entity with which the Company has entered into agreement (or is seeking to enter into such agreement) with to refer customers to Company.

11.     **Employment at Will. I understand and agree that my employment with the Company is terminable at the will of either the Company or myself. I may terminate my employment at any time with or without notice for any reason and the Company has a similar right. There are no representations or promises that employment will continue for any set period of time, nor are there any representations or promises that employment will be terminated only under particular circumstances. I acknowledge that no representations, express or implied, may be made which are inconsistent with this policy and no one other than an officer of the Company is authorized to make representations, express or implied, inconsistent with the policy.**

12.     Governing Law. This Agreement shall be governed by and construed and enforced in accordance with the laws of the State of Delaware (without regard to its conflict of laws provisions) and may be modified only by a written agreement signed by the Company and me.

13.     Severability. The various parts of this Agreement are intended to be severable. Should any part be rendered or declared invalid by reason of any legislation or by a decree of a court of competent jurisdiction, such part shall be deemed modified to the extent required by such legislation or decree and the invalidation or modification of such part shall not invalidate or modify the remaining parts of the Agreement.

14.     Computer Access and Systems. I acknowledge my responsibility as a user of the Company computer system and that I shall be bound by the Employee Accountability Agreement entered into contemporaneously with this Agreement. I will not share my password with any other users. I understand that I am accountable for all access made by my logon ID (User ID) and that this logon may be revoked and appropriate steps may be taken if it is abused. I hereby understand that all Company computing platforms, associated systems, and data are considered for internal-use-only and not for personal use. In addition, all user identifiers and passwords are considered Confidential Information and unauthorized disclosure and use may result in disciplinary action. I understand all Company systems are controlled and unauthorized access into these systems is considered a criminal offense and may result in disciplinary action and prosecution. I agree to enroll and maintain current contact information in emergency notification systems as requested by Early Warning to meet business continuity needs of the Company.

15.     General. This Agreement is not intended to replace or negate any other agreement(s) I have entered into or may enter into with the Company, but is intended to be in addition to them. The provisions of this Agreement shall survive any termination of my employment. In addition, I understand and agree that should I become employed by another entity owned or otherwise affiliated with Early Warning Services (such as its divisions or unincorporated affiliates), the obligations of this Agreement follow me to such other entity automatically and without further action, and that entity becomes "Company" within the meaning of this Agreement.

I have read, understand, and agree to be bound by the above provisions. I understand that, in addition to any other remedies available at law or equity, failure to follow the provisions listed above will result in corrective action up to and including immediate termination of my employment with the Company.

Signature: _____

Printed Name: _WARREN V. JOHNSON_____

Date: ____8/15/14_____

## EXHIBIT A

## BACKGROUND IP

**Insert Background IP below or note "none" here if none exists** *NONE* **including all** Intellectual Property or proprietary information that I have made, or may make, which is made or developed on my own time and using my own material, equipment and facilities, and which is not the result of or related to tasks assigned to me or work performed by me on behalf of the Company.

# EXHIBIT 10

**From:** Cheney, Tracy
**Sent:** Thursday, November 17, 2022 1:24 PM
**To:** Johnson, Warren
**Subject:** RE: Grecia Matter Outcomes and My Time Left Here

Yes, we can plan to talk tomorrow.  Other than my core foot surgery recovery days, I have been working and haven't forgotten about this.

**TRACY CHENEY  |  GENERAL COUNSEL**
p 480.656.5021 | m 602.327.3820
tracy.cheney@earlywarning.com

This email transmission may contain confidential and/or private information, which is the property of the sender. The information in this email or attachments thereto is intended for the attention and the use only of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this email transmission, or the taking of any action in reliance thereon or pursuant thereto, is strictly prohibited. Should you have received this email in error, please contact the sender and delete and destroy all copies of the original message.

**From:** Johnson, Warren <Warren.Johnson@earlywarning.com>
**Sent:** Thursday, November 17, 2022 11:07 AM
**To:** Cheney, Tracy <Tracy.Cheney@earlywarning.com>
**Subject:** Re: Grecia Matter Outcomes and My Time Left Here

Hey Tracy,

I wanted to reignite this topic. Maybe tomorrow when I'm back online in an official capacity you can fill me in on what was decided. Everything in the email remains true, same with my messages. I just haven't heard anything back so I'm wondering if this was even investigated or considered.

Thanks for whatever information you may have.

Sincerely,

Warren J.

Get Outlook for iOS

**From:** Johnson, Warren
**Sent:** Monday, October 31, 2022 12:43:37 PM
**To:** Cheney, Tracy <Tracy.Cheney@earlywarning.com>
**Subject:** Grecia Matter Outcomes and My Time Left Here

Hey Tracy (heavy subject matter deserves much attention, thus the substantial length of this email, thank you in advance for reading it all),





# EXHIBIT 11



# EXHIBIT 12



































