Warren Vurl Johnson
2406 Alabama Street
Unit 7C
Lawrence, KS 66046
208.317.1686
warrenvjohnson@gmail.com

November 7, 2024

Clerk of Court
United States District Court
District of Arizona
Sandra Day O'Connor United States Courthouse
401 W Washington
St # 10
Phoenix, AZ 85003

Re: Case No. **CV-24-01587-PHX-SMB**

<u>Submission of Redacted Opposition to Motion for Preliminary Injunction</u>

Dear Clerk of Court,

Enclosed please find Defendant Warren Vurl Johnson's redacted version of his Opposition to Plaintiff's Motion for Preliminary Injunction, in compliance with the Court's Order dated November 6, 2024 (Dkt. 51). Defendant respectfully submits these redactions under protest and reserves his right to seek further clarification or reconsideration regarding the scope of these redactions.

Sincerely,

Warren V. Johnson