IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EARLY WARNING SERVICES, LLC<br><br>Plaintiffs,<br>v.<br><br>MR. WARREN V. JOHNSON;<br>BRANDON O'LOUGHLIN; P.A.Z.E., LLC<br><br>Defendants. | Case No.: CV24-01587-PHX-SMB<br><br>**ORDER GRANTING EXPEDITED REVIEW** |

The Court hereby grants Defendant Warren Vurl Johnson's Request for Expedited Review of the Motion to Stay Preliminary Injunction Pending Appeal. The Court orders the following expedited schedule:

- Early Warning Service, LLC's response to the motion is due by December 7, 2024.
- Mr. Johnson's reply is due by December 10, 2024
- The Court will rule on the motion by December 11, 2024

**DONE AND ORDERED**, this **[Date]**.

_____

Honorable Susan M. Brynovich

United States District Judge