# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services LLC,<br><br>Plaintiff,<br><br>v.<br><br>Warren Vurl Johnson, et al.,<br><br>Defendants. | No. CV-24-01587-PHX-SMB<br><br>**ORDER** |

Defendant Johnson has filed a motion for Stay Pending Appeal and Request for Expedited Review (Doc. 72). While the Court will deny the request for expedited review, the Court will stay enforcement of certain provisions of the preliminary injunction until this motion can be reviewed. Therefore,

**IT IS ORDERED** that Defendants obligation to comply with the order to (3) provide access to all digital electronic devices and media and all electric mail and storage accounts within their possession, custody, or control—including, without limitation, all computers, laptops, tablets, external hard drives, other external media and storage devices, smartphones, personal email accounts, OneDrive, Dropbox, Box, Google Drive and similar accounts—that may include EWS's Confidential Information or Trade Secrets for forensic imaging of those devices and accounts (including all metadata) by EWS's forensics vendor is extended until 7 days after a ruling on the Motion for Stay.

///

///

1   **IT IS FURTHER ORDERED** that Defendants obligation to comply with all other parts of the Preliminary Injunction (Doc. 70) remains December 13, 2024.

Dated this 11th day of December, 2024.

_____
Honorable Susan M. Brnovich
United States District Judge