1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC, | Case No. CV-24-01587-PHX-SMB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S EMERGENCY MOTION TO SEAL PORTIONS OF DEFENDANT WARREN VURL JOHNSON'S PROPOSED SECOND AMENDED COUNTERCLAIMS [77-1]** |
| Warren Vurl Johnson; Brandon O'Loughlin; and P.A.Z.E., LLC, | |
| Defendants. | |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion to Seal Portions of Defendant Warren Vurl Johnson's Proposed Second Amended Counterclaims [77-1], pursuant to Federal Rule of Civil Procedure 26(c) and LRCiv 5.6(b), and for good cause shown, it is hereby **ORDERED** that:

(1)    The Clerk of Court shall place under seal the document identified by docket number 77-1; and

(2)    Within three (3) days of this Order, Defendant Johnson shall file a public copy of the foregoing document with the following excerpts permanently redacted: Dkt. 77-1 at 33 ¶¶ 94–95, 34 ¶ 140, 34 ¶¶ 145–47, 34 ¶ 148, ("to facilitate … agreements."), 47 ¶ 246, 48 ¶¶ 247–50, 48 ¶ 251 ("in the furtherance of … partnership").

1

1    It is **SO ORDERED**.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28