# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services LLC, | No. CV-24-01587-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Warren Vurl Johnson, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Early Warning Systems' ("EWS") Emergency Motion (Doc. 85) to Seal Portions of Defendant Warren Vurl Johnson's Redacted Proposed Second Amended Answer and Counterclaims (Doc. 84). Defendant Johnson failed to abide by this Court's previous Order requiring certain redactions (*see* Doc. 81). Good cause appearing, the Court will grant EWS's Motion.

Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiff Early Warning Systems' ("EWS") Emergency Motion (Doc. 85).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file Doc. 84 under seal.

**IT IS FURTHER ORDERED** within three days of this Order, Defendant Johnson shall file a public copy of the foregoing document with the following excerpts permanently redacted: Doc. 84 at 34 ¶¶ 94–95 (previously redacted), 35 ¶ 140 (previously redacted), 35 ¶¶ 145–47 (previously redacted), 35 ¶ 148 ("to facilitate . . . agreements.") (previously

redacted), 48 ¶ 246, 49 ¶¶ 247–50, 49 ¶ 251 ("in the furtherance of . . . partnership").

Dated this 2nd day of January, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge