**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
*edurlach@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
*sstadler@ktslaw.com*
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

**BRYAN CAVE LEIGHTON PAISNER LLP**
George C. Chen, Arizona Bar No. 019704
*george.chen@bclplaw.com*
Jacob A. Maskovich, Arizona Bar No. 021920
*jamaskovich@bclplaw.com*
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070

Attorneys for Plaintiff and Counterclaim-
Defendant Early Warning Services, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim-Defendant,<br><br>　v.<br><br>Warren Vurl Johnson,<br><br>　　　　Defendant and<br>　　　　Counterclaim-Plaintiff;<br>　　　　and<br><br>Brandon O'Loughlin and P.A.Z.E.,<br>LLC,<br><br>　　　　Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**DECLARATION OF PARAS SHAH IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM-DEFENDANT EARLY WARNING SERVICES, LLC'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT P.A.Z.E., LLC** |

I, Paras Shah, declare under penalty of perjury as follows:

1. I am a resident of the State of Illinois, over eighteen years of age, and employed by Plaintiff Early Warning Services, LLC ("EWS") as its Counsel, Intellectual Property. The statements made in this Declaration are true and based on my personal knowledge and the business records that EWS maintains as part of the ordinary course of its business.

2. Since filing its Complaint in this action, EWS has continued to diligently investigate its claims. As part of that investigation, I examined various documents purportedly created by one or more of Defendants and submitted either to this Court or to the United States Patent and Trademark Office ("USPTO").

3. My examination revealed that a specimen of use submitted to the USPTO on November 2, 2023, by Defendant P.A.Z.E., LLC, contains metadata naming "warre" as the author of that document. P.A.Z.E. submitted this document to the USPTO in connection with its Application Serial No. 98252022 to register its alleged PAŻE mark. A true and correct screen capture showing the author metadata in this document is attached as **Exhibit 1**.

4. My examination also revealed that Defendant Warren Vurl Johnson's opposition to EWS's motion to dismiss Johnson's original counterclaims (Dkt. 48), which Johnson filed in this Court on October 26, 2024, contains metadata naming "warre" as the author of that document. A true and correct screen capture showing the author metadata in this document is attached as **Exhibit 2**.

5. Thus, the metadata indicates that the same user ("warre") created documents on behalf of both P.A.Z.E. and Johnson.

6. In January 2023, when EWS's domain name vendor, Corporation Service Company ("CSC"), provided EWS with a report showing that numerous domain names containing EWS's PAZE mark were available for registration, EWS could have acquired the available domains for the cost of registration plus masking (privacy protection). Those costs were $46.97 ($33.55 registration plus $13.42

masking) per domain name ending in .com and .net, and $63.42 ($50.00 registration plus $13.42 masking) per domain name ending in .mobi.

7. In February 2023, Defendant Brandon O'Loughlin insisted that EWS pay $20,000 to P.A.Z.E. for a transfer of 55 PAZE-formative domain names that it had already registered before EWS could do so. Of these 55 domain names, EWS would otherwise have chosen to register only five—pazewallet.com, paze.mobi, pazecart.com, pazenetwork.com, and pazenetwork.net—and its primary interest was in acquiring pazewallet.com.

8. Had EWS had the opportunity to register those five domains through CSC instead of purchasing them from P.A.Z.E., EWS would have incurred a total cost of $251.30 instead of the $20,000 it paid to P.A.Z.E., the additional $3,000 it paid in service fees to CSC, and the additional $201.50 it paid in escrow fees to Escrow.com. Thus, O'Loughlin's conduct, on behalf of P.A.Z.E., in relation to the 55 domain names caused EWS to incur an additional cost of $22,950.20 ($23,201.50 minus $251.30). A true and correct copy of CSC's invoice for the $3,000 service fee is attached as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2025, at Chicago, IL.

*Paras Shah*
EA3FB25B5327428...
Paras Shah

# EXHIBIT 1



# EXHIBIT 2



# EXHIBIT 3

# INVOICE SUMMARY

Page 1 of 2

**CSC**

CSC Corporate Domains, Inc.
251 Little Falls Drive
Wilmington, DE 19808-1674
USA
EIN: 52-2092827

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. | DUE DATE | TOTAL DUE |
|---|---|---|---|---|
| 8282960 | 16-FEB-2023 | 84213874022 | 02-APR-2023 | USD $ 23,201.50 |

Mail Payment To:
CSC Corporate Domains, Inc.
P.O. Box 7410023
Chicago, IL 60674-5023
USA

Early Warning Services, LLC
Attn: Accounts Payable
5801 N Pima Rd
Scottsdale, AZ 85250-2635

See attached remittance instructions for additional payment options.

