**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
*edurlach@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
*sstadler@ktslaw.com*
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

**BRYAN CAVE LEIGHTON PAISNER LLP**
George C. Chen, Arizona Bar No. 019704
*george.chen@bclplaw.com*
Jacob A. Maskovich, Arizona Bar No. 021920
*jamaskovich@bclplaw.com*
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070

Attorneys for Plaintiff and Counterclaim-Defendant Early Warning Services, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>Warren Vurl Johnson,<br><br>    Defendant and Counterclaim-Plaintiff; and<br><br>Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>    Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**DECLARATION OF SALMAN ZEFAR IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM-DEFENDANT EARLY WARNING SERVICES, LLC'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT P.A.Z.E., LLC** |

I, Salman Zefar, declare under penalty of perjury as follows:

1. I am a resident of the State of Texas, over eighteen years of age, and employed by Plaintiff Early Warning Services, LLC ("EWS") as a Systems Engineer II – Client Computing, Technology Business Operations. The statements made in this Declaration are true and based on my personal knowledge and the business records that EWS maintains as part of the ordinary course of its business.

2. EWS stores, preserves, and maintains all its employee records—including records associated with former employees—via Microsoft Purview.

3. In March 2023, EWS adopted a new document retention policy under which employee emails would be maintained and preserved for three years, and Microsoft Teams messages would be maintained and preserved for three months. However, many of EWS's employees are exempt from this policy, depending on their role at the company, whether a legal hold is in place, etc.

4. A member of EWS's Legal Team may submit a ticket request to the Technology Business Operations team to put a legal hold on records such as mailboxes, Microsoft Teams chats, OneDrive, etc. Any employee on a permanent legal hold is exempt from EWS's document retention policy, meaning that no data can be purged until the hold has been lifted.

5. Once a legal hold is in place, members of EWS's Technology Business Operations team can search an employee's or former employee's records pursuant to another submitted ticket request to conduct the search.

6. Warren Vurl Johnson, a former employee on EWS's Legal team, was under a permanent legal hold as of December 15, 2021, prior to EWS's document retention policy change. Before that policy change, an employee would have had to manually delete items for those items to be purged. Thus, anything that Mr. Johnson manually deleted prior to his permanent legal hold date of December 15, 2021, was purged from EWS's system. Anything that Mr. Johnson did not manually delete prior to December 15, 2021, is retained on EWS's cloud-based system. If Mr. Johnson

1  attempted to delete any files after the December 15, 2021, legal hold date, the files
2  were not deleted and are being preserved indefinitely.

3        7.     On October 16, 2024, the EWS legal team submitted a ticket (No.
4  RITM0602610) requesting a search of EWS's records associated with Mr. Johnson.
5  Mr. Shah's request specified the following search terms: oloughlin, O'Loughlin,
6  PAZE, P.A.Z.E., People Against Zelle Erryday, Heidi, paze.website, and paze.guru.

7        8.     On October 17, 2024, the Technology Business Operations team
8  conducted this search, which returned several results, including emails between Mr.
9  Johnson and Brandon O'Loughlin and emails between Mr. Johnson and Brent
10 O'Loughlin. True and correct copies are attached as **Exhibit 1**.

11 I declare under penalty of perjury under the laws of the United States of
12 America that the foregoing is true and correct.

14 Executed on January 22, 2025, at Hutto, Texas.

Signed by:

*Salman Zefar*
35BBD5C1969F46B...

Salman Zefar

2

# EXHIBIT 1

Your Draft Letter - CONFIDENTIAL

↶ Reply | ↶ Reply All | → Forward

Mon 4/20/2015 4:33 PM

JW  Johnson, Warren <IMCEAEX-_O=EWS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=JOHNSON+2C+20WAF
To ○ brent_oloughlin@yahoo.com

📎 Letter for Brent O'Loughlin - DRAFT.pdf  >
100 KB

Hey Brent,

I have attached the letter to this email. Please let me know if you attorneys would like anything added, deleted, or revised and I will happily take care of that before I get the notarized copy to you.

Could you please confirm receipt of this email? Talk to you later.

**Warren V. Johnson| Intellectual Property Counsel**
**Early Warning Services**
**Direct: 480.426.2115 | Fax: 480.483.4628**
**Email:** warren.johnson@earlywarning.com
**Web:** www.earlywarning.com



🌿 **Please consider the environment before printing this message**

This email transmission may contain confidential and/or private information, which is the property of the sender. The information in this email or attachments thereto is intended for the attention and use only of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this email transmission, or the taking of any action in reliance thereon or pursuant thereto, is strictly prohibited. Should you have received this email in error, please contact the sender and delete and destroy all copies of the original message.



Second Draft of Letter

JW  Johnson, Warren <IMCEAEX_-O=EWS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=JOHNSON+2C+20WAF
To ◯ brent_oloughlin@yahoo.com

↶ Reply  ↶ Reply All  → Forward  🗑  ⋯

Wed 4/22/2015 10:51 AM

📄 Letter for Brent O'Loughlin 4.22.15 - DRAFT.pdf  ˅
102 KB

Hey Brent,

I got this done first thing. I mention your craftsmanship and knowledge when you were working in Jesse's garage and I added details about you demonstrating the chainsaw, teaching us how to maintain the pig's pen, and the precision and knowledge shown during the slaughter and gutting. Let me know if this works.

