# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>Warren Vurl Johnson,<br><br>    Defendant and Counterclaim-Plaintiff;<br>    and<br><br>Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>    Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF AND COUNTERCLAIM-DEFENDANT EARLY WARNING SERVICES, LLC'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT P.A.Z.E., LLC** |

Upon consideration of Plaintiff Early Warning Services, LLC's Motion for Default Judgment Against Defendant P.A.Z.E., LLC pursuant to Federal Rule of Civil Procedure 55(b), and the supporting evidence, the Court finds that good cause exists to grant Plaintiff's Motion and orders as follows:

**IT IS ORDERED** that:

    (1)    Plaintiff's motion is **GRANTED**;

    (2)    Default judgment is entered against Defendant P.A.Z.E. on each of Plaintiff's claims against P.A.Z.E.;

    (3)    Defendant P.A.Z.E. and its owners, managers, agents, employees, attorneys, successors, assigns, affiliates, and joint venturers, and any person(s) in

1  active concert or participation with it, or any person(s) acting for, with, by, through
2  or under it, is permanently enjoined from: (a) acquiring, possessing, using, or
3  disclosing any of Plaintiff's trade secrets and privileged and confidential information,
4  including a privileged Microsoft Teams chat between Defendant Warren Vurl
5  Johnson and Plaintiff's General Counsel, Tracy Cheney that occurred on or around
6  November 3, 2022; and (b) registering, acquiring, renewing, maintaining, or using
7  any domain names containing Plaintiff's trademarks or service marks, including but
8  not limited to the PAZE mark or confusingly similar versions of it;

9      (4)    Defendant P.A.Z.E. shall pay to Plaintiff an award in the amount of
10  $68,850.60, consisting of (i) Plaintiff's actual damages of $22,950.20 and
11  (ii) exemplary damages of $45,900.40, owing to Defendant P.A.Z.E.'s acts of willful
12  and malicious misappropriation of Plaintiff's trade secrets and privileged and
13  confidential information;

14      (5)    Defendant P.A.Z.E. shall pay to Plaintiff interest on the foregoing award
15  of $68,850.60 accruing between the date of this Order and P.A.Z.E.'s payment of that
16  amount to Plaintiff, with the rate of interest being calculated by reference to the
17  weekly average one-year constant maturity (nominal) Treasury yield, as published by
18  the Federal Reserve System; and

19      (6)    Defendant P.A.Z.E. shall pay to Plaintiff its reasonable attorneys' fees
20  incurred in preparing this Motion, in an amount to be determined by the Court.

21      **IT IS FURTHER ORDERED** that Plaintiff is declared and adjudged not to
22  infringe any trademark rights asserted by Defendant P.A.Z.E. in its alleged PAŻE
23  and PAZE marks, based on this Court's findings that:

24      (1)    Plaintiff is the rightful owner of all rights, including rights arising under
25  common law, in the PAZE mark for the services recited in Plaintiff's pending U.S.
26  Application Serial No. 97669754, and is the rightful owner of all rights in the Ż mark,
27  including rights arising under common law, as evidenced by Plaintiff's subsisting
28  U.S. Registration No. 5476070, and both marks are valid and protectable;

  (2) As between Plaintiff and Defendant P.A.Z.E., Plaintiff has prior rights in its PAZE and **Z** marks;

  (3) Defendant P.A.Z.E. has no trademark rights or legitimate interests in its alleged **PAŻE** and PAZE marks or any marks confusingly similar thereto; and therefore

  (4) Use of Plaintiff's PAZE and **Z** marks does not infringe Defendant P.A.Z.E.'s rights.

  The Court expressly determines that no just reason exists to delay the entry of this Judgment, and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, directs entry of judgment against Defendant P.A.Z.E. as specified herein.

  **IT IS FURTHER ORDERED** that the United States Patent and Trademark Office is directed to invalidate Defendant P.A.Z.E.'s pending Application Serial No. 98255290 pursuant to 15 U.S.C. § 1119.

  The Court retains jurisdiction of this matter for the purpose of making any further orders necessary or proper for the enforcement of this Order and Judgment and the punishment of any violations thereof.

  **IT IS SO ORDERED**.