# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC,<br><br>　　　Plaintiff and<br>　　　Counterclaim-Defendant,<br><br>　v.<br><br>Warren Vurl Johnson,<br><br>　　　Defendant and<br>　　　Counterclaim-Plaintiff;<br>　　　and<br><br>Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>　　　Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF AND COUNTERCLAIM-DEFENDANT EARLY WARNING SERVICES, LLC'S EMERGENCY MOTION TO SEAL PORTIONS OF DEFENDANT WARREN VURL JOHNSON'S MOTION TO DISQUALIFY [107]** |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion to Seal Portions of Defendant Warren Vurl Johnson's Motion to Disqualify [107], pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown, it is hereby **ORDERED** that:

(1) Plaintiff's Emergency Motion to Seal is granted in its entirety;

(2) The Clerk of Court shall place under seal the documents identified by docket numbers 107, 107-1, and 107-2;

(3) Within three (3) days of this Order, Defendant Johnson shall file a public copy of the foregoing documents with the following excerpts permanently redacted:

1

- Dkt. 107 at 3, lines 18–19 ("against . . . misconduct")
- Dkt. 107 at 4, lines 14–15 ("against . . . EWS")
- Dkt. 107 at 4, line 16 ("not . . . index")
- Dkt. 107 at 4, lines 17–18 ("that . . . tenure")
- Dkt. 107-1 at 5, line 27 (beginning with "a") to Dkt. 107-1 at 6, line 4 (ending with "future.")
- Dkt. 107-1 at 6, lines 5–6 ("I . . . index.")
- Dkt. 107-1 at 6, lines 8–12 ("In . . . NDA.")
- Dkt. 107-1 at 6, lines 13–15 ("relying . . . EWS")
- Dkt. 107-1 at 7, lines 14–15 ("*the decision . . . entail*.")
- Dkt. 107-2 at 11, under the heading "1. Background of the Conflict," in the final sentence of the paragraph, the six words appearing between "Mr. Chen's advice" and "—a decision"

It is **SO ORDERED**.