**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
*edurlach@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
*sstadler@ktslaw.com*
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

**BRYAN CAVE LEIGHTON PAISNER LLP**
George C. Chen, Arizona Bar No. 019704
*george.chen@bclplaw.com*
Jacob A. Maskovich, Arizona Bar No. 021920
*jamaskovich@bclplaw.com*
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070

Attorneys for Plaintiff and Counterclaim-
Defendant Early Warning Services, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC, | Case No. 2:24-cv-01587-SMB |
| Plaintiff and Counterclaim-Defendant, | |
| v. | **NOTICE FOR EXPEDITED CONSIDERATION** |
| Warren Vurl Johnson, | |
| Defendant and Counterclaim-Plaintiff; and | |
| Brandon O'Loughlin and P.A.Z.E., LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE that on April 1, 2025, Plaintiff Early Warning Services, LLC ("EWS") moved the Court for an emergency order placing Defendant Warren Vurl Johnson's ("Johnson") Motion to Disqualify and certain of Johnson's supporting documents under seal because they disclose legal advice protected by EWS's attorney-client privilege. *See* Dkts. 107, 107-1, 107-2. For the reasons set forth in EWS's Emergency Motion, EWS submits that expedited consideration of that motion is warranted because Johnson's filing discloses the contents of legal advice he received from EWS's outside counsel while employed by EWS; indeed, Johnson even describes that advice as "legal advice." *See, e.g.*, Declaration of Warren V. Johnson ("Johnson Decl.") ¶¶ 18, 19, Dkt. 107-1 at 6.

DATED:  April 1, 2025

Respectfully Submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

*/s/ Erick Durlach*
Erick Durlach
Dennis L. Wilson (admitted *pro hac vice*)
Sara K. Stadler (admitted *pro hac vice*)
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254
Tel: (602) 726-7319
Fax: (623) 321-1009
*edurlach@ktslaw.com*
*dwilson@ktslaw.com*
*sstadler@ktslaw.com*

BRYAN CAVE LEIGHTON PAISNER LLP
George C. Chen
Jacob A. Maskovich
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070
*george.chen@bclplaw.com*
*jamaskovich@bclplaw.com*

Attorneys for Plaintiff and Counterclaim-
Defendant Early Warning Services, LLC

1

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that on April 1, 2025, I electronically transmitted the foregoing

3    document and any attachments to the U.S. District Court Clerk's Office using the

4    CM/ECF System for filing with a copy served via that system. For parties not

5    receiving service via CM/ECF, a copy will be transmitted via electronic mail as

6    follows:

7
8    Brandon O'Loughlin *and* PAZE, LLC
      1317 W. 13th Place
9    Tempe, AZ  85281
      (623) 295-5438
10   contact@paze.guru

11
      *Defendant Brandon O'Loughlin Individually and*
12   *as Authorized Representative for Defendant PAZE, LLC*

13
                                              */s/ Erick Durlach*
14                                            Erick Durlach

15

16

17

18

19

20

21

22

23

24

25

26

27

28