WARREN V. JOHNSON
2406 Alabama St, Unit 7 C
Lawrence, KS 66046
*Warren V Johnson, pro se*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Early Warning Services, LLC
Plaintiffs/Counterclaim Defendant, and

v.

Mr. Warren V. Johnson
Co Defendant/Counter Claimant;

Brandon O'loughlin; P.A.Z.E., Llc
Co Defendants.

Case No.: CV-24-01587-PHX-SMB

**DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION TO EMERGENCY MOTION TO SEAL UNDER SEAL**

## INTRODUCTION

Defendant Warren Johnson ("Johnson") respectfully submits this Motion for Leave to File an Opposition to Plaintiff's Emergency Motion to Seal Under Seal in the above-captioned matter.

## BACKGROUND

1. Warren intends to file an Opposition to the Emergency Motion to Seal with this Motion on April 4, 2025.

2. The Plaintiff will likely allege that the Opposition to the Motion contains sensitive information, privileged information, and confidential information of Plaintiff/Counter Defendant's that requires filing under seal to protect privacy

i

interests and comply with applicable laws and court rules as they have done against every filing Johnson has made in these proceedings.

## ARGUMENT

3. Pursuant to Federal Rule of Civil Procedure 5.2(d), Defendant respectfully moves the Court for leave to file under seal the unredacted version of his Opposition to Plaintiff's Motion to Seal, which references material that Plaintiff EWS has asserted is subject to attorney-client privilege or confidentiality, pending the Court's ruling on the scope and validity of Plaintiff's sealing request.

4. This motion is further made in accordance with LRCiv 5.6, which governs requests to file sealed or redacted documents in this District.

5. The Opposition will be alleged to contain EWS's confidential information and privileged information and if not filed under seal Plaintiff will file another Emergency Motion to Seal, thus further harassing Defendant and distracting the Court from the Merits.  The Opposition should be sealed to prevent this chain of events.

6. Filing a sealed version of the Opposition will not prejudice any party in this matter and serves the interest of justice by protecting Defendant from another tactical Emergency Motion to Seal premised on alleged sensitive and privileged information.

## REQUEST FOR RELIEF

6. For the reasons stated above, Johnson respectfully requests that this Court grant leave file a sealed version of the Opposition and Exhibits concurrently with the original.

## CONCLUSION

WHEREFORE, Johnson respectfully requests that this Court grant this Motion for Leave to File a Sealed Opposition and Exhibits and any further relief deemed just and proper.

Respectfully submitted,

/Warren V Johnson/

ii

Warren V Johnson

iii

**Certificate of Service**

I, Warren V. Johnson, hereby certify that on April 4, 2025, I electronically filed the foregoing Motion for Leave to file a Sealed Opposition to Plaintiff's Emergency Motion to Seal and has provided service to Plaintiff Early Warning Services, LLC and counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/Warren V Johnson/

Warren Johnson
2406 Alabama St, Unit 7 C
Lawrence, KS 66046
warrenvjohnson@gmail.com