IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Early Warning Services, LLC
Plaintiffs/Counterclaim Defendant, and

v.

Mr. Warren V. Johnson
Co Defendant/Counter Claimant;

Brandon O'loughlin; P.A.Z.E., Llc
Co Defendants.

Case No.: CV-24-01587-PHX-SMB

**DEFENDANT'S MOTION FOR LEAVE TO FILE OPPOSITION TO EMERGENCY MOTION TO SEAL UNDER SEALF**

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SEALED OPPOSITION TO PLAINTIFF'S MOTION AND EXHIBITS**

Upon consideration of Defendant's Motion for Leave to File Sealed Opposition and Exhibits, and for good cause shown, it is hereby ORDERED as follows:

  Granting of Motion: Defendant's Motion for Leave to File Sealed Opposition Brief and Exhibits is GRANTED.
  Sealing of Documents: The following documents shall be filed under seal:
  Opposition to Plaintiffs Motion to Seal
  Exhibit A
  Reasons for Sealing: The Court finds that Plaintiff's will claim that the documents contain privileged and confidential information, the disclosure of which would cause irreparable harm to Plaintiffs and third parties involved. The sealing of these documents is necessary to avoid such claims by Plaintiff that sealing is necessary to protect privacy and confidentiality rights.

i

      Access to Sealed Documents: Access to the sealed documents shall be restricted to the Court, counsel of record, and parties to this action. Any other persons seeking access to the sealed documents must file a motion with the Court demonstrating a legitimate need for such access.

      Redaction and Public Filing: Defendant shall file a redacted version of the Answer with Counterclaims and Exhibits on the public docket, with all information Plaintiff may claim is confidential removed.

      Duration of Sealing: The sealing of these documents shall remain in effect until further order of the Court.

      Service: A copy of this Order shall be served on all parties to this action.

SO ORDERED this [Date] day of [Month], [Year].

[Signature of Judge]

[Judge's Name]