# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>Warren Vurl Johnson,<br><br>    Defendant and Counterclaim-Plaintiff; and<br><br>Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>    Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF AND COUNTERCLAIM-DEFENDANT EARLY WARNING SERVICES, LLC'S MOTION TO SEAL PORTIONS OF PLAINTIFF'S REPLY IN SUPPORT OF ITS EMERGENCY MOTION TO SEAL PORTIONS OF DEFENDANT WARREN VURL JOHNSON'S MOTION TO DISQUALIFY** |

Upon consideration of Plaintiff Early Warning Services, LLC's Motion to Seal Portions of Its Reply in Support of Its Motion to Seal Defendant Warren Vurl Johnson's Motion to Disqualify and Supporting Document pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown, it is hereby **ORDERED** that:

    (1)    Plaintiff's Motion to Seal is granted in its entirety;

    (2)    The Clerk of Court shall place under seal Plaintiff's Reply and the Declaration of Paras Shah; and

(3)   Within three (3) days of this Order, Plaintiff shall file a public copy of its Reply and the Declaration of Paras Shah with the redactions set forth in yellow highlighting, as Plaintiff previously proposed under seal.

It is **SO ORDERED**.