**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC,<br>Plaintiff and Counterclaim-Defendant,<br>v.<br>Warren Vurl Johnson,<br>Defendant and Counterclaim-Plaintiff; and<br>Brandon O'Loughlin and P.A.Z.E., LLC,<br>Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF AND COUNTERCLAIM-DEFENDANT EARLY WARNING SERVICES, LLC'S MOTION TO SHORTEN THE TIME BETWEEN SERVING AND FILING ITS MOTION FOR SANCTIONS UNDER RULE 11** |

Upon consideration of Plaintiff Early Warning Services, LLC's Motion to Shorten the Time Between Serving and Filing Its Motion for Sanctions Under Rule 11 pursuant to Federal Rule of Civil Procedure 11(c)(2), for good cause shown, it is hereby **ORDERED** that:

(1) Plaintiff's Motion to Shorten the Time is granted; and

(2) Plaintiff may file its Motion for Sanctions before the expiration of 21 days after service of that motion on Defendant Warren Vurl Johnson.

It is **SO ORDERED**.