# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services LLC, | No. CV-24-01587-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Warren Vurl Johnson, et al., | |
| Defendants. | |

Upon consideration of Plaintiff Early Warning Services, LLC's Motion to Lodge Motion for Sanctions Under Seal Pending Court Review (Doc. 129) and for good cause shown,

**IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion to Lodge Under Seal is granted;

(2) The Clerk of Court shall file Plaintiff's Motion for Sanctions (Doc. 130) under seal; and

(3) The Court will review Plaintiff's Motion for Sanctions in due course to determine whether it may be filed in the public record.

Dated this 2nd day of May, 2025.

*[signature]*

Honorable Susan M. Brnovich
United States District Judge