**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC,<br><br>　　　Plaintiff and<br>　　　Counterclaim-Defendant,<br><br>　v.<br><br>Warren Vurl Johnson,<br><br>　　　Defendant and<br>　　　Counterclaim-Plaintiff;<br>　　　and<br><br>Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>　　　Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF AND COUNTERCLAIM-DEFENDANT EARLY WARNING SERVICES, LLC'S EMERGENCY MOTION TO SEAL PORTIONS OF DEFENDANT WARREN VURL JOHNSON'S MOTION FOR SANCTIONS [157] AND NOTICE OF MOTION FOR SANCTIONS [158]** |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion to Seal Portions of Defendant Warren Vurl Johnson's ("Johnson") Motion for Sanctions (Dkts. 157, 157-1) and Notice of Motion for Sanctions (Dkt. 158), pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown, it is hereby **ORDERED** that:

　(1)　Plaintiff's Emergency Motion to Seal is granted in its entirety;

　(2)　The Clerk of Court shall place under seal the documents identified by docket numbers 157, 157-1, and 158;

1

(3) Within three (3) days of this Order, Defendant Johnson shall file a public copy of the foregoing documents with the following excerpts permanently redacted:

 (a) the phrase beginning with "e.g., the Director" and ending with "could be had" on:

  (i) the third page of Exhibit 5 (Dkt. 157-1 at 14; Dkt. 158 at 35), in the chat entry marked "1/12 8:58 AM"; and

  (ii) the ninth page of Exhibit 6 (Dkt. 157-1 at 32; Dkt. 158 at 53), in the chat entry marked "[1/12 8:58 AM] Johnson, Warren";

 (b) the entire partial chat entry beginning with "searches, etc." and ending with "to evaluate" on the tenth page of Exhibit 5 (Dkt. 157-1 at 21; Dkt. 158 at 42);

 (c) the entirety of the eleventh (last) page of Exhibit 5 (Dkt. 157-1 at 22; Dkt. 158 at 42);

 (d) all personal names from the Recent Chats panes on the left side of the second, third, and fourth pages of Exhibit 5 (Dkt. 157-1 at 13–15; Dkt. 158 at 34–36) except for "Cheney, Tracy" and "Shah, Paras."

It is **SO ORDERED**.