**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
*edurlach@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
*sstadler@ktslaw.com*
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

**BRYAN CAVE LEIGHTON PAISNER LLP**
George C. Chen, Arizona Bar No. 019704
*george.chen@bclplaw.com*
Jacob A. Maskovich, Arizona Bar No. 021920
*jamaskovich@bclplaw.com*
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070

Attorneys for Plaintiff and Counterclaim-
Defendant Early Warning Services, LLC

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC, | Case No. CV-24-01587-PHX-SMB |
| Plaintiff and Counterclaim-Defendant, | |
| v. | **(CORRECTED) DECLARATION OF DARIN J. GIBBY IN SUPPORT OF PLAINTIFF EARLY WARNING SERVICES, LLC'S MOTION FOR SANCTIONS** |
| Warren Vurl Johnson, | |
| Defendant and Counterclaim-Plaintiff; and | |
| Brandon O'Loughlin and P.A.Z.E., LLC, | |
| Defendants. | |

I, Darin J. Gibby, declare under penalty of perjury as follows:

1.  I am over 18 years of age and a Partner in Kilpatrick Townsend & Stockton LLP ("Kilpatrick"). I am a resident of the State of Colorado and am licensed to practice as an attorney in the States of Colorado and California. The statements made in this Declaration are true and based on my own personal knowledge and the business records that Kilpatrick maintains as part of the ordinary course of its business.

2.  I have represented Plaintiff Early Warning Services, LLC ("EWS") in a variety of matters for almost 20 years, first at Townsend and Townsend and Crew LLP, and, beginning in 2011, at Kilpatrick. I am personally familiar with these firms' representation of EWS throughout that time period. I also am the Kilpatrick partner assigned to review timekeeper records and prepare invoices relating to Kilpatrick's work for and on behalf of EWS.

3.  I submit this Declaration in support of EWS's (sealed) Motion for Sanctions (Dkt. 133), which the Court granted in an Order dated June 30, 2025. Dkt. 183. That Order directed EWS to submit this declaration attaching evidence "sufficient to establish its attorneys' fees incurred in opposing Johnson's Motion to Disqualify and EWS's preparation, filing, and support of its emergency Motion to Seal the Motion to Disqualify." *Id.* at 14.

4.  Kilpatrick requires lawyers and other timekeepers to record their time to track client and firm investment in particular matters. Consistent with the firm's practice, all time related to this matter was recorded by all timekeepers, and timekeepers routinely record their time, with appropriate descriptions, each workday.

5.  I have reviewed and verified the accuracy of the firm's billing and timekeeping records related to this matter. The total dollar value of the timekeepers' fees from Kilpatrick billed to EWS solely for work performed in connection with opposing Defendant Warren Vurl Johnson's ("Johnson") Motion to Disqualify (Dkt. 107) and preparing, filing, and supporting EWS's Emergency Motion to Seal

1

Johnson's Motion to Disqualify (Dkt. 109) is **$54,031.51**. In calculating this figure, I excluded any time entries including work on these filings that also may have included work on other, unrelated filings on this matter. Thus, EWS actually paid more than $54,031.51 in connection with the filings referenced in the Court's June 30, 2025, Order.

6.     Attached as Exhibit 1 are copies of the actual monthly invoices sent from Kilpatrick to EWS for April 2025 and May 2025, the time period in which Kilpatrick (a) prepared and filed EWS's opposition to Johnson's Motion to Disqualify (Dkt. 117), and (b) prepared, filed, and supported EWS's Emergency Motion to Seal Johnson's Motion to Disqualify (Dkts. 109, 110), including by preparing and filing a Reply (Dkts. 114–116), and reviewing Johnson's Motion to File a Sur-Reply (Dkts. 119, 120).

7.     The invoices in Exhibit 1 have been redacted to include only the relevant narrative descriptions of work performed in connection with these filings and no others, listed by date, timekeeper, and time spent. The invoices also have been redacted to avoid revealing the contents of privileged communications, attorney work product, and sensitive banking information.

8.     EWS paid in full the amounts due on each of the invoices in Exhibit 1.

9.     Several of Kilpatrick's legal professionals have participated in the litigation of this matter in some capacity. While a core team performs the majority of the work, other legal professionals in the firm have contributed to the effort in some manner. Attached as Exhibit 2 is a summary table showing the amount billed to EWS by each timekeeper, including the hourly rates at which such time was billed.

10.     The Intellectual Property department of our firm contains more than 290 attorneys and agents. All the attorneys listed in Exhibit 2 are highly specialized intellectual property attorneys with the exception of Erick Durlach, who specializes in commercial litigation (including trade secret litigation). Kilpatrick is known for its expertise in intellectual property law. In 2024 alone, Kilpatrick received the following

honors, among others: Law Firm of the Year for Intellectual Property Litigation by U.S. News Best Lawyers®; Americas IP Firm of the Year by Managing IP Awards; #1 for Most U.S. Attorneys Ranked by World Trademark Review 1000; and Band 1 for Trademark, Copyright, and Trade Secrets Nationwide by Chambers USA.

