# EXHIBIT 1



**Please Remit Payments Only To:**
P.O. Box 884542
Los Angeles, California  90088-4542
(866) 244-4934
Payments Only: accountsreceivable@ktslaw.com
Billing Inquiries: financialservices-billingrequests@ktslaw.com
*Fed I.D.* ███████

April 8, 2025

ATTN: DAVID OPPENHEIM
EARLY WARNING SERVICES, LLC
16552 N. 90TH STREET, SUITE 100
SCOTTSDALE, AZ 85260

| | |
|---|---|
| Client: | 090850 |
| Matter: | 1448087 |
| Invoice #: | 13128345 |
| Int. Matter: | 202300038 |

RE:   US:POT CIVIL ACTION AGAINST P.A.Z.E. LLC ET AL. (IP-24-096) (PAZE)
      Client Reference:          IP-24-096
                                 PAZE

**For Professional Services Through March 31, 2025:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| ████ | ██ | ██████████████████ | ██ | ███ |
| ████ | ██ | ██████████████████ | ██ | ███ |
| ████ | ██ | █████████████████ | ██ | ███ |
| ████ | ██ | ██████████████████ | ██ | ███ |
| ████ | ██ | ███████████████████ | ██ | ███ |
| ████ | ██ | ███████████████████ | ██ | ███ |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Please return this page with payment*
*Due and Payable upon receipt.  1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

