**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
*edurlach@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
*sstadler@ktslaw.com*
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

**BRYAN CAVE LEIGHTON PAISNER LLP**
George C. Chen, Arizona Bar No. 019704
*george.chen@bclplaw.com*
Jacob A. Maskovich, Arizona Bar No. 021920
*jamaskovich@bclplaw.com*
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070

Attorneys for Plaintiff and Counterclaim-
Defendant Early Warning Services, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC, | Case No. CV-24-01587-PHX-SMB |
| Plaintiff and Counterclaim-Defendant, | |
| v. | **PLAINTIFF AND COUNTERCLAIM-DEFENDANT EARLY WARNING SERVICES, LLC'S MOTION FOR CLARIFICATION OF CASE MANAGEMENT ORDER [197]** |
| Warren Vurl Johnson, | |
| Defendant and Counterclaim-Plaintiff; and | |
| Brandon O'Loughlin and P.A.Z.E., LLC, | |
| Defendants. | |

On July 17, 2025, the Court conducted a scheduling conference (the "Scheduling Conference") with Plaintiff Early Warning Services, LLC ("EWS") and Defendant Warren Vurl Johnson ("Johnson") pursuant to Federal Rule of Civil Procedure 16. *See* Dkts. 178, 195. EWS respectfully reports its understanding from the Scheduling Conference that the Court intended to enter the deadlines in the then-forthcoming scheduling order in the form proposed in the Case Management Report filed at Docket No. 188. However, on July 17, 2025, the Court issued a Case Management Order excluding certain proposed deadlines. Dkt. 197 (the "Order"). Therefore, EWS respectfully requests clarification of the following deadlines set in the Order that are inconsistent with the deadlines proposed in the Case Management Report.

(1)    **Initial Disclosures**: EWS requests amendment of the Order to require service of initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by or on **August 1, 2025**, as proposed in the Case Management Report. *See* Dkt. 188 at 10. No deadline for the initial disclosures was previously ordered. Dkt. 197.

(2)    **Expert Discovery**: Paragraphs 4(a) and 4(b) of the Order set Expert Disclosure and Discovery deadlines on a per-party basis. Dkt. 197 at 2. EWS requests amendment of the Order to reflect deadlines based on the party with the burden of proof, as proposed in the Case Management Report and as rearticulated below. *See* Dkt. 188 at 10–11.

> a. **Service of initial expert reports by a party bearing the burden of proof on a relevant issue: February 20, 2026;**
>
> b. **Service of initial expert reports by a party not bearing the burden of proof on a relevant issue: March 20, 2026**; and
>
> c. Service of rebuttal expert reports: April 17, 2026.[1]

(3)    **Expert Discovery and Depositions:** EWS requests amendment of the

---

[1] The rebuttal expert report deadline need not be amended as included at Paragraph 4(c) of the Order. EWS provides it here for completeness and clarity.

Order to require that expert discovery, including depositions, be completed no later than **May 15, 2026**, as proposed in the Case Management Report. *See* Dkt. 188 at 11. The Order did not include a deadline for the completion of expert discovery, and the deadline for expert depositions was previously indicated as "***." Dkt. 197 at 2, ¶ 4(d).

(4) **Discovery Limitations:** The Order explains that "[d]eposition time shall be limited to 1 day of 7 hours each as provided in Rule 30(d)(1) of the Federal Rules of Civil Procedure." Dkt. 197 at 1. The Case Management Report recommended "limit[ing] each of the Parties to 15 [total] deposition hours." Dkt. 188 at 10. EWS requests that the Order be amended to clarify if—and to what extent—each party is limited in total deposition hours.

(5) **Motions under Federal Rules of Evidence 702, 703, 704, and 705:** EWS requests amendment of the Order to require the parties to file motions under Federal Rules of Evidence 702, 703, 704, and 705 by or on **August 7, 2026**, as proposed in the Case Management Report. *See* Dkt. 188 at 11. No deadline for these motions was previously ordered. Dkt. 197.

For the Court's future ease of administration of this case, the understanding of the parties, and the above-listed reasons, EWS respectfully requests clarification of the Case Management Order entered at ECF No. 197.

DATED:  July 21, 2025.                    Respectfully Submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

*/s/ Erick Durlach*
Erick Durlach
Dennis L. Wilson (admitted *pro hac vice*)
Sara K. Stadler (admitted *pro hac vice*)
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254
Tel: (602) 726-7319
Fax: (623) 321-1009
*edurlach@ktslaw.com*
*dwilson@ktslaw.com*
*sstadler@ktslaw.com*

2

BRYAN CAVE LEIGHTON PAISNER LLP
George C. Chen
Jacob A. Maskovich
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070
*george.chen@bclplaw.com*
*jamaskovich@bclplaw.com*

Attorneys for Plaintiff and Counterclaim-Defendant Early Warning Services, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing with a copy served via that system. For parties not receiving service via CM/ECF, a copy will be transmitted via electronic mail as follows:

Brandon O'Loughlin *and* PAZE, LLC
1317 W. 13th Place
Tempe, AZ  85281
(623) 295-5438
contact@paze.guru

*Defendant Brandon O'Loughlin Individually and*
*as Authorized Representative for Defendant PAZE, LLC*

/s/ Erick Durlach
Erick Durlach

3