# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC, <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> Warren Vurl Johnson, <br><br> Defendant and Counterclaim-Plaintiff; and <br><br> Brandon O'Loughlin and P.A.Z.E., LLC, <br><br> Defendants. | Case No. CV-24-01587-PHX-SMB <br><br> **[PROPOSED] ORDER ON PLAINTIFF AND COUNTERCLAIM-DEFENDANT EARLY WARNING SERVICES, LLC'S MOTION FOR CLARIFICATION OF CASE MANAGEMENT ORDER [197]** |

Upon consideration of Plaintiff Early Warning Services, LLC's Motion for Clarification of the Court's July 17, 2025, Case Management Order (Dkt. 197), it is hereby

**ORDERED** that the parties must serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by or on **August 1, 2025**.

**IT IS FURTHER ORDERED** that Paragraphs 4(a) and 4(b) of the Case Management Order (Dkt. 197) are amended to read as follows:

    a.  Service of initial expert reports by a party bearing the burden of proof on a relevant issue: **February 20, 2026**; and

      b.  Service of initial expert reports by a party not bearing the burden of proof on a relevant issue: **March 20, 2026**.

**IT IS FURTHER ORDERED** that Paragraph 4(d) of the Case Management Order (Dkt. 197) is amended to require that expert discovery, including depositions, must be completed no later than **May 15, 2026.**

**IT IS FURTHER ORDERED** that each party is limited to fifteen (15) total deposition hours.

**IT IS FURTHER ORDERED** that the parties must file motions under Federal Rules of Evidence 702, 703, 704, and 705 by or on **August 7, 2026.**

It is **SO ORDERED**.