1
2
3
4
5
6
7
8
9
10

**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
*edurlach@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
*sstadler@ktslaw.com*
Kristin M. Adams, Virginia Bar No. 92069
(admitted *pro hac vice*)
*kmadams@ktslaw.com*
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

11
12
13
14
15
16

**BRYAN CAVE LEIGHTON PAISNER LLP**
George C. Chen, Arizona Bar No. 019704
*george.chen@bclplaw.com*
Jacob A. Maskovich, Arizona Bar No. 021920
*jamaskovich@bclplaw.com*
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070

17
18

Attorneys for Plaintiff
Early Warning Services, LLC

19
20

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

21
22
23
24
25
26
27
28

| | |
|---|---|
| Early Warning Services, LLC, <br><br> Plaintiff, <br><br> v. <br><br> Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC, <br><br> Defendants. | Case No. CV-24-01587-PHX-SMB <br><br><br> **DECLARATION OF DARIN J. GIBBY IN SUPPORT OF PLAINTIFF EARLY WARNING SERVICES, LLC'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT BRANDON O'LOUGHLIN** |

I, Darin J. Gibby, declare under penalty of perjury as follows:

1. I am over 18 years of age and a Partner in Kilpatrick Townsend & Stockton LLP ("Kilpatrick"). I am a resident of the State of Colorado and am licensed to practice as an attorney in the States of Colorado and California. The statements made in this Declaration are true and based on my own personal knowledge and the business records that Kilpatrick maintains as part of the ordinary course of its business.

2. Kilpatrick retained private process servers on Plaintiff Early Warning Services, LLC's ("EWS") behalf to serve Defendants. EWS incurred a total of $1,365.60 in service costs in connection with multiple attempts to effect personal service on Defendant Brandon O'Loughlin ("O'Loughlin"). O'Loughlin eventually was served with process on September 11, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2025, in La Jolla, California.


_/Darin J. Gibby /_
Darin J. Gibby