**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>      Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S EMERGENCY MOTION TO SEAL PORTIONS OF WARREN VURL JOHNSON'S REPLY [264] IN SUPPORT OF MOTION TO STRIKE [258]** |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion to Seal Portions of Defendant Warren Vurl Johnson's Reply in Support of Motion to Strike (Dkt. 264) and Exhibit C to that Reply (Dkt. 264-3), pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown, it is hereby **ORDERED** that:

    (1)    Plaintiff's Emergency Motion to Seal is granted in its entirety;

    (2)    The Clerk of Court shall place under seal the documents identified by docket numbers 264 and 264-3;

    (3)    Within three (3) days of this Order, Defendant Johnson shall file a public copy of the foregoing documents with the following excerpts permanently redacted:

        (a)    the phrase beginning with "a practice" and ending with "today" on page 5 of Dkt. 264 at lines 24 and 25;

1

(b)  the sentence beginning with "Privileged Teams chats" and ending with "matters" on page 8 of Dkt. 264 at lines 9 and 10;

(c)  the three paragraphs in section II(C) of Dkt. 264, beginning with "A prima facia case" (misspelling in original) on page 10 at line 13 and ending with "crime and fraud" on page 11 at line 3; and

(d)  the third and fourth columns in the fifth row of the chart (exclusive of the header row) on page 5 of Dkt. 264-3 (Exhibit C) discussing the "Privileged chats" and "Teams Chat."

It is **SO ORDERED**.