# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>    Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S EMERGENCY MOTION TO SEAL PORTIONS OF JOHNSON'S OPPOSITION [267] TO EMERGENCY MOTION TO SEAL [265]** |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion to Seal Portions of Defendant Warren Vurl Johnson's Opposition to Emergency Motion to Seal (Dkt. 267), pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown, it is hereby **ORDERED** that:

(1) Plaintiff's Emergency Motion to Seal is granted in its entirety;

(2) The Clerk of Court shall place under seal the document identified by docket number 267;

(3) Within three (3) days of this Order, Defendant Johnson shall file a public copy of the foregoing documents with the following excerpts permanently redacted:

    (a) the phrase beginning with "General Counsel" and ending with "advised" on page 3 of Dkt. 267 between lines 3 and 6;

1

     (b)    the phrase beginning with "a completed" and ending with "excluded" on page 3 of Dkt. 267 between lines 6 and 8 (section II(A));

     (c)    the phrase beginning with "General Counsel" and ending with "part of" on page 8 of Dkt. 267 between lines 18 and 20 (section IV(B)(4), Element 1);

     (d)    the phrase beginning with "General Counsel's" and ending with "conduct" on page 9 of Dkt. 267 at line 12 (section IV(C)(3)); and

     (e)    the sentence beginning with "It is" and ending with "excluded" on page 12 of Dkt. 267 at lines 6 and 7.

It is **SO ORDERED**.