**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
*edurlach@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
*sstadler@ktslaw.com*
Kristin M. Adams, Virginia Bar No. 92069
(admitted *pro hac vice*)
*kmadams@ktslaw.com*
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

**BRYAN CAVE LEIGHTON PAISNER LLP**
George C. Chen, Arizona Bar No. 019704
*george.chen@bclplaw.com*
Jacob A. Maskovich, Arizona Bar No. 021920
*jamaskovich@bclplaw.com*
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070

Attorneys for Plaintiff
Early Warning Services, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>  Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**DECLARATION OF ELBA T. SMITH IN SUPPORT OF EMERGENCY MOTION TO SEAL PORTIONS OF JOHNSON'S MOTION FOR PRIVILEGE RULING [272]** |

1    I, Elba T. Smith, declare under penalty of perjury as follows:

2    1.    I am over 18 years of age and a paralegal at Kilpatrick Townsend & Stockton LLP ("Kilpatrick"), which represents Plaintiff Early Warning Services, LLC ("EWS") in this matter. I am a resident of the State of Texas. The statements made in this Declaration are true and based on my own personal knowledge and the business records that Kilpatrick maintains as part of the ordinary course of its business.

3    2.    Attached as Exhibit A is a true and correct copy of the Trademark Trial and Appeal Board's ("TTAB") November 12, 2025, order in *P.A.Z.E., LLC v. Early Warning Services, LLC*, Opposition No. 91291526 (the "Opposition"), docketed as 21 TTABVUE in that action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 12, 2025, in Dallas, Dallas County, Texas.

_____
Elba T. Smith

# EXHIBIT A

ajl/am

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
P.O. Box 1451
**Alexandria, VA  22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

November 12, 2025

Opposition No. 91291526

*P.A.Z.E.LLC*

*v.*

*Early Warning Services, LLC*

**By the Trademark Trial and Appeal Board:**

Applicant's motion for summary judgment (filed September 9, 2025) is granted as conceded. *See* Trademark Rules 2.127(e)(1) and Fed. R. Civ. P. 56.[1]

Accordingly, the opposition is dismissed with prejudice.

---

[1] Combined with its motion for summary judgment, Applicant additionally moves to seal the docket entries numbered 1, 7, 10, 13, 15, and 16 TTABVUE, relying on the preliminary and permanent injunctions issued in the civil action which occasioned suspension of these proceedings, *Early Warning Services, LLC v. Warren Vurl Johnson, Brandon O'Loughlin, and P.A.Z.E. LLC*, Case No. 2:24-cv-01587-SMB, in the United States District Court for the District of Arizona ("Civil Action"). 19 TTABVUE 20. In the Civil Action, the Court ordered that "P.A.Z.E. [LLC] . . . is permanently enjoined from . . . disclosing . . . a privileged Microsoft Teams chat between Defendant Warren Vurl Johnson and [Respondent's] General Counsel, Tracy Cheney that occurred on or around November 3, 2022," *id*. at 35-36, which is the same "Chat" which is the subject of Applicant's renewed motion to seal, having previously found the "Chat" to be "undoubtedly privileged," *id*. at 271. Applicant's renewed motion to seal is uncontested. In view thereof, Applicant's renewed motion to permanently seal the docket entries numbered 1, 7, 10, 13, 15, and 16 TTABVUE is **granted**. *See* Trademark Rule 2.27(e), 37 C.F.R. § 2.27(e); TBMP § 412.04.