1
2
3
4
5

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Early Warning Services, LLC, | Case No. CV-24-01587-PHX-SMB |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S EMERGENCY MOTION TO SEAL PORTIONS OF JOHNSON'S MOTION FOR PRIVILEGE RULING [272]** |
| Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC, | |
| Defendants. | |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion to Seal Portions of Defendant Warren Vurl Johnson's Motion for Privilege Ruling (Dkt. 272), pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown, it is hereby **ORDERED** that:

(1)   Plaintiff's Emergency Motion to Seal is granted in its entirety;

(2)   The Clerk of Court shall place under seal the document identified by docket number 272;

(3)   Within three (3) days of this Order, Defendant Johnson shall file a public copy of the foregoing document with the following excerpts permanently redacted:

    (a)   On page 5 of Dkt. 272 at lines 2 through 4, the phrase beginning with "statements by" and ending with "involvement";

    (b)   On page 5 of Dkt. 272 at lines 6 through 12, the phrases (including

1  bullet points) beginning with "General Counsel" and ending with "the deal'";

(c) On page 5 of Dkt. 272 at lines 13 through 15, the phrase beginning with "a completed" and ending with "excluded";

(d) On page 7 of Dkt. 272 at lines 25 through 28, both bullet points beginning with "It shows" and ending with "defense)";

(e) On page 9 of Dkt. 272 at lines 10 through 11 (Point 3), the phrase beginning with "potentially" and ending with "banks";

(f) On page 9 of Dkt. 272 at lines 12 through 13 (Point 4), the phrase beginning with "exclusion" and ending with "conduct";

(g) Each bullet point on page 11 of Dkt. 272 at lines 1 through 5 (i.e., the content beginning with "Horizontal" and ending with "knowledge");

(h) On page 11 of Dkt. 272 at line 10, the phrase beginning with "negotiations" and ending with "ongoing";

(i) Each bullet point on page 11 of Dkt. 272 at lines 12 through 16 (i.e., the content beginning with "Bank" and ending with "negotiations'");

(j) On page 11 of Dkt. 272 between lines 25 and 27, the phrase beginning with "General Counsel's" and ending with "deal with [redacted]";

(k) The contents of each parenthetical on page 12 of Dkt. 272 at lines 1 through 6;

(l) On page 13 of Dkt. 272, in the first column of the second row of the chart (excluding the header row), the phrase beginning with "during" and ending with "negotiations";

(m) The first three words in the first column of the first row of the chart (excluding the header row) on page 14 of Dkt. 272;

     (n)    The contents of the first column of the second row of the chart (excluding the header row) on page 14 of Dkt. 272;

     (o)    The last four words on page 15 of Dkt. 272;

     (p)    The first word on page 16 of Dkt. 272;

     (q)    The entirety of Section VII (i.e., between and including page 16, line 6 and page 17, line 8 of Dkt. 272; and

     (r)    On page 18 of Dkt. 272 at lines 2 through 4, the phrase beginning with "bank" and ending with "excluded."

It is **SO ORDERED**.

3