**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>　　　　Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S MOTION FOR SANCTIONS RELATING TO DEFENDANT WARREN VURL JOHNSON'S FILINGS DISCLOSING PRIVILEGED INFORMATION [264, 267, 272]** |

Upon consideration of Plaintiff Early Warning Services, LLC's Motion for Sanctions Relating to Defendant Warren Vurl Johnson's Filings Disclosing Privileged Information, pursuant to 28 U.S.C. § 1927 and this Court's inherent authority, and for good cause shown, it is hereby **ORDERED** that:

(1)　Plaintiff's Motion for Sanctions is granted in its entirety;

(2)　Plaintiff shall submit a supporting declaration attaching evidence sufficient to establish its attorneys' fees incurred in preparing, filing, and supporting:

　　(a)　Plaintiff's Emergency Motion (Dkt. 265) to Seal Defendant Johnson's Reply in Support of Motion to Strike (Dkt. 264);

　　(b)　Plaintiff's Emergency Motion (Dkt. 270) to Seal Mr. Johnson's Opposition to Emergency Motion to Seal (Dkt. 267);

1

        (c)     Plaintiff's Emergency Motion to Seal Mr. Johnson's Motion for Privilege Ruling (Dkt. 272); and

        (d)     Plaintiff's Motion for Sanctions Relating to Mr. Johnson's Filings Disclosing Privileged Information;

(3)    Defendant Johnson's electronic privileges are hereby revoked, and the Clerk of Court is instructed to disable Mr. Johnson's electronic filing credentials, effective immediately; and

(4)    Defendant Johnson is required to comply with the following procedures for filing documents in this action in future:

        (a)     Mr. Johnson must file all documents with the Court by First Class Mail and, on the date of mailing, serve all documents on Plaintiff's counsel of record via electronic mail;

        (b)     After receiving Mr. Johnson's documents, the Clerk of Court will file them provisionally under seal;

        (c)     Plaintiff then will have 14 days to submit an application to maintain the seal as to Plaintiff's privileged, confidential, or trade secret information in Mr. Johnson's documents, if any, failing which the Clerk of Court will file Mr. Johnson's documents publicly; and

        (d)     If Plaintiff submits such an application, Mr. Johnson will have 7 days to respond to it, and the Clerk of Court will maintain Mr. Johnson's documents under seal pending the Court's decision on the application.

It is **SO ORDERED**.

2