# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC, <br><br>  Plaintiff, <br><br> v. <br><br> Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC, <br><br> Defendants. | Case No. CV-24-01587-PHX-SMB <br><br> **[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S EMERGENCY MOTION TO SEAL PORTIONS OF JOHNSON'S OPPOSITION TO MOTION TO SEAL [278]** |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion to Seal Portions of Defendant Warren Vurl Johnson's Opposition to EWS's Motion to Seal Johnson's Motion for Privilege Ruling (Dkt. 278), pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown, it is hereby **ORDERED** that:

(1) Plaintiff's Emergency Motion to Seal is granted in its entirety;

(2) The Clerk of Court shall place under seal the document identified by docket number 278;

(3) Within three (3) days of this Order, Defendant Johnson shall file a public copy of the foregoing document with the following excerpts permanently redacted:

    (a) In Dkt. 278, the bullet points beginning on page 9 at line 28 and ending on page 10 at line 4, in their entireties;

   (b) On page 10 of Dkt. 278 at line 6, the phrase beginning with "the" and ending with "law"; and

   (c) On page 11 of Dkt. 278 at line 9 through line 10, the phrase beginning with "potentially" and ending with "defense."

It is **SO ORDERED**.