# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services LLC, | No. CV-24-01587-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Warren Vurl Johnson, et al., | |
| Defendants. | |

On December 4, 2024, the Court issued an order prohibiting Defendant Warren Vurl Johnson from "accessing, using or disclosing any of [Early Warning Service LLC's ("EWS")] Confidential Information or Trade Secrets during the pendency of this action." (Doc. 70 at 16.)  This includes the content of an internal Microsoft Teams chat between Johnson and EWS's general counsel (the "Teams Chat").  (*Id.* at 2, 16.)  Johnson has repeatedly violated this Order by filing multiple documents on the public record containing portions of Teams Chat and similarly protected information.  Accordingly, Johnson has forced this Court to order sealed several filings containing this protected information.  (*See, e.g.*, Doc. 81; Doc. 90; Doc. 93; Doc. 123; Doc. 163; Doc. 183; Doc. 277.)

Compliance with this Court's orders is mandatory, even if a party disagrees.  Unless and until this Court orders otherwise, all parties must comply with keeping this information protected.  As Johnson is aware, this Court may impose sanctions for failure to comply with its orders.[1]  *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991).  The Court has

---

[1] As of the date of this Order, Johnson is still in contempt of this Court's December 4 Order.  (Doc. 243 at 4.)  The Court reminds Johnson of its September 24, 2025 Order which

the "inherent power to levy sanctions, including attorneys' fees, for willful disobedience of a court order." *Fink v. Gomez*, 239 F.3d 989, 991 (9th Cir. 2001).  From the date of this Order, the Court will require Johnson to pay any attorneys' fees incurred by Defendants in motioning to seal any subsequent filing by Johnson containing the Teams Chat, or any information this Court has already established as being privileged.

Upon consideration of EWS's Emergency Motions to Seal Portions of Defendant Warren Vurl Johnson's Motion for Privilege Ruling [264] (Doc. 265) and [267] (Doc. 270) pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown,

**IT IS HEREBY ORDERED** that:

(1) Plaintiff's Emergency Motions to Seal are granted in their entirety;

(2) The Clerk of the Court shall place under seal the document identified by docket numbers 264 and 264-3;

(3) Within three (3) days of this Order, Defendant Johnson shall file a public copy of the foregoing document with the following excerpts permanently redacted:

(a) the phrase beginning with "a practice" and ending with "today" on page 5 of Dkt. 264 at lines 24 and 25;

(b) the sentence beginning with "Privileged Teams chats" and ending with "matters" on page 8 of Dkt. 264 at lines 9 and 10;

(c) the three paragraphs in section II(C) of Dkt. 264, beginning with "A prima facia case" (misspelling in original) on page 10 at line 13 and ending with "crime and fraud" on page 11 at line 3; and

(d) the third and fourth columns in the fifth row of the chart (exclusive of the header row) on page 5 of Dkt. 264-3 (Exhibit C) discussing the "Privileged chats" and "Teams Chat."

(4) The Clerk of Court shall place under seal the document identified by docket

---

ordered that "Johnson must pay a fine of $1,000 per day to the Court for each day he fails to comply with the Forensic Imaging Order beginning on September 27, 2025." (Doc. 243 at 4.)

number 267;

(5) Within three (3) days of this Order, Defendant Johnson shall file a public copy of the foregoing documents with the following excerpts permanently redacted:

  (a) the phrase beginning with "General Counsel" and ending with "advised" on page 3 of Dkt. 267 between lines 3 and 6;

  (b) the phrase beginning with "a completed" and ending with "excluded" on page 3 of Dkt. 267 between lines 6 and 8 (section II(A));

  (c) the phrase beginning with "General Counsel" and ending with "part of" on page 8 of Dkt. 267 between lines 18 and 20 (section IV(B)(4), Element 1);

  (d) the phrase beginning with "General Counsel's" and ending with "conduct" on page 9 of Dkt. 267 at line 12 (section IV(C)(3)); and

  (e) the sentence beginning with "It is" and ending with "excluded" on page 12 of Dkt. 267 at lines 6 and 7.

Dated this 20th day of November, 2025.

_____
Honorable Susan M. Brnovich
United States District Judge