**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC, | Case No. CV-24-01587-PHX-SMB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S EMERGENCY MOTION CONCERNING DEFENDANT WARREN VURL JOHNSON'S DISCLOSURES OF EVIDENCE REGARDING PLAINTIFF TO THIRD PARTIES** |
| Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC, | |
| Defendants. | |

Upon consideration of Plaintiff Early Warning Services, LLC's ("EWS") Emergency Motion Concerning Defendant Warren Vurl Johnson's Disclosures of Evidence Regarding Plaintiff to Third Parties, pursuant to this Court's inherent power and for good cause shown, it is hereby **ORDERED** that:

(1)     Plaintiff's Emergency Motion is granted in its entirety;

(2)     Within three (3) days of this Order, Defendant Johnson shall file with this Court under seal and serve on EWS's counsel, via overnight delivery to Kristin M. Adams, Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street, N.E., Suite 2800, Atlanta, Georgia 30309, the unredacted contents of each disclosure to the "federal" persons or entities described in Defendant Johnson's Consolidated Emergency Motion for Leave to File Motion for Appointment of Neutral Forensic

1

Examiner and Court Reporter (Dkt. 296); and

(3)     The parties shall appear remotely before the Honorable Susan Brnovich on January ___, 2026, at _____ am/pm to identify Plaintiff's Confidential Information or Trade Secrets in each such disclosure and determine whether cause exists to sanction Defendant Johnson for violating this Court's December 4, 2024, order (Dkt. 70) "prohibiting Defendants from . . . disclosing any of EWS's Confidential Information or Trade Secrets during the pendency of this action."

It is **SO ORDERED**.