# TABLE OF EXHIBITS FOR DEFENDANT JOHNSON'S DECLARATION IN SUPPORT OF DEEFENDANT'S RESPONSE TO DISCOVERY DISPUTE

| | |
|---|---|
| Exhibit A | REDACTED_"Legal Team Invention, Trade Secret, and Patent" Training Deck |
| Exhibit B | REDACTED_"IPPP" Training Deck |
| Exhibit C | REDACTED_"Innovation Incentive Program" Company-wide Policy |
| Exhibit D | REDACTED_"Company-wide Invention, Trade Secret, and Patent" Deck |
| Exhibit E | REDACTED_"Compnay-wide The Trade Secret" Training Deck |

# EXHBIT A

DEFENDANT'S "INVENTIONS,  TRADE SECRETS, AND PATENTS" TRAINING DECK FOR TRAINING LEGAL TEAM

**MARCH 29, 2022**



# INVENTIONS TRADE SECRETS AND PATENTS

## ADAPTED FOR THE LEGAL TEAM AND THE LEGAL TEAM ONLY

© 2019 Early Warning Services, LLC. All Rights Reserved. All trademarks referenced in this material are the property of their respective owners. Confidential and proprietary. This information is being provided to you pursuant to the terms of a confidentiality agreement between your company and Early Warning. You may not use, disclose, copy or distribute any part of this material for any purpose in any medium except in accordance with the terms of the confidentiality agreement or with the prior express written consent of Early Warning.

# INTELLECTUAL PROPERTY DEPARTMENT

- **WARREN V. JOHNSON** - MEMBER OF PATENT BAR AND ARIZONA STATE BAR– 2012
  - EDUCATION
    - B.S. PHYSICS – IDAHO STATE UNIVERSITY – 2008
    - J.D. - ARIZONA STATE UNIVERSITY - 2012
  - EMPLOYMENT
    - STONHARD, INC. – PROJECT ENGINEER - 2008 – 2010
    - PING, INC. - PATENT ATTORNEY - 2010 – 2014
    - EARLY WARNING SERVICES – INTELLECTUAL PROPERTY COUNSEL – 2014 – PRESENT





# INVENTION, TRADE SECRETS AND PATENTS AGENDA

███████████████████████████████████████████████

- THE TRADE SECRET

████████████████████████

- EWS STRATEGY CHANGE ████████████████████████

- THE PROCESS: EUREKA MOMENT TO IP PROTECTION

- THE SUBMISSION DOCUMENTS

Early Warning®    @2019 Early Warning Services, LLC All Rights Reserved. Confidential and proprietary.

# THE TYPES OF INTELLECTUAL PROPERTY

*INTRODUCTIO N*

*__DIRECTLY FROM THE CONSTITUTION__: ARTICLE I, SECTION 8, CLAUSE 8: CONGRESS HAS "THE POWER… TO PROMOTE THE PROGRESS SPREAD OF SCIENCE AND USEFUL ARTS, BY SECURING FOR LIMITED TIMES TO AUTHORS AND  INVENTORS THE EXCLUSIVE RIGHT TO THEIR RESPECTIVE WRITINGS AND DISCOVERIES…"*

Early Warning     © 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.     4

# WHY ARE WE DISCUSSING THIS?



- TO INCREASE YOUR PERSONAL KNOWLEDGE OF I.P.
  - UNIVERSAL NO MATTER WHERE YOU WORK

- AN IDEA UNPROTECTED IS AN OPPORTUNITY WASTED

- YOU LEAVE WITH A BETTER UNDERSTANDING OF WHY…..

## "INNOVATION WITHOUT PROTECTION IS PHILANTHROPY"



© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# INTELLECTUAL PROPERTY

- ## THIS TRAINING WILL FOCUS ON FIRST TWO

- ## PATENTS
    - ### RIGHT TO EXCLUDE OTHERS

- ## TRADE SECRET
    - ### RIGHT TO SOMETHING'S SECRECY



 © 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.



# THE
# TRADE SECRET

**THE INTELLECTUAL PROPERTY RIGHT  TO AN *INVENTION* THAT EWS CAN CREATE BY THE WAY EWS TREATS THE *INVENTION***

# TRADE SECRETS

- LEGAL DEFINITION:

  - <u>information, including </u>a formula, pattern, compilation, program, device, method, technique, or process,

  - <u>that derives independent economic value</u>, *actual or potential*, <u>from its secrecy;</u> or not being generally known to or readily ascertainable through appropriate means by other persons who might obtain economic value from its disclosure or use; and

  - <u>is the subject of efforts to be kept secret </u>that are *reasonable* under the circumstances.

