**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
edurlach@ktslaw.com
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
dwilson@ktslaw.com
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
sstadler@ktslaw.com
Kristin M. Adams, Virginia Bar No. 92069
(admitted *pro hac vice*)
kmadams@ktslaw.com
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

**BRYAN CAVE LEIGHTON PAISNER LLP**
George C. Chen, Arizona Bar No. 019704
george.chen@bclplaw.com
Jacob A. Maskovich, Arizona Bar No. 021920
jamaskovich@bclplaw.com
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070

Attorneys for Plaintiff
Early Warning Services, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC, | Case No. 2:24-cv-01587-SMB |
| Plaintiff, | |
| v. | |
| Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC, | **NOTICE FOR EXPEDITED CONSIDERATION** |
| Defendants. | |

1   PLEASE TAKE NOTICE that on January 13, 2026, Plaintiff Early Warning Services, LLC ("EWS") moved the Court for an emergency order directing the Clerk of Court to provisionally place Defendant Warren Vurl Johnson's ("Johnson") Declaration in Support of Rule 60(b)(6) Motion and supporting exhibits (Dkts. 309, 309-1) and Johnson's Declaration in Support of Defendant's Response to Discovery Dispute and supporting exhibits (Dkts. 310, 310-1) under seal for 14 days during which period EWS may submit proposed redactions. For these reasons and as further set forth in EWS's Emergency Motion, EWS submits that expedited consideration of that motion is warranted to preserve EWS's protections in the hundreds of pages of privileged and work-product protected information that Johnson publicly filed in quick succession yesterday and today.

DATED: January 13, 2026           Respectfully Submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

*/s/ Erick Durlach*
Erick Durlach
Dennis L. Wilson (admitted *pro hac vice*)
Sara K. Stadler (admitted *pro hac vice*)
Kristin M. Adams (admitted
   *pro hac vice*)
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254
Tel: (602) 726-7319
Fax: (623) 321-1009
*edurlach@ktslaw.com*
*dwilson@ktslaw.com*
*sstadler@ktslaw.com*
*kmadams@ktslaw.com*

BRYAN CAVE LEIGHTON PAISNER LLP
George C. Chen
Jacob A. Maskovich
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070
*george.chen@bclplaw.com*
*jamaskovich@bclplaw.com*

Attorneys for Plaintiff
Early Warning Services, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing with a copy served via that system. For parties not receiving service via CM/ECF, a copy will be transmitted via electronic mail as follows:

Brandon O'Loughlin
contact@paze.guru

*Defendant Brandon O'Loughlin Individually and
as Authorized Representative for Defendant P.A.Z.E., LLC*

/s/ Erick Durlach
Erick Durlach