1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services LLC, | No. CV-24-01587-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Warren Vurl Johnson, et al., | |
| Defendants. | |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion to Seal Defendant Warren Vurl Johnson's Declaration in Support of Rule 60(b)(6) Motion and supporting exhibits (Dkts. 309, 309-1) and Johnson's Declaration in Support of Defendant's Response to Discovery Dispute and supporting exhibits (Dkts. 310, 310-1), (Doc. 312) pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Emergency Motion to Seal is granted in its entirety.

2. The Clerk of Court shall provisionally place under seal the documents identified by Docket Nos. 309, 309-1, 310, and 310-1.

3. Plaintiff will have 14 days from the date of this order to submit an application to maintain the seal as to EWS's privileged, confidential, or trade secret information in the aforementioned documents.

4. Johnson will have seven days in which to respond to EWS's application to

maintain the seal.

5. The Clerk of Court will maintain Johnson's documents under seal pending the Court's decision on the application.

Dated this 14th day of January, 2026.

Honorable Susan M. Brnovich
United States District Judge