# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Warren Vurl Johnson, et al.,<br><br>    Defendants. | No. CV-24-01587-PHX-SMB<br><br>**ORDER** |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion to Seal Defendant Warren Vurl Johnson's Emergency Notice of Material Misrepresentation [316] (Doc. 318) pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Emergency Motion to Seal is granted in its entirety.
2. The Clerk of Court shall provisionally place under seal the document identified by Docket No. 316.
3. Plaintiff will have 14 days from the date of this order to submit an application to maintain the seal as to EWS's privileged, confidential, or trade secret information in the aforementioned document.
4. Johnson will have seven days in which to respond to EWS's application to maintain the seal.

…

5. The Clerk of Court will maintain Johnson's document under seal pending the Court's decision on the application.

Dated this 16th day of January, 2026.

                                            Honorable Susan M. Brnovich
                                            United States District Judge