# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>　　　　Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S EMERGENCY MOTION TO SEAL DEFENDANT WARREN VURL JOHNSON'S OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION TO SEAL [320]** |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion to Seal Defendant Warren Vurl Johnson's Opposition to Plaintiff's Motion to Seal (Dkt. 320), pursuant to Federal Rule of Civil Procedure 26(c), LRCiv 5.6(b), and this Court's inherent power, for good cause shown, it is hereby **ORDERED** that:

(1)　Plaintiff's Emergency Motion to Seal is granted in its entirety;

(2)　The Clerk of Court shall provisionally place under seal the document identified by Docket No. 320;

(3)　Plaintiff will have 14 days from the date of this order to submit an application to maintain the seal as to EWS's privileged, confidential, or trade secret information in the aforementioned document;

1

(4)  Johnson will have seven days in which to respond to EWS's application to maintain the seal, and

(5)  the Clerk of Court will maintain Johnson's document under seal pending the Court's decision on the application.

It is **SO ORDERED**.