**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
*edurlach@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
*sstadler@ktslaw.com*
Kristin M. Adams, Virginia Bar No. 92069
(admitted *pro hac vice*)
*kmadams@ktslaw.com*
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

Attorneys for Plaintiff
Early Warning Services, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>　　　　　　Defendants. | Case No. CV-24-01587-PHX-SMB<br><br><br>**DECLARATION OF KRISTIN M. ADAMS IN SUPPORT OF PLAINTIFF EARLY WARNING SERVICES, LLC'S MOTION TO EXTEND FACT DISCOVERY AND CASE MANAGEMENT DEADLINES (FIRST REQUEST)** |

I, Kristin M. Adams, declare under penalty of perjury as follows:

1.     I am over 18 years of age and a Senior Associate at Kilpatrick Townsend & Stockton LLP ("Kilpatrick"), counsel for Plaintiff Early Warning Services, LLC ("EWS") in this matter. I am a resident of the State of Georgia and am licensed to practice as an attorney in the State of Georgia, the Commonwealth of Virginia, and the District of Columbia. The statements made in this Declaration are true and based on my own personal knowledge and the business records that Kilpatrick maintains as part of the ordinary course of its business.

2.     Attached as **Exhibit 1** is a true and correct copy of an email thread containing an exchange of emails between myself and Defendant Warren Vurl Johnson ("Johnson") between January 20, 2026, and January 21, 2026, seeking Johnson's position on EWS's proposed extension of the case schedule by eight weeks. As of the time this document was filed, Johnson had not responded to either email in Exhibit 1.

3.     Attached as **Exhibit 2** is a true and correct copy of an email thread containing an exchange of emails between myself and Defendant Brandon O'Loughlin ("O'Loughlin") between January 20, 2026, and January 21, 2026, seeking O'Loughlin's position on EWS's proposed extension of the case schedule by eight weeks. As of the time this document was filed, O'Loughlin had not responded to either email in Exhibit 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2026, in Atlanta, Georgia.

/s/ Kristin M. Adams
Kristin M. Adams

1

# EXHIBIT 1

| | |
|---|---|
| **From:** | Adams, Kristin |
| **To:** | Warren Johnson |
| **Cc:** | Wilson, Dennis; Stadler, Sara; Durlach, Erick |
| **Subject:** | RE: [Response Requested] Early Warning Services, LLC v. Johnson et al., Case No. 2:24-cv-01587-SMB |
| **Attachments:** | image001.png |
| | image002.png |

Hello Mr. Johnson,

Following up on my email below, please let me know whether you oppose EWS's proposed extension of the fact discovery deadline and all subsequent case deadlines, as set forth in the case management order, by 8 weeks.

EWS intends to file the motion for an extension tomorrow, January 22. We would like to know your position so that we may inform the Court as to whether you oppose the extension or not.

Best,
Kristin

Kristin Adams
KMAdams@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6138 | **M** 864 903 9447 | **F** 404 541 3233
My Profile | vCard

**From:** Adams, Kristin
**Sent:** Tuesday, January 20, 2026 8:38 PM
**To:** Warren Johnson <warrenvjohnson@gmail.com>
**Cc:** Wilson, Dennis <DWilson@ktslaw.com>; Stadler, Sara <SStadler@ktslaw.com>; Durlach, Erick <edurlach@ktslaw.com>
**Subject:** Early Warning Services, LLC v. Johnson et al., Case No. 2:24-cv-01587-SMB

Hello Mr. Johnson,

EWS intends to file a motion to extend the fact discovery deadline and all subsequent case deadlines, as set forth in the case management order, by 8 weeks. Pursuant to Local Rule 7.3(b), please advise if we may inform the Court that you do not oppose such a motion.

Best,
Kristin



Kristin Adams

KMAdams@ktslaw.com

Kilpatrick Townsend & Stockton LLP

1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528

**T** 404 815 6138 | **M** 864 903 9447 | **F** 404 541 3233

My Profile | vCard



# EXHIBIT 2

| | |
|---|---|
| From: | Adams, Kristin |
| To: | contact@paze.guru contact@paze.guru |
| Cc: | Wilson, Dennis; Stadler, Sara; Durlach, Erick |
| Subject: | RE: Early Warning Services, LLC v. Johnson et al., Case No. 2:24-cv-01587-SMB |
| Attachments: | image001.png |
| | image002.png |

Hello Mr. O'Loughlin,

Following up on my email below, please let me know whether you oppose EWS's proposed extension of the fact discovery deadline and all subsequent case deadlines, as set forth in the case management order, by 8 weeks.

EWS intends to file the motion for an extension tomorrow, January 22. We would like to know your position so that we may inform the Court as to whether you oppose the extension or not.

Best,
Kristin

Kristin Adams
KMAdams@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6138 | **M** 864 903 9447 | **F** 404 541 3233
My Profile | vCard

---

**From:** Adams, Kristin
**Sent:** Tuesday, January 20, 2026 8:41 PM
**To:** contact@paze.guru contact@paze.guru <contact@paze.guru>
**Cc:** Wilson, Dennis <DWilson@ktslaw.com>; Stadler, Sara <SStadler@ktslaw.com>; Durlach, Erick <edurlach@ktslaw.com>
**Subject:** Early Warning Services, LLC v. Johnson et al., Case No. 2:24-cv-01587-SMB

Hello Mr. O'Loughlin,

Plaintiff EWS intends to file a motion to extend the fact discovery deadline and all subsequent case deadlines, as set forth in the case management order, by 8 weeks. Pursuant to Local Rule 7.3(b), please advise if we may inform the Court that you do not oppose such a motion.

Best,
Kristin



Kristin Adams

KMAdams@ktslaw.com

Kilpatrick Townsend & Stockton LLP

1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528

**T** 404 815 6138 | **M** 864 903 9447 | **F** 404 541 3233

My Profile | vCard

