**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC, | Case No. CV-24-01587-PHX-SMB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S MOTION TO EXTEND FACT DISCOVERY AND CASE MANAGEMENT DEADLINES (FIRST REQUEST)** |
| Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC, | |
| Defendants. | |

Upon consideration of Plaintiff Early Warning Services, LLC's Motion to Extend Fact Discovery and Case Management Deadlines, as originally set forth in the July 17, 2025, Case Management Order (Doc. 197), and as clarified by the Court's July 23, 2025, Order (Doc. 205), pursuant to this Court's inherent power and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is granted in its entirety.

**IT IS FURTHER ORDERED** that Paragraphs 3, 4(a), 4(b), 4(c), 4(d), 4(e), 6(a), and 7 of the July 17, 2025, Case Management Order (Doc. 197), as clarified by the Court's July 23, 2025, Order (Doc. 205), are amended to reflect the following deadlines:

| Event | Amended Deadline |
|---|---|
| Fact Discovery Close | March 27, 2026 |

1

| Event | Amended Deadline |
|---|---|
| Initial Expert Disclosures by Party Bearing Burden of Proof | April 17, 2026 |
| Initial Expert Disclosures by Party Not Bearing Burden of Proof | May 15, 2026 |
| Rebuttal Expert Disclosures | June 12, 2026 |
| Expert Discovery Close | July 10, 2026 |
| Good Faith Settlement Talks | August 7, 2026 |
| Dispositive Motions | September 18, 2026 |
| Motions under Federal Rules of Evidence 702, 703, 704, and 705 | October 2, 2026 |

**IT IS FURTHER ORDERED** that the trial setting conference date in the Case Management Order (Doc. 197) is amended to **October 9, 2026, at 9:00 am**.

It is **SO ORDERED**.

2