# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services LLC, | No. CV-24-01587-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Warren Vurl Johnson, et al., | |
| Defendants. | |

The Court now considers Plaintiff Warren Vurl Johnson's Emergency Motion for Expedite Review of Motion for Recusal (Doc. 334). The Court will deny Johnson's Motion because he fails to present a legitimate basis justifying expedited consideration of his Motion for Recusal (Doc. 332).

However, the Court will vacate its January 26, 2026 Order (Doc. 330) in light of Johnson's Motion for Recusal (Doc. 332). Thus, the March 4, 2026 Show Cause Hearing is vacated and will be reset after the Court rules on Johnson's Motion for Recusal. Additionally, the Court will vacate the stay it imposed on these proceedings.

Accordingly,

**IT IS HEREBY ORDERED denying** Defendant Warren Vurl Johnson's Emergency Motion for Expedited Review of Motion for Recusal (Doc. 334).

…

…

…

**IT IS FURTHER ORDERED vacating** the Court's January 26, 2026 Order (Doc. 330) including the Show Cause Hearing previously scheduled for March 4, 2026 and the stay of these proceedings.

Dated this 28th day of January, 2026.

_____
Honorable Susan M. Brnovich
United States District Judge