**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
*edurlach@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
*sstadler@ktslaw.com*
Kristin M. Adams, Virginia Bar No. 92069
(admitted *pro hac vice*)
*kmadams@ktslaw.com*
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

**BRYAN CAVE LEIGHTON PAISNER LLP**
George C. Chen, Arizona Bar No. 019704
*george.chen@bclplaw.com*
Jacob A. Maskovich, Arizona Bar No. 021920
*jamaskovich@bclplaw.com*
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Tel: (602) 364-7000
Fax: (602) 364-7070

Attorneys for Plaintiff
Early Warning Services, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC, | Case No. CV-24-01587-PHX-SMB |
| Plaintiff, | |
| v. | **DECLARATION OF KRISTIN M. ADAMS IN SUPPORT OF PLAINTIFF EARLY WARNING SERVICES, LLC'S MOTION TO STAY ALL CASE DEADLINES BY JANUARY 30, 2026, FACT DISCOVERY CLOSE, OR ALTERNATIVELY, TO EXTEND DISCOVERY AND PENDING FILING DEADLINES** |
| Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC, | |
| Defendants. | |

I, Kristin M. Adams, declare under penalty of perjury as follows:

1. I am over 18 years of age and a Senior Associate at Kilpatrick Townsend & Stockton LLP ("Kilpatrick"), counsel for Plaintiff Early Warning Services, LLC ("EWS") in this matter. I am a resident of the State of Georgia and am licensed to practice as an attorney in the State of Georgia, the Commonwealth of Virginia, and the District of Columbia. The statements made in this Declaration are true and based on my own personal knowledge and the business records that Kilpatrick maintains as part of the ordinary course of its business.

2. Attached as **Exhibit 1** is a true and correct copy of an email I sent to Defendant Warren Vurl Johnson on January 29, 2026, seeking Mr. Johnson's position on the requested stay, or in the alternative, discovery extension. As of the time this document was filed, Mr. Johnson had not responded to the email in Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 29, 2026, in New York, New York.

*/s/ Kristin M. Adams*
Kristin M. Adams

1

# Exhibit 1

| | |
|---|---|
| **From:** | Adams, Kristin |
| **To:** | Warren Johnson |
| **Cc:** | Wilson, Dennis; Stadler, Sara; Durlach, Erick |
| **Subject:** | Early Warning Services, LLC v. Johnson et al., Case No. 2:24-cv-01587-SMB |
| **Attachments:** | image001.png |
| | image002.png |

Hello Mr. Johnson,

Pursuant to the District of Arizona's Local Rules, we write to inform you that tonight, EWS intends to file an emergency motion to stay the case deadlines pending resolution of your Motion for Judicial Recusal (Dkt. 332) and any subsequent show-cause hearing if one is ultimately set in lieu of the one previously scheduled for March 4, 2026.

To be clear, EWS does not seek to stay resolution of, or briefing on, your Motion for Judicial Recusal.

If you are able to advise tonight as to whether you consent to, do not oppose, or oppose EWS's motion for stay, we would greatly appreciate it.

Best,
Kristin



Kristin Adams
KMAdams@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
**T** 404 815 6138 | **M** 864 903 9447 | **F** 404 541 3233
My Profile | vCard

