**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC, | Case No. CV-24-01587-PHX-SMB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S EMERGENCY MOTION TO STAY ALL CASE DEADLINES BY JANUARY 30, 2026, FACT DISCOVERY CLOSE, OR ALTERNATIVELY, TO EXTEND DISCOVERY AND PENDING FILING DEADLINES** |
| Warren Vurl Johnson; Brandon O'Loughlin; and P.A.Z.E., LLC, | |
| Defendants. | |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion To Stay All Case Deadlines By January 30, 2026, Fact Discovery Close, Or Alternatively, To Extend Discovery And Pending Filing Deadlines, the record in this case, and for good cause shown, it is hereby:

**ORDERED** that EWS's Motion is granted in its entirety.

**IT IS FURTHER ORDERED** that this action and all proceedings in this matter, including all discovery and deadlines, are stayed pending issuance of an order on Mr. Johnson's Motion for Judicial Recusal (Doc. 332) and completion of any show-cause hearing thereafter set in lieu of the previously vacated March 4, 2026, show-cause hearing.

**IT IS FURTHER ORDERED** that EWS shall file its response to Mr.

1

Johnson's Motion for Judicial Recusal (Doc. 332) by or on February 10, 2026.

**IT IS FURTHER ORDERED** that, except as ordered above concerning EWS's response to Johnson's Motion for Judicial Recusal, no further motions or documents of any kind shall be filed in this action by any party without leave of Court.

**IT IS FURTHER ORDERED** that if a party wishes to seek leave of Court to file a motion during the stay, such motion is limited to a 1-page letter motion with no attachments, setting forth the basis for why the motion must be heard during the stay.

**IT IS FURTHER ORDERED** that the parties shall submit a joint status report within seven days after the later of (a) the issuance of an order on Mr. Johnson's Motion for Judicial Recusal (Doc. 332) and (b) completion of any show-cause hearing thereafter set in lieu of the previously vacated March 4, 2026, show-cause hearing, setting forth the proposed revised case schedule, including filing deadlines for pending briefing.

It is **SO ORDERED**.