**KILPATRICK TOWNSEND & STOCKTON LLP**
Erick Durlach, Arizona Bar No. 024253
*edurlach@ktslaw.com*
Dennis L. Wilson, California Bar No. 155407
(admitted *pro hac vice*)
*dwilson@ktslaw.com*
Sara K. Stadler, New York Bar No. 2620276
(admitted *pro hac vice*)
*sstadler@ktslaw.com*
Kristin M. Adams, Virginia Bar No. 92069
(admitted *pro hac vice*)
*kmadams@ktslaw.com*
6909 E. Greenway Parkway, Suite 100
Scottsdale, Arizona 85254-2149
Tel: (602) 726-7319
Fax: (623) 321-1009

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Warren Vurl Johnson, Brandon O'Loughlin and P.A.Z.E., LLC,<br><br>　　　　Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**DECLARATION OF KRISTIN M. ADAMS IN SUPPORT OF PLAINTIFF EARLY WARNING SERVICES, LLC'S MOTION TO PROVISIONALLY LODGE UNDER SEAL** |

1  I, Kristin M. Adams, declare under penalty of perjury as follows:

2  1. I am over 18 years of age and a Senior Associate at Kilpatrick Townsend & Stockton LLP ("Kilpatrick"), counsel for Plaintiff Early Warning Services, LLC ("EWS") in this matter. I am a resident of the State of Georgia and am licensed to practice as an attorney in the State of Georgia, the Commonwealth of Virginia, and the District of Columbia. The statements made in this Declaration are true and based on my own personal knowledge and the business records that Kilpatrick maintains as part of the ordinary course of its business.

2. Warren Vurl Johnson has not publicly filed an unredacted copy of a September 9, 2025, letter concerning the termination of Johnson's employment with the University of Kansas Center for Technology Commercialization (the "Termination Letter") in this litigation.

3. Mr. Johnson has not produced an unredacted copy of the Termination Letter to EWS in this litigation.

4. To my knowledge, Mr. Johnson has not affirmatively designated the Termination Letter as confidential or otherwise sought to protect it from public disclosure except insofar as he filed the Termination Letter with redactions applied to it without specific explanation for those redactions. *See* Dkt. 309-1 at 10–11.

5. On January 25, 2026, I emailed Mr. Johnson seeking his position on whether the unredacted Termination Letter must be filed under seal and any corresponding basis for sealing the information in the Termination Letter. On January 27, 2026, Mr. Johnson responded to me by email, saying: "Does it matter what I say? I would expect nothing less from you guys. Thank you for your consideration." Attached as **Exhibit 1** is a true and correct copy of the January 25 through January 27, 2026 email exchange between Mr. Johnson and me.

//

//

//

1

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3
4  Executed on February 6, 2026, in Atlanta, Georgia.
5
6                                          */s/ Kristin M. Adams*
                                        Kristin M. Adams

| | |
|---|---|
| **From:** | Warren Johnson |
| **To:** | Adams, Kristin |
| **Cc:** | Wilson, Dennis; Stadler, Sara; Durlach, Erick |
| **Subject:** | Re: Early Warning Services, LLC v. Johnson et al., Case No. 2:24-cv-01587-SMB |
| **Date:** | Tuesday, January 27, 2026 10:39:46 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image001.png |
| | image002.png |

**CAUTION: External Email**

Does it matter what I say? I would expect nothing less from you guys.

Thank you for your consideration.

-W

On Sun, Jan 25, 2026, 3:39 PM Adams, Kristin <KMAdams@ktslaw.com> wrote:

> Hello Mr. Johnson,
>
> Pursuant to the District of Arizona's Local Rule 5.6(d), we write to inform you that on Monday, January 26, 2026, EWS intends to file an <u>unredacted</u> copy of the "Termination Letter" that you previously filed as Exhibit B to your Declaration in Support of Rule 60(b)(6) Motion. *See* Dkt. 309-1 at 10–11. EWS also intends to discuss the previously redacted content of the Termination Letter in its opposition to your Motion to Vacate Preliminary Injunction (Dkt. 308).
>
> Given that you have not produced a copy of this Termination Letter and have not affirmatively designated it as confidential in its unredacted form, EWS understands it should be filed publicly with the Court. However, out of an abundance of caution because you have previously filed a redated version of the Termination letter, EWS seeks your position as to whether the unredacted Termination Letter should be filed under seal.
>
> If you believe the unredacted Termination Letter must be filed under seal, please also let us know the legal basis for your position so that we may consider whether EWS agrees to stipulate to sealing the document in its unredacted form.
>
> **Please advise as to the above before 2pm ET on Monday, January 26, 2026,** so that we may timely file EWS's brief in opposition to your Motion to Vacate Preliminary Injunction, the unredacted Termination Letter, and any corresponding motion or stipulation regarding sealing of these documents.
>
> Best,

Kristin



Kristin Adams
KMAdams@ktslaw.com
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE | Suite 2800 | Atlanta, GA 30309-4528
T 404 815 6138 | M 864 903 9447 | F 404 541 3233
My Profile | vCard



Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.