**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC, | Case No. CV-24-01587-PHX-SMB |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES, LLC'S MOTION TO LODGE PLAINTIFF'S OPPOSITION TO DEFENDANT WARREN VURL JOHNSON'S EMERGENCY MOTION TO VACATE PRELIMINARY INJUNCTION [308], DECLARATIONS, AND EXHIBITS UNDER PROVISIONAL SEAL AND PUBLICLY FILE REDACTED COPIES** |
| Warren Vurl Johnson; Brandon O'Loughlin; and P.A.Z.E., LLC, | |
| Defendants. | |

Upon consideration of Plaintiff Early Warning Services, LLC's Motion To Lodge Plaintiff's Opposition To Defendant Warren Vurl Johnson's Emergency Motion To Vacate Preliminary Injunction [308], Declarations, and Exhibits Under Provisional Seal And Publicly File Redacted Copies, pursuant to Federal Rule of Civil Procedure 26(c) and LRCiv 5.6(b), and for good cause shown, it is hereby:

**ORDERED** that EWS's Motion to Seal is granted in its entirety.

**IT IS FURTHER ORDERED** that EWS will: (1) lodge with the Court, by filing provisionally under seal, complete copies of (a) EWS's Opposition to Defendant Warren Vurl Johnson's Emergency Motion to Vacate Preliminary Injunction (Dkt. 308), (b) the supporting Declarations, and (c) the exhibits to those

1

Declarations; and (2) file in the public record redacted copies of the foregoing documents.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provisionally place under seal the documents identified by Document Number 346.

It is **SO ORDERED**.