# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services LLC, | No. CV-24-01587-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Warren Vurl Johnson, *et al.*, | |
| Defendants. | |

Pending before the undersigned is Defendant Warren Vurl Johnson's Emergency Renewed Motion for Judicial Recusal and Request for Expedited Review (Doc. 332).

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this motion be reassigned, by random lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this motion has been reassigned by random lot to the Honorable Sharad H. Desai. This Order refers only to the renewed motion for recusal (Doc. 332). The matter itself remains with Judge Brnovich pending resolution of the motion.

Dated this 10th day of February, 2026.

Honorable John J. Tuchi
United States District Judge