**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Early Warning Services, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Warren Vurl Johnson; Brandon O'Loughlin; and P.A.Z.E., LLC,<br><br>        Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES' EMERGENCY MOTION TO SEAL A PORTION OF DEFENDANT JOHNSON'S OPPOSITION TO MOTION TO MAINTAIN UNDER PERMANENT SEAL [362]** |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion To Seal a Portion of Defendant Johnson's Opposition to Motion to Maintain Under Permanent Seal (Dkt. 362), pursuant to Federal Rule of Civil Procedure 26(c) and LRCiv 5.6(b), and for good cause shown, it is hereby **ORDERED** that:

(1)    Plaintiff's Emergency Motion to Seal is granted in its entirety;

(2)    The Clerk of Court shall place under seal the document identified by docket number 362; and

(3)    Within seven (7) days of this Order, Defendant Johnson shall file a public copy of the foregoing document with the following excerpt permanently redacted: the contents of the second column of the chart at Page 14, Lines 20 through 22 ("Trade secrets . . . disclosure.").

1

It is **SO ORDERED**.

2