# EXHIBIT B

PUBLIC CLE PRESENTATION
CREATED AND PRESENTED BY
DEFENDANT W/ EWS COUNSEL
BRYAN CAVE - ALL IP
STRATEGIES AT EWS DESCRIBED

https://www.acc.com/sites/default/files/2023-01/CLE%20Materials%20Genersl%20Issues%20in%20IP.pdf



BRYAN
CAVE
LEIGHTON
PAISNER

# General Issues in IP: Trade Secrets, Patents, Trademarks & Copyrights



Association of Corporate Counsel

August 30, 2022

Cory Smith
**BCLP**
(602) 364-7442
Cory.Smith@BCLPlaw.com

Warren Johnson
**Early Warning Services**
(480) 426-2115
Warren.Johnson@EarlyWarning.com

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

# When IP?

- TWO MAIN AREAS OF *EVERY* BUSINESS WHERE IP CAN BE MOST EFFECTIVE:

  - THE BRAND – "Branding is an ongoing process of looking at your company's past and present...and then creating a cohesive personality for the company and its products going forward."
    **\*ONE OF MANY DEFINITIONS OF THE "BRAND"**

  - INNOVATIONS AND TECH – NEW METHODS, IDEAS OR PRODUCTS; INTERNAL OR CONSUMER FACING; SLIGHT IMPROVEMENTS TO CURRENT PRODUCTS/SERVICES, R&D, ETC.

- INTELLECTUAL PROPERY PAYS OFF IN THE LONG RUN, IT PROTECTS THE ADVANTAGES CREATED BY ALL THE WORK AND EFFORT PUT INTO THE ABOVE.... LET ME SHOW YOU.

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.





## Definitions

1. <u>TRADE SECRET</u> – any information used in business that gives a competitive advantage over those who do not know the information, and that the owner has taken reasonable steps to keep secret.

2. <u>PATENT</u> – the right to exclude others from making, using, selling, and importing your claimed invention.

3. <u>COPYRIGHT</u> – the right of an author of a work to control the copying, modifying, distributing, publicly displaying, and publicly performing of the work.

4. <u>TRADEMARK</u> – a name or symbol (or domain name) used to identify the source for goods or services.

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

8



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

9

## Scope

A "TRADE SECRET" is:

1) any information (including a formula, pattern, compilation, program, device, method, technique, or process),

2) used in one's business,

3) that provides a competitive advantage over those who do not know the secret(s), and

4) the owner has taken reasonable measures to keep secret.



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.    10

## Trade Secrets

- Can last forever if kept secret
- Examples
  - Customer lists
  - Supplier lists
  - Product formulas
  - Process of formulating test questions
  - A set of pre-packaged software modules and graphics from specific vendors
  - Computer troubleshooting manuals
  - Manufacturing processes
  - Software sub-routines
  - Pricing methods



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.    11

## How to Commit Trade Secret Misappropriation

Types of Trade Secret Misappropriation:

1. Acquired through "improper means"
2. Unauthorized use or disclosure
3. Use or disclosure with <u>knowledge</u> that secret was:
   - Acquired by improper means,
   - Disclosed in violation of a duty to keep secret, OR
   - Acquired by accident or mistake.

"Improper means" include theft, bribery, misrepresentation, electronic espionage, *etc.*, but does NOT include independent invention, reverse engineering, or observing public use, display, or publication.

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

BRYAN CAVE LEIGHTON PAISNER

12

## How to Commit Trade Secret Misappropriation



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

BRYAN CAVE LEIGHTON PAISNER

13

# Tips to Avoid Misappropriation

- Don't take, use, or accept any of a former employers' trade secrets, unless permitted to do so by the former employer
- Don't take, use, or accept any other company's trade secrets, unless permitted to do so by that company
- Don't hire too many new employees from a single competitor
- Put restrictions in employment and consulting agreements
- "Clean room" approach for creating new technology



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.     14

# Consequences of Misappropriation

- Who
  - Employee
  - Employer
- What
  - Injunction
  - Civil fines and/or damages paid to the trade secret owner
  - Criminal fines paid to the government
  - Imprisonment



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.     15

## How to Protect Trade Secrets

- Identify and Mark Trade Secrets
  - Identify particular types of information that give a competitive advantage
  - Mark documents with confidential legend on each page in header/footer
  - Catalog trade secrets

