# EXHIBIT APPENDIX

- **Exhibit 1:** Letter from Mesa Public Schools General Counsel (April 29, 2025).
- **Exhibit 2:** Email from Tracy Cheney (November 22, 2022) awarding Defendant a $50,000 spot bonus for "outstanding results".
- **Exhibit 3:** Public CLE Presentation: *Brand Protection Strategies* (April 4, 2019).
- **Exhibit 4:** Textual Analysis of Plaintiff's pervasive substitution of the word "strategy".
- **Exhibit 5:** Defendant's Notice of Supplemental Authority and Evidence in Support of Crime-Fraud Exception.
    - *Sub-Exhibit A:* Excerpts from DOJ Complaint, *United States v. Visa Inc.*
    - *Sub-Exhibit D:* Paze REST API Integration Guide (Cybersource).
    - *Sub-Exhibits H & I:* Transcripts and Reports detailing pre-provisioning of 150 Million Credentials.
- **Exhibit 6:** Plaintiff's Objections and Responses to Defendant's First Set of Written Discovery (RFIs), expressly disclaiming documents as trade secrets.
- **Exhibit 7:** Plaintiff's Objections and Responses to Defendant's First Set of Written Discovery (RFAs), contradicting internal IP policies.
- **Exhibit 8:** Order to Seal (Doc. 283), demonstrating the Court's unlawful blanket authorization.
- **Exhibit 9:** Comprehensive Sealing Data Analysis detailing the Court's failure to apply the required "compelling reasons" standard.
- **Exhibit 10:** TTAB Rulings (Opposition 91291526 and Cancellation 92085110 proceedings) from October 1, 2024, both expressly holding EWS did not meet the requirements to find the Teams Chat privileged.
- **Exhibit 11:** Defendant's valid copyright registrations covering the source code underlying the Indexes EWS uses without authorization to this day.

# EXHIBIT 1

# Letter from Mesa Public Schools General Counsel (April 29, 2025)



Legal Services
63 East Main Street #101
Mesa, Arizona 85201-7422

(480) 472-0208 | fax (480) 472-0489
www.mpsaz.org/legal

Kacey King
GENERAL COUNSEL

klking@mpsaz.org

April 29, 2025

To Whom It May Concern,

This letter is to formally confirm that there is no record of Warren V. Johnson's attendance at Mesa High School, and to verify that according to our records he did not attend Mesa High School between 1996-1999 or at any other point.

If you require any additional information, please feel free to contact me.

Sincerely,

Kacey King
General Counsel

# EXHBIT 2

# Email from Tracy Cheney (November 22, 2022) awarding Defendant a $50,000 spot bonus

**From:**          Cheney, Tracy
**Sent:**          Tuesday, November 22, 2022 2:07 PM
**To:**            Johnson, Warren
**Cc:**             Cheney, Tracy
**Subject:**      Transition confirmation

Warren –

This is to confirm the transition plan we discussed on Friday, November 18.  Your resignation will be effective Jan. 1, 2023.  In recognition of outstanding results you have obtained for the company on patent matters, you will receive a spot bonus of $50,000 (pre-tax) payable in January 2023.  Based on this resignation date, you also remain eligible to receive your vested 2020 LTIP.  Your target 2020 LTIP payout is $30,000 (pre-tax).  Payout dates (generally early March) and final award amounts are pursuant to LTI Plan documents.  Joe Makston will meet with you at the appropriate time to discuss other logistics of leaving the company but feel free to reach out to him with any questions.

I thank you for over 8 years of service and I wish you well in the future.

Tracy


**TRACY CHENEY | GENERAL COUNSEL**
**p** 480.656.5021 | **m** 602.327.3820
tracy.cheney@earlywarning.com



This email transmission may contain confidential and/or private information, which is the property of the sender. The information in this email or attachments thereto is intended for the attention and the use only of the addressee. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution of the contents of this email transmission, or the taking of any action in reliance thereon or pursuant thereto, is strictly prohibited. Should you have received this email in error, please contact the sender and delete and destroy all copies of the original message.