Account No: 8282960   Terms: NET45   Client Service Partner: Shannon Saguil
Account Name: Early Warning Services, LLC   Shannon.Saguil@cscglobal.com

| Business Unit | Quantity | Amount |
|---|---|---|
| Early Warning Services, LLC | 2 | 23,201.50 |
| Total [USD] | 2 | $ 23,201.50 |

**Questions about your invoice? Call one of our convenient locations:**
**North America: 1-888-780-2723 | UK/Europe: (44) 020-775-10055 | Australia: 1-800- 272327 (1800CSCDBS)**

To ensure proper credit, please detach and return this portion with your payment

| Account No: | Invoice No | Invoice Date | Amount Due |
|---|---|---|---|
| 8282960 | 84213874022 | 16-FEB-2023 | USD $ 23,201.50 |

Amount Remitted: $ _____

# Thank you for your business!

For additional payment options, see Terms of Billing and Payment

Mail Payment To:
CSC Corporate Domains, Inc.
P.O. Box 7410023
Chicago, IL 60674-5023
USA

9 000084213874022 0002320150

**INVOICE**

Page 2 of 2

| ACCOUNT NO. | INVOICE DATE | INVOICE NO. | DUE DATE | TOTAL DUE |
|---|---|---|---|---|
| 8282960 | 16-FEB-2023 | 84213874022 | 02-APR-2023 | USD $ 23,201.50 |

**CSC**
CSC Corporate Domains, Inc.
251 Little Falls Drive
Wilmington, DE 19808-1674
USA
EIN: 52-2092827

| Account No: 8282960 | Terms: NET45 | Client Service Partner: Shannon Saguil |
|---|---|---|
| Account Name: Early Warning Services, LLC | | Shannon.Saguil@cscglobal.com |

**Business Unit:** Early Warning Services, LLC

| Fulfillment Date | Domain Name | Term | Description | References | Amount |
|---|---|---|---|---|---|
| 15-FEB-2023 | PAZEWALLET.COM | 0 | Brokerage Service - Complex | | 3,000.00 |
| 15-FEB-2023 | PAZEWALLET.COM | 0 | Brokerage Service - Acquisition Purchase Cost | | 20,201.50 |
| | | | | Early Warning Services, LLC Invoice Total [USD] | $ 23,201.50 |
| | | | | Invoice Total [USD] | $ 23,201.50 |

CSC® is a leading provider of legal and financial services for the worlds largest companies, law firms and financial institutions. Founded in 1899, CSC® is a service company dedicated to reducing risks and costs for our clients by providing corporate identity protection, corporate governance and compliance; litigation and matter management; and deal and transaction support services. Our services are fully integrated with our monitoring, workflow, compliance and reporting solutions.



TERMS OF BILLING AND PAYMENT

**Billing Rights Summary**
In case of errors or questions please contact us using the information on the front of this document.  Use the return address under our logo for direct mail contact.  Please include your Account number and/or Invoice number on any correspondence.

**About CSC:**
CSC® is the world's leading provider of business, legal, tax, and digital brand services to companies around the globe. From keeping your business in compliance and streamlining operations, to protecting and promoting your brand online, we use our expertise and personal approach to help your business run smoother. We are the business behind business. We are the unwavering trusted partner for 90% of the Fortune 500®, more than half of the Best Global Brands (Interbrand®), nearly 10,000 law firms, and more than 3,000 financial organizations. Headquartered in Wilmington, Delaware, USA, since 1899, we have offices throughout the United States, Canada, Europe, and the Asia-Pacific region. Learn more at cscglobal.com.

----- Payment Options ----------------------------------------------------------------------------------

**Check or Money Order**
Make check or money order payable to **CSC Corporate Domains, Inc.** and mail with remittance instructions to:

CSC Corporate Domains, Inc.
P.O. Box 7410023
Chicago,IL 60674-5023
USA

EIN: 52-2092827

**ACH Credit & International Wire Transfer**
Prior to payment, send remittance instructions to payments@cscglobal.com. Please include your account/invoice number(s) with your remittance instructions to avoid delays or potential errors in processing your payments.

**For Domestic ACH (within US) use:**

| | |
|---|---|
| Bank Name: | JPMorgan Chase |
| Address: | New York, NY 10017 |
| ABA#: | 021000021 |
| Account #: | 587326171 |
| Account Name: | CSC |

**For International Wire Transfer:**

| | |
|---|---|
| Bank Name: | JPMorgan Chase |
| Address: | New York, NY 10017 |
| SWIFT: | CHASUS33 |
| ABA#: | 021000021 |
| Account #: | 587326171 |
| Account Name: | CSC |

**Credit Card and ACH Debit (Electronic Check)**
CSC accepts credit card (Visa, MasterCard, American Express and Discover) and ACH Debit (electronic) payments for your convenience. Please pay online at https://invoicepay.cscglobal.com

................................................................................................................................
To ensure proper credit, please detach and return this portion with your payment

| Account No. | Invoice No. | Invoice Date: | Amount Due |
|---|---|---|---|
| 8282960 | 84213874022 | 16-FEB-2023 | $ 23,201.50 |

*Thank you for choosing CSC.*
*We are the business behind business.*



CSC Corporate Domains, Inc.
P.O. Box 7410023
Chicago,IL 60674-5023
USA

9 000084213874022 0002320150