Thanks.

**Warren V. Johnson** | **Intellectual Property Counsel**
**Early Warning Services**
**Direct: 480.426.2115** | **Fax: 480.483.4628**
**Email:** warren.johnson@earlywarning.com
**Web:** www.earlywarning.com

 EARLY WARNING™

 **Please consider the environment before printing this message**

This email transmission may contain confidential and/or private information, which is the property of the sender. The information in this email or attachments thereto is intended for the attention and use only of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this email transmission, or the taking of any action in reliance thereon or pursuant thereto, is strictly prohibited. Should you have received this email in error, please contact the sender and delete and destroy all copies of the original message.



Revised Letter Draft

↩ Reply | ↩ Reply All | → Forward

Wed 4/22/2015 2:18 PM

JW  Johnson, Warren <IMCEAEX-_O=EWS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=JOHNSON+2C+20WAR
To ○ brent_oloughlin@yahoo.com

📎 Letter for Brent O'Loughlin 4.22.15 - DRAFT2.pdf ›
102 KB

Here it is. I took out the wording. I can see what they were talking about.

Thanks.

**Warren V. Johnson| Intellectual Property Counsel**
**Early Warning Services**
**Direct: 480.426.2115 | Fax: 480.483.4628**
**Email:** warren.johnson@earlywarning.com
**Web:** www.earlywarning.com

**▶ EARLY WARNING**™

🌱 **Please consider the environment before printing this message**

This email transmission may contain confidential and/or private information, which is the property of the sender. The information in this email or attachments thereto is intended for the attention and use only of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this email transmission, or the taking of any action in reliance thereon or pursuant thereto, is strictly prohibited. Should you have received this email in error, please contact the sender and delete and destroy all copies of the original message.

Letter for Brent

 Reply |  Reply All | → Forward

Fri 4/24/2015 1:50 PM

JW  Johnson, Warren <IMCEAEX-_O=EWS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=JOHNSON+2C+20WAF
To ○ brent_oloughlin@yahoo.com

 Letter for Brent O'Loughlin 4.24.15 - DRAFT.pdf >
102 KB

Hello Brent,

I have attached the next iteration of the letter. Thanks.

**Warren V. Johnson | Intellectual Property Counsel**
**Early Warning Services**
**Direct:** 480.426.2115 | **Fax:** 480.483.4628
**Email:** warren.johnson@earlywarning.com
**Web:** www.earlywarning.com

EARLY WARNING™

 **Please consider the environment before printing this message**

This email transmission may contain confidential and/or private information, which is the property of the sender. The information in this email or attachments thereto is intended for the attention and use only of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this email transmission, or the taking of any action in reliance thereon or pursuant thereto, is strictly prohibited. Should you have received this email in error, please contact the sender and delete and destroy all copies of the original message.

Link to book pdf. Using SQL and excel together.

OB  Oloughlin, Brandon <BOloughlin@republicservices.com>
To ○ 'warrenjohnson@earlywarning.com'

↶ Reply | ↶ Reply All | → Forward
Thu 8/20/2015 12:19 PM

This also covers database design and principles. Lots of code examples in it too. Very exhaustive and mind bending book. 690 pages worth.

[http://www.temida.si/~bojan/MPS/materials/Data%20Analysis%20Using%20SQL%20and%20Excel.pdf](http://www.temida.si/~bojan/MPS/materials/Data%20Analysis%20Using%20SQL%20and%20Excel.pdf)

We'll handle it from here.®

**Brandon O'Loughlin**  Business Process Analyst

18500 N. Allied Way
Scottsdale, AZ 85054
e [BOloughlin@republicservices.com](mailto:BOloughlin@republicservices.com)
o 480-718-4521
w [republicservices.com](http://republicservices.com)



The attached files demonstrate

↩ Reply   ↩ Reply All   → Forward

Oloughlin, Brandon <BOloughlin@republicservices.com>
To ○ warren.johnson@earlywarning.com'

Fri 4/1/2016 3:21 PM

TCO Fleet Analysis of Variance.xlsx    TCO 2010 Diesel ASL Mack-McNeilus-Mack.xlsx
176 KB                                  1 MB

Open both and save them to the same folder or location.

You might have to close them and open them from your pc location you saved them to, but

Open them both up and in the WorkBook titled "TCO Fleet Analysis of Variance" look at the WorkSheet named "Analysis of Variance"

Check out how cell I2 has a formula that is drag able referencing WorkSheet names and cell value.

That way I don't have to copy and paste special values from each sheet in the other WorkBook back to this one.

ENJOY!!  Also, the Mack-McNeilus-Mack WorkBook has some amazing methods for forumulas in the L and M columns on each sheet.  The graphs sheet dynamically brings all the worksheets averaged together.

We'll handle it from here."

**Brandon O'Loughlin**  Business Process Analyst

18500 N. Allied Way
Scottsdale, AZ 85054
e BOloughlin@republicservices.com
o 480-718-4521
w republicservices.com





Wed 5/22/2019 12:19 AM

Ilovebrodylol

Warren.Johnson@earlywarning.com
To ◯ brandonoloughlin@gmail.com