11. Throughout the pendency of this litigation, I have been responsible for overseeing Kilpatrick's work on the case, and in doing so, I have taken particular care in staffing to maximize talent and efficiency. Of the 68.6 hours billed solely in connection with the relevant filings, the core team (consisting of Partner Dennis L. Wilson, Counsel Sara K. Stadler, and Senior Associate Kristin M. Adams) logged 75% of those hours, with Ms. Stadler billing the most time (51% of the total). *See* Exhibit 2.

12. Dennis Wilson (in our Los Angeles, California office) is lead counsel on this matter and argued EWS's motions for preliminary injunction and for sanctions. Mr. Wilson is a seasoned courtroom litigator, senior Partner, and member of Kilpatrick's Executive Committee who focuses his practice on complex litigation involving trademark, copyright, entertainment, and Internet law issues. He represents many of the world's largest media and technology companies and provides strategic counseling to businesses concerning some of the world's most recognized brands and media properties. Mr. Wilson received his Juris Doctor degree from the University of Southern California Gould School of Law in 1991 and has practiced law for 34 years. Mr. Wilson's hourly rate is $1,100.75, as shown in Exhibit 2.

13. Sara Stadler (in our New York City office) is primarily responsible for drafting EWS's arguments and briefing in this matter. Ms. Stadler is a former tenured law professor with extensive writing credentials and a deep knowledge of intellectual property law. She received her Juris Doctor degree from the University of Virginia School of Law in 1993, clerked in the United States District Court for the District of Delaware, and has been a trademark and copyright attorney for 30 years, ten of which were spent teaching courses in those subject areas, full time, for law schools including

3

the Emory University School of Law. She now works for the firm as Counsel and focuses her practice on trademark and copyright litigation, enforcement, and advising. Ms. Stadler's hourly rate is $803.25, as shown in Exhibit 2. Reflecting her particular experience, Ms. Stadler writes very quickly, which allowed our firm to prepare the relevant filings more economically than would have been possible using any other allocation of resources.

14.    Kristin Adams (in our Atlanta, Georgia office) is primarily responsible for handling discovery and conducting legal research in this matter, and she also provides valuable assistance with drafting EWS's arguments and briefing. Ms. Adams focuses her practice on trademark and copyright litigation and enforcement, and she has served as trial counsel in multiple district court jury trials. She also has considerable experience arguing motions, preparing witnesses, taking depositions, and conducting written discovery. Ms. Adams received her Juris Doctor degree from the William & Mary Law School in 2017, has previously served as Chair of the Southeast Region for The Copyright Society, and is consistently recognized for Intellectual Property Law by The Best Lawyers in America®. Her hourly rate as a Senior Associate is $718.25, as shown in Exhibit 2.

15.    Other valuable contributions were made by Theodore H. Davis Jr., a senior Partner primarily resident in our Atlanta, Georgia office who assists clients with litigation and portfolio management in the fields of trademark, false advertising, and unfair competition law (and has become a "household name" in these fields). Mr. Davis is a member of the American Bar Association's Board of Governors and a past chair of the ABA's Section of Intellectual Property Law, on behalf of which he has testified before Congress on trademark and Internet issues. He also has served on the American Intellectual Property Law Association's Board of Directors and on the Executive Committee of the International Trademark Association. Mr. Davis frequently serves as an expert witness in trademark matters and is an adjunct professor at the Emory University School of Law. He received his Juris Doctor degree from the

University of Virginia School of Law in 1990, and his hourly rate is $1,100.75, as shown in Exhibit 2.

16.     Also providing valuable assistance on this matter is Erick Durlach (in our Phoenix office), who regularly handles litigation in federal and state courts involving a wide range of complex business and commercial disputes, including disputes involving trade secrets. He received his Juris Doctor degree from the Fordham University School of Law in 2001, and his hourly rate is $654.50, as shown in Exhibit 2.

17.     Cynthia W. Baldwin, a Contract Attorney in Kilpatrick's Research Department, also provided valuable assistance confirming citation of authorities in EWS's relevant filings. Her hourly rate is $267.75, as shown in Exhibit 2.

18.     In my experience, each of the foregoing hourly rates are within the range of comparable attorneys with their levels of experience in the relevant areas of law practicing in their geographic areas at firms with comparable intellectual property and litigation departments. According to the AIPLA 2023 Report on the Economic Survey ("AIPLA 2023 Survey"), excerpts of which are attached as Exhibit 3, the average hourly rate for an intellectual property partner in a firm with more than 150 intellectual property lawyers and agents (like Kilpatrick) was $1,026, with the Third Quartile 75% being $1,313. Ex. 3 at I-34. The rates for Mr. Wilson and Mr. Davis are within the third quartile of their peer rates.