---

**Bank:** █████████
**ABA Routing No.:** ███████████
**ABA Routing No. for ACH and Other EFTs:** ██████████

**Credit: Kilpatrick Townsend & Stockton LLP**
**Account No.:** █████████
**Swift Code:** ████████

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|



| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| ███████ | ██ | █████████████████████ | ██ | ████ |
| ███████ | █ | ████████████████████ | ██ | ████ |
| ███████ | ██ | ████████████████████ | ██ | ████ |
| ████████ | ██ | █████████████████████ | ██ | ████ |
| ███████ | █ | █████████████████████ | ██ | ████ |
| ███████ | ██ | █████████████████████ | ██ | ████ |
| ███████ | █ | █████████████████████ | ██ | ████ |
| ███████ | █ | ██████████████████ | ██ | ████ |
| ███████ | ██ | ████████████████ | ██ | ████ |
| ██████ | █ | ████████████████ | ██ | ████ |
| ████████ | ██ | █████████████████████ | ██ | ████ |
| ██████ | ██ | █████████████████████ | | |
| ██████ | █ | █████████████████████ | ██ | ████ |
| ███████ | █ | █████████████████████ | ██ | ████ |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| ███ | ██ | ████████████████ | ██ | ██ |
| ███ | ██ | ██████████████████████ | ██ | ██ |
| ███ | ██ | ██████████████████ | ██ | ██ |
| ███ | ██ | ███████████ | ██ | ██ |
| ███ | ██ | ██████████████████ | ██ | ██ |
| ███ | ██ | ████████████████ | ██ | ██ |
| ███ | ██ | ██████████████████ | ██ | ██ |
| ███ | ██ | █████████████ | ██ | ██ |
| ███ | ██ | ██████████████████ | ██ | ██ |
| ███ | ██ | ██████████████████ | ██ | ██ |
| ███ | ██ | ██████████████████ | ██ | ███ |
| ███ | ██ | ████████████████ | ██ | ██ |
| ███ | ██ | ████████████████ | ██ | ██ |
| ███ | ██ | ██████████████████ | ██ | ██ |
| ███ | ██ | ██████████████████ | ██ | ██ |
| ███ | ██ | ████████████████ | ██ | ██ |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| ████ | ██ | ████████████████████████████ | ██ | ████ |
| ████ | ██ | ████████████████████ | ██ | ███ |
| ████ | █ | ████████████████████ | ██ | ███ |
| ████ | ██ | ████████████████████████ | ██ | ███ |
| ████ | ██ | ████████████████████ | ██ | ███ |
| 03/25/2025 | SKS | ████████████████████ draft ████ opposition to disqualification motion (3.0). | 3.30 | 2,650.73 |
| 03/25/2025 | THD | Review of incoming motion to disqualify and spot-checking of supporting case law (0.30); exchange of e-mail correspondence with Sara Stadler regarding strategy for response to motion (0.30). | 0.60 | 660.45 |
| ████ | █ | ████████████████████████ | ██ | ███ |
| 03/26/2025 | DJG | Review of client comments on motion to disqualify. | 0.20 | 199.75 |
| 03/26/2025 | SKS | Research law and continue to draft opposition to W. Johnson's motion to disqualify EWS's counsel. | 4.50 | 3,614.63 |
| 03/26/2025 | ED | Review communications with client re Johnson's motion to disqualify and client's comments re our draft response to the motion | 0.30 | 196.35 |
| 03/27/2025 | SKS | Continue to draft opposition to W. Johnson's motion to disqualify EWS's counsel. | 2.40 | 1,927.80 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/28/2025 | KA | ███████████████████████████████ ███████████████████████████████ ███████████████████████████████ review and revise opposition to W. Johnson's motion for disqualification (.4); revise and supplement emergency motion to seal (.8), proposed order (.1), and proposed redactions (.4). | 2.80 | 2,011.10 |
| ███ | ██ | ██████████████████████████ ██████████████████████████ | ███ | ████ |
| ███ | ██ | ██████████████████████████ ██████████████████████████ | ███ | ████ |
| 03/28/2025 | SKS | Revise draft opposition to W. Johnson's motion to disqualify EWS's counsel, including per P. Shah's review notes, and conduct detailed review of Mr. Johnson's filing for privileged materials (2.3); draft emergency motion to seal portions of Mr. Johnson's disqualification motion and supporting declaration and exhibits (2.4). | 4.70 | 3,775.28 |
| ███ | █ | ██████████████████████████ | ██ | ████ |
| 03/29/2025 | KA | Research Rule 11 sanctions requirements under the federal rules (.7); research Rule 11 standard and application in context of motions to disqualify counsel (1.1); research case law awarding sanctions for filing of frivolous motions to disqualify counsel (1.8). | 3.60 | 2,585.70 |
| ███ | █ | ██████████████████████████ | ██ | ████ |
| 03/30/2025 | THD | Review of motion to disqualify (0.10); preparation of proposed revisions to draft motion to seal (0.30); review of, and preparation of proposed revisions to, draft response to motion to disqualify (0.40). | 0.80 | 880.60 |
| 03/30/2025 | ED | Review and analyze draft opposition to motion to disqualify and daft motion to seal; review comments from team re same | 1.00 | 654.50 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/31/2025 | DLW | Review and revise opposition to motion to conflict Kilpatrick from representation of Early Warning | 1.10 | 1,210.83 |
| 03/31/2025 | SKS | Revise draft emergency motion to seal W. Johnson's motion to disqualify EWS's counsel and supporting declaration and exhibits per T. Davis's comments (.1); revise draft opposition to Mr. Johnson's disqualification motion per D. Wilson's, T. Davis's, and K. Adams's comments (.5); draft notice for expedited consideration of emergency motion to seal Mr. Johnson's motion to disqualify (.4). | 1.00 | 803.25 |
| 03/31/2025 | ED | Review status report to client re opposition to motion to disqualify and motion to seal | 0.10 | 65.45 |
| ██████ | ██ | ███████████████████████████████ | ███ | ████ |

**Total Fees**                                                                    ████

| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| KA | Kristin Adams | ██ | 718.25 | ████ |
| ██ | ███████████ | ██ | ████ | ████ |
| THD | T. H. Davis | ██ | 1,100.75 | ████ |
| ED | Erick Durlach | ██ | 654.50 | ████ |
| █ | ████████ | ██ | ████ | ████ |
| DJG | D. J. Gibby | ██ | 998.75 | ████ |
| SKS | Sara K. Stadler | ██ | 803.25 | ████ |
| DLW | Dennis Wilson | ██ | 1,100.75 | ████ |
| | **Totals** | ██ | | ████ |

*Other Charges:*

| | | | |
|--|--|--|--|
| ████ | ██████████ | | ███ |
| ████ | ███████████████████████ | | ███ |
| ████ | ████████████████████████ | | ███ |

090850.1448087.13128345

*Other Charges:*



**Total Other Charges**

**TOTAL AMOUNT DUE THIS INVOICE**

# Kilpatrick

*Please Remit Payments Only To:*
P.O. Box 884542
Los Angeles, California  90088-4542
(866) 244-4934
*Payments Only: accountsreceivable@ktslaw.com*
*Billing Inquiries: financialservices-billingrequests@ktslaw.com*
*Fed I.D.* ▆▆▆▆▆

May 6, 2025

ATTN: DAVID OPPENHEIM
EARLY WARNING SERVICES, LLC
16552 N. 90TH STREET, SUITE 100
SCOTTSDALE, AZ 85260

| | |
|---|---|
| Client: | 090850 |
| Matter: | 1448087 |
| Invoice #: | 13142597 |
| Int. Matter: | 202300038 |