# EWS TRADE SECRET RIGHTS

- **HOW?**
  - INVENTION DISCLOSURE HARVESTED AND APPROVED
    - THERE ARE REASONS FOUND TO KEEP THE *INVENTION* A TRADE SECRET

- **WHO?**
  - I.P. DEPARTMENT WILL CONTACT THE INVENTOR AND MEET WITH THE INVENTOR AND

- **WHAT?**
  - EWS MUST TAKE REASONABLE STEPS TO KEEP THE *INVENTION* A SECRET



© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# EWS TRADE SECRET… STILL TO COME

- CURRENTLY DRAFTING THE TRADE SECRET POLICY

- THE STEALTH AWARD BONUS AWARDED

- MOST SENSITIVE **ARE NEVER DISCLOSED**, NOT EVEN UNDER NDA OR TO OWNER BANKS





# THE
# PATENT

## THE INTELLECTUAL PROPERTY RIGHT TO AN *INVENTION* THAT EWS CREATES BY REGISTERING THE *INVENTION*

© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.



# LET THE USPTO
# BE OUR GUIDE

## THE BEFORE AND AFTER OF A PATENT CLAIM



© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.



# THE IMPORTANCE
# OF A DATE

## PROVISIONAL FILINGS

## PRIORITY DATE

© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.



# THE EWS PROCESS

FROM THE INCEPTION OF AN *INVENTION* AT EWS TO THE PROTECTION OF THE *INVENTION* USING PATENT RIGHTS OR TRADE SECRET RIGHTS.

# OLD PATENT STRATEGY

- SUBMIT IDEAS FOR PATENTING



- – MORE EXPENSIVE AND TIME CONSUMING PER SUBMISSION

- – FAILURES MORE COSTLY:

©2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# NEW PHILOSOPHY OF PATENT FILINGS

- INCREASE INTERACTION WITH INTELLECTUAL PROPERTY DEPARTMENT





# NEW PHILOSOPHY OF PATENT FILINGS

- SHORT TERM INCENTIVES PROMOTE SUBMISSIONS



- LONG TERM INCENTIVES



Early Warning®    ©2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# NEW PHILOSOPHY OF PATENT FILINGS









# I.P. DEPARTMENT INTERACTION

- AMBASSADOR FROM DEPARTMENT

- MONITORING BY I.P. DEPARTMENT

- **MAIN GOAL**

- AN AWARENESS OF *VALUE BEYOND COMPANY OFFERINGS*



# CLASSICAL INVENTION SUBMISSION FLOW



# NEW INVENTION FLOWS

RAVI'S

CHUCK'S





# NEW INVENTION FLOWS – RAVI'S GROUP





# NEW FLOWS – RAVI'S GROUP CONT.

MEET WITH INVENTORS ABOUT TRADE
SECRET PROCEDURES

YES

NO

(6), (4)

YES

(7), (8)

(4)
PU

(6)
OF
SET

(7)
PRO

(8)

# NEW FLOWS – CHUCK'S GROUP





**(1)** ...
WIT...
MAT...

**(2)** S...
BET...

**(4)** T...
LEV...



# NEW FLOWS – CHUCK'S GROUP



**(5)** 
AN
AP

**(6)** 
*WI*
1 M
DE
OC

**(7)** 
TH
AP
PR

**(8)** IF A NON PROVISIONAL IS NEVER FILED *THE PROVISIONAL WILL NEVER PUBLISH*



© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# INVENTOR SUBMISSION INCENTIVE PROGRAM*



EUREKA AWARD

$

STEALTH AWARD
$800 TRADE SECRET CATAGORIZATION

**\*SUBJECT TO DISCRETIONARY INCREASES**





# INVENTION SUBMISSION DOCUMENTS

## CONCEPT BRIEF

## INVENTION DISCLOSURE



# CONTACT US

- WARREN JOHNSON
- TBD


- ANY TIME FOR ANYTHING
- OTHER THAN INVENTIONS: LICENSING, TRADE SECRETS, COPYRIGHTS, NDA's, "JUST TO ASK..."