BRYAN CAVE LEIGHTON PAISNER 

## How to Protect Trade Secrets

- Physical Security
  - Access to grounds and buildings
  - Restrict who can visit
  - Require badges for employees
  - Require badges for visitors
  - Visitor Log
  - Escort visitors through premises

BRYAN CAVE LEIGHTON PAISNER 

# How to Protect Trade Secrets

- Limited Access Procedures
  - Locked files
  - Password-protected files
  - Trade secrets available to employees only on a need-to-know basis
  - Secure waste receptacles for disposal of confidential information
  - For certain key trade secrets
    - Keep printed original documents in bound form
    - Have custodian of documents
    - Can be signed out only to those with access rights
    - Restrict copying or taking off site



© 2022 Bryan Cave Leighton Paisner LLP.  All Rights Reserved.    18

# How to Protect Trade Secrets

- Agreements
  - Confidentiality and Non-Disclosure Agreements
    - Include both disclosure and use restrictions
  - Customer and Supplier Agreements
  - Employee and Contractor Agreements
    - Prior Employer Confidential Information
    - Non-Compete Restrictions (current & prior employer)
    - Non-Solicitation / Non-Hiring / Non-Interference Restrictions (customer, vendor, employee)
    - Entrance and Exit Interviews
      - Confirm confidentiality obligations
      - Ensure return of confidential materials



© 2022 Bryan Cave Leighton Paisner LLP.  All Rights Reserved.    19

# Lost Trade Secrets

- Examples of trade secrets lost through inadequate protections:
  - Former employee used manufacturer's customer lists, but the manufacturer did not have NDAs with its marketing reps.
  - Former employee used manufacturer's processes, customer lists, and supplier lists, which were provided only on a need-to-know basis, but were not marked confidential.
  - Former employee used manufacturer's designs, but despite NDA, designs were not marked confidential, were discarded in trash rather than shredded, and were kept in unsecured areas with lax visitor policies.
  - Parts supplier went to great lengths to preserve secrecy among its employees, but customers who toured its facility were not required to sign confidentiality agreements.

BRYAN CAVE LEIGHTON PAISNER BLP

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.    20



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

## Do Your Part to Protect Trade Secrets

- THE CULTURE OF CONFIDENTIALITY
  - ALWAYS BE AWARE OF WHAT YOU ARE TALKING ABOUT AND TO WHOM
  - IF THERE IS *ANY DOUBT* CONTACT YOUR IP EXPERT
  - "NEED TO KNOW" CULTURE, DOESN'T MATTER WHO THEY ARE OR WHAT THEY CLAIM THEY ARE DOING, THEY DON'T NEED TO KNOW

- TRUST AN NDA….? I DON'T THINK SO….
  - SOME TRADE SECRETS ARE SO VALUABLE AND SO REVERSE ENGINEER-ABLE THAT THERE IS NOTHING TO SAY BUT **"NO"**
  EXAMPLES: AT EARLY WARNING IT IS OUR MODELS, SEGMENTATION TECHNIQUES, THE DATA ATTRIBUTES USED, AND OUR FUZZY LOGIC, ETC.



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.    22

---

## EXAMPLES – losses from T. S. Theft ~ $200-600 Billion Yearly (1-3% of GDP)

- The Masters of the Secret

- Coca Cola
- Google Search Algorithm
- Baseball rubbing mud
- KFC
- NY Times Best Seller
- Listerine
  - Even after it became public the royalties were not negated because they were contractual
- Twinkies
- WD-40

- Berglas Effect Card Trick
- Plasma Screens (stolen from Samsung)
- DuPont
  - The layout of their manufacturing facilities
  - The chemistry, the mixing, etc.
- Big Mac Special Sauce
- Symbols on Led Zeppelin's Album

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

## Audience Participation...

- EVERYONE IN HERE THINK ABOUT YOUR MARKETPLACE, YOUR TECHNOLOGIES, YOUR CHANNELS OF COMMERCE, YOUR INNOVATIONS AND TECHNOLOGIES...

- WHICH ARE THE TRADE SECRETS THAT EVERYONE SHOULD KNOW ARE OFF LIMITS?

- ANYBODY WANT TO SHARE THEIRS...