# EXHIBIT 3

# Public CLE Presentation: Brand Protection Strategies (April 4, 2019).

Case 2:24-cv-01587-SMB    Document 277-1    Filed 04/11/26    Page 7 of 35





# Brand Protection Strategies



## April 4, 2019

## George Chen
(602) 364-7367
George.Chen@BCLPlaw.com

## Warren Johnson
(480) 426-2115
Warren.Johnson@EarlyWarning.com

 

# Brand Protection Strategies



April 4, 2019

George Chen
(602) 364-7367
George.Chen@BCLPlaw.com

Warren Johnson
(480) 426-2115
Warren.Johnson@EarlyWarning.com

---

# Agenda

- Introductions
- What Is a Brand?
- Preparing to Protect the Brand
- Strategies to Protect the Brand
- Implementing Protections for the Brand
- Q&A

 

2

*1*

# Agenda

- Introductions
- **What Is a Brand?**
- Preparing to Protect the Brand
- Strategies to Protect the Brand
- Implementing Protections for the Brand
- Q&A





3

# What Is a Brand?

To *protect* anything you must understand it.
- So let's understand a "brand"... Sounds simple enough
  - But is it...?
- The definition will provide the framework for what we are protecting in the first place.
- Of course the ultimate goal is protect a particular brand
  - Not all brands, just *your/my/our* brand





4

## What Is a Brand?

- A "Brand" in general – <u>the good and the bad</u>
  - Is a subjective impression that lives in the mind of consumers
  - Is *portrayed, communicated, and established* by the goods and services originating from a source ("Providers") , **but...**
  - Is **actually created**, often unknowingly, in the mind of consumers who:
    - see the portrayals,
    - hear the communications, and
    - receive goods and services from the Providers. (arguably most important)

- THE BRAND IS IN THE EYE OF THE BEHOLDER



5

## "My" Brand

- To a **Brand Owner** the **Brand Identity** is:
  - a promise to a Consumer
    - the insurance policy for when that promise is broken.
  - something protected over time through differentiation and consistent use by the Brand Owner.
  - the first chance at getting a consumer to identify and chose the Brand's service/product over others.
  - The physical and mental availability of the Consumer while shopping –

<u>Branding is the experience made to win a piece of the Consumer's limited mental availability – Zero Sum Game if you will</u>



6



*3*



## "Their" Brand

- To a **Consumer**, the **Brand** is:
  - an identifier and source of loyalty.
  - the indicator of a strong bond the supersedes the customer merchant relationship.
  - the differentiator of one Source of goods and services from others.
  - the first impression of the quality or desirability of a product or service.
  - fairly static and requires great interaction and contemplation to build and/or change
  - a shortcut to predicting how an offered good or service will perform.

  WHERE A SATISFIED CUSTOMER MAY LEAVE, A LOYAL CUSTOMER WILL
  STAY AND REMAIN INTO THE FUTURE




8



**What Your Brand Really is...**

---

# Brand  Trademark

- While a trademark is not a brand, it can represent one
- A trademark creates efficacy for Providers to identify a Brand
- A trademark tells a consumer the source of a good or service
- If  you learn nothing else, <u>learn this</u>:

or more specific to our purpose

<u>TRADEMARKS EXIST TO PROVIDE CONSUMERS A "SHORT CUT" FOR LINKING A BRAND TO A PROVIDER OF GOODS AND SERVICES</u>

# Agenda

- Introductions
- What Is a Brand?
- Preparing to Protect the Brand
- Strategies to Protect the Brand
- Implementing Protections for the Brand
- Q&A



11

---

# Why Protect the Brand at All?

**Production in the 21st century – a growing smile**

Value added

2017

1970

R&D Design

Manufacturing

Branding After-sales services

Stage of production

WORLD INTELLECTUAL PROPERTY REPORT 2017
https://www.wipo.int/edocs/pubdocs/en/wipo_pub_944_2017.pdf

12



## Country of Brands

---

## Preparing to Protect

- The life a Brand begins before any product or service is provided.
  - AND SO SHOULD THE PROTECTION
- To Protect a Brand is to Protect the Consumer...
- Brand protection *must* include: (normally from in-house
  - TRAINING EMPLOYEES
  - RESEARCHING THE MARKET AND COMMERCE CHANNELS
  - PRIORITIZING MARKS TO BEST PROTECT THE BRAND





## Preparing to Protect – "Best Practice"

<u>Note:</u> In reality in-house counsel may not be at the front line when it comes to releasing new Brand planning

- **Nevertheless a Brand will need protection**

Best Practice: (the easy way, the fairy tale way, the Disney® way [literally?])