19.     Per the AIPLA 2023 Survey, the average hourly rate for an intellectual property partner-track attorney in a firm with more than 150 lawyers and agents was $648 with the Third Quartile 75% being $800. Ex. 3 at I-47. Further, according to the AIPLA 2023 Survey, the average hourly rate for an intellectual property partner-track attorney with 5 to 6 years of experience was $514 with the Third Quartile 75% being $838. *Id.* Ms. Adams's rates are less than the Third Quartile. Ms. Stadler's and Mr. Durlach's rates also fall below that Third Quartile metric despite having many more years of experience.

20.     Given the importance of intellectual property to EWS's business, EWS properly avails itself of the opportunity to retain intellectual property specialists. *See Advanced Analytics, Inc. v. Citigroup Glob. Mkts., Inc*., No. 04-CIV-531-LTS-SLC, 2020 WL 91504, at *6 (S.D.N.Y. Jan. 8, 2020) ("This case has a fifteen-year history, involving considerable motion practice, and involves complex issues regarding software and trade secrets. Accordingly, the Court finds that [prevailing defense counsel's] hourly rates are reasonable."); *Gucci Am., Inc. v. Duty Free Apparel, Ltd.*, 315 F. Supp. 2d 511, 524–25 (S.D.N.Y. 2004) ("The two lawyers are experts in trademark law who have published articles on the topics at issue in this litigation."); *Dunkin' Donuts, Inc. v. Mercantile Ventures, Inc.*, 32 U.S.P.Q.2d 1460, 1464 (W.D. Tex. 1994) ("Lawyers unfamiliar with trademark law and litigation could not have handled this case effectively."); *Clairol, Inc. v. Save-Way Indus.*, 211 U.S.P.Q. 223, 225 (S.D. Fla. 1980) ("Trademark litigation is a particularly difficult field of specialization and is recognized as meriting greater than average rate of pay."); *cf. Pirus v. Bowen*, 869 F.2d 536, 542 (9th Cir. 1989) (affirming award of fees exceeding statutory cap because of prevailing counsel's specialized knowledge of a "highly complex area" of law).

21.     Kilpatrick has been EWS's trusted intellectual property counsel since 2011. EWS paid Kilpatrick's fees without regard to whether those fees would be recoverable in litigation. This further speaks to the reasonableness of Kilpatrick's fees and EWS's request for reimbursement of those fees in connection with the relevant filings.

22.     Kilpatrick significantly reduced legal fees and costs to EWS by enlisting the assistance of support staff whose time was not billed to clients to ensure that attorneys' work was directed to tasks that warranted their fees—i.e., those tasks directed toward the resolution of legal issues, such as conducting legal research and drafting legal correspondence, motions, briefs, and supporting materials. For example, the $54,031.51 figure contained in Paragraph 5 does not reflect valuable

work performed by Elba Smith, who was a Legal Practice Specialist at Kilpatrick during the relevant period (and since has been promoted to Paralegal). Ms. Smith spent a significant amount of unbilled time assisting Kilpatrick's attorneys with the relevant filings in this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 11, 2025, in La Jolla, California.


_/Darin J. Gibby/_
Darin J. Gibby


DATED: July 11, 2025                    Respectfully Submitted,


KILPATRICK TOWNSEND & STOCKTON LLP

_/s/ Sara K. Stadler_
Erick Durlach
Dennis L. Wilson (admitted _pro hac vice_)
Sara K. Stadler (admitted _pro hac vice_)
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254
Tel: (602) 726-7319
Fax: (623) 321-1009
_edurlach@ktslaw.com_
_dwilson@ktslaw.com_
_sstadler@ktslaw.com_

BRYAN CAVE LEIGHTON PAISNER LLP
George C. Chen
Jacob A. Maskovich
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070
_george.chen@bclplaw.com_
_jamaskovich@bclplaw.com_

Attorneys for Plaintiff and Counterclaim-Defendant Early Warning Services, LLC

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on July 11, 2025, I electronically transmitted the foregoing

3  document and any attachments to the U.S. District Court Clerk's Office using the

4  CM/ECF System for filing with a copy served via that system. For parties not

5  receiving service via CM/ECF, a copy will be transmitted via electronic mail as

6  follows:

7          Brandon O'Loughlin *and* PAZE, LLC
8          1317 W. 13th Place
9          Tempe, AZ  85281
           (623) 295-5438
10         contact@paze.guru

11         *Defendant Brandon O'Loughlin Individually and*
12         *as Authorized Representative for Defendant PAZE, LLC*

13
                                        */s/ Sara K. Stadler*
14                                       Sara K. Stadler

15

16

17

18

19

20

21

22

23

24

25

26

27

28