RE:   US:POT CIVIL ACTION AGAINST P.A.Z.E. LLC ET AL. (IP-24-096) (PAZE)
     Client Reference:       IP-24-096
                    PAZE

**For Professional Services Through April 30, 2025:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/2025 | SKS | Finalize EWS's emergency motion to seal, proposed order, and notice for expedited consideration, draft email to P. Shah regarding same, and correspond with E. Smith regarding filing of same. | 0.60 | 481.95 |
| 04/01/2025 | ED | Review client's comments re motion to seal W. Johnson's motion to disqualify and S. Stadler's reply to same; review revised motion to seal, proposed order and notice for expedited consideration; communications with E. Smith re same; review S. Stadler's additional revisions to motion to seal; review communications with court re motion to seal and proposed order; review two emails from court re today's filings; review status report to client | 1.30 | 850.85 |
| 04/01/2025 | DJG | Review of comments on draft motion.  Final review of motion to seal. | 0.30 | 299.63 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Please return this page with payment*
*Due and Payable upon receipt.  1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

---

**Bank:** ▆▆▆▆▆
**ABA Routing No.:** ▆▆▆▆▆
**ABA Routing No. for ACH and Other EFTs:** ▆▆▆▆▆

**Credit: Kilpatrick Townsend & Stockton LLP**
**Account No.:** ▆▆▆▆▆
**Swift Code:** ▆▆▆▆▆

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| ██████ | ██ | ████████████████████████ | ██ | ████ |
| 04/02/2025 | CWB | Review of Plaintiff and Counterclaim-Defendant Early Warning Services, LLC's Opposition to Defendant and Counterclaim-Plaintiff Warren Vurl Johnson's Motion to Disqualify to verify the subsequent history of legal sources and confirm the accuracy of citations as requested by Sara Stadler. | 2.50 | 669.38 |
| 04/02/2025 | DJG | Review and discuss court's decision on motion to seal. | 0.20 | 199.75 |
| 04/02/2025 | ED | Review email from court and attached order re sealing motion to disqualify and status report to client re same | 0.20 | 130.90 |
| 04/02/2025 | KA | Analyze the Court's order setting expedited briefing schedule for EWS's motion to seal portions of W. Johnson's motion for disqualification. | 0.10 | 71.83 |
| ██████ | ██ | ████████████████████████ | ██ | ████ |
| ██████ | ██ | ████████████████████████ | ██ | ████ |
| 04/03/2025 | SKS | Draft Kilpatrick declaration in opposition to W. Johnson's motion to disqualify (.4); revise draft opposition to disqualification motion per results of cite check (.2); ████████████████████████ | 6.20 | 4,980.15 |
| ██████ | ██ | ████████████████████████ | ██ | ████ |