# EXHIBIT B

DEFENDANT "INTELLECTUAL PROPERTY PROTECTION PATNEL" TRAING DECK

## DECEMBER 10, 2015



Collaborative intelligence. Trusted exchange.

# INTELLECTUAL PROPERTY PROTECTION PANEL
# DECEMBER 10, 2015 : 2016 PREVIEW





*Protecting the Global Financial System*

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary. This information is being provided to you pursuant to the terms of a confidentiality agreement between your company and Early Warning. You may not use, disclose, copy or distribute any part of this material for any purpose in any medium except in accordance with the terms of the confidentiality agreement or with the prior express written consent of Early Warning. All trademarks referenced in this material are the property of their respective owners.

## MEETING OVERVIEW – 2016 PREVIEW



- **THE POWER OF THE PATENT…**
- **ECONOMICS OF THE PATENT**

- **THE "NEW" INVENTION DISCLOSURE**
- **ALSO COMING IN 2016…**

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

2

## MEETING OVERVIEW – 2016 PREVIEW



- THE POWER OF THE PATENT…
- ECONOMICS OF THE PATENT

- THE "NEW" INVENTION DISCLOSURE
- ALSO COMING IN 2016…

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.





# IP³ GOALS AND PURPOSE

**PURPOSE**

# PROTECTING

## PROTECTING THE GLOBAL FINANCIAL SYSTEM

*"INNOVATION WITHOUT PROTECTION IS PHILANTHROPY"*

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.



# IP³ GOALS AND PURPOSE



GOALS FOR EWS PORTFOLIO:

- FILE PATENTS SMARTER, NOT HARDER

*"INNOVATION WITHOUT PROTECTION IS PHILANTHROPY"*

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.



# IP³ GOALS AND PURPOSE



GERMANY LAG: 1 – 2 YEARS

U.S. LAG: CONTEMPORANEOUS / NONE / NADA / ZILTCH

JAPAN LAG: 1.5 – 1.7 YEARS

*DATA FROM *INFLUENCE OF R&D EXPENDITURES ON NUMBER OF PATENT APPLICATIONS* – Prodan.*

## INNOVATION CHAIN



UNLIKELY

OVER

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

# IP³ - TWO STEPS TO MAXIMIZING UTILITY



**PROTECT** THE <u>INNOVATIONS</u> THAT **PROTECT** THE <u>GLOBAL FINANCIAL SYSTEM</u>

**1) Promote a Culture of Innovation and Submission**

**2) Unified Patent Filing Decision**



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.



## MEETING OVERVIEW – 2016 PREVIEW



- **THE POWER OF THE PATENT…**
- ECONOMICS OF THE PATENT

- THE "NEW" INVENTION DISCLOSURE
- ALSO COMING IN 2016…

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

8

# THE POWER OF THE PATENT PORTFOLIO – SWORD AND SHIELD



## MARKET ADVANTAGES THROUGH TARGETED PORTFOLIO MANAGEMENT





# THE POWER OF THE PATENT PORTFOLIO – SWORD AND SHIELD



## Smartphone Competitor Patent Suits



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

10

# EWS PORTFOLIO







©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.



# EWS PORTFOLIO – CROSS PRODUCT, NEW TECH., NEW SERVICES





## MEETING OVERVIEW – IP³ 2016 PREVIEW



- THE POWER OF THE PATENT…
- **ECONOMICS OF THE PATENT**

- THE "NEW" INVENTION DISCLOSURE
- ALSO COMING IN 2016…

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

# ECONOMICS OF PATENT PORTFOLIO



## WHAT DOES ECONOMICS MEAN?

### MAXIMIZE THE UTILITY OF RESOURCE

Economics of Patent Portfolio Management:



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

14

# EXERCISING ECONOMICS IN PATENT FILINGS



## ECONOMICS OF PATENT FILING:
## 2016 GOAL

TWO INDEPENDENT VARIABLES: (ACTUALLY INVERSELY PROPORTIONAL VARIABLES)

ONE DEPENDANT VARIABLE:

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.



Higher Quality I.D.

ASSUMING PATENT QALITY AND BUDGET
ARE CONSTANT:

IF SO FOR ALL OF "P":

Lower Drafting $

Higher Drafting $

Lower Quality I.D.