*"Any intellectual property yet, honey?"*

BRYAN
CAVE
LEIGHTON
PAISNER

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

24

## Audience Participation...

- EVERYONE IN HERE THINK ABOUT YOUR MARKETPLACE, YOUR TECHNOLOGIES, YOUR CHANNELS OF COMMERCE, YOUR INNOVATIONS AND TECHNOLOGIES...

- WHICH ARE THE TRADE SECRETS THAT EVERYONE SHOULD KNOW ARE OFF LIMITS?

- ANYBODY WANT TO SHARE THEIRS...

**JUST A TEST!!!! PLEASE DO NOT TELL ANYBODY ANY OF THEM EVER...**



*"Any intellectual property yet, honey?"*

BRYAN
CAVE
LEIGHTON
PAISNER

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

25



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

---

# Patent Rights

- Definition
  - The right to <u>exclude</u> others from:
    - Making
    - Using
    - Selling
    - Importing
- A "negative monopoly"



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.   27

# Patents

### UTILITY PATENT

1. Must be:
   a. Novel
   b. **Useful**
   c. Nonobvious
2. **20 years from filing date** with periodic fees
3. Requires a **written description** on how to carry out invention, and may include **drawings**
4. Absolute novelty vs. 1 year grace period

### DESIGN PATENT

1. Must be:
   a. Novel
   b. **Ornamental**
   c. Nonobvious
2. **15 years from issue date** without periodic fees
3. Limited to **drawings**

4. Same



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

28

---



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

29

## What Inventions Are Patentable?

| YES | NO |
|-----|-----|
| 1. Process | 1. Mathematical formula |
| 2. Product | 2. Law of nature |
| 3. Chemical composition | 3. Things occurring naturally in nature |
| 4. Software functions | 4. Mental process |
| 5. Product configuration and packaging | 5. Ideas created by artificial intelligence (AI) |

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

30



## Patent Ownership

- Inventor originally owns it
- Written assignment or license
- Shop right doctrine
- Hired to invent doctrine
- Joint ownership
  - No accounting
  - Separate licensing & commercialization

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

31



## Patent Practical Tips

- Offensive
  - Identify key technologies
  - Apply for patent before disclosure, sale, marketing, product launch, public demos
  - Policing
- Defensive
  - Employment agreements should prohibit use of former employer's patents
  - Do not search for, analyze, or keep competitors' patents



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.  32



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.





## The Under Used Design Patent

- Did you know a design patent can only cost ~$1800 to file *and* register?
- Did you know a design patent can cover a portion of a article of manufacture, not the entire article (e.g., the front of the iPhone, the face of a golf club, the grip rubber on a razor, etc.)?
- Did you know design patents can cover icons for a computer system, or app icons?
- Did you know design patents can cover user interfaces (or portions of user interfaces)?

Basically every company has way to use design patents, and they are enforceable, can be shields and swords, create a ton of value, and they can be issued in less than a year.

BRYAN CAVE LEIGHTON PAISNER BLP

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.    36

---

## Just Ask Apple... Or Samsung

Real-Life Design Patent Infringement Case: Apple vs. Samsung



Photo credit: The Verge

Apple v. Samsung Verdict Affirms Importance of Design Patents but Leaves the Law of Damages Murky

June 4, 2008

The second *Apple v. Samsung* damages trial ended in a remarkable result: $533 Million verdict for infringement of Apple's design patents, but only $5.3 Million for infringement of Apple's utility patents. The big (and obvious) takeaway: design patents are no longer the weak sister of the IP world. Long considered obscure and of marginal importance, the verdict shows that they can be a powerful and invaluable business tool.

BRYAN CAVE LEIGHTON PAISNER BLP

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.    37







## Trademarks

- Definition
  - A name, symbol, color, sound, or smell used to identify the source for products or services
- Examples
  - Word:  McDonald's
  - Slogan:  "Like a Good Neighbor, State Farm is There"
  - Symbol/Design:  ✔
  - Color:  UPS brown 
  - Sound:  NBC's 3 tone chime
  - Smell:  Manhattan Oil's grape-scented motor oil
- Can last forever, as long as still used

## Trademark Ownership

- Ownership – Whoever uses it first, owns it
- Acquiring Rights
  - Common Law: By use in a geographic area before others
  - Federal Registration: Intent-to-use (ITU), Use-based
  - State Registration: Use-based
- Can lose through non-use, generic use, or court order
- Trademark vs. Service Mark vs. Trade Name
- Domain Name