- Trademarks – have a supply of allowed 1(b) trademark applications to chose a Brand identifier.
- Agreed upon and strategic name, logo, tagline, look and feel (Brand Identity).
- Trade Dress vs Design Patent protection decided.

 

15

## Preparing to Protect – "Best Practice"

- Best Practice: *(Let's keep this fantasy going)*
  - Clearance on the name is completed and the name is clear
  - Domain Names have been registered
  - Social Media handles secured
  - Whether licensing will take place has been addressed
  - Marketing portal w/ pre-designed material available for public
  - Will brand be a conglomerate or become a standard

 

16

*8*

## Prioritizing to Protect – REAL Practice

### NEVERMIND ALL THAT NOW..

### IT'S OKAY TO LAUGH AT THE "BEST PRACTICES" SLIDES… IT CAN BE FUN TO DREAM…





17

---

## Prioritize to Protect – REAL Practice

### WE INTERUPT YOUR FANTASY TO BRING YOU THIS FROM REALITY

WHISPERS -> "Best Practice" may as well be a law school course

Oh wait, it is!!!

TRUTH- There are constraints on our abilities such as time and space.

- Best Practice is the practice of *PRIORITIZING*.
  - Choice of mark is top priority
  - Counsel is needed to understand:
    - How the trademark will be used proper trademark use
    - Always get multiple name options from marketing (6 is good number)
    - Run searches, clearance, and register as quickly as good judgement allows





18

## Prioritize to Protect – REAL Practice

- BACK TO REALITY

Best Practice is the practice of *prioritizing.*
- Next priority is channels…. All of them: <u>INTERNAL AND EXTERNAL</u>
  - Channels/mediums of commerce for Branded good/service
    - Internet, geographic regions, store shelves, third parties, subscriptions, etc.
  - Channel of communication w/ consumers
  - Channels of inter-company communication
    - Marketing
    - Product teams
    - Communications





19

## Prioritize to Protect – REAL Practice

TRUTH - Best Practice is the practice of *prioritizing.*
- Overall Brand Protection Strategy
  - After the bare necessities of communication and identification take a step back and get organized
  - Decide on
    - House Marks being used or Sub-Marks
    - Jurisdictions to file in outside home country
    - Tagline protection
    - Domains, domains, domains, domains  - MUST HAVE A STRATEGY
    - Copyright Registrations
      **BRING IT ALL TOGETHER**





20

10

## Training to Protect – At Least 2

• There should be two mandatory trainings for any major Brand

New Employee Training
• Introduce the Brand(s), their value, and the protections used.
• Give basic Branding Guidelines and summarize why.
  • Company Values, Trademark Law, Marketing Strategy
• The Brand is sacred.
• Last but not least: the golden rule of branding.
  • TREAT OTHER'S BRANDS AS YOU WOULD WANT YOURS TREATED




21

## Training to Protect - At Least 2

• There should be two mandatory trainings for any major Brand

Heavy Training as these are the vessels through which consumers will receive the Brand Identity
  • Strict guidelines on trademark usage
  • Trademark clearance and the process of registration
  • Trademarks are to protect consumers and the brand they maintain
  • Licensing of Marks, Quality control, Approved Public facing materials
  • Exceptions are a dangerous path. Stick to the Guidelines
  • CULTURE OF CONFIDENTIALITY




22

*11*

## Research to Protect

Knowledge is your best friend for *Prioritizing*, so research

- EXTERNAL RESEARCH
  - The product/service tied to the Brand
  - Sales geography
  - Top Level Domains
  - Competing Brands
    - Copying is the most flattering... whatever. Take ideas where you can get them.
  - Technology, patents, innovation maps, current patent litigation.