090850.1448087.13142597

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/03/2025 | THD | ████████████████████████ ███████ initial preparation of proposed revisions to draft response to motion to disqualify and supporting research (4.60). | 4.90 | 5,393.68 |
| 04/04/2025 | THD | ██████████████ continued preparation of brief in opposition to motion to disqualify (0.60). | 3.40 | 3,742.55 |
| ████ | ██ | ████████████████████ | ██ | ███ |
| ████ | █ | ████████████████████████ ████████████████████████ ██████████████████████ ████████████████ | | ███ |
| ████ | █ | ██████████████████ | ██ | ███ |
| 04/04/2025 | SKS | Revise draft opposition to W. Johnson's motion to disqualify and supporting Kilpatrick declaration per comments from Bryan Cave (1.8); ████████ ████████ review and annotate Mr. Johnson's opposition to EWS's emergency motion to seal (.8). | 2.90 | 2,329.43 |
| 04/05/2025 | DJG | Discuss response to Warren's opposition motion with Sara Stadler. | 0.20 | 199.75 |
| 04/05/2025 | KA | Analyze W. Johnson's opposition to motion to seal portions of W. Johnson's motion for disqualification (.5); research case law refuting and correcting W. Johnson's argument concerning applicability of client-agent and employee-agent tests for attorney-client privilege analysis (1.1); draft analysis of same (.3). | 1.90 | 1,364.68 |
| 04/05/2025 | SKS | Continue to review and annotate W. Johnson's opposition to EWS's emergency motion to seal and correspond with Kilpatrick team regarding same. | 0.30 | 240.98 |
| 04/06/2025 | ED | Review draft reply to emergency motion to seal W. Johnson's motion to disqualify; review email from client re W. Johnson's opposition to emergency motion | 0.40 | 261.80 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/06/2025 | SKS | Research law governing attorney-client privilege issues presented by W. Johnson's opposition to EWS's emergency motion to seal (.8); draft reply in support of EWS's emergency motion (6.0). | 6.80 | 5,462.10 |
| ████████ | ██ | ████████████████████████████████████ | ███ | █████ |
| 04/07/2025 | CWB | Review of Plaintiff and Counterclaim-Defendant Early Warning Services, LLC's Reply in Support of Emergency Motion to Seal Portions of Defendant Warren Vurl Johnson's Motion to Disqualify [107] to verify the subsequent history of legal sources and confirm the accuracy of citations as requested by Sara Stadler. | 1.50 | 401.63 |
| ████████ | ██ | ████████████████████████████████████ | ███ | █████ |
| ████████ | ██ | ████████████████████████████████████ | ███ | █████ |
| 04/07/2025 | KA | Revise and supplement reply in support of motion to seal portions of W. Johnson's motion for disqualification (.8): draft motion to seal same (1.2) and supporting proposed order (.2) and notice of motion (.2); draft redactions of motion for disqualification (1.3) and supporting declaration of P. Shah (.2); analyze P. Shah's correspondence concerning opposition to motion for disqualification (.2); revise and finalize and oversee filing of motion to seal (1.1). | 5.20 | 3,734.90 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/07/2025 | SKS | Continue to draft reply in support of EWS's emergency motion to seal (1.8); draft declarations in support of EWS's emergency motion to seal (.8); revise draft reply and supporting declarations per P. Shah's, T. Davis's, and K. Adams's comments and correspond with Mr. Shah regarding same (1.6); review, revise, and finalize reply in support of EWS's emergency motion to seal and supporting declarations and correspond with E. Smith regarding filing of same (.7); revise declaration of D. Gibby in opposition to W. Johnson's motion to disqualify (.7); ██████████████████████ | 7.80 | 6,265.35 |
| ██████ | ██ | ███████████████████████████████████████ | ███ | ████ |
| 04/08/2025 | KA | Research Arizona requirements for ink signature for declarations (.3); ██████████████████ | 0.70 | 502.78 |
| 04/08/2025 | DJG | Review of engagement letter to be used with my declaration. | 0.20 | 199.75 |
| 04/08/2025 | DJG | Final review of reply in response to motion to disqualify.  Review of Johnson's request for sur-reply. | 0.50 | 499.38 |
| ██████ | ██ | ███████████████████████████████████████ | ███ | ████ |
| ██████ | ██ | ███████████████████████████████████████ | ███ | ████ |
| 04/09/2025 | DLW | Review additional filings by Warren and failure to provide unredacted versions, and communications re serving with unredacted documents. | 0.20 | 220.15 |
| 04/10/2025 | DJG | Review of Johnson's request for sur-reply. | 0.20 | 199.75 |
| 04/10/2025 | ED | Review communications with Mr. Johnson re Sur Reply to motion to seal filed under seal and status report to client re same; review Mr. Johnson's Sur Reply | 0.60 | 150.00 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/10/2025 | DLW | Attention to sur reply and analysis | 0.40 | 440.30 |
| 04/10/2025 | SKS | Draft email to W. Johnson regarding failure to serve sealed copy of sur-reply in opposition to EWS's emergency motion to seal (.2); draft emails to P. Shah regarding same and Mr. Johnson's response (.2). | 0.40 | 321.30 |
| 04/11/2025 | ED | Review summary of Mr. Johnson's sur reply | 0.20 | 130.90 |
| 04/11/2025 | DJG | Discuss whether to respond to Johnson's request for sur-reply. | 0.20 | 199.75 |
| 04/11/2025 | KA | Analyze W. Johnson's sur-reply (.5) and strategy for responding to same (.5). | 1.00 | 718.25 |
| 04/11/2025 | SKS | Correspond with K. Adams regarding W. Johnson's sur-reply in opposition to EWS's emergency motion to seal. | 0.10 | 80.33 |
| ███████ | ██ | ████████████████████ | ███ | █████ |
| ███████ | ██ | ██████████████████████████ | ███ | █████ |
| ███████ | ██ | ██████████████████████ | ███ | █████ |
| ███████ | ██ | ████████████████████ | ███ | █████ |
| ███████ | ██ | ██████████████████ | ███ | █████ |
| 04/15/2025 | KA | Analyze W. Johnson's reply in support of his motion to disqualify EWS's counsel (.4); confer with internal team regarding whether sur-reply was warranted to same (.2); ████████████████████████ | 1.30 | 933.73 |
| 04/15/2025 | DJG | Review of Johnson's reply and declaration in support of his motion to disqualify. Review of comments from client. | 0.70 | 699.13 |
| ███████ | ██ | ██████████████████████████ ██████████████ | ███ | █████ |
| 04/15/2025 | SKS | ████████████████████ telephone conference with P. Shah regarding W. Johnson's reply in support of motion to disqualify (.3). | 0.70 | 562.28 |