**\*QUALITY OF PATENTS REMAINS CONTSTANT (HIGH QUALITY)\***

# ECONOMICS OF PATENT PORTFOLIO



# MEETING OVERVIEW – IPPP 2016 PREVIEW



- THE POWER OF THE PATENT…
- ECONOMICS OF THE PATENT

- THE "NEW" INVENTION DISCLOSURE
- ALSO COMING IN 2016…



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

# PATENT CALCULUS – OTHER POINTS



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

19

## MEETING OVERVIEW – IP³ 2016 PREVIEW

- THE POWER OF THE PATENT…
- ECONOMICS OF THE PATENT

- **THE "NEW" INVENTION DISCLOSURE**
- ALSO COMING IN 2016…



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

# WHY THE INVENTION DISCLOSURE?



NO HARM CAN COME FROM FILING OUT AN INVENTION DISCLOSURE



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

# THE OLD INVENTION DISCLOSURE



## YOUR STANDARD BREED OF DISCLOSURE…

Patentable Subject Matter - §101 (*Alice*)
Novelty - §102 (never been done)
Nonobviousness - §103 (inventive leap)

SIMPLIFIED FOR EASE OF COMPLETION
Generalized Questions

THOROUGH FOR OUTSIDE COUNSEL UNDERSTANDING
None. Acronyms anyone?

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

# THE NEW INVENTION DISCLOSURE



## NOT YOUR GRANDFATHER'S INVENTION DISCLOSURE…

Patentable Subject Matter - §101 (*Alice*)
Novelty - §102 (never been done)
Nonobviousness - §103 (inventive leap)





THOROUGH FOR OUTSIDE COUNSEL UNDERSTANDING



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.



# NEW INVENTION DISCLOSURE - OVERVIEW



Novelty - §102 (never been done)
Nonobviousness - §103 (inventive leap)



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

24



# NEW INVENTION DISCLOSURE - OVERVIEW

CRAFTED AFTER THE LAWS THAT GOVERN PATENTABILITY



**I. Description of Invention**



**II. Invention and the State of the Art**

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.



25

## MEETING OVERVIEW – IP³ 2016 PREVIEW

- THE POWER OF THE PATENT…
- ECONOMICS OF THE PATENT

- THE "NEW" INVENTION DISCLOSURE
- **ALSO COMING IN 2016…**



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

# IP³ SHAREPOINT SITE…



**SINGLE LIBRARY FOR INVENTION TRACKING**

**LIMITED ACCESS TO INVENTIONS PRIOR TO REVIEW**

**INVENTORS MAY CHECK THE STATUS OF THEIR INVENTIONS (HOPEFULLY…)**



©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

# PATENT WALL OF FAME (NAME IN PROGRESS)







©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

28

# PATENT WALL OF FAME (NAME IN PROGRESS)





©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

29



# ALSO COMING IN 2016 TO IP³ …

**PATENT QUALITY INITIATIVE**

**REVIEW OF INVENTOR AWARD POLICY**

**FINISH PATENT** ▮ **PROJECT**

**DEFINE DEFENSIVE FILING** ▮

**IDENTIFY** ▮

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.

30

## MEETING OVERVIEW – 2016 PREVIEW



- THE POWER OF THE PATENT…
- ECONOMICS OF THE PATENT

- THE "NEW" INVENTION DISCLOSURE
- ALSO COMING IN 2016…

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.



# THANK YOU FOR YOUR TIME AND ATTENTION

# Warren.Johnson@earlywarning.com

HERE'S TO THE MOST INNOVATIVE YEAR AT EARLY WARNING YET.....

©2015 Early Warning Services, LLC. All Rights Reserved. Confidential and Proprietary.



# EXHIBIT C

## DEFENDANT'S COMPANWIDE "INNOVATION INCENTIVE POLICY"

## DECEMBER 1, 2021

# Early Warning Services, LLC

## Innovation Incentive Program

**December 1, 2021**

# Table of Contents

1   INTRODUCTION AND PURPOSES ...................................................................................... 3

2   APPLICABILITY.................................................................................................................... 4

      Scope and Eligibility .......................................................................................... 4

      Limited Eligibility Employees............................................................................. 4

      Persons Ineligible to Receive Awards................................................................ 4

      Modifications ...................................................................................................... 4

3   AWARD PROGRAM DETAILS............................................................................................. 5

      Awards – Categories and Conditions................................................................ 5

      Awards – Recognition and Payment.................................................................. 6

4   INVENTION DISCLOSURE GUIDELINES ........................................................................... 7

# 1  Introduction and Purposes



The Innovation Incentive Program and the larger, more comprehensive Innovation Policy are owned and implemented by the Intellectual Property Counsel.