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

42

## Trademark Categories



| | | |
|---|---|---|
| GENERIC | Car Seller | Gasoline |
| DESCRIPTIVE | Sell Us A Car® | Gas N' Go® |
| SUGGESTIVE | Carvana® | Mobil® |
| ARBITRARY, FANCIFUL | Hertz® | Exxon® |

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

43





## Trademark VS Corporate Entity
### ADJECTIVE     VS     PROPER NOUN

**TRADEMARK (adjective): a distinctive, source identifying mark** *associated* **with goods and/or services.**

**Corporate Entity – Legally identified as a name of a corporate entity**

**Trademark – Legally identified as a descriptor of goods and services**

Example: **Harley Davidson, LLC** *versus*
                       **Harley Davidson® Motorcycle**
Or: Early Warning Services, LLC *versus* Early Warning®



© 2022 Bryan Cave Leighton Paisner LLP.  All Rights Reserved.     48

---

## Audience Participation...

- Think about your company's name... then think about your company's brand
- The brand should represent the totality of your company: the culture, the products, the customer service, the employees activities, associations, etc.
- Now think about you company's trademarks: product names, the name of the company, a service's name
- Note how the Brand is triggered by the trademarks and not necessarily the company name
- This is why trademark consistency and clarity is so important, to build the bond with the customer



© 2022 Bryan Cave Leighton Paisner LLP.  All Rights Reserved.     49





## Fair Use is an Option....

**Again, Infringement Yes, Illegal No... Competitive Marketing**

  

With Comparative marketing the trademark is being used properly, to reference the source of the product being compared.
This is okay when <u>done in moderation</u>...notice there is not "Coke-a-Cola" on the can. One must be careful even when fairly using *the most trusted brand in the world*.

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

52

BRYAN CAVE LEIGHTON PAISNER BLP

## Trademark Practical Tips

- Offensive
  - Identify all brands / trademarks
  - Apply for a trademark registration to prevent others from using a confusingly similar trademark
  - Build strong recognition for the trademark
  - Register domain names & social medial accounts
  - Police the marketplace, including on the Internet
- Defensive
  - Avoid confusion with other brands/trademarks
  - Avoid dilution with other brands/trademarks
  - Do not suggest a false connection with another company

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

53

BRYAN CAVE LEIGHTON PAISNER BLP



© 2022 Bryan Cave Leighton Paisner LLP.  All Rights Reserved.

## Copyright Rights

- The right to do and authorize others to do:
  - ➤ Copying
  - ➤ Preparing derivative works
  - ➤ Distributing
  - ➤ Publicly performing
  - ➤ Publicly displaying



© 2022 Bryan Cave Leighton Paisner LLP.  All Rights Reserved.

55

# Copyright

- Requirements
  - Original work of authorship
  - Fixed in any tangible medium of expression
- Term
  - Works not made for hire:
    - Life of the last surviving author + 70 years
  - Works for hire, anonymous works, and pseudonymous works:
    - Year of first publication + 95 years
    - If not published, year of creation + 120 years
- Registration
  - Not required for rights to exist, but required to enforce
  - No time limit to register, but disadvantages for filing "late"



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.   56

# What is Copyrightable?

- Ideas vs. Expression
  - Copyright protects the format, layout, or expression of ideas, information, and concepts, but not the concepts themselves or the item in which the expression is saved/stored.
- Useful items
  - Copyright protects only design aspects of the item that are <u>separable from</u> and <u>capable of existing independently of</u> the utilitarian aspects of the useful article



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.   57

## Copyright Practical Tips

- Offensive
  - Review all significant works of authorship
  - Consider applying for a copyright registration before or soon after publication
- Defensive
  - Employment agreements should prohibit use of former employer's copyrights
  - Do not copy or be "inspired by" other works
  - Document independent creation
  - Innocence is the best defense

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved. 66 

## Questions?

| Cory Smith | Warren Johnson |
|---|---|
| Bryan Cave Leighton Paisner LLP | Early Warning Services, LLC |
| 602.364.7442 | 480.426.2115 |
| Cory.Smith@BCLPlaw.com | Warren.Johnson@EarlyWarning.com |
| www.LinkedIn.com/in/cory-smith-2710566 | www.linkedin.com/in/warrenvjohnson |

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved. 67