23

## Research to Protect

Knowledge is your best friend for *Prioritizing*, so research

- <u>INTERNAL RESEARCH</u> is just as important if not more so.
  - Understand the overall scheme from all departments to the best of your abilities.
  - Become a liaison between technology, sales, marketing, communications, executives, and accounting.
  - Have representation in as many meetings as possible.

**THIS IS WHERE YOUR TRAINING PAYS OFF. COWORKERS CAN'T CALL UPON YOU IF THEY DON'T KNOW WHEN OR HOW.**





24

*12*

## Preparing to Protect

- Brand vs. Trademark

- Trademark
  - Anything that (1) identifies a source of products or services and (2) distinguishes the source from another source

  - Does not identify a product or service
  - Does not protect a business itself
  - Does not protect against all uses of the trademark





25

## Preparing to Protect

- Examples of trademarks
  - Words
  - Tag lines
  - Logos / designs
  - Colors
  - Sounds
  - Smells





26

*13*

# Agenda

- Introductions
- What Is a Brand?
- Preparing to Protect the Brand
- **Strategies to Protect the Brand**
- Implementing Protections for the Brand
- Q&A





27

---

## Strategies to Protect

BEFORE WE GET STARTED:
NEVER FORGET, AND DO NOT LET OTHERS
THAT YOU COUNSEL FORGET:


TO PROTECT YOUR BRAND IS
TO PROTECT YOUR CONSUMERS…
ALWAYS





28

14

## Strategies to Protect

- Referencing the *Prioritizing* section:

  - Corporate/**Primary Brand** Identity = House Mark/***Primary* Mark**
    - Not necessary, different than a corporate/legal name
    - Most important in some cases
    - May be somewhere inbetween

  - Product/**Secondary Brand** Identity = Sub Brand/***Secondary* Mark**
    - May be more important than the Parent




29

## Strategies to Protect - BRANDS

- Referencing the *Primary* versus *Secondary* Brands:
  - **Maximum Protection**
    - Every channel addressed
    - Every Protection Mechanism Used
    - Every Jurisdiction Goods and Services are Offered.

  - **Secondary Protection**
    - Most popular Channels
    - Strongest Mechanisms – lockups with Primary Brand Identifiers
    - Incorporated, Manufacturing, some sales areas




30

*15*

## Strategies to Protect - MARKS

- Primary Mark
  - Branding Guidelines
    - Created Clear and Enforced internally and externally
    - LET THE LEGAL REQUIREMENTS OF UNFAIR COMPETITION LAW BE THE BASELINE
    - MARKETING AND PRODUCT GROUPS CAN START WITH THAT AS A MINIMUM
  - Any License granted to use a Primary Mark is a lending of your Primary Brand and *consumer protection* must be accounted for… ALWAYS.
    - *must* include adherence to the Branding Guidelines
    - *must* include quality controls and oversight – review of any public facing collateral
    - *must* have consideration/value in return – don't allow use for free
- Secondary Mark





31

## Agenda

- Introductions
- What Is a Brand?
- Preparing to Protect the Brand
- Strategies to Protect the Brand
- **Implementing Protections for the Brand**
- Q&A





32

*16*



# Implementing Protections

- Trademark
  - Anything that (1) identifies a source of products or services and (2) distinguishes the source from another source

The Trademark Spectrum

| Generic | Descriptive | Suggestive | Fanciful / Arbitrary |
| --- | --- | --- | --- |
| Generic terms can't function as trademarks | | | |
| Weak | | | Strong |

33

# Implementing Protections

- Trademark
  - Anything that (1) identifies a source of products or services and (2) distinguishes the source from another source

- Avoid
  - Confusion with a 3rd party trademark
  - Dilution of a 3rd party trademark
  - Suggestion of a false affiliation with a 3rd party

- Trademark searches




34

*17*

## Implementing Protections

- Federal trademark registrations
  - 15 U.S.C. § 1051 et. seq.
- State trademark registrations
  - A.R.S. § 44-1441 et. seq.
- Foreign trademark registrations
- Trademark classifications
- Trademark families





35

## Implementing Protections

- Design patents
  - Protects ornamental appearance of a product
  - 35 U.S.C. § 171 et. seq.
- Copyrights
  - Protects an original work of authorship
  - 15 U.S.C. § 101 et. seq.
- Trade dress
  - Protects the "look and feel"
  - *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763 (1992).