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|



| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|



| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|



090850.1448087.13142597

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|



**Total Fees**



| Summary | Timekeeper Name | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-----------|--------|
| KA | Kristin Adams | ■ | 718.25 | ■ |
| CWB | Cynthia W. Baldwin | ■ | 267.75 | ■ |
| THD | T. H. Davis | ■ | 1,100.75 | ■ |
| ED | Erick Durlach | ■ | 250.00 | ■ |
| ED | Erick Durlach | ■ | 654.50 | ■ |
| DJG | D. J. Gibby | ■ | 998.75 | ■ |
| ■ | ■ | ■ | ■ | ■ |
| SKS | Sara K. Stadler | ■ | 803.25 | ■ |
| DLW | Dennis Wilson | ■ | 1,100.75 | ■ |
| | **Totals** | ■ | | ■ |

*Other Charges:*

| | | |
|--|--|--|
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| 04/04/2025 | Federal Express from Kilpatrick Townsend LLP(Elba Smith) to AZ US District Court (Hon Susan M Brnovich) in PHOENIX AZ on 04/01/25Tracking #287095907187 | 21.13 |
| ■ | | ■ |
| 04/11/2025 | Federal Express from Kilpatrick Townsend LLP(Elba Smith) to AZ US District Court (Hon Susan M Brnovich) in PHOENIX AZ on 04/08/25Tracking #287358274134 | 26.70 |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |

**Total Other Charges** ■

**TOTAL AMOUNT DUE THIS INVOICE** ■

# EXHIBIT 2

| Timekeeper | Title | Hourly Rate | Hours Billed | Amount Billed |
|---|---|---|---|---|
| Dennis L. Wilson | Partner | $1,100.75 | 1.7 | $1,871.28 |
| Theodore H. Davis Jr. | Partner | $1,100.75 | 6.6 | $7,264.95 |
| Darin J. Gibby | Partner | $998.75 | 2.7 | $2,696.63 |
| Sara K. Stadler | Counsel | $803.25 | 35.1 | $28,194.08 |
| Kristin M. Adams | Senior Associate | $718.25 | 14.4 | $10,342.81 |
| Erick Durlach | Counsel | $654.50 | 3.5 | $2,440.75 |
| Erick Durlach | Counsel | $250 | 0.6 | $150.00 |
| Cynthia Baldwin | Contract Attorney | $267.75 | 4.0 | $1,071.01 |
| | **Total:** | | 68.6 | $54,031.51 |

# EXHIBIT 3



# AIPLA
# 2023
## Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual
Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org