The Innovation Incentive Program provides monetary rewards in addition to acknowledgement in a  company-wide forum for inventions that are deemed patentable, or innovations that are deemed eligible and valuable enough for Trade Secret protection.

Early Warning encourages submissions of all innovative concepts regardless of whether the submitter thinks the subject matter can be protected by patent. More specifically,

If any questions arise regarding the submission of any  particular innovative concept, contact Warren Johnson in the Legal department.

# 2  Applicability

## Scope and Eligibility



## Limited Eligibility Employees



## Persons Ineligible to Receive Awards

Former Early Warning employees who were separated from Early Warning ████████████ ████████████████████████████ Contractors and non-Early Warning personnel are ineligible to ████████████████████████████████████.

## Modifications

Early Warning reserves the right to modify, terminate, or suspend any aspect of the Program at any time with or without notice.

# 3  Award Program Details

## Awards – Categories and Conditions

### Disclosure, Filing, and Issuance Awards



| Incentive Award | Amount | When Award Accrues and To Whom It May Apply | Limitations |
|---|---|---|---|
| Submittal of Completed Invention Disclosure Form | ████ | The Eureka Award ████████ | ████████ |
| Filing of U.S. Design Patent Application | ████ | The Prodigy.01 Award ████████ | ████████ |
| ████████ | ████ | The Prodigy Award ████████ | ████████ |
| ████████ | ████ | The  Giant.01  Award ████████ | ████████ |

# Awards – Categories and Conditions (continued)

## Disclosure, Filing, and Issuance Awards



| Utility Patent Issued Award | | **The Giant Award** | |
|---|---|---|---|

## Other Awards for Special Circumstances



| Incentive Award | Amount | When Award Accrues and To Whom It May Apply | Limitations |
|---|---|---|---|
| | | **The Proclamation Award** | |
| Kept as a Trade Secret in Place of U.S. Patent Filing | $█████.00 | **The Stealth Award** accrues upon determination by the Patent Review Committee that the submitted invention ███████████████ ███████████n must be maintained as a trade secret by Early Warning. | |
| | | The Disruptive Innovator Award | Awarded only one time per Early Warning employee. |
| | | **The Leading Edge Leaders Award** | |

# 4  Invention Disclosure Guidelines

For the Eureka Award (invention disclosure "completed" award) to accrue, the submitted disclosure must meet certain criteria: ███████████  Generally speaking, for the Eureka Award to accrue, an invention disclosure form must be received and reviewed by the Intellectual Property department and found to be sufficiently descriptive and complete to support a conclusion on the patentability of the invention. ███████████

████████████████████████████████████████████████████.

The disclosure will be screened upon receipt by the Intellectual Property department, primarily to determine, ████████████, whether the ████████████ submission sufficiently describes an idea such that trade secret protection may be claimed or ████████████████

███████████

████████████████████████████████████████████████████

See below for more details on how a submission becomes "completed" and the Eureka Award may accrue:

███████████

(e) it is directed to subject matter related to our current business opperations ████████████ (not high-fashion footwear or cattle prods); and

(f) it is not cold fusion, a perpetual motion machine, a mechanism to inexpensively convert lead to gold, a cure for baldness, a method to balance the federal budget, or any other highly suspect invention.

# EXHIBIT D

# DEFENDANT'S COMPNAYWIDE "INVENTIONS, TRADE SECRETS, NAD PATENTS" TRAINING DECK

## APRIL 2019



# INVENTIONS TRADE SECRETS AND PATENTS

April 2019

© 2019 Early Warning Services, LLC. All Rights Reserved. All trademarks referenced in this material are the property of their respective owners. Confidential and proprietary. This information is being provided to you pursuant to the terms of a confidentiality agreement between your company and Early Warning. You may not use, disclose, copy or distribute any part of this material for any purpose in any medium except in accordance with the terms of the confidentiality agreement or with the prior express written consent of Early Warning.