36

*18*



# Implementing Protections

- Domain name registrations
  - New top level domains
    - BannerHealth.info
    - ASM.biz
    - ASU.university
  - Typosquatting
    - BestWestrn.hotels
    - Carvanna.cars
  - Country codes
  - XYZsucks.com

 

*19*

## Implementing Protections

- Social media

   



39

## Implementing Protections

- Policing
  - Watch notices
  - Online search engine key words
- Licensing
  - Brand guidelines
  - Naked licensing
- Enforcing
  - Trademark oppositions
  - UDRP (Uniform Domain-Name Dispute-Resolution Policy)
  - U.S. Customs registrations
  - Litigation



40

*20*

## Implementing Protections

- Minimum advertised prices (MAP)
- Authorized dealer programs





41

## Agenda

- Introductions
- What Is a Brand?
- Preparing to Protect the Brand
- Strategies to Protect the Brand
- Implementing Protections for the Brand
- Q&A





42

# Questions?

### George Chen

602.364.7367
George.Chen@BCLPlaw.com
www.LinkedIn.com/in/ChenGeorge

**Bryan Cave Leighton Paisner LLP**
Two North Central Avenue, Suite 2100
Phoenix, Arizona  85004

### Warren Johnson

(480) 426-2115
Warren.Johnson@EarlyWarning.com
www.linkedin.com/in/warrenvjohnson

**Early Warning Services, LLC**
16552 N. 90th Street, Suite 100
Scottsdale, AZ 85260





43

*22*

# EXHIBIT 4

EWS's PERVASIVE USE OF "REFLECTS" WHEN NO EVIDENCE IS AVAILABLE  AND/ OR WHEN PRIVILEGD CLAIM WAS NEEDED FOR INJUNCTION

**(79 TOTAL USES, 19 PRE- INJUNCTION**)

```
========================================================================
=====================================
SUMMARY: SEARCH TERM ANALYSIS
========================================================================
=====================================

Generated: 2026-01-11 10:29:22

SEARCH TERMS: reflects, reflecting, reflected, reflect
CONTEXT FILTERING: Disabled

TOTAL REFERENCES: 79
FILES ANALYZED: 42


========================================================================
=====================================
BREAKDOWN BY SEARCH TERM:
========================================================================
=====================================

'reflect':
  Count: 45
  Percentage: 57.0%

'reflects':
  Count: 15
  Percentage: 19.0%

'reflecting':
  Count: 13
  Percentage: 16.5%

'reflected':
  Count: 6
  Percentage: 7.6%




========================================================================
=====================================
FILES RANKED BY REFERENCE COUNT:
========================================================================
=====================================

 1. Objections RFP EWS Rsps to Johnson 1st Set of Written Discovery-3.pdf
    References: 7
    Term: 'reflect'
    Example: materials that reflect legal advice or guidance pertaining to trade secret protection as...

 2. DktEntry 25.1 EWS Appeal Response.pdf
    References: 6
    Term: 'reflect'
    Example: authority or facts of record , and reflect Johnson's " [m]ere disagreement...

 3. Dkt 28 EWSs Reply to WJ _s Response To Motion for injunction.pdf
    References: 5
    Term: 'reflecting'
```

Example: often disclose aspects of the inventions themselves ), along with notes reflecting the...

4. Dkt 289 Opposition to Motion to Vacate Sealing Order on Performance Reviews.pdf
References: 5
Term: 'reflect'
Example: General Counsel, Tracy Cheney, many of which reflect Johnson's legal advice to...

5. DktEntry 6.1 Opposition Brief.pdf
References: 5
Term: 'reflect'
Example: ...e underlying inventions to those familiar with the subject matter. The notes in EWS's indices often reflect the details of consultations between EW...

6. UNDER SEAL-Exhibit A_Mot. to Seal Recusal Mot to Stay_For Filing.pdf
References: 4
Term: 'reflect'
Example: "reflect[s] Johnson's legal advice to EWS concerning EWS's contract negotiations...