KF
301
.R46
2023
ATL



# Report of the Economic Survey 2023

**Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee**

**Nicholas Camillo, Chair**

**October 2023**

**Prepared by:**



10097 Tyler Court, Suite 3 ■ Ijamsville, Maryland 21754
TEL: (240) 268-1262 ■ ARI@associationresearch.com

## Billable hours recorded in 2022 (Q32)

*Private Firm, Equity Partner*

| | | How many billable hours did you record in 2022? | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 197 | 1,454 | 1,082 | 1,500 | 1,800 |
| Years of IP Law Attorney Experience | 10-14 | 25 | 1,571 | 1,235 | 1,530 | 1,924 |
| | 15-24 | 66 | 1,491 | 1,061 | 1,500 | 1,907 |
| | 25-34 | 81 | 1,413 | 1,077 | 1,500 | 1,800 |
| | 35 or More | 18 | 1,167 | 806 | 1,150 | 1,481 |
| Location | Boston CMSA | 4 | 863 | 513 | 1,000 | 1,075 |
| | NYC CMSA | 14 | 1,476 | 1,063 | 1,358 | 1,727 |
| | Philadelphia CMSA | 5 | 1,669 | 933 | 1,500 | 2,491 |
| | Washington, DC CMSA | 17 | 1,606 | 1,057 | 1,800 | 2,100 |
| | Other East | 16 | 1,364 | 1,000 | 1,450 | 1,776 |
| | Metro Southeast | 11 | 1,452 | 1,000 | 1,600 | 1,900 |
| | Other Southeast | 7 | 1,496 | 850 | 1,500 | 1,920 |
| | Chicago CMSA | 12 | 1,577 | 1,328 | 1,612 | 1,844 |
| | Minne.-St. Paul PMSA | 16 | 1,553 | 1,275 | 1,546 | 1,895 |
| | Other Central | 34 | 1,500 | 1,200 | 1,502 | 1,863 |
| | Texas | 22 | 1,302 | 978 | 1,477 | 1,725 |
| | Los Angeles CMSA | 4 | 1,166 | 686 | 1,300 | 1,513 |
| | San Francisco CMSA | 5 | 1,855 | 1,377 | 1,722 | 2,400 |
| | Other West | 30 | 1,369 | 1,013 | 1,357 | 1,731 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | 1,375 | 1,040 | 1,260 | 1,925 |
| | Chemical | 8 | 1,699 | 1,451 | 1,711 | 2,000 |
| | Computer Hardware | 3 | 1,800 | ISD | 1,920 | ISD |
| | Computer Software | 24 | 1,346 | 1,013 | 1,325 | 1,705 |
| | Electrical | 16 | 1,403 | 1,088 | 1,477 | 1,695 |
| | Mechanical | 29 | 1,354 | 980 | 1,300 | 1,800 |
| | Medical/Health Care | 8 | 1,718 | 1,293 | 1,714 | 2,138 |
| | Pharmaceutical | 3 | 1,490 | ISD | 1,504 | ISD |
| Age | 35-39 | 15 | 1,615 | 1,400 | 1,520 | 1,920 |
| | 40-44 | 19 | 1,641 | 1,250 | 1,650 | 1,950 |
| | 45-49 | 21 | 1,536 | 1,200 | 1,530 | 1,825 |
| | 50-54 | 38 | 1,393 | 1,041 | 1,471 | 1,825 |
| | 55-59 | 53 | 1,450 | 1,082 | 1,500 | 1,800 |
| | 60 or Older | 48 | 1,300 | 878 | 1,327 | 1,640 |
| Gender | Male | 161 | 1,450 | 1,082 | 1,500 | 1,800 |
| | Female | 30 | 1,481 | 1,084 | 1,453 | 1,798 |
| | Prefer not to respond | 3 | 1,550 | ISD | 1,500 | ISD |
| Highest Non-Law Degree | Bachelor's Degree | 124 | 1,451 | 1,050 | 1,488 | 1,800 |
| | Master's Degree | 50 | 1,410 | 1,048 | 1,515 | 1,800 |
| | Doctorate Degree | 19 | 1,642 | 1,401 | 1,560 | 2,000 |
| Ethnicity | White/Caucasian | 161 | 1,442 | 1,082 | 1,500 | 1,800 |
| | Black/African American | 3 | 1,294 | ISD | 1,500 | ISD |
| | Hispanic/Latino | 3 | 1,167 | ISD | 1,500 | ISD |
| | Asian/Pacific Islander | 8 | 1,736 | 1,275 | 1,744 | 1,938 |
| | Mixed Race | 6 | 710 | 37 | 847 | 1,175 |
| | Prefer not to respond | 11 | 1,643 | 1,250 | 1,800 | 1,920 |
| | Other | 3 | 2,451 | ISD | 2,300 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 21 | 995 | 790 | 1,020 | 1,282 |
| | 3-5 | 27 | 1,306 | 850 | 1,220 | 1,800 |
| | 6-10 | 19 | 1,440 | 1,064 | 1,500 | 2,000 |
| | 11-25 | 38 | 1,544 | 1,100 | 1,500 | 1,907 |
| | 26-50 | 24 | 1,537 | 1,225 | 1,500 | 1,813 |
| | 51-100 | 36 | 1,673 | 1,428 | 1,700 | 1,900 |
| | 101-150 | 11 | 1,584 | 1,200 | 1,650 | 1,850 |
| | More than 150 | 17 | 1,533 | 1,394 | 1,600 | 1,784 |