# INTELLECTUAL PROPERTY COUNSEL

- WARREN V. JOHNSON

- EDUCATION
  - B.S. PHYSICS – IDAHO STATE UNIVERSITY – 2008
  - J.D. - ARIZONA STATE UNIVERSITY - 2012
    - I.P. SPECIALIZATION  - CENTER OF LAW, SCIENCE AND INNOVATION
  - MEMBER OF PATENT BAR – 2012


- EMPLOYMENT
  - STONHARD, INC. – PROJECT ENGINEER - 2008 – 2010
  - PING, INC. - PATENT ATTORNEY - 2010 – 2014
  - EARLY WARNING SERVICES – INTELLECTUAL PROPERTY COUNSEL



# INTELLECTUAL PROPERTY PROTECTION

- TYPES OF INTELLECTUAL PROPERTY PROTECTION
  - 

- 

- EUREKA MOMENT-TO-LEGAL PROTECTION
  - SUBMISSION PROCESS
  - TEMPLATES
  - REVIEW MEETINGS

- PATENT VS TRADE SECRET
  - CREATION OF RIGHTS

Early Warning®    © 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# Types of Intellectual Property

- ARTICLE I, SECTION 8, CLAUSE 8: CONGRESS HAS "THE POWER... TO PROMOTE THE PROGRESS OF SCIENCE AND USEFUL ARTS, BY SECURING FOR LIMITED TIMES TO AUTHORS AND  INVENTORS THE EXCLUSIVE RIGHT TO THEIR RESPECTIVE WRITINGS  AND DISCOVERIES..."



© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# INTELLECTUAL PROPERTY

## EARLY WARNING'S  WEAPON(S) OF CHOICE

- **PATENTS**
  - **PROCEDURE**



- **TRADE SECRET**
  - **PROCEDURE**
  - **CONCEPT BRIEF**
  - INVENTION DISCLOSURE 
  - TRADE SECRET STATUS IMPLEMENTED

 © 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# INTELLECTUAL PROPERTY PROTECTION

## NOT COVERED TODAY IN MUCH DETAIL

- COPYRIGHT:
  - CREATIVE EXPRESSION

- TRADEMARK (COMMON LAW)

- UNFAIR COMPETITION:



# TRADE SECRETS

**THE INTELLECTUAL PROPERTY RIGHT YOU MAKE BY HOW YOU TREAT SOMETHING**

 Early Warning®

© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# TRADE SECRETS

- LEGAL DEFINITION:

  – information, including a formula, pattern, compilation, program, device, method, technique, or process,

  – that derives independent economic value, *actual or potential*, from not being generally known to or readily ascertainable through appropriate means by other persons who might obtain economic value from its disclosure or use; and

  – is the subject of efforts that are *reasonable* under the circumstances to maintain its secrecy.

# CREATION OF TRADE SECRET RIGHTS

- INVENTION DISCLOSURE IS APPROVED
  - THERE ARE SUBSTANTIAL REASONS TO KEEP A TRADE SECRET

- EMAIL DISCLOSING TRADE SECRET DECISION FROM I.P.

- TRADE SECRET DO NOT GET REGISTERED WITH GOVERNMENT:



© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# PATENTS

## THE INTELLECTUAL PROPERTY RIGHT THAT YOU REGISTER



# Eureka Moment to Protected Asset

SUBMISSION PROCESS

TEMPLATES

REVIEWS



# WHEN TO SUBMIT, AND WHY

• SUBMIT BEFORE IT IS VIABLE TO BE CONTEMPLATED IN A PRODUCT

• FOR THIS FLOW WE ARE PROTECTING IDEAS, SO SUBMIT WHILE IT IS AN IDEA

BUT.....

• IT MUST BE A COMPLETE IDEA



© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.    12

# SUBMISSION FLOW



© 2019 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

13

# SUBMISSION FLOW – AWAITING FINAL APPROVAL

## NEW INVENTOR SUBMISSION INCENTIVE PROGRAM (2019)



EUREKA AWARD

STEALTH AWARD
-$800 TRADE SECRET CATAGORIZATION

# INVENTION SUBMISSION DOCUMENTS



# TO BE CONTINUED…..

- PATENT WALL?

- AWARDS AT ALL-STAFF MEEETINGS

- BETTER THAN PLAQUE PATENT TROPHY

- SECRET SOCIETIES….



# Contact

**WARREN JOHNSON**

INTELLECTUAL PROPERTY COUNSEL

WARREN.JOHNSON@EARLYWARNING.COM

EXT. 42115 (CALL OR STOP BY ANYTIME







# EXHIBIT E

DEFEDANT'S COMPANYWIDE "THE TRADE SECRET" TRAINING DECK

**SEPTEMBER 5, 2020**



# THE
# TRADE SECRET

Warren V. Johnson

(It's no secret)

© 2020 Early Warning Services, LLC. All Rights Reserved. All trademarks referenced in this material are the property of their respective owners. Confidential and proprietary. This information is being provided to you pursuant to the terms of a confidentiality agreement between your company and Early Warning. You may not use, disclose, copy or distribute any part of this material for any purpose in any medium except in accordance with the terms of the confidentiality agreement or with the prior express written consent of Early Warning.