7. Dkt 1 Complaint.pdf
References: 3
Term: 'reflect'
Example: 72. P.A.Z.E.'s filings in both TTAB Proceedings reflect knowledge of...

8. Dkt 215 Gibby Declaration re Ct Order [208] Granting EWS Mot for Default Judgment - PAZE, LLC.pdf
References: 3
Term: 'reflect'
Example: $82,441.58 figure contained in Paragraph 5 does not reflect valuable work performed Case 2:24-cv-01587-SMB    Document 215    Filed 08/06/25    Pag...

9. Dkt 17 Declaration of Tracy Cheney (1)-Carbon.pdf
References: 2
Term: 'reflected'
Example: and I were the only parties to the chat. The chat reflected Johnson's legal advice to...

10. Dkt 19 Seal Opposition to Injunction.pdf
References: 2
Term: 'reflected'
Example: only parties to the Privileged Chat , which reflected Johnson's legal advice to EWS...

11. Dkt 263 20EWS Opp to Johnson_s Mot to Strike  short.pdf
References: 2
Term: 'reflects'
Example: vexatious filings, the Motion reflects Johnson's mere disagreement with EWS's...

12. Dkt 28.1 DECLARATION OF SHAH- Defendant Motion and Proposed Order.pdf
References: 2
Term: 'reflect'
Example: indices often reflect the details of consultations between EWS's attorneys and...

13. Dkt 281 Opposition to Motion for Crime Fraud.pdf
References: 2
Term: 'reflect'
Example: arguments merely reflect his disagreement w ith the Court's orders and his continued...

14. Dkt 46 EWSs Motion to Dismiss Amended Counter Claims.pdf
References: 2
Term: 'reflecting'

Example: 5 EWS's statements reflecting its good faith belief as to where and when Johnson...

15. Objections to Instructions  EWS Rsps to Johnson 1st Set of Written Discovery.pdf
   References: 2
   Term: 'reflects'
   Example: in physical or electronic form, that contains or reflects information" is vague and...

16. Dkt 044 2024-10-10 EWS Mot to Dismiss Johnson_s Counter-Claims and Memo in Support (1).pdf
   References: 1
   Term: 'reflecting'
   Example: Payment"). The Company will issue an IRS Form 1099 MISC to Johnson reflecting the Settlement...

17. Dkt 102 Lodged Proposed Doc - EWS Mot for Default Judgment Against PAZE with Attachments.pdf
   References: 1
   Term: 'reflected'
   Example: reflected in [15 U.S.C. § 1064]"), aff'd, No. 2021 -2208, 2022 WL 3147202 (Fed. Cir....

18. Dkt 114 Reply to Opposittion to Motion to Seal.pdf
   References: 1
   Term: 'reflected'
   Example: redactions  for both documents with proposed redactions reflected in yellow...

19. Dkt 117 Opposition to Defendant Motion to Disqualify.pdf
   References: 1
   Term: 'reflects'
   Example: Dkt. 108 at 6. This suggestion reflects Johnson's profound misunderstanding of...

20. Dkt 122 2025-04-17 EWS Mot to Shorten Time to File Mot for Sanctions.pdf
   References: 1
   Term: 'reflects'
   Example: ...not seek disqualification of both firms until nearly nine months later. This tactical delay further reflects Johnson's bad faith in seeking disqual...

21. Dkt 122-1 Motion for Sanctions.pdf
   References: 1
   Term: 'reflects'
   Example: ...not seek disqualification of both firms until nearly nine months later. This tactical delay further reflects Johnson's bad faith in seeking disqual...

22. Dkt 139 Opposition to REconsideration Disqualification.pdf
   References: 1
   Term: 'reflect'
   Example: to Johnson " (Dkt. 128 at 2) fails to accurately reflect Johnson's role as EWS's former...

23. Dkt 144 EWS Rsp to Johnson Mot to Seal Mot to Strike Cheney Decl. and for Sanctions.pdf
   References: 1
   Term: 'reflects'
   Example: reflects Johnson's legal advice to EWS  regarding the clearance and filing of...

24. Dkt 145 Opposition to Cheney Declaration.pdf
   References: 1
   Term: 'reflect'
   Example: Board ("TTAB ") reflect Johnson's knowledge of EWS's confidential and trade secret...