## Average hourly billing rate in 2022 (Q33)

*Private Firm, Equity Partner*

| | | Average hourly billing rate in 2022 | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 218 | $585 | $400 | $500 | $661 |
| Years of IP Law Attorney Experience | 7-9 | 3 | $643 | ISD | $500 | ISD |
| | 10-14 | 26 | $527 | $350 | $450 | $500 |
| | 15-24 | 75 | $545 | $395 | $475 | $687 |
| | 25-34 | 89 | $610 | $418 | $525 | $663 |
| | 35 or More | 19 | $694 | $500 | $610 | $700 |
| Location | Boston CMSA | 4 | $713 | $431 | $713 | $994 |
| | NYC CMSA | 17 | $761 | $500 | $670 | $1,025 |
| | Philadelphia CMSA | 8 | $620 | $481 | $575 | $825 |
| | Washington, DC CMSA | 20 | $702 | $478 | $603 | $995 |
| | Other East | 16 | $543 | $376 | $488 | $595 |
| | Metro Southeast | 11 | $557 | $400 | $500 | $540 |
| | Other Southeast | 8 | $433 | $377 | $435 | $483 |
| | Chicago CMSA | 14 | $630 | $494 | $623 | $654 |
| | Minne.-St. Paul PMSA | 16 | $495 | $353 | $468 | $614 |
| | Other Central | 38 | $441 | $341 | $403 | $513 |
| | Texas | 23 | $619 | $450 | $500 | $850 |
| | Los Angeles CMSA | 5 | $560 | $365 | $500 | $785 |
| | San Francisco CMSA | 6 | $993 | $534 | $810 | $1,546 |
| | Other West | 32 | $565 | $403 | $448 | $600 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | $631 | $405 | $560 | $813 |
| | Chemical | 9 | $495 | $358 | $450 | $580 |
| | Computer Hardware | 3 | $440 | ISD | $470 | ISD |
| | Computer Software | 25 | $596 | $400 | $495 | $700 |
| | Electrical | 17 | $596 | $400 | $550 | $710 |
| | Mechanical | 36 | $473 | $376 | $440 | $524 |
| | Medical/Health Care | 9 | $478 | $335 | $435 | $565 |
| | Pharmaceutical | 3 | $856 | ISD | $687 | ISD |
| Age | 35-39 | 16 | $486 | $350 | $445 | $494 |
| | 40-44 | 22 | $583 | $358 | $470 | $588 |
| | 45-49 | 24 | $581 | $400 | $485 | $784 |
| | 50-54 | 43 | $521 | $390 | $475 | $600 |
| | 55-59 | 57 | $636 | $425 | $550 | $685 |
| | 60 or Older | 51 | $595 | $420 | $520 | $650 |
| Gender | Male | 175 | $585 | $400 | $500 | $650 |
| | Female | 36 | $524 | $386 | $475 | $615 |
| | Prefer not to respond | 4 | $570 | $383 | $453 | $875 |
| Highest Non-Law Degree | Bachelor's Degree | 143 | $567 | $400 | $495 | $625 |
| | Master's Degree | 50 | $601 | $411 | $500 | $705 |
| | Doctorate Degree | 21 | $594 | $395 | $540 | $725 |
| Ethnicity | White/Caucasian | 178 | $569 | $400 | $500 | $650 |
| | Black/African American | 3 | $450 | ISD | $450 | ISD |
| | Hispanic/Latino | 3 | $1,050 | ISD | $850 | ISD |
| | Asian/Pacific Islander | 8 | $554 | $343 | $413 | $851 |
| | Mixed Race | 7 | $475 | $400 | $450 | $550 |
| | Prefer not to respond | 13 | $699 | $453 | $535 | $1,013 |
| | Other | 3 | $610 | ISD | $555 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $441 | $356 | $423 | $499 |
| | 3-5 | 36 | $498 | $381 | $418 | $515 |
| | 6-10 | 21 | $449 | $393 | $440 | $550 |
| | 11-25 | 42 | $548 | $397 | $475 | $626 |
| | 26-50 | 25 | $562 | $438 | $500 | $640 |
| | 51-100 | 36 | $674 | $500 | $625 | $851 |
| | 101-150 | 11 | $656 | $360 | $650 | $850 |
| | More than 150 | 18 | $1,026 | $768 | $1,015 | $1,313 |