# What Makes a Trade Secret Different From a Secret?

- Trade Secret = Secret (+)

## DEFINITIONS:

- Secret
  - something that is kept or meant to be kept unknown or unseen by others (Oxford Dictionary)

- **Trade Secret**
  - Something that is kept or meant to be kept unknown or unseen by others
  - Provides a competitive advantage that creates value
  - The advantage and value orignates from the secrecy
  - The entity/owner takes reasonable steps to keep it a secret


Early Warning®    ©2020 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# How to Identify/Create/Keep a Trade Secret

- "Reasonable Steps taken to keep it a secret...."

- **Trade Secret**

1. Something that is kept or meant to be kept unknown or unseen by others

   – EWS must have internal controls in place regarding employee access to the trade secret

   – All documentation must be clearly marked "Confidential and Proprietary"

   – NEVER NEVER NEVER NEVER NEVER distribute or disclose trade secrets to third parties

   ****ALWAYS CONTACT ME WHEN THERE IS A QUESTION OR A DOUBT IN YOUR MIND



©2020 Early Warning Services LLC. All Rights Reserved. Confidential and proprietary.

# How to Identify/Create/Keep a Trade Secret

- "Valuable Commercial Information is being Created…. (property law)"

- **Trade Secret**
  - 2. Provides a competitive advantage that creates value

    – Includes methods (statistical models), products (chemical mixtures), pricing models, customer lists, product cycles, specifications, ANYTHING.

      – Not all confidential information meets the requirements
      – However with what is at stake it is better to be safe than sorry

Early Warning®     ©2020 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# How to Identify/Create/Keep a Trade Secret

- "Does the Secret bring Value to the Company/Industry…"

- **Trade Secret**
  - **3. The advantage and value originates from the secrecy**
    - If our competitors discovered the trade secret the value/advantage would erode
      - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
        - What temperature to add hydrogen to a fuel mixture
    - Value created through many dedicated hours of trial and error
      - How to paint a Boeing 787 so that the least amount of weight is added and the paint can withstand use
        - ▓▓▓▓▓▓▓▓▓▓▓▓▓

Early Warning®    ©2020 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# How to Identify/Create/Keep a Trade Secret

- "A Trade Secret should be rich in detail...otherwise is would be generally known...."

- **Trade Secret**
  ## 4. The entity/owner takes reasonable steps to keep it a secret
  - ██████████████████████
    – Details are never disclosed
      – Concealing the trade secret function/creation
  - ██████████████
      – Clear and conspicuous markings

# Trade Secret Theft



- "Improper means…"

- **Trade Secret Theft**



   &ndash; **REVERSE ENGINEERING** IS NOT TRADE SECRET THEFT

     &ndash; We want to promote such technical skills

 © 2020 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# EXAMPLES – losses from T. S. Theft ~ $200-600 Billion Yearly (1-3% of GDP)

- The Masters of the Secret

- **Coca cola**
- **Google Search Algorithm**
- **Baseball rubbing mud**
- **KFC**
- **NY Times Best Seller**
- **Listerine**
  - **Even after it became public the royalties were not negated because they were contractual**
- **Twinkies**
- **WD-40**

- **Berglas Effect Card Trick**
- **Plasma Screens (stolen from Samsung)**
- **DuPont**
  - **The layout of their manufacturing facilities**
  - **The chemistry, the mixing, etc.**
- **Big Mac Special Sauce**
- **Symbols on Led Zeppelin's Album**

Early Warning® ©2020 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

# CLICK TO ADD TITLE

- QUESTIONS?

SUMMARY:

- WHEN IN DOUBT ASK ME...



©2020 Early Warning Services, LLC. All Rights Reserved. Confidential and proprietary.

- Warren V. Johnson

- Intellectual Property Counsel

- [Warren.Johnson@earlywarning.com](mailto:Warren.Johnson@earlywarning.com)

- 480.426.2115



© 2020 Early Warning Services, L.L.C. All Rights Reserved. Confidential and proprietary.