25. Dkt 149 EWS Reply in Support Sanctions.pdf
   References: 1

Term: 'reflecting'
Example: a "surprising reversal " reflecting the Court's " apparent new position that these...

26. Dkt 159 Motion to Seal and for Sanctions.pdf
   References: 1
   Term: 'reflects'
   Example: partial chat entry at the top of the page reflects Johnson's legal advice to EWS regarding the clearance and filing of trademark applications. EWS req...

27. Dkt 16 MOTION FOR PRELIMINARY INJUNCTION.pdf
   References: 1
   Term: 'reflect'
   Example: counsel . Id. ¶¶ 36 , 38, Exs. 2, 14. The allegations in P.A.Z.E.'s filings reflect...

28. Dkt 185 Declaration of Gibby ISO Mot for Sanctions [133].pdf
   References: 1
   Term: 'reflect'
   Example: example, the $54,031.51  figure contained in Paragraph 5 does not reflect valuable...

29. Dkt 207 EWS Opp to Johnson_s Mot to Clarify Scope and Execution of Forensic Imaging Order.pdf
   References: 1
   Term: 'reflect'
   Example: modification of the Ninth Circuit's opinion "to reflect that the case is remanded to the...

30. Dkt 214 EWS Mot for Sanctions re Johnson Mot to Strike Gibby Declaration.pdf
   References: 1
   Term: 'reflects'
   Example: reflects a "weaponized conflict" of interest because, in his view, " Johnson, . . . as...

31. Dkt 225 EWS Mot to Hold Ds in Contempt and for Sanctions.pdf
   References: 1
   Term: 'reflects'
   Example: ...PI Orders "is legal impossibility, not willful defiance." Dkt. 222 at 7. In fact, Johnson's notice reflects nothing but defiance, as it merely adva...

32. Dkt 229 Default Against O_Loughlin.pdf
   References: 1
   Term: 'reflected'
   Example: reflected in [15 U.S.C. § 1064]"), aff'd, No. 2021 -2208, 2022 WL 3147202 (Fed. Cir....

33. Dkt 256-1 Shah Declaration EWS Reply Mot for Protective Order.pdf
   References: 1
   Term: 'reflect'
   Example: Document because the case docket did not reflect the documents a publicly filed. That appears...

34. Dkt 259 EWS Resp IO to Johnson Motion for Reconsideration.pdf
   References: 1
   Term: 'reflect'
   Example: on the court" ; and (2) the remainder of Johnson 's arguments merely reflect his...

35. Dkt 265 WS_s Mot to Seal Johnson_s Reply ISO Mot to Strike.pdf
   References: 1
   Term: 'reflects'
   Example: practice " and ending with " today" reflects Johnson's legal advice to EWS....

36. Dkt 273 Motion to Seal Evidentiary Crime Fraud Motion.pdf

References: 1
Term: 'reflect'
Example: information because they reflect Johnson's legal advice to EWS concerning contract...

37. Dkt 279 Motion to Seal.pdf
    References: 1
    Term: 'reflect'
    Example: information because they reflect Johnson's legal advice to EWS concerning contract...

38. Dkt 41 Case Management Report from EWS.pdf
    References: 1
    Term: 'reflect'
    Example: P.A.Z.E.'s filings in both TTAB Proceedings reflect knowledge of EWS's...

39. Dkt 78 Opposition to Stay.pdf
    References: 1
    Term: 'reflect'
    Example: with the subject matter. The notes in EWS's indices often reflect the...

40. Exhibits 1-6 to Declaration of Tracy Cheney.pdf
    References: 1
    Term: 'reflecting'
    Example: Payment"). The Company will issue an IRS Form 1099 MISC to Johnson reflecting the Settlement...

41. Exhibits 18-19 to Declaration of Tracy Cheney.pdf
    References: 1
    Term: 'reflects'
    Example: Management Policy, to ensure it is current and accurately reflects business activities and processes....

42. Objectionis to RFI EWS Rsps to Johnson 1st Set of Written Discovery-2.pdf
    References: 1
    Term: 'reflect'
    Example: requests EWS identify handbooks or training documents that reflect legal advice or...