## Average hourly billing rate in 2022 (Q33)

*Private Firm, Partner-Track Attorney*

| | | Average hourly billing rate in 2022 | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 54 | $459 | $325 | $400 | $506 |
| Years of IP Law Attorney Experience | Fewer than 5 | 18 | $373 | $220 | $313 | $469 |
| | 5-6 | 4 | $514 | $291 | $413 | $838 |
| | 7-9 | 7 | $460 | $330 | $418 | $585 |
| | 10-14 | 10 | $663 | $451 | $515 | $668 |
| | 15-24 | 9 | $427 | $345 | $400 | $423 |
| | 25-34 | 5 | $398 | $346 | $398 | $450 |
| Location | Washington, DC CMSA | 16 | $482 | $339 | $410 | $519 |
| | Other Southeast | 5 | $406 | $325 | $390 | $495 |
| | Chicago CMSA | 4 | $488 | $417 | $484 | $564 |
| | Minne.-St. Paul PMSA | 3 | $379 | ISD | $418 | ISD |
| | Other Central | 9 | $316 | $220 | $325 | $388 |
| | Other West | 5 | $680 | $283 | $305 | $1,266 |
| IP Technical Specialization (>=50%) | Biotechnology | 3 | $278 | ISD | $290 | ISD |
| | Chemical | 7 | $575 | $425 | $525 | $725 |
| | Computer Software | 7 | $695 | $325 | $530 | $755 |
| | Mechanical | 5 | $327 | $283 | $300 | $384 |
| | Pharmaceutical | 3 | $522 | ISD | $420 | ISD |
| Age | Younger than 35 | 14 | $385 | $220 | $313 | $476 |
| | 35-39 | 7 | $414 | $290 | $390 | $550 |
| | 40-44 | 13 | $415 | $345 | $418 | $475 |
| | 45-49 | 3 | $410 | ISD | $420 | ISD |
| | 50-54 | 5 | $663 | $325 | $350 | $1,159 |
| | 55-59 | 6 | $499 | $343 | $463 | $648 |
| Gender | Male | 37 | $472 | $315 | $390 | $515 |
| | Female | 13 | $421 | $308 | $425 | $513 |
| | Prefer not to respond | 3 | $485 | ISD | $400 | ISD |
| Highest Non-Law Degree | Bachelor's Degree | 32 | $448 | $306 | $395 | $492 |
| | Master's Degree | 11 | $492 | $325 | $418 | $750 |
| | Doctorate Degree | 11 | $459 | $325 | $425 | $550 |
| Ethnicity | White/Caucasian | 38 | $438 | $298 | $394 | $462 |
| | Hispanic/Latino | 3 | $483 | ISD | $350 | ISD |
| | Asian/Pacific Islander | 7 | $551 | $365 | $580 | $750 |
| | Prefer not to respond | 3 | $542 | ISD | $500 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 3 | $337 | ISD | $340 | ISD |
| | 3-5 | 5 | $340 | $200 | $300 | $500 |
| | 6-10 | 7 | $327 | $280 | $330 | $400 |
| | 11-25 | 11 | $369 | $325 | $366 | $420 |
| | 26-50 | 9 | $485 | $303 | $330 | $668 |
| | 51-100 | 7 | $480 | $398 | $468 | $580 |
| | 101-150 | 3 | $360 | ISD | $345 | ISD |
| | More than 150 | 7 | $648 | $435 | $725 | $800 |

## For the first 10 years of experience, billable hours recorded in 2022 (Q32)

*Private Firm, Partner-Track Attorney*

| | | How many billable hours did you record in 2022? | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 44 | 1,584 | 1,255 | 1,646 | 1,900 |
| Years of IP Law Attorney Experience | 1 | 4 | 1,344 | 456 | 1,700 | 1,875 |
| | 2 | 5 | 1,668 | 1,291 | 1,880 | 1,940 |
| | 3 | 4 | 1,804 | 1,643 | 1,775 | 1,995 |
| | 4 | 3 | 1,744 | ISD | 1,908 | ISD |
| | 5 | 4 | 2,152 | 1,852 | 2,054 | 2,550 |
| | 8 | 3 | 1,814 | ISD | 1,855 | ISD |
| | 10 | 3 | 1,347 | ISD | 1,240 | ISD |

## For the first 10 years of experience, average hourly billing rate in 2022 (Q33)

*Private Firm, Partner-Track Attorney*

| | | Average hourly billing rate in 2022 | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 54 | $459 | $325 | $400 | $506 |
| Years of IP Law Attorney Experience | 1 | 6 | $218 | $178 | $220 | $240 |
| | 2 | 6 | $429 | $316 | $443 | $531 |
| | 3 | 4 | $320 | $289 | $323 | $349 |
| | 5 | 4 | $514 | $291 | $413 | $838 |
| | 8 | 3 | $453 | ISD | $468 | ISD |
| | 10 | 4 | $849 | $444 | $540 | $1,564 |