**EXHIBIT APPENDIX**

- **Exhibit 1:** Letter from Mesa Public Schools General Counsel (April 29, 2025).

- **Exhibit 2:** Email from Tracy Cheney (November 22, 2022) awarding Defendant a $50,000 spot bonus for "outstanding results".

- **Exhibit 3:** Public CLE Presentation: *Brand Protection Strategies* (April 4, 2019).

- **Exhibit 4:** Textual Analysis of Plaintiff's pervasive substitution of the word "strategy".

- **Exhibit 5:** Defendant's Notice of Supplemental Authority and Evidence in Support of Crime-Fraud Exception.
    - *Sub-Exhibit A:* Excerpts from DOJ Complaint, *United States v. Visa Inc.*
    - *Sub-Exhibit D:* Paze REST API Integration Guide (Cybersource).
    - *Sub-Exhibits H & I:* Transcripts and Reports detailing pre-provisioning of 150 Million Credentials.

- **Exhibit 6:** Plaintiff's Objections and Responses to Defendant's First Set of Written Discovery (RFIs), expressly disclaiming documents as trade secrets.

- **Exhibit 7:** Plaintiff's Objections and Responses to Defendant's First Set of Written Discovery (RFAs), contradicting internal IP policies.

- **Exhibit 8:** Order to Seal (Doc. 283), demonstrating the Court's unlawful blanket authorization.

- **Exhibit 9:** Comprehensive Sealing Data Analysis detailing the Court's failure to apply the required "compelling reasons" standard.

- **Exhibit 10:** TTAB Rulings (Opposition 91291526 and Cancellation 92085110 proceedings) from October 1, 2024, both expressly holding EWS did not meet the requirements to find the Teams Chat privileged.

- **Exhibit 11:** Defendant's valid copyright registrations covering the source code underlying the Indexes EWS uses without authorization to this day.

# EXHIBIT 5

# Defendant's Notice of Supplemental Authority and Evidence in Support of Crime-Fraud Exception.

- sub-Exhibit A: Excerpts from DOJ Complaint, United States v. Visa Inc.

- Sub-Exhibit D: Paze REST API Integration Guide (Cybersource).

- Sub-Exhibits H & I: Transcripts and Reports detailing pre-provisioning of 150 Million Credentials.

WARREN V. JOHNSON
215 E 18th St
Lawrence, KS 66044

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

Early Warning Services, LLC
Plaintiffs/Counterclaim Defendant, and

v.

Mr. Warren V. Johnson
Co Defendant/Counter Claimant;

Brandon O'loughlin; P.A.Z.E., Llc
Co Defendants.

Case No.: CV24-01587-PHX-SMB

**DEFENDANT JOHNSON'S REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY AND EVIDENCE IN SUPPORT OF PENDING MOTION FOR CRIME-FRAUD EXCEPTION DETERMINATION**
**(Doc. 272)**

**NOTICE OF SUPPLEMENTAL AUTHORITY AND EVIDENCE IN
SUPPORT OF DEFENDANT'S PENDING MOTION FOR CRIME-FRAUD
EXCEPTION DETERMINATION**

**(Doc. 272 (sealed))**

**INTRODUCTION**

Defendant Warren Vurl Johnson submits this Notice of Supplemental Authority and Evidence in support of his pending Motion for Crime-Fraud Exception Determination (Doc. 272 (sealed)). The evidence presented herein consists entirely of publicly available records and does not reference, quote, or disclose any sealed material. It independently establishes a reasonable basis to believe the communications EWS claims are privileged were made in furtherance of ongoing illegal conduct—the threshold for the crime-fraud exception. *In re Grand Jury Investigation*, 810 F.3d 1110, 1114 (9th Cir. 2016); *Clark v. United States*, 289

- 1 -

U.S. 1, 15 (1933).

The Department of Justice is currently prosecuting Visa Inc. for monopolizing debit transactions by systematically co-opting potential competitors through exclusive technological arrangements. *United States v. Visa Inc.*, No. 1:24-cv-07214 (S.D.N.Y.). The publicly available evidence presented below demonstrates that Plaintiff Early Warning Services, LLC's Paze digital wallet—the product at the center of the sealed communications in this case—is an implementation of the exact anticompetitive strategy the DOJ is prosecuting. EWS's own sworn declarations, Visa's own technical documentation, and the deliberate mutual concealment of the Visa-Paze relationship establish each element of this chain without reference to any sealed material.

## I. THE CRIME-FRAUD EXCEPTION STANDARD

The crime-fraud exception eliminates the attorney-client privilege for communications made in furtherance of a crime or fraud. The Ninth Circuit applies a deliberately low threshold: the party invoking the exception must show "a reasonable basis to believe" that (1) the client was engaged in or planning criminal or fraudulent activity, and (2) the attorney's assistance was obtained in furtherance of that activity. In re Grand Jury Investigation, 810 F.3d at 1114. The proponent "need not prove that a crime or fraud actually occurred"; a prima facie showing suffices. *Id*. This Court may conduct an in camera review of the disputed communications to determine whether the exception applies. *United States v. Zolin*, 491 U.S. 554, 572 (1989).

## II. THE DOJ'S ANTITRUST PROSECUTION PROVIDES THE FRAMEWORK

The Department of Justice has charged that Visa maintains its monopoly by identifying potential competitors and converting them into dependent partners before they can threaten Visa's dominance. The DOJ alleges Visa's strategy is to "partner with emerging players before they become disruptors"—offering incentives "under the express condition that they do not develop a competing product or compete in

ways that could threaten Visa's dominance." Complaint ¶¶ 16–17, *United States v. Visa Inc.*, No. 1:24-cv-07214 (S.D.N.Y.). (Ex. A.)

The DOJ identifies card-not-present debit transactions—online transactions where the physical card is not swiped or tapped—as the specific market segment where Visa's monopoly power is most acute. The complaint alleges Visa has foreclosed "over 55% of card-not-present debit transactions" from competition. Complaint ¶ 19. (Ex. A.) Visa's routing contracts and technological lock-in arrangements ensure that competing networks "often struggle to compete for any meaningful share of transactions." Complaint ¶ 12. (Ex. A.)

The evidence below demonstrates that EWS's Paze digital wallet is an implementation of the exact strategy the DOJ is prosecuting—and that the sealed communications in this case concern the contract negotiations that created it.

## III. THE PAZE DIGITAL WALLET: FACTUAL OVERVIEW

Paze is a digital wallet service operated by Early Warning Services, LLC ("EWS"), a company owned by a consortium of seven large U.S. banks (Bank of America, Capital One, JPMorgan Chase, PNC Bank, Truist, U.S. Bank, and Wells Fargo). (Ex. F, Ex. I.) Unlike general-purpose digital wallets that function across a wide range of card networks and point-of-sale environments, Paze is structured with specific technical and operational features that define its function in the online payments ecosystem.

**Pre-Provisioning of Credentials.** Paze does not require consumers to manually enter their card information. Instead, participating financial institutions automatically share eligible consumer credit and debit card credentials with EWS, which then loads—or "pre-provisions"—those credentials into a Paze wallet associated with the consumer. Public statements from EWS indicate that Paze has pre-provisioned approximately 150 million debit and credit card accounts. (Ex. I.)

**Tokenization Exclusively Performed by a Valued Partner/Service Provider.** Once a consumer's card credentials are received, EWS uses a service

provider to exchange the primary account number for a unique alternate card number, a process known as tokenization. The Paze Service Agreement identifies this entity only as a "service provider" and does not disclose its name. (Ex. E, § 1.1.) Service Provider's own technical documentation, however, establishes that Cybersource—a wholly owned subsidiary of Visa Inc.—is the entity that performs tokenization for Paze. (Ex. D.) The same documentation states that under the "Cybersource decryption" method, Cybersource creates and manages the decryption keys, extracts sensitive payment information on behalf of the merchant, and forwards that information to the payment network. (Ex. D at 6, 13.)

**Routing of All Transactions Through Service Provider's Infrastructure.** The Paze REST API Integration Guide, published by Cybersource as "A Visa Solution," assigns a single payment solution code—029—to all Paze transactions, regardless of whether the underlying card is a Visa or a Mastercard. (Ex. D at 16, 20.) The guide further directs merchants to send authorization requests to Cybersource's API endpoints, and states that Cybersource then forwards the information to the payment network. (Ex. D at 13.) No alternative routing code or alternative decryption path is provided.

**Card-Not-Present Only.** Paze is designed exclusively for online transactions. It cannot be used at physical merchant locations. (Ex. E, § 1.3.) The service is therefore limited to the card-not-present environment, which the Department of Justice has identified as a distinct market segment in its pending antitrust action against Visa. (Ex. A.)

**Consumer-Only Account Restriction.** The terms and conditions of participating banks uniformly restrict Paze to consumer accounts. Chase, for example, states that only "consumer (not business or commercial)" cards are eligible, and PNC limits Paze to cards it has "determined is eligible" under its consumer account framework. (Ex. J.) Business, commercial, and private bank accounts are excluded across all owner banks.

- 4 -

**Visa's Parallel Commercial Product.** In February 2024, Visa launched "Visa Commercial Pay," a product that provides push-provisioning, network tokenization, and automatic card loading for commercial and B2B accounts—functionalities identical to those used by Paze, but directed at the commercial market rather than the consumer market. (Ex. G.)

## IV. THE PUBLIC RECORD CONNECTS PAZE TO THE DOJ'S ALLEGATIONS

### A. EWS's Own Declarations Identify the Sealed Communications.

Tracy Cheney, EWS's General Counsel, declared under penalty of perjury that Defendant was "responsible for providing legal advice to EWS on intellectual property issues, including in connection with EWS's development and launch of its Paze service." Cheney Decl. ¶ 9 (Dkt. 17). She declared that Defendant "played an important role in developing and executing EWS's patent and brand strategies" for Paze. Id. ¶ 46. She declared that the sealed Teams Chat "reflected Johnson's legal advice to EWS concerning EWS's contract negotiations and trademark applications." Id. ¶ 10. (Ex. B.)

Paras Shah, EWS's Senior IP Counsel, declared that the Teams Chat "references negotiations of a confidential contract with one of EWS's valued partners" and that the contract "was not executed until November 17, 2022." Shah Decl. ¶ 10 (Dkt. 28-1). He further declared that "EWS's contract negotiations with partners and vendors and its internal deliberations about terms are highly confidential and sensitive." Id. ¶ 11. (Ex. B.)

By EWS's own account: (1) Defendant's legal advice was used to develop and launch Paze; (2) the sealed Chat concerns contract negotiations with a "valued partner"; and (3) that partner's identity is so sensitive that EWS has never publicly disclosed it. The question is: who is the partner?

### B. Visa's Own Technical Documentation Identifies Visa as the Partner.

The identity of the unnamed "service provider" is revealed in the technical documentation merchants must use to process Paze transactions. The Paze REST API Integration Guide is published by Cybersource—which identifies itself on the document's cover page as "Cybersource – A Visa Solution." Cybersource is a wholly owned subsidiary of Visa Inc. (Ex. D.)

The Integration Guide establishes three critical facts:

**First,** every Paze transaction—whether the consumer pays with a Visa card or a Mastercard—is assigned a single payment solution code: 029. That code routes all transactions to Visa's processing infrastructure. There is no alternative code and no alternative route. See Ex. D at 16, 20.

**Second**, under the Cybersource decryption method, "Cybersource creates and manages the Paze decryption keys and extracts and decrypts the sensitive payment information on your behalf." Ex. D at 6. The encryption applied to Paze credentials can only be unwrapped by Visa's subsidiary. No competing payment network can access these credentials.

**Third**, the Integration Guide processes transactions through Visa's gateway and confirms that "Cybersource then forwards the information to the payment network." Ex. D at 13. Mastercard transactions on Paze are processed through Visa's subsidiary before reaching Mastercard's own network.

To underscore the anomaly: Cybersource's own integration guides for Apple Pay support multiple card types, multiple decryption paths, and merchant-controlled routing options. (Ex. D, Appendix A.) Paze offers none of these alternatives. It is the only major digital wallet in the United States whose entire transaction flow is locked to a single payment network's infrastructure with no alternative routing path.

**Paze is also exclusively a card-not-present product.** It cannot be used at physical point-of-sale terminals. It operates only online—in the exact transaction category the DOJ identifies as the market Visa is monopolizing. The bank-owned

wallet launched without point-of-sale capability, restricted to the precise market segment Visa most needs to control.

**C. Both Parties Have Affirmatively Concealed the Partnership.**

The concealment of the Visa-Paze relationship is not merely an omission—it is an affirmative, bilateral effort without precedent in the digital wallet industry.

The industry standard: public co-branding. When Visa engages in legitimate, arms-length digital wallet integrations, it publicly celebrates the relationship. Visa maintains dedicated co-branded partnership pages, joint press releases, and extensive developer documentation for its integrations with Apple Pay, Google Pay, and Samsung Pay. These are heavily marketed because they represent standard, pro-competitive business arrangements. (Ex. D, Appendix A.)

The Paze anomaly: total silence. There is no "Visa and Paze" partnership page. No joint press release. No public co-branding of any kind. No public developer portal advertising the integration. For a company that celebrates its wallet partnerships with dedicated web infrastructure, the complete absence of any public acknowledgment of the Paze relationship is conspicuous and deliberate.

EWS mirrors the silence. On its end, EWS actively conceals Visa's identity in its own consumer-facing documents. The Paze Service Agreement—published on EWS's website and available to any consumer—describes the tokenization vendor only as a nameless "service provider": "We use a service provider to exchange your Payment Credentials for a unique alternate card number." Paze Service Agreement § 1.1. (Ex. E) The bank-specific terms from Chase, PNC, Truist, and Wells Fargo likewise refer only to generic tokenization without identifying who performs it.

If the Paze-Visa integration were a standard payment routing agreement, both parties would market it aggressively—exactly as they do with Apple Pay, Google Pay, and Samsung Pay. The mutual concealment of this operational

partnership is powerful circumstantial evidence that both parties understood the arrangement could not withstand regulatory or public scrutiny.

**D. The Public Record Reveals Coordinated Market Allocation.**

The technical lock-in is accompanied by an artificial division of the payments market between consumer and commercial segments—a division that makes no independent business sense for either party but perfectly serves the mutual objective of avoiding head-to-head competition.

The consumer restriction. If Paze were an independent, competitive digital wallet, its bank owners would naturally seek to maximize transaction volume by deploying it across both consumer and business accounts. Instead, the terms and conditions from EWS's owner banks uniformly restrict Paze to consumer accounts. Chase's Paze eligibility page states the restriction explicitly: "Existing eligible 1 consumer (not business or commercial) cards can be used in Paze at this time." The accompanying footnote reinforces: "Paze isn't currently available to Chase customers under the age of 18, business customers, commercial customers, Private Bank customers." (Ex. J.) PNC's Online Banking Service Agreement similarly limits Paze to cards that PNC "has determined [are] eligible," with eligibility governed by the consumer account framework. (Ex. J.) This uniform exclusion of business and commercial accounts across independently operated banks is not a technological constraint—it is a coordinated market boundary.

The commercial counterpart. In February 2024, Visa launched Visa Commercial Pay—featuring identical push-provisioning technology, identical network tokenization, and identical automatic card-loading functionality—for commercial and B2B accounts. (Ex. G.)

Paze covers consumer accounts. Visa Commercial Pay covers commercial accounts. The consumer and commercial markets are divided between products running on the same Visa infrastructure.

- 8 -

The personnel bridge. In October 2024, EWS replaced Paze's managing director with Serge Elkiner, who had been Visa's Global Head of Money Movement until the month before his appointment. (Ex. F.) In the same quarter, Visa's CEO disclosed on an earnings call that Visa "added over 100 million credentials from September to December" 2024 (Ex. H)—the precise window during which Paze was pre-provisioning 150 million consumer credentials through Cybersource's infrastructure. (Ex. I.)

This pattern—uniform consumer-only restrictions across all owner banks, a parallel Visa product for the commercial market, and the migration of Visa's top money-movement executive to run EWS's wallet—provides a reasonable basis to believe these two entities are operating as coordinated partners rather than independent market participants.

## V. BOTH CRIME-FRAUD ELEMENTS ARE SATISFIED

**Element 1:** Ongoing or contemplated illegal conduct. The DOJ has charged Visa with monopolization of debit transactions through exactly the type of co-optive partnership arrangement the public record shows was executed with EWS. *United States v. Visa Inc.*, No. 1:24-cv-07214 (S.D.N.Y.). That prosecution is ongoing and in active discovery. Independent of any sealed material, the public record— Cybersource's own API documentation, EWS's consumer agreements, Visa's parallel commercial product, and the deliberate mutual concealment of the relationship— provides a reasonable basis to believe the Paze-Visa arrangement constitutes the type of anticompetitive conduct the Sherman Act prohibits.

**Element 2:** Attorney assistance obtained in furtherance of that activity. EWS's own General Counsel declared that Defendant was "responsible for providing legal advice to EWS on intellectual property issues, including in connection with EWS's development and launch of its Paze service." Cheney Decl. ¶ 9. She declared that the sealed Chat "reflected Johnson's legal advice to EWS concerning EWS's contract negotiations." Id. ¶ 10. Shah declared the Chat concerns "negotiations of a

- 9 -

confidential contract with one of EWS's valued partners." Shah Decl. ¶ 10. The public record establishes that partner is Visa. EWS's own sworn witnesses thus establish that attorney advice was obtained in connection with the very transaction the DOJ's prosecution targets.

**VI. THIS COURT'S PRIOR RULINGS REQUIRE RECONSIDERATION IN LIGHT OF THIS EVIDENCE**

This Court has previously described the Teams Chat as "undoubtedly privileged." Doc. 70 at 10. That determination was made without the benefit of the public evidence presented herein—evidence that did not exist or was not assembled at the time of the preliminary injunction hearing. The crime-fraud exception requires this Court to revisit that determination because the exception operates as a matter of law to eliminate the privilege, regardless of prior rulings. Clark, 289 U.S. at 15 ("The privilege takes flight if the relation is abused.").

Moreover, this Court denied Defendant's Rule 52(a) request for findings of fact and conclusions of law by quoting the very rule that states courts are "not required to state findings or conclusions when ruling on a motion [except when] granting or refusing an interlocutory injunction." Doc. 183 at 6. The December 4, 2024 preliminary injunction is precisely the type of order for which Rule 52 mandates findings. The absence of any element-by-element privilege analysis in the record underscores the need for in camera review in light of evidence that was unavailable when the original determination was made.

The only tribunal to conduct a substantive privilege analysis of the Teams Chat—the Trademark Trial and Appeal Board—found that EWS "fallen short of its burden" because EWS "provides no information regarding the former employee's position" and "fails to show that the Chat is actually a communication regarding specific legal advice." Cancellation No. 92085110 at 9–10 (Oct. 1, 2024). EWS concealed these adverse rulings from this Court for six weeks, during which it obtained the preliminary injunction now at issue.

## VII. REQUESTED RELIEF

Based on the foregoing, Defendant respectfully requests that this Court:

1. Consider this supplemental evidence in connection with the pending Motion for Crime-Fraud Exception Determination (Doc. (sealed));

2. Conduct an in camera review of the Teams Chat to determine whether the crime-fraud exception applies, as authorized by United States v. Zolin, 491 U.S. 554, 572 (1989);

3. If the exception applies, unseal the Teams Chat and vacate the privilege-based provisions of the preliminary injunction order (Doc. 70) and the contempt order (Doc. 243);

4. Consider this evidence in connection with the April 22, 2026 show cause hearing (Doc. 372); and

5. Recognize that the sealed communications are directly relevant to an ongoing federal antitrust prosecution, *United States v. Visa Inc.*, No. 1:24-cv-07214 (S.D.N.Y.), and that continued sealing may impede the administration of justice.

Respectfully submitted this day of April, 2026.

/s/ Warren Vurl Johnson

Warren Vurl Johnson, Defendant pro se
215 E 18th St, Lawrence, KS 66044
(208) 317-1686 |
warrenvjohnson@gmail.com

**EXHIBIT LIST**

| Exhibit | Description | Page |
|---|---|---|
| A | Excerpts from DOJ Complaint, United States v. Visa Inc., No. 1:24-cv-07214 (S.D.N.Y.) | 1 |
| B | Excerpts from Cheney Declaration (Dkt. 17) and Shah Declaration (Dkt. 28-1) | 11 |
| C | Excerpt from Brnovich Order Denying Findings of Fact (Dkt. 183) | 15 |
| D | Paze REST API Integration Guide (Cybersource – A Visa Solution) with Appendix A: Apple Pay API Comparison | 17 |
| E | Paze Service Agreement ("Service Provider" Language) | 51 |
| F | Payments Dive: Paze Leadership Change / Elkiner Appointment (Nov. 7, 2024) | 56 |
| G | Visa Press Release: Visa Commercial Pay Launch (Feb. 12, 2024) | 61 |
| H | Visa CEO Earnings Call: 100 Million Credentials Added (Sept.–Dec. 2024) | 64 |
| I | Payments Dive: Paze Pre-Provisioning 150 Million Credentials | 67 |
| J | Bank Paze Eligibility Terms: Chase "Consumer (Not Business or Commercial)" and PNC Online Banking Service Agreement | 71 |

CERTIFICATE OF SERVICE

I certify that on April 9, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Warren Vurl Johnson

Warren Vurl Johnson

# EXHIBIT LIST

| Exhibit | Description | Page |
|---------|-------------|------|
| A | Excerpts from DOJ Complaint, United States v. Visa Inc., No. 1:24-cv-07214 (S.D.N.Y.) | 1 |
| B | Excerpts from Cheney Declaration (Dkt. 17) and Shah Declaration (Dkt. 28-1) | 11 |
| C | Excerpt from Brnovich Order Denying Findings of Fact (Dkt. 183) | 15 |
| D | Paze REST API Integration Guide (Cybersource – A Visa Solution) with Appendix A: Apple Pay API Comparison | 17 |
| E | Paze Service Agreement ("Service Provider" Language) | 51 |
| F | Payments Dive: Paze Leadership Change / Elkiner Appointment (Nov. 7, 2024) | 56 |
| G | Visa Press Release: Visa Commercial Pay Launch (Feb. 12, 2024) | 61 |
| H | Visa CEO Earnings Call: 100 Million Credentials Added (Sept.–Dec. 2024) | 64 |
| I | Payments Dive: Paze Pre-Provisioning 150 Million Credentials | 67 |
| J | Bank Paze Eligibility Terms: Chase "Consumer (Not Business or Commercial)" and PNC Online Banking Service Agreement | 71 |

# EXHIBIT A

# EXCERPTS FROM UNITED STATES v. VISA, Inc.

1

herculean task." Visa further recognizes that these effects create "an enormous moat" around its business.

**How do they know this with the whole tokenizng master card stuff.**

6.      Visa's market shares demonstrate just how deep that moat is. Visa has been the largest debit network in the United States for decades. Today, over 60% of all U.S. debit transactions run via Visa's payments network. And Visa's share of card-not-present debit transactions exceeds 65%. Mastercard is a distant second, processing less than 25% of all U.S. debit transactions and card-not-present U.S. debit transactions. Other networks, known as "**PIN networks**" because they originally facilitated ATM transactions for which accountholders needed to enter a PIN, are significantly smaller.

7.      This moat is no accident. Coming out of the Great Recession, Visa identified two significant threats to its monopoly—one from legislation and one from emerging technology. Visa took steps to counter both, enriching itself handsomely in the process.

8.      In 2010, Congress passed the **Durbin Amendment**, which became law as part of the 2010 Dodd-Frank Wall Street Reform and Consumer Protection Act, Pub. L. No. 111-203, 124 Stat. 1376 (2010). The Durbin Amendment requires issuing banks to include at least two debit networks on every debit card—one on the front of the card and at least one on the back of the card—that are not affiliated with each other (known as the **front-of-card** and **back-of-card** networks, respectively). This requirement would help promote competition in the debit industry by providing more merchant choice for debit routing.

9.      Visa understood the competitive threat this development created. If banks connected more cards to rival debit networks, Visa feared this could create a "tipping point" that would result in its smaller rival debit networks gaining the scale they need to compete, which would cause Visa to lose substantial volume, and therefore, fees. Indeed, in 2012, after the

7

Durbin Amendment became effective, Visa initially lost volume to other debit networks that offered lower fees. If this trend had continued—that is, if competition had continued to grow—Visa likely would have lost its dominant position and power. But instead, Visa used its dominant position in the debit market to limit competition.

10. There are a substantial number of debit transactions that Visa owns outright without facing any competition. Such transactions are **non-contestable** by rival networks. For a number of reasons, Visa may be the only network available for both the merchant and issuer to use for these transactions. For these non-contestable transactions, Visa does not face meaningful competitive constraints and can threaten merchants with high rates that merchants would have to accept.

**TOKENIZATION**

11. But for the rest of the transactions, the merchants that sell to consumers could choose between Visa and alternative debit networks enabled by the accountholder's bank. The forces of competition from those other networks should in turn lower fees and spur innovation. Visa knows, however, that its significant volume of non-contestable transactions gives it leverage to subvert the forces of competition. These non-contestable transactions are necessary and valuable to the merchants.

12. Visa offers a modern-day Hobson's choice. Visa leverages its control over non-contestable transactions and extracts routing deals that limit competition for contestable transactions. Absent a routing agreement, the merchant or acquirer pays a list price (known in the industry as the **rack rate**) on any transaction that is routed to Visa's debit network. Alternatively, the merchant (or acquirer) signs an agreement with Visa and receives a so-called "discount" on all transactions, both non-contestable and contestable. Visa threatens punitive rack rates if merchants (or their acquirers) route a meaningful share of their transactions to Visa's

8

competitors. Other debit networks cannot compete for non-contestable transactions as they often struggle to compete for any meaningful share of transactions involving a merchant subject to a Visa routing deal. And merchants suffer if they do not accept Visa's agreement.

13.     In 2014, Visa told its Board of Directors that these routing deals with the largest issuers and acquirers allow Visa "to stabilize [its] volume." Visa's routing contracts cover more than 180 of its largest merchants and acquirers, and effectively insulates at least 75% of Visa's debit volume from competition—which means that Visa has foreclosed nearly half of total U.S. debit volume. Internally, Visa touts the success of its routing deals in limiting competition. Visa renewed many of its routing agreements in 2022 to deepen its debit moat for years to come.

14.     In addition to frustrating the goal of the Durbin Amendment, Visa took steps to insulate itself from competition from emerging technologies. Visa recognized how innovative technologies could develop new ways for consumers to make debit payments and topple Visa's control of debit transactions. Visa knew that several digital platforms, including Apple, PayPal, and Square, have large existing networks that connect merchants and consumers, and offer payment products to consumers. Consumers value the payment products offered by these digital platforms, which allow consumers to link their debit card credentials to Apple Pay, PayPal, Cash App or other payment products, and make purchases in more convenient and efficient ways.

15.     Visa feared that these digital platforms may have "network ambitions," and might seek to eliminate Visa and other debit networks as links between consumers and merchants for debit transactions. Visa saw Apple Pay, for an example, as an "existential threat" to its debit business.

16.     Recognizing the threat they posed, Visa's strategy has been to "partner with emerging players before they become disruptors." To do so, Visa structures its deals with

PAZE WALLET, BUT I AM NOT SURE THE BANKS WERE EVER GOING TO BE DISRUPTORS.

9

potential competitors to dissuade them from competing. Visa offers lucrative incentives, sometimes worth hundreds of millions of dollars annually, to these potential competitors under the express condition that they do not develop a competing product or compete in ways that could threaten Visa's dominance. In addition to the carrot of these incentives, Visa has also threatened to use the stick of additional fees to dissuade their potential competitors' innovation—if they develop competing products.

17.    Through this anticompetitive conduct, Visa has harmed competition in the relevant debit markets in at least three ways.

18.    First, Visa takes advantage of its must-have status to exercise its monopoly power and deny a level playing field for its rivals and deprive them of scale. Visa is capable of this conduct because Visa-branded cards comprise a large portion of all U.S. debit cards. Further, merchants must use Visa's network for a significant number of non-contestable transactions.

19.    Second, Visa's conduct forecloses competition in a substantial portion of the relevant debit markets—at least 45% of all U.S. debit transactions and over 55% of card-not-present debit transactions.

20.    Visa's conduct subverts the competitive process. Visa deprives its smaller rivals of the scale they need to compete effectively on both price and quality. Networks need scale on both the issuer and merchant sides of the market to compete effectively; the lack of scale on one side makes it hard to build scale on the other. Visa's agreements with issuers on the one hand and merchants and acquirers on the other exacerbate its rivals' scale problems on both sides of the market. Today, the non-Visa/Mastercard-owned networks collectively represent only about 11% of all debit transactions and only about 5% of card-not-present debit transactions.

10

transactions—at times at Visa's prompting—which had deterred merchants and acquirers from enabling card-not-present PINless acceptance.

59.    Merchants feel they must accept Visa or they will lose a substantial number of sales and consumers. Because of the large number of consumers using Visa-branded cards, nearly all merchants must accept Visa, which in turn requires nearly all merchants to route at least the non-contestable transactions to Visa instead of the often less costly back-of-card networks.

### 5.    Alternative Debit Networks

60.    Although debit cards are the most common way to make a debit purchase in the United States, other options exist. Other ways to make a debit purchase include alternative rails developed by fintech firms (hereinafter **fintech debit**).

61.    A fintech debit network can facilitate consumer-to-merchant payments by providing end-to-end functionality equivalent to debit card networks: it authorizes payment from a consumer's bank account, facilitates communications with the consumer's bank to authorize and clear the transaction, and provides settlement services by initiating a payment to the merchant's financial institution. Alternative debit networks can complete this final transfer of funds using money transfer services available to banks, such as the **Automated Clearing House (ACH)** or **Real Time Payment (RTP)** networks, which are lower-cost alternatives to Visa's debit offering.

62.    Visa recognizes that accountholders may one day remove Visa from its privileged place as the dominant middleman between their bank account and the merchant. By combining real-time money transfers with additional services—such as a credential that can be used at merchants that are members of the network, payment guarantees, dispute capabilities, chargeback

ZELLE, CRYPTO,

24

6

capability, and fraud protection—the alternative debit networks could provide equivalent functionality to debit card networks like Visa's. Visa's internal documents make clear that Visa fears a world in which alternative debit networks mature and potentially take hold if fintechs choose to pursue their "network ambitions."

## IV. VISA SYSTEMATICALLY DOMINATES DEBIT TRANSACTIONS IN THE UNITED STATES THROUGH EXCLUSIONARY AND ANTICOMPETITIVE CONDUCT

### A. Visa Has Been the Largest, Most Powerful Debit Network for Over a Decade

63. Visa is one of the most profitable companies in the United States, with global operating income of $18.8 billion and an operating margin of 64% in 2022. North America is among Visa's most profitable regions, with 2022 operating margins of 83%.

64. Visa's U.S. debit business is its largest source of revenue globally. Visa charges over $7 billion in network fees on U.S. debit volume annually, earning Visa $5.6 billion in net revenue. In 2022, Visa earned more revenue from its U.S. debit business than from its U.S. credit business, and more from its debit business in the United States than its debit business in any other region in the world.

65. Visa's incremental cost of each additional transaction on the Visa network is "approximately zero." As Visa's former CFO put it, "the incremental transaction comes with little incremental cost." Moreover, Visa bears no financial risk for fraud. If someone uses a stolen debit card to run up fraudulent purchases, for example, the merchant or the issuer bears the financial risk—never Visa.

66. Despite regulatory changes, the rise of e-commerce and mobile payments, the introduction of new technology, and an underlying product that is "increasingly viewed as a commodity," Visa's high share of debit transactions has hardly budged in years. Visa's rails still carry over 60% of all debit transactions and 65% of all card-not-present debit transactions in the

25

corresponding rise in the adoption of new payment methods—new technologies and new services continue to largely run on the payment rails of the past. This is because Visa has used its monopoly power in debit markets to stifle potential competitors, such as fintech debit networks, from creating or enhancing any payment methods that compete with Visa. Visa's conduct is deliberate and part of a strategy to maintain its monopoly. Visa is always on the lookout for ways new payment technologies could reduce or eliminate the need for Visa to act as an intermediary between both sides of a debit transaction. Rather than compete with alternatives to its debit rails, Visa "seek[s] to partner with technology disruptors to mitigate threats whenever possible. . . . Identify and partner with emerging players before they become disruptors."

112. At the heart of the strategy is a quid pro quo: Visa uses "custom incentives programs" to "target a small number of Visa's largest and most influential merchants for a custom incentive arrangement in return for disintermediation/non-discrimination protections, non-disparagement, and future commitments." These contracts amount to a horizontal product market division. As Visa describes it, "These are not routing deals, these are relationship give away deals that have nothing to do with routing." In some cases, Visa "make[s] less money than [they] would in a worst case do nothing" scenario.

### 1. Visa Fears that Fintech Debit Networks Will Disintermediate Its Lucrative Debit Business

113. Since at least 2013, Visa has been concerned that fintech debit networks would displace Visa as an intermediary between both sides of a debit transaction. A fintech debit network can facilitate consumer-to-merchant payments by providing end-to-end functionality equivalent to debit card networks: it authorizes payments from a consumer's bank account, facilitates communications with the consumer's bank to clear the transaction, and provides settlement services by initiating a payment to the merchant's financial institution. The fintech

42

debit networks provide additional capabilities like payment guarantee for merchants, dispute resolution and chargeback services, and fraud protections.

114. Visa's fear of disintermediation has been exacerbated by two developments: increasing availability of alternative payment rails that move money in real time, and a growing number of fintech firms that are able to build upon these payment rails to compete with Visa, particularly Visa's lucrative card-not-present debit business. Other participants in the payments ecosystem, such as payment processors, banks, and firms that have the ability to build the necessary connections between consumer bank accounts and merchants, also have the capability to offer fintech debit network services. As Visa recognized, real-time fintech payments "will become a viable merchant option: positioned and priced as a 'Substitute for Debit.'"

115. Visa feared that its Big Tech "frenemies" would launch debit networks that compete with Visa by displacing card-based funding options with payments directly from consumers' bank accounts. This fear was heightened by new, non-card-based payment rails which created cheaper alternatives to Visa's payments rails. For decades, payment networks have facilitated bank transfers via ACH, an interbank payment service which took several days to settle payment and even longer to make funds available in a consumer's bank account. However, new alternatives have developed. Innovative fintech firms have sought to build new capabilities on ACH and even new infrastructure that provides a faster alternative to ACH (known as real-time payments or RTP). For example, The Clearing House launched RTP Network, a real-time-payments network that allows immediate clearance and settlement of transactions, and the Federal Reserve launched FedNow in 2023 to provide instant payment services between depository institutions. As faster payment alternatives emerge and banks begin to connect to them, they create the opportunity for making funds available in as close to real time as possible.

43

116. To date, few digital wallets or other potential fintech debit networks have incorporated these new real-time payments networks. Digital wallets are financial transaction applications, usually stored in a smartphone or computer, that can be used to complete consumer-to-merchant transactions at more than one retailer using a stored payment credential. Digital wallets may enable consumers to pay for goods and services with funds in the wallet—these types of wallets are known as staged digital wallets or stored value wallets. Staged digital wallets may use funds preloaded in the wallet or may pull funds into the wallet from a linked bank account (such as a checking account, using either a debit card or a bank account number) to make transactions. In the United States, PayPal and Square's Cash App operate as staged digital wallets. A second type of digital wallet, called a pass-through wallet, transmits a consumer's payment credentials (such as a debit card account number) directly to a merchant's acquirer, which then uses those credentials to process the payment in a manner similar to a traditional debit transaction. Apple Pay and Google Pay are two popular examples of pass-through digital wallets.

117. Visa is particularly concerned with potential competitors that have relationships with both accountholders and merchants, because these companies are positioned to build the scale necessary to succeed as a payment platform. Visa knew that tech companies like PayPal, Apple, and Square had acceptance at millions of merchants and relationships with over one hundred million accountholders in the United States. Like traditional debit networks, fintech debit networks require both consumer and merchant participation. Consumers enroll in the fintech company's network, including going through the steps to link their bank accounts. Merchants also enroll in the service.

# EXHIBIT B

# EXCERPTS FROM CHENEY (DKT 17) AND SHAH DECLARATIONS (DKT 28-1)

warning to Johnson for workplace misconduct. Johnson protested this written warning, claiming he was not responsible for how his coworkers perceived his conduct.

7. On September 2, 2022, Johnson informed me of his intention to resign from EWS by the end of 2022.

8. In the meantime, Johnson continued to perform his duties. By 2022, Johnson was employed as EWS's Senior Intellectual Property Counsel with primary responsibility for acquiring, protecting, and enforcing EWS's intellectual property rights—including the PAZE and $\mathsf{Z}$ marks at issue in this case.

9. In this role, Johnson was responsible for providing legal advice to EWS on intellectual property issues, including in connection with EWS's development and launch of its Paze℠ service. In this capacity, Johnson was entrusted with, and privy to, proprietary and confidential information regarding EWS's private and internal business plans and discussions regarding the Paze℠ service, including EWS's interest in procuring particular domain names incorporating its PAZE mark.

10. On or around November 3, 2022, I engaged in a Microsoft Teams chat with Johnson on EWS's internal computer network (the "Privileged Chat"). Johnson and I were the only parties to the chat. The chat reflected Johnson's legal advice to EWS concerning EWS's contract negotiations and trademark applications. Thus, the Privileged Chat is protected from disclosure by EWS's attorney-client privilege, which EWS has not waived. EWS is informed and believes that Johnson made a contemporaneous screen capture of the Privileged Chat while employed by EWS.

11. On November 9, 2022, Johnson signed and instructed outside counsel to file several trademark applications on EWS's behalf, including Application Serial No. 97669754 to register the PAZE mark for various financial transaction services in International Class 36. An accurate and complete copy of this application is attached as **Exhibit 2** to this Declaration.

confidential, and trade secret information includes, without limitation, information related to EWS's proprietary patent and trademark strategies. EWS's ability to create innovative products and develop coordinated, distinctive branding is critical to growing the company's business in the highly competitive financial services space. Thus, maintaining the secrecy of EWS's proprietary and confidential information and trade secrets is critical to preserving EWS's ability to seek patent and trademark protection for its inventions and brands, preventing others from poaching EWS's inventions and goodwill, and maintaining EWS's competitive position.

45.     EWS employs certain individuals to fill key roles focused on developing its patent and trademark portfolios and has invested a substantial amount of money, time, and energy in developing and executing its patent and brand strategies.

46.     During Johnson's employment with EWS, he was one of those individuals. In his roles as Intellectual Property Counsel and Senior Intellectual Property Counsel, Johnson had privileged access to EWS's information concerning, and played an important role in developing and executing, EWS's patent and brand strategies. Among other things, Johnson had highly sensitive knowledge of EWS's future plans, including future patent, trademark, and domain name filings.

47.     EWS takes substantial precautions to safeguard its confidential and proprietary trade secret information.

48.     EWS restricts access to its computer systems through the use of multifactor authentication and employs a system of document-level security, including maintaining a password-protected, secure database restricted to individuals on a need-to-know basis and only accessible from EWS-deployed electronic devices. Johnson enjoyed such access.

49.     EWS's Employee Handbook requires employees to maintain the confidentiality of proprietary information both during employment and after departure from EWS. Relevant excerpts of EWS's Employee Handbook as of Johnson's termination date are attached as **Exhibit 17** to this Declaration.

9. EWS has invested significant resources to develop, maintain, and safeguard its indices, mostly (but not exclusively) in the form of salaries paid to employees in the legal department, among others. EWS invested these resources during Johnson's employment, and continues to make these investments to this day.

**B. The Privileged Chat**

10. The Privileged Chat occurred on or about November 3, 2022, and references negotiations of a confidential contract with one of EWS's valued partners. The contract under discussion was not executed until November 17, 2022, after which the parties continued to negotiate a series of binding statements of work ("SOWs") that would detail the parties' obligations with respect to the actual work to be completed under the executed contract. The Privileged Chat contains Johnson's legal advice and feedback in response to Ms. Cheney's questions about related negotiations.

11. EWS's contract negotiations with partners and vendors and its internal deliberations about terms are highly confidential and sensitive. EWS's competitors could undermine EWS's position in future negotiations if they had access to this information.

**C. Johnson's Acts of Misappropriation**

12. When EWS terminated Johnson, it knew Johnson had emailed some of EWS's documents to his personal email account, but EWS is still discovering which documents Johnson took, and EWS has no way of knowing which he still possesses.

13. Johnson knew he did not have EWS's authorization to email EWS's indices and other documents to his personal email address. Johnson reviewed and approved EWS's Intellectual Property Policy on multiple occasions (including, without limitation, on November 21, 2014, October 15, 2015, October 10, 2016, and September 19, 2017). As of September 19, 2017, this Policy required EWS's employees, *inter alia*, to "protect Company IP, in addition to the intellectual property of . . . third parties, against deliberate, unintentional, inappropriate, or unauthorized disclosure"; refrain from disclosing "[t]he Company's IP, including trade secrets, . . .

14    3

# EXHIBIT C

# EXCERPT FROM BRNOVICH ORDER (DENYING FINDINGS OF FACT AND LAW REGARDING TEAMS CHAT PRIVILEGE, DKT 183)

15

result in the Court ordering EWS to amend its pleading.

Finally, regarding sanctions, Mr. Johnson does not expound on his request beyond appending variants of the word "sanction" to his arguments for striking the Cheney Declaration. (*See, e.g.*, Doc. 135 at 2, 4, 17.) Without more, Mr. Johnson has not shown there is any basis for sanctioning Ms. Cheney or EWS.

In his opposition to EWS's Motion for Sanctions, Mr. Johnson writes that "[a]s a pro se litigant appearing in his first lawsuit, [he] has faced considerable challenges in navigating the complex boundaries of privilege and sealing." (Doc. 146 at 2.) Mr. Johnson is a practicing attorney with over a decade of experience. As an attorney, he has a responsibility to know, understand, and adhere to the procedural rules that govern the practice of law before this Court. It is clear, however, that Mr. Johnson's Motion is an attempt to end run around the rule governing reconsideration and general pleading practice. This Motion, like many other papers Mr. Johnson has submitted to this Court, is a bad faith attempt to relitigate settled matters in this forum, thereby unnecessarily prolonging litigation and increasing costs. Accordingly, his Motion is **denied**.

### B. Mr. Johnson's Motion re: Request for Findings of Fact and Conclusions of Law and Motion for Reconsideration

Pursuant to Federal Rule 52, Mr. Johnson asks the Court to issue a detailed written findings of fact and conclusions of law clarifying its prior rulings in this case. (*See* Doc. 108.) Rule 52(a)(3) states that "[t]he court is not required to state findings or conclusions when ruling on a motion [except when] granting or refusing an interlocutory injunction." Therefore, Rule 52 does not provide Mr. Johnson the legal basis to request such relief from this Court. Therefore, Mr. Johnson's Motion is **denied**.

Mr. Johnson also filed a motion asking the Court to reconsider its Order denying his Motion to Disqualify EWS's counsel. (Doc. 107; Doc. 128.) The grounds for reconsideration are that the Court (1) misconstrued the Restatement (Third) of the Law Governing Lawyers, *In re Ockrassa*, 165 Ariz. 799 P.2d 1350 (Ariz. 1990), and *Paradigm Insurance Company v. Langerman Law Offices, P.A.* ("*Paradigm*"), 24 P.3d 593 (Ariz.

16

# EXHIBIT D

# PAZE API GUIDE CYBERSOURCE - A VISA SOLUTION

# Paze

REST API

**Integration Guide**



cybersource
A Visa Solution

© 2025. Cybersource Corporation. All rights reserved.

Cybersource Corporation (Cybersource) furnishes this document and the software described in this document under the applicable agreement between the reader of this document (You) and Cybersource (Agreement). You may use this document and/or software only in accordance with the terms of the Agreement. Except as expressly set forth in the Agreement, the information contained in this document is subject to change without notice and therefore should not be interpreted in any way as a guarantee or warranty by Cybersource. Cybersource assumes no responsibility or liability for any errors that may appear in this document. The copyrighted software that accompanies this document is licensed to You for use only in strict accordance with the Agreement. You should read the Agreement carefully before using the software. Except as permitted by the Agreement, You may not reproduce any part of this document, store this document in a retrieval system, or transmit this document, in any form or by any means, electronic, mechanical, recording, or otherwise, without the prior written consent of Cybersource.

**Restricted Rights Legends**

For Government or defense agencies: Use, duplication, or disclosure by the Government or defense agencies is subject to restrictions as set forth the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 and in similar clauses in the FAR and NASA FAR Supplement.

For civilian agencies: Use, reproduction, or disclosure is subject to restrictions set forth in subparagraphs (a) through (d) of the Commercial Computer Software Restricted Rights clause at 52.227-19 and the limitations set forth in Cybersource Corporation's standard commercial agreement for this software. Unpublished rights reserved under the copyright laws of the United States.

**Trademarks**

Authorize.net and The Power of Payment are registered trademarks of Cybersource Corporation. Cybersource and Cybersource Decision Manager are trademarks and/or service marks of Cybersource Corporation. Visa, Visa International, Cybersource, the Visa logo, the Cybersource logo, and 3-D Secure are the registered trademarks of Visa International in the United States and other countries. All other trademarks, service marks, registered marks, or registered service marks are the property of their respective owners.

Version: 25.06.01

# Contents

**Paze Integration Guide**.................................................................................................................**4**

    Recent Revisions to This Document................................................................................ 5

**Introduction to Paze**.....................................................................................................................**6**

    Two Paze Decryption Methods....................................................................................6

    Supported Payment Cards...........................................................................................7

**Getting Started with Paze**...........................................................................................................**8**

    Requirements for Integrating Paze Into Your System.......................................................8

    Obtain the Merchant Client ID for the Paze Service.................................................... 8

    Merchant Decryption Requires Generation of a Key Pair.............................................10

**Paze Response to a Complete API Call**.....................................................................................**11**

**Processing Paze Transactions with Merchant Decryption**........................................................**14**

    Authorize a Mastercard Payment on Paze with Merchant Decryption.................................14

        Basic Steps: Authorizing a Mastercard Payment on Paze with Merchant Decryption................. 14

        Required Fields for Authorizing a Mastercard Payment on Paze with Merchant Decryption...... 15

        REST Example: Authorize a Mastercard Payment on Paze with Merchant Decryption.............. 16

    Authorize a Visa Payment on Paze with Merchant Decryption..........................................19

        Basic Steps: Authorizing a Visa Payment on Paze with Merchant Decryption...........................19

        Required Fields for Authorizing a Visa Payment on Paze with Merchant Decryption................ 19

        REST Example: Authorize a Visa Payment on Paze with Merchant Decryption........................21

**Processing Paze Transactions with Cybersource Decryption**...................................................**24**

    Authorize a Mastercard Payment on Paze with Cybersource Decryption...........................24

        Basic Steps: Authorizing a Mastercard Payment on Paze with Cybersource Decryption.............24

        Required Fields for Authorizing a Mastercard Payment on Paze with Cybersource

        Decryption....................................................................................................................25

        REST Example: Authorize a Mastercard Payment on Paze with Cybersource Decryption..........26

    Authorize a Visa Payment on Paze with Cybersource Decryption..................................... 29

        Basic Steps: Authorizing a Visa Payment on Paze with Cybersource Decryption......................29

        Required Fields for Authorizing a Visa Payment on Paze with Cybersource Decryption............29

        REST Example: Authorize a Visa Payment on Paze with Cybersource Decryption....................30

**VISA Platform Connect: Specifications and Conditions for Resellers/Partners**............................**33**

20

# Paze Integration Guide

This section describes how to use this guide and where to find further information.

### Audience and Purpose

The *Paze Integration Guide* is for banks and credit unions that want to offer the Paze online checkout experience and process Paze digital wallet payments through Cybersource. The guide describes how to process and search for Paze transactions. Processing is described for Paze digital wallet payment authorizations. The method you use to extract and decrypt Paze payment data depends on how you integrated Paze into your system.

### Conventions

 **Important:** An *Important* statement contains information essential to successfully completing a task or learning a concept.

### Related Documentation

Visit the Cybersource documentation hub to find additional technical documentation.

### Customer Support

For support information about any service, visit the Support Center:

http://support.visaacceptance.com

# Recent Revisions to This Document

## 25.06.01

Initial release.

22

# Introduction to Paze

Paze is an online checkout option, or *digital wallet*, that enables you to offer customers a fast and secure way to make purchases online. If you integrate Paze into your ecommerce page, you can process Paze transactions in the same manner as your standard card processing and you have access to the consumers enrolled in Paze.

This guide describes how to submit transactions that originate from the Paze payment method to the Cybersource system for authorization.

## Two Paze Decryption Methods

Integration hooks for two Paze decryption methods are built into the Cybersource payment management platform. The two decryption methods—merchant decryption and Cybersource decryption—handle Paze encrypted payment data differently. You will integrate the decryption method that best suits your technical development environment in terms of desired degree of exposure to, or control over, sensitive payment information.

 **Important:** The Paze decryption method that you integrate determines how you will format your API request messages when you authorize a payment.

**Merchant decryption**

For merchant decryption, you (the merchant or the integrator) are responsible for the generation of the payment encryption keys, decryption of the payment response payload from Paze, and mapping the information—including the Paze payment token—to the corresponding Cybersource REST API fields for an authorization request. With merchant decryption, payment instrument details remain visible to you, and you control the technical development that decrypts this information.

**Cybersource decryption**

For Cybersource decryption, you integrate the Paze wallet directly on your checkout page. Cybersource creates and manages the Paze decryption keys and extracts and decrypts the sensitive payment information on your behalf. Having Cybersource process your Paze transactions reduces your PCI compliance burden. For information about the PCI Data Security Standard (DSS), see the PCI Security Standards Council.

 **Important:** The Paze decryption method that you integrate determines how you will format your API request messages when you authorize a payment.

23

# Supported Payment Cards

Cybersource supports these cards with Paze on the Visa Platform Connect payment gateway, provided that the cards are enrolled in Paze with participating banks and credit unions:

- Mastercard

- Visa

24

# Getting Started with Paze

This section covers information you need to know before you begin to integrate Paze into your system:

- Requirements for integrating Paze

- Steps for integrating Paze

## Requirements for Integrating Paze Into Your System

- **Client ID.** You have obtained a client ID from Cybersource.

- **Acquirer.** You have an active contract with the acquirer.

- **Payment processor.** You are registered with a payment processor that connects with the acquirer.

- **Processor and acquirer relationship.** An acquirer might require you to use a payment processor that has an existing relationship with the acquirer.

For an overview of merchant financial institutions (acquirers), customer financial institutions (issuers), payment networks, and payment processors that work together to enable payment services, see the *Payments Developer Guide*.

## Obtain the Merchant Client ID for the Paze Service

Follow these steps to obtain the merchant's client ID for the Paze service:

1. In the left navigation panel, click the Payment Configuration icon.

2. Click **Digital Payment Solutions**. The Digital Payment Solutions page appears.

3. Click **Configure** next to the product name Paze. The Paze Configuration page appears.

25



4. Enter the merchant's legal name and the merchant URL.

26

5. Select the checkbox to indicate that the organization's agreements with these terms: (i) the organization has an agreement in place governing its use of the Paze service; (ii) the organization will comply with Paze requirements and will implement the Paze transaction method as per Paze specifications; and (iii) the organization will comply with the Terms and Conditions that are linked in the Paze Configuration page.

6. Click **Save**. The merchant's client ID appears on the page. The client ID can be used to enable Paze.



# Merchant Decryption Requires Generation of a Key Pair

**Important:** For merchant decryption only, you must generate a public/private key pair based on your merchant client ID.

27

# Paze Response to a Complete API Call

After a customer finalizes a purchase using the Paze button on your checkout page, you invoke the Paze **Complete** JavaScript SDK API to initiate the transaction. Paze responds by sending an encrypted payment response payload in a JSON Web Encryption (JWE) data object. The payload contains the cryptograms, network tokens, electronic commerce indicators (ECI), and other payment instrument data required to complete the payment. The payment data is a Base64-encoded value contained in the **response.completeResponse** property.

If you integrated the Cybersource decryption method for Paze, Cybersource decrypts the Base64-encoded data on your behalf.

This code example shows a Paze response to a Complete API call:

```
{
  "request": {
    "transactionType": "PURCHASE",
    "enhancedTransactionData": {},
    "transactionOptions": {
      "billingPreference": "ALL",
      "merchantCategoryCode": "5940",
      "payloadTypeIndicator": "PAYMENT"
    },
    "transactionValue": {
      "transactionAmount": "100.95",
      "transactionCurrencyCode": "USD"
    },
    "sessionId": "f2559bc7-f8c2-4a02-a4a1-5a89ea44cd81"
  },
  "response": {
    "completeResponse":
 "eyJhdWQiOiJmaWxlOlwvXC8iLCJraWQiOiJkZTkxM2E3NS02OWI1LTRkZTQtYWJiOS03YmNmMTJiYjcx
MDAiLCJpc3MiOiJodHRwczpcL1wvc2FuZGJveC5waWdpdGFsd2FsbGV0LmVhcmx5d2FybmluZy5jb20iLC
J0eXAiOiJKV1QiLCJleHAiOjE2ODYxNzAwNzksImlhdCI6MTY4NTk5NzI3OSwiYWxnIjoiUlMyNTYiLCJq
dGkiOiI1QzddCODRCQjRDMDBmMTdmZjM3YS1lODE5LTM0MDQtNGQwYi0xZmMzODdkYjlkMDIifQ.eyJwYXl
sb2FkSWQiOiI1QzddCODRCQjRDMDBmMTdmZjM3YS1lODE5LTM0MDQtNGQwYi0xZmMzODdkYjlkMDIiLCJzZ
XNzaW9uSWQiOiJmMjU1OWJjNy1mOGMyLTRhMDItYTRhMS01YTg5ZWE0NGNkODEiLCJzZWN1cmVkUGF5bG9
hZCI6ImV5SmhkV1FpT2lKbWFXeGxPbHd2WEM4aUxDSnJhV1FpT2lKamVVXSnpMVzZwWkMxaUxUQXhhJaXdpY
VhOeklqb2lhSFIwY0hNNlhDOWNMM05oYm5SaWIzZVaR2xuYVhSaGJJZGhiR3hsZEM1bFlTbNlWGRoY20
1cGJtY3VZMjl0SWl3aVkzVjJam9pU2xkV1lpd2lkSGx3SWpvaVNsVjJaXdpYlc1aklqb2lRVEkxTmtkR
FRTSXNJbVY0Y0NJNk1UWTROakUzTURBM09Td2lhV0YwSWpveE5qZZFPVGszTWpjNUxDSmhiR2NpT2lKU1U
wRXhRUMEZGVUMweU5UWWlMQ0pxZEraU9pSTFRemRDT0RSQ1FqUkRNREJtVVRkbVpqTTNZUzFsT0RFNUxUT
TBNRFF0TkdRd1lpMHhabU16T0Rka1lqbGtMTRElpZlEuUF1YXp2MlpqQ2owYkZfVjVqVqZ25YVTd2ZE5UVp
uNW9NSC1leVhQY0N2ekFENkllZXJjOTEwdUxmM2ItdnNPMzZhQzdqanFaVGtJT0TNMUG44akVGd1UwM0JBU
05NUW9fV1IzTHhfbXVqYmNWR1k4bW96Q2Z3RWYzNmh2emZXWC1LSExSbkN5ZHR4eF9FOTZ2bjRYM1N2X1B
YYVdJU2lNsSWhjeVF5OUxlXzlXWVZFRnVHSDRBd3E3MGZNS29KdHQ3TVoxZWFGaWtCOE5BTFJZWUZuWi00e
GM4NFl6VzhnbV0pYMHhfZTNHc3doN0d5RV9WZDhuT2hrcFJTR0tSUkkwS1hwSk9xV1JUUlJjRVcEVPX09zdmM
```

yVmUxd3lOLWRzU0VnaUtQcUF5MzNzTzRSb0pKeDlxZ0U0eU5zdm50NDRJb0wycHFnWlZKeDZHdDBZWGhRc
jYxMlFBLmNxY0xJcXRDMEpWekpLcWUuR1Etd1E1bUlyZmtLRWhGX2FYNkxIZzZnd2FuTlFRdmFWbFppQVGl
neUQ2WjVjd2RZb1JyazczZ1FmdzduU21RQnRoNS04MUdLcnlMVmFDLURqeThqUk04WmE2MF9md25GdENla
3NoVy03QmtOcllSZXFGNnJERWVlVEg3TnRHYnpnenVhRmNqbUNteUgyQlZFYjJ4RXRRV3BlTnlnTWNrQ0F
KRmYxLXBwSUxJUkI5VjJCMDRvd3pNYXNjUHFsQ1VPR3I3U00wWGtBOWRtelRCQlAteU92RU9qUEhFbDhGO
UlyY0QzM1ZtaGRMZzJMeXdFMmNLV053alcybTJMdlF1NWVwS0NiWi1WRVU3ME1xc1VhZ1ljY3hBZnFkRnh
5N3MyWi0tQ25NbEVubjFhaUtUWUVyWGhGNk5LTlIwbjZ5eHhsUExsOWJ6ejZWX3NiRjZSazV1M3JnRDhDO
VU3U1dPb2UyYmNleVlINlVVOEo4VzlrQy1peTJ3am4ySEdyTkVMQ0F0MmRlUTdxejI3NlVCeFF6V21TV0R
yZmJ1S19fencxcEhjMkRFdlg5ZktDNmxJVUg2c2xWanBpU2N3MUFmNWlmSmhEMlFNZ2pjUmFfTmoxUHgyY
09FcUxDX1NQTjJzWDM4VFRuYUcxMV9JZVk0b0p0bTlUS2diQ1EzSU9pdHlFYlFJcG9qSUlHMHBvVmtYeGx
oWENKOURCWnpqSDNxanNTTTJROHdIdIdlEzcjU3WDdtLXd4anphTDVMdmZwNWRnVTQ4UndjX1YxZkFhZ3pxT
1BobXNveldhbmQ4dmEyNHZoYlFiNXZxNHVFdXBLU0V6anQ3WlFLM2k2SS1lZExCWlhYT3VsOFk5cFo0MlM
2elB5S3oyTFZ4Y3JxMnlXNDdOVnpMVmhZZjRmTWducjhUVkNzWUlHVzhhNDcyOEdVaktXMmM0Z0R1aDlxM
C1MVXZja1pmR244bTJYREF0dmxUUkhSeG16c3ZrN1lOTG9nV053T0NpZ0RuckdCU3lqLU5UdXVxM3BGNWp
IV1kyMTU5d2tNcHNVeFdGRkZRTnViZGZzSXBxdUpkLW8lOHpWSkU4T2x0NmhBQ2gtV1huenpmOC1pY1BBM
VozeklKVGd1bF9WekpxOUpDdzd5WmEteWIwQ2RIWEVMT0s5Q1dIOGlGRWh6d2hzTW9nRDEwQUZCUG5GYUY
5bFZyWjJsc2pSWWF6dG5hbkRONERXd3J1dTR0d0pCSllCaFF1WDNHT0VHVkJmX1hqMjh3ME95aWJyRTdnO
UQzZjI2TUdPb2t5bXlkRTA2NjVXc1IyMjlzbV9yeURpdzNnZGEzTUp4M2wyYjBWYmhraFRuSVdyLWhIU3l
jTXRxV2lQVTJ3VzI5TXRtQlhPdENmMWZUMm13bFJYY2dmeFd3NnQyNlJSSnYtWkE1VTBvdWE1a1Z3bWlod
TN2a1MwakhMY3dqUkZxeU5ESkp6OTlFdUFoaUU0UnR3MVBkZWU2cHA5TjJsXzRHSE9OMHdWVF9yZ0tvckd
2US1UU3pYNGRUTjAyZjV2c3dTZmZMdTlqVWEzZEpab0J2MFl4UG4zOE1UYlA3MG1MeU8zZWdhWlo3Zjlvd
WZuM0ZxdTlZR2dabjg1azBWUWRLTHZVU05tdGRGNmJEQmYwd0t5T3p3cUNNRmdISnAtNkdJUSXpXZGR5TWJ
aUkdJQlJNVG44WXN2SXptZZlNHT3UxWHpkZFhhbXZ3Z2ZwSkhHdUhqRDA4dmFMZkRvZTVTNklmRV9CZDVle
XkyZUo4QnFWeEhrdlRJa0h1bEVIekNJVGx2bHdpiUTl2b1BYczJUQXF4ZExoek43VElRTl9FRUpoUHg1OWd
ZZU1DY2FrMFJyZ253V01TZm5XY3VWZmI3NnNSVTZoa05xY0JUWHZBek10ZkxCQ2I0ajlHaG9vNE4zNURFb
W5fNkZXdUVkT0Y5cTM3YVRCRjhpcWEQ0RWZva19NODV3NjhFSG01eFNPZGhzTENSUHRobkI3VllScnNJSTDV
ZOHhRUkVEcVpHMHR2TlVudl95UHZaQzItNzJUaWVPamplZXg3Y204a1dFeWpHR0RiQ25uTEl4YkR6VzBIN
G00YmJrTENaVVAtVjdESVRBYk9qSEh4VWgwbmRxcC12bmFkZFc4X0FUcTVqaXBZalA0YkQ0OGlkeFN2WHl
VQkpJNDktTFllZl9ZVmhnVzh1U2tjWjEtUWIybThaRlpCTEFXUmF2MjZuSkt3cjFEWUdrX2xVZVZZwbGp0d
l9LdXl1VVBFNVUyYllEdVNUTmtIVGVhNzZsaW1ocDRuYmx1QmwwTmUzblhGR1pucVU4M1NMRDdkSF9GYlR
3UGoxZzF0YVg1bTIzazZlcTNhcEtXWEZ5VnpNZG9BbVZqQ2lYWnltTUxnbFlUMHpFVUNKanNLNzJGV1N3X
3RNZ3NOa3p3Vm1KWVl0VVVJPbUx5LXM0MmZxOTlULWRtVHFLMWJMRWJwYU9KTkZVllXOHczVWlVd2FWdDh
kM1R3azBfSTVqZ1lsNzNLeFJZZVhFdW9oN0d4ZFhXYXNhdkMxTVRPXzlwc0VNeVl4SllCWFJwcnBaeVBpZ
2N6aGRic24wR2pDb09CQzhvVWnoxOG5zemFWaHhOUG9XdldqeHHJqdmhnd0lFMTFSY0ZIQl9PMnlGS0FwRXJ
PWFF4MkxMcklWNl9qS2drS2dJazUzRG1TdW9oaG1WaWdnYU5ORHIyNm93WjFQVDQ1aFVqLU9tVERqUDNZV
XpfeEZ4QXV6cGY5M2E4SkVVei1zdGZ6ZUxRVVFQcHRTcVFKNHB2TFRlU2FGbWlPR2JWZzB2SGtIbHFmYmN
NRDB2OTJneTVFck1oaTczZndWRjFjbDIxY0djNk5Rckcy QTNxSzF2SWRsMzVoSkY5ZEYwR0JacUtKeG13O
TJfQk90bHpyRUxQVHVlYXhhZaEYtZUNOUHN4ZXdQUDZwZC5JcE5wQURnNndOM0VNZUJaODRxOWdnIn0.llG
8pQGpvpgMsaUkIrxdkYB0vUbKYORnA_iQc25EldokHh5naJEGnQ2sX4NWZmuntbt12adLqsoJ6H8x98Q6D
mGJ-_wWQBYm_0plU2fkV-VIe_gbOLY4ZyxMc01bf1qH8tZl-ICyALrleHmP73R-cFKijTGOmguob1TFBOE
oojoKcVIMqwC46k6F1tIEQGR-cZSaPhMtiijv4Xs6XQlvwUYwCVGAJKe4jUWM43MSYG9R0R3tfLuK2fZiA
ORUBA"
  }
}

Depending on the Paze decryption method you integrated into your system, the payment bundle is decrypted and then used to make the authorization request to Cybersource. Cybersource then forwards the information to the payment network, which includes your processor and the relevant payment card company:

### Merchant decryption

If you use the merchant decryption method, send the *decrypted payment details* to Cybersource in the **paymentInformation.tokenizedCard** fields of the authorization request that you send to Cybersource.

For detailed information, see Processing Paze Transactions with Merchant Decryption (on page 14).

### Cybersource decryption

If you integrated the Cybersource decryption method, send the *encrypted payment object* to Cybersource in the **paymentInformation.fluidData.value** field of the authorization request that you send to Cybersource.

For detailed information, see Processing Paze Transactions with Cybersource Decryption (on page 24).

30

# Processing Paze Transactions with Merchant Decryption

When you use the merchant decryption method, you are responsible for creating and managing the Paze decryption keys, extracting and decrypting payment information from the Paze payload, and mapping the required information to the Cybersource REST API fields for an authorization request.

This section of the guide shows you how to authorize Paze transactions using merchant decryption:

- How to authorize a Mastercard payment on Paze with merchant decryption

- How to authorize a Visa payment on Paze with merchant decryption

## Authorize a Mastercard Payment on Paze with Merchant Decryption

The topics in this section show you how to authorize a Mastercard payment on Paze using the merchant decryption method.

### Basic Steps: Authorizing a Mastercard Payment on Paze with Merchant Decryption

Follow these steps to request a Paze payment authorization with merchant decryption for Mastercard:

1. Create the request message with the required REST API fields.

   ◦ Use the API fields listed in Required Fields for Authorizing a Mastercard Payment on Paze with Merchant Decryption (on page 15).

   ◦ Refer to the example in REST Example: Authorize a Mastercard Payment on Paze with Merchant Decryption (on page 16).

2. Send the message to one of these endpoints:

   ◦ Production: `POST https://api.cybersource.com/pts/v2/payments`

   ◦ Test: `POST https://apitest.cybersource.com/pts/v2/payments`

3. Verify the response messages to make sure that the request was successful.
   A 200-level HTTP response code indicates success. See the *Transaction Response Codes*.

# Required Fields for Authorizing a Mastercard Payment on Paze with Merchant Decryption

As a best practice, include these REST API fields in your request for an authorization with the merchant decryption implementation of Paze for Mastercard.

 **Important:** Depending on your processor, your geographic location, and whether the relaxed address verification system (RAVS) is enabled for your account, some of these fields might not be required. It is your responsibility to determine whether an API field can be omitted from the transaction you are requesting.

For information about the relaxed requirements for address data and expiration dates in payment transactions, see the *Payments Developer Guide*.

**clientReferenceInformation.code**

**consumerAuthenticationInformation.ucafAuthenticationData**
> Set this field to the Token Secure cryptogram.

**consumerAuthenticationInformation.ucafCollectionIndicator**
> Set this field to 2 for a Mastercard payment on Paze using merchant decryption.

**orderInformation.amountDetails.currency**

**orderInformation.amountDetails.totalAmount**

**orderInformation.billTo.address1**

**orderInformation.billTo.administrativeArea**

**orderInformation.billTo.country**

**orderInformation.billTo.email**

**orderInformation.billTo.firstName**

**orderInformation.billTo.lastName**

**orderInformation.billTo.locality**

**orderInformation.billTo.postalCode**

**paymentInformation.tokenizedCard.cryptogram**
> Set this field to the network token cryptogram.

**paymentInformation.tokenizedCard.expirationMonth**
> Set this field to the value from the payment network token expiration month.

**paymentInformation.tokenizedCard.expirationYear**

32

Set this field to the value from the payment network token expiration year.

### paymentInformation.tokenizedCard.number

Set this field to the payment network token value.

### paymentInformation.tokenizedCard.transactionType

Set this field to `1`.

### paymentInformation.tokenizedCard.type

Set this field to `002` for Mastercard.

### processingInformation.commerceIndicator

Set this field to `spa`.

### processingInformation.paymentSolution

Set this field to `029` to specify the Paze payment solution.

# REST Example: Authorize a Mastercard Payment on Paze with Merchant Decryption

## Request

```
{
  "clientReferenceInformation": {
    "code": "1234567890"
  },
  "processingInformation": {
    "paymentSolution": "029",
    "commerceIndicator": "spa"
  },
  "paymentInformation": {
    "tokenizedCard": {
      "number": "5432543254325432",
      "expirationMonth": "12",
      "expirationYear": "2031",
      "cryptogram": "ABCDEFabcdefABCDEFabcdef0987654321234567",
      "transactionType": "1",
      "type": "002"
    }
  },
  "orderInformation": {
    "amountDetails": {
      "totalAmount": "100.00",
      "currency": "USD"
    },
    "billTo": {
```

33

```
        "firstName": "Maya",
        "lastName": "Lee",
        "address1": "123MainSt",
        "locality": "SomeCity",
        "administrativeArea": "CA",
        "postalCode": "94404",
        "country": "US",
        "email": "maya.lee@email.world"
    }
  },
  "consumerAuthenticationInformation": {
    "ucafAuthenticationData": "ABCDEFabcdefABCDEFabcdef0987654321234567",
    "ucafCollectionIndicator": "2"
  }
}
```

## Response to a Successful Request

```
{
  "_links": {
    "authReversal": {
      "method": "POST",
      "href": "/pts/v2/payments/6234236182176225003004/reversals"
    },
    "self": {
      "method": "GET",
      "href": "/pts/v2/payments/6234236182176225003004"
    },
    "capture": {
      "method": "POST",
      "href": "/pts/v2/payments/6234236182176225003004/captures"
    }
  },
  "clientReferenceInformation": {
    "code": "1234567890"
  },
  "id": "6234236182176225003004",
  "orderInformation": {
    "amountDetails": {
      "authorizedAmount": "100.00",
      "currency": "USD"
    }
  },
  "paymentInformation": {
    "tokenizedCard": {
      "expirationYear": "2031",
      "prefix": "543254",
```

```
      "expirationMonth": "12",
      "suffix": "5432",
      "type": "002"
    },
    "card": {
      "type": "002"
    }
  },
  "pointOfSaleInformation": {
    "terminalId": "111111"
  },
  "processingInformation": {
    "paymentSolution": "029"
  },
  "processorInformation": {
    "approvalCode": "888888",
    "networkTransactionId": "123456789619999",
    "transactionId": "123456789619999",
    "responseCode": "100",
    "avs": {
      "code": "X",
      "codeRaw": "I1"
    }
  },
  "reconciliationId": "75729760OPN67ZFV",
  "status": "AUTHORIZED",
  "submitTimeUtc": "2021-06-11T15:00:18Z"
}
```

# Authorize a Visa Payment on Paze with Merchant Decryption

The topics in this section show you how to authorize a Visa payment on Paze using the merchant decryption method.

## Basic Steps: Authorizing a Visa Payment on Paze with Merchant Decryption

Follow these steps to request a Paze payment authorization with merchant decryption for Visa:

1. Create the request message with the required REST API fields.

   ◦ Use the API fields listed in Required Fields for Authorizing a Visa Payment on Paze with Merchant Decryption (on page 19).

   ◦ Refer to the example in REST Example: Authorize a Visa Payment on Paze with Merchant Decryption (on page 21).

2. Send the message to one of these endpoints:

   ◦ Production: `POST https://api.cybersource.com/pts/v2/payments`

   ◦ Test: `POST https://apitest.cybersource.com/pts/v2/payments`

3. Verify the response messages to make sure that the request was successful.
   A 200-level HTTP response code indicates success. See the *Transaction Response Codes*.

## Required Fields for Authorizing a Visa Payment on Paze with Merchant Decryption

As a best practice, include these REST API fields in your request for an authorization with the merchant decryption implementation of Paze for Visa.

 **Important:** Depending on your processor, your geographic location, and whether the relaxed address verification system (RAVS) is enabled for your account, some of these fields might not be required. It is your responsibility to determine whether an API field can be omitted from the transaction you are requesting.

For information about the relaxed requirements for address data and expiration dates in payment transactions, see the *Payments Developer Guide*.

**clientReferenceInformation.code**

**consumerAuthenticationInformation.ecommerceIndicator**

Set this field to `vbv`.

**orderInformation.amountDetails.currency**

**orderInformation.amountDetails.totalAmount**

**orderInformation.billTo.address1**

**orderInformation.billTo.administrativeArea**

**orderInformation.billTo.country**

**orderInformation.billTo.email**

**orderInformation.billTo.firstName**

**orderInformation.billTo.lastName**

**orderInformation.billTo.locality**

**orderInformation.billTo.postalCode**

**paymentInformation.tokenizedCard.cryptogram**

Set this field to the network token cryptogram.

**paymentInformation.tokenizedCard.expirationMonth**

Set this field to the value from the payment network token expiration month.

**paymentInformation.tokenizedCard.expirationYear**

Set this field to the value from the payment network token expiration year.

**paymentInformation.tokenizedCard.number**

Set this field to the payment network token value.

**paymentInformation.tokenizedCard.transactionType**

Set this field to `1`.

**paymentInformation.tokenizedCard.type**

Set this field to `001` for Visa.

**processingInformation.commerceIndicator**

The mandate to use 3-D Secure for Paze transactions varies by geographic location. For Visa card transactions, 3-D Secure is called *Visa Secure*.

- If the transaction does not use 3-D Secure, set this field to the ECI value contained in the Paze response payload.

- If the transaction uses 3-D Secure, set this field to `vbv`.

**processingInformation.paymentSolution**

37

Set this field to `029` to specify the Paze payment solution.

# REST Example: Authorize a Visa Payment on Paze with Merchant Decryption

## Request

```json
{
  "clientReferenceInformation": {
    "code": "1234567890"
  },
  "processingInformation": {
    "paymentSolution": "029",
    "commerceIndicator": "vbv"
  },
  "paymentInformation": {
    "tokenizedCard": {
      "number": "4111111111111111",
      "expirationMonth": "12",
      "expirationYear": "2031",
      "cryptogram": "AceY+igABPs3jdwNaDg3MAACAAA=",
      "transactionType": "1",
      "type": "001"
    }
  },
  "orderInformation": {
    "amountDetails": {
      "totalAmount": "100.00",
      "currency": "USD"
    },
    "billTo": {
      "firstName": "Maya",
      "lastName": "Lee",
      "address1": "123 Main St",
      "locality": "SomeCity",
      "administrativeArea": "CA",
      "postalCode": "94404",
      "country": "US",
      "email": "maya.lee@email.world"
    }
  },
  "consumerAuthenticationInformation": {
    "cavv": "AceY+igABPs3jdwNaDg3MAACAAA="
  }
}
```

## Response to a Successful Request

```json
{
  "_links": {
    "authReversal": {
      "method": "POST",
      "href": "/pts/v2/payments/6234236182176225003004/reversals"
    },
    "self": {
      "method": "GET",
      "href": "/pts/v2/payments/6234236182176225003004"
    },
    "capture": {
      "method": "POST",
      "href": "/pts/v2/payments/6234236182176225003004/captures"
    }
  },
  "clientReferenceInformation": {
    "code": "1234567890"
  },
  "id": "6234236182176225003004",
  "orderInformation": {
    "amountDetails": {
      "authorizedAmount": "100.00",
      "currency": "USD"
    }
  },
  "paymentInformation": {
    "tokenizedCard": {
      "expirationYear": "2031",
      "prefix": "411111",
      "expirationMonth": "12",
      "suffix": "1111",
      "type": "029"
    },
    "card": {
      "type": "029"
    }
  },
  "pointOfSaleInformation": {
    "terminalId": "111111"
  },
  "processingInformation": {
    "paymentSolution": "029"
  },
  "processorInformation": {
    "approvalCode": "888888",
    "networkTransactionId": "123456789619999",
    "transactionId": "123456789619999",
```

39

```
      "responseCode": "100",
      "avs": {
        "code": "X",
        "codeRaw": "I1"
      }
    },
    "reconciliationId": "75729760OPN67ZFV",
    "status": "AUTHORIZED",
    "submitTimeUtc": "2021-06-11T15:00:18Z"
}
```

40

# Processing Paze Transactions with Cybersource Decryption

When you use the Cybersource decryption method, Cybersource creates and manages the Paze decryption keys and decrypts and extracts payment information from the Paze payload on behalf of the merchant. You are responsible for mapping the required information to the Cybersource REST API fields for an authorization request.

This section of the guide shows you how to process Paze transactions using the Cybersource decryption method:

- How to authorize a Mastercard payment on Paze with Cybersource decryption

- How to authorize a Visa payment on Paze with Cybersource decryption

## Authorize a Mastercard Payment on Paze with Cybersource Decryption

The topics in this section show you how to authorize a Mastercard payment on Paze using the Cybersource decryption method.

## Basic Steps: Authorizing a Mastercard Payment on Paze with Cybersource Decryption

Follow these steps to request a Paze payment authorization with Cybersource decryption for Mastercard:

1. Create the request message with the required REST API fields.

   ◦ Use the API fields listed in Required Fields for Authorizing a Mastercard Payment on Paze with Cybersource Decryption (on page 25).

   ◦ Refer to the example in REST Example: Authorize a Mastercard Payment on Paze with Cybersource Decryption (on page 26).

2. Send the message to one of these endpoints:

41

- ◦ Production: `POST https://api.cybersource.com/pts/v2/payments`

- ◦ Test: `POST https://apitest.cybersource.com/pts/v2/payments`

3. Verify the response messages to make sure that the request was successful.
A 200-level HTTP response code indicates success. See the *Transaction Response Codes*.

# Required Fields for Authorizing a Mastercard Payment on Paze with Cybersource Decryption

As a best practice, include these REST API fields in your request for an authorization with the Cybersource decryption implementation of Paze for Mastercard.

 **Important:** Depending on your processor, your geographic location, and whether the relaxed address verification system (RAVS) is enabled for your account, some of these fields might not be required. It is your responsibility to determine whether an API field can be omitted from the transaction you are requesting.

For information about the relaxed requirements for address data and expiration dates in payment transactions, see the *Payments Developer Guide*.

**clientReferenceInformation.code**

**orderInformation.amountDetails.currency**

**orderInformation.amountDetails.totalAmount**

**orderInformation.billTo.address1**

**orderInformation.billTo.administrativeArea**

**orderInformation.billTo.country**

**orderInformation.billTo.email**

**orderInformation.billTo.firstName**

**orderInformation.billTo.lastName**

**orderInformation.billTo.locality**

**orderInformation.billTo.postalCode**

**paymentInformation.fluidData.value**

Set this field to the Base64-encoded value returned in the Paze payload in the **completeResponse** property of the complete payment response object.

42

**paymentInformation.tokenizedCard.transactionType**

Set this field to `1`.

**paymentInformation.tokenizedCard.type**

Set this field to `002` for Mastercard.

**processingInformation.paymentSolution**

Set this field to `029` to identify Paze as the digital payment solution.

# REST Example: Authorize a Mastercard Payment on Paze with Cybersource Decryption

## Request

```
{
  "clientReferenceInformation": {
    "code": "1234567890"
  },
  "processingInformation": {
    "paymentSolution": "029"
  },
  "paymentInformation": {
    "fluidData": {
      "value": "eyJkYXRhW5FINWZqVjfkak1NdVNSaE96dWF2ZGVyb2c9PSJ9"
    },
    "tokenizedCard": {
      "type": "002",
      "transactionType": "1"
    }
  },
  "orderInformation": {
    "amountDetails": {
      "totalAmount": "100.00",
      "currency": "USD"
    },
    "billTo": {
      "firstName": "Maya",
      "lastName": "Lee",
      "address1": "123 Main St",
      "locality": "SomeCity",
      "administrativeArea": "CA",
      "postalCode": "94404",
      "country": "US",
      "email": "maya.lee@email.world"
```

43

```
      }
    }
}
```

## Response to a Successful Request

```json
{
  "_links": {
    "authReversal": {
      "method": "POST",
      "href": "/pts/v2/payments/6234236182176225003004/reversals"
    },
    "self": {
      "method": "GET",
      "href": "/pts/v2/payments/6234236182176225003004"
    },
    "capture": {
      "method": "POST",
      "href": "/pts/v2/payments/6234236182176225003004/captures"
    }
  },
  "clientReferenceInformation": {
    "code": "1234567890"
  },
  "id": "6234236182176225003004",
  "orderInformation": {
    "amountDetails": {
      "authorizedAmount": "100.00",
      "currency": "USD"
    }
  },
  "paymentInformation": {
    "tokenizedCard": {
      "expirationYear": "2031",
      "prefix": "128945",
      "expirationMonth": "12",
      "suffix": "2398",
      "type": "002"
    },
    "card": {
      "type": "002"
    }
  },
  "pointOfSaleInformation": {
    "terminalId": "111111"
  },
  "processingInformation": {
```

```
      "paymentSolution": "029"
    },
    "processorInformation": {
      "approvalCode": "888888",
      "networkTransactionId": "123456789619999",
      "transactionId": "123456789619999",
      "responseCode": "100",
      "avs": {
        "code": "X",
        "codeRaw": "I1"
      }
    },
    "reconciliationId": "75729760OPN67ZFV",
    "status": "AUTHORIZED",
    "submitTimeUtc": "2021-06-11T15:00:18Z"
}
```

45

# Authorize a Visa Payment on Paze with Cybersource Decryption

The topics in this section show you how to authorize a Visa payment on Paze using the Cybersource decryption method.

## Basic Steps: Authorizing a Visa Payment on Paze with Cybersource Decryption

Follow these steps to request a Paze payment authorization with Cybersource decryption for Visa:

1. Create the request message with the required REST API fields.

    ◦ Use the API fields listed in Required Fields for Authorizing a Visa Payment on Paze with Cybersource Decryption (on page 29).

    ◦ Refer to the example in REST Example: Authorize a Visa Payment on Paze with Cybersource Decryption (on page 30).

2. Send the message to one of these endpoints:

    ◦ Production: `POST https://api.cybersource.com/pts/v2/payments`

    ◦ Test: `POST https://apitest.cybersource.com/pts/v2/payments`

3. Verify the response messages to make sure that the request was successful.
   A 200-level HTTP response code indicates success. See the *Transaction Response Codes*.

## Required Fields for Authorizing a Visa Payment on Paze with Cybersource Decryption

As a best practice, include these REST API fields in your request for an authorization with the Cybersource decryption implementation of Paze for Visa.

 **Important:** Depending on your processor, your geographic location, and whether the relaxed address verification system (RAVS) is enabled for your account, some of these fields might not be required. It is your responsibility to determine whether an API field can be omitted from the transaction you are requesting.

For information about the relaxed requirements for address data and expiration dates in payment transactions, see the *Payments Developer Guide*.

**clientReferenceInformation.code**

**orderInformation.amountDetails.currency**

**orderInformation.amountDetails.totalAmount**

**orderInformation.billTo.address1**

**orderInformation.billTo.administrativeArea**

**orderInformation.billTo.country**

**orderInformation.billTo.email**

**orderInformation.billTo.firstName**

**orderInformation.billTo.lastName**

**orderInformation.billTo.locality**

**orderInformation.billTo.postalCode**

**paymentInformation.fluidData.value**

Set this field to the Base64-encoded value returned in the Paze payload in the **completeResponse** property of the complete payment response object.

**paymentInformation.tokenizedCard.transactionType**

Set this field to `1`.

**paymentInformation.tokenizedCard.type**

Set this field to `001` for Visa.

**processingInformation.paymentSolution**

Set this field to `029` to identify Paze as the digital payment solution.

# REST Example: Authorize a Visa Payment on Paze with Cybersource Decryption

## Request

```
{
  "clientReferenceInformation": {
    "code": "1234567890"
  },
  "processingInformation": {
    "paymentSolution": "001"
  },
  "paymentInformation": {
    "fluidData": {
```

```
          "value": "eyJkYXRhW5FINWZqVjfkak1NdVNSaE96dWF2ZGVyb2c9PSJ9"
        },
        "tokenizedCard": {
          "type": "001",
          "transactionType": "1"
        }
      },
      "orderInformation": {
        "amountDetails": {
          "totalAmount": "100.00",
          "currency": "USD"
        },
        "billTo": {
          "firstName": "Maya",
          "lastName": "Lee",
          "address1": "123 Main St",
          "locality": "SomeCity",
          "administrativeArea": "CA",
          "postalCode": "94404",
          "country": "US",
          "email": "maya.lee@email.world"
        }
      }
    }
```

## Response to a Successful Request

```
{
  "_links": {
    "authReversal": {
      "method": "POST",
      "href": "/pts/v2/payments/6234236182176225003004/reversals"
    },
    "self": {
      "method": "GET",
      "href": "/pts/v2/payments/6234236182176225003004"
    },
    "capture": {
      "method": "POST",
      "href": "/pts/v2/payments/6234236182176225003004/captures"
    }
  },
  "clientReferenceInformation": {
    "code": "1234567890"
  },
  "id": "6234236182176225003004",
  "orderInformation": {
```

48

```
    "amountDetails": {
      "authorizedAmount": "100.00",
      "currency": "USD"
    }
  },
  "paymentInformation": {
    "tokenizedCard": {
      "expirationYear": "2031",
      "prefix": "411111",
      "expirationMonth": "12",
      "suffix": "1111",
      "type": "029"
    },
    "card": {
      "type": "029"
    }
  },
  "pointOfSaleInformation": {
    "terminalId": "111111"
  },
  "processingInformation": {
    "paymentSolution": "001"
  },
  "processorInformation": {
    "approvalCode": "888888",
    "networkTransactionId": "123456789619999",
    "transactionId": "123456789619999",
    "responseCode": "100",
    "avs": {
      "code": "X",
      "codeRaw": "I1"
    }
  }
}
```

# VISA Platform Connect: Specifications and Conditions for Resellers/Partners

The following are specifications and conditions that apply to a Reseller/Partner enabling its merchants through Cybersource for Visa Platform Connect ("VPC") processing. Failure to meet any of the specifications and conditions below is subject to the liability provisions and indemnification obligations under Reseller/Partner's contract with Visa/Cybersource.

1. Before boarding merchants for payment processing on a VPC acquirer's connection, Reseller/Partner and the VPC acquirer must have a contract or other legal agreement that permits Reseller/Partner to enable its merchants to process payments with the acquirer through the dedicated VPC connection and/or traditional connection with such VPC acquirer.

2. Reseller/Partner is responsible for boarding and enabling its merchants in accordance with the terms of the contract or other legal agreement with the relevant VPC acquirer.

3. Reseller/Partner acknowledges and agrees that all considerations and fees associated with chargebacks, interchange downgrades, settlement issues, funding delays, and other processing related activities are strictly between Reseller and the relevant VPC acquirer.

4. Reseller/Partner acknowledges and agrees that the relevant VPC acquirer is responsible for payment processing issues, including but not limited to, transaction declines by network/issuer, decline rates, and interchange qualification, as may be agreed to or outlined in the contract or other legal agreement between Reseller/Partner and such VPC acquirer.

DISCLAIMER: NEITHER VISA NOR CYBERSOURCE WILL BE RESPONSIBLE OR LIABLE FOR ANY ERRORS OR OMISSIONS BY THE Visa Platform Connect ACQUIRER IN PROCESSING TRANSACTIONS. NEITHER VISA NOR CYBERSOURCE WILL BE RESPONSIBLE OR LIABLE FOR RESELLER/PARTNER BOARDING MERCHANTS OR ENABLING MERCHANT PROCESSING IN VIOLATION OF THE TERMS AND CONDITIONS IMPOSED BY THE RELEVANT Visa Platform Connect ACQUIRER.

# EXHIBIT E

# PAZE SERVICE AGREEMENT - CONCEAL VISA ("SERVICE PROVIDER"), "ELIGIBLE CARDS" (E.G. CONSUMER), AND THE DATA SHARING CLAUSE

Case 2:24-cv-01587-SMB     Document 377-2     Filed 04/11/26     Page 68 of 112

**For shoppers**      **For business**

Website Privacy Notice

Service Privacy Notice

Service Agreement

Cookies and Tracking

# Paze℠ Service Agreement

Paze℠ Service Agreement

Updated: August 24, 2023

Early Warning Services, LLC ("Early Warning") (referred to in this Service Agreement as "Paze," "we," "us," or "our") operates Paze on behalf of, and as a service provider for, participating financial institutions that offer eligible credit and debit card accounts ("Participating Financial Institutions"). Paze stores eligible credit and debit cards issued by Participating Financial Institutions and related personal information in a digital wallet ("Paze Wallet") created for you.

We have partnered with select online participating merchants ("Participating Merchants"). You can use Paze only at Participating Merchants' websites. You can select an eligible credit or debit card in your Paze Wallet to share with Participating Merchants to make online purchases (the "Service"). When you use the Service, Paze will share related personal information to the credit or debit card you select in the Paze Wallet with Participating Merchants.

You must agree to this Service Agreement to use Paze. By agreeing to this Service Agreement, you also agree to the Paze Service Privacy Notice available at https:// mywallet.paze.com/ ("Privacy Notice"), which is incorporated into and made a part of this Service Agreement by reference. This Service Agreement, along with the Privacy Notice (collectively, the "Service Agreement") and terms provided by your Participating Financial Institution, govern your use of Paze and affect your legal rights. Please read them carefully.

The Service Agreement includes an agreement to mandatory arbitration, which means that you agree to submit any dispute related to the Service Agreement or Paze to binding individual arbitration rather than proceeding in court. The Service Agreement also includes a class action waiver, which means that you agree to proceed with any dispute individually and not as part of a class action. See section 14 for more information and how you can opt out of the Arbitration Agreement and Class Action Waiver.

52

1. **Description of the Service**
    1. **1.1 Creating your Paze Wallet and information sharing:** Pursuant to the privacy notices provided by your Participating Financial Institution(s), Participating Financial Institutions share with Paze eligible credit and debit card primary account numbers ("Payment Credentials") and related personal information including, but not limited to, your name, hashed social security number or tax identification number, email address, mobile phone number, and billing address. We use a service provider to exchange your Payment Credentials for a unique alternate card number ("Tokenized Payment Credentials"). Transactions using the Tokenized Payment Credentials are subject to the terms provided by your Participating Financial Institution. Paze eligibility criteria determine which credit and debit cards of primary and joint account holders are eligible for Paze.

       **1.2 Activating your Paze Wallet:** Paze offers two ways to activate your Paze Wallet for the first time.

       The first way to activate your Paze Wallet is when you visit a Participating Merchant that offers Paze at checkout and you enter an email address that matches an email address provided to Paze by your Participating Financial Institution, a Paze digital experience will appear. You must agree to this Service Agreement. You also must provide your mobile number and consent to Paze sending you a passcode to your mobile phone by text message each time you use the Service. If your mobile number entered matches the mobile number provided by one or more of your Participating Financial Institution(s), Paze will text you a passcode. See Section 6 below for more details about the delivery of text messages. After you provide the correct passcode, the eligible credit and debit cards in your Paze Wallet will appear. When you select an eligible card, you will be prompted to provide the 3-digit security code, or CVV/CVC, for the associated card. By providing the correct CVV/CVC, you will be able to access the selected card in your Paze Wallet to use with a Participating Merchant. To help protect your Paze Wallet, you may be prompted to enter the CVV/CVC for the card you select when you use Paze in the future.

       The second way to activate your Paze Wallet is if your Participating Financial Institution provides access to Paze through a link in the mobile app and/or website of your issuing Participating Financial Institution. After you authenticate with your Financial Institution and click the Paze link, you will be taken to the Paze digital experience where you must agree to this Service Agreement and follow the prompts to activate your Paze Wallet.

       **1.3 Using your Paze℠ Wallet:** Paze can be used for online transactions at Participating Merchants. Paze cannot be used at physical merchant locations. After activating your Paze Wallet, when you enter your email address with a Participating Merchant that matches an email address in Paze, Paze will send a passcode to your mobile phone. You will be prompted to select from among your eligible credit and debit cards in your Paze Wallet and may be asked to enter the CVV/CVC for the card you select. You can edit addresses in your Paze Wallet and add additional shipping addresses ("Shipping "Address") to be stored in Paze. When you select to use an eligible credit or debit card, Paze will share your name, address, phone number, email address, Tokenized Payment Credentials, and other relevant information ("Card Details") with the Participating Merchant during checkout to make transactions. You can also choose to share a Shipping Address from your Paze Wallet with the Participating Merchant. The Participating Merchant may give you the option to use your Card Details to help set up an online account with the Participating Merchant.

       Some Participating Merchants may also display a Paze payment button. Once selected, you will be prompted to enter an email address to access your Paze Wallet as described in the preceding paragraph.

       **1.4 Consent to share Card Details with Participating Merchants:** When you select to use your eligible credit or debit card in your Paze Wallet with a Participating Merchant, you provide consent to Paze on behalf of your Participating Financial Institution to share your Card Details and Shipping Address, if applicable, with the Participating Merchant. Paze will transmit your selected Card Details and Shipping Address, if applicable, to the Participating Merchant (or a third party that provides payment acceptance functionality on behalf of the Participating Merchant). Paze is not involved in processing any payment transactions, which are

53

Case 2:24-cv-01587-SMB     Document 377-2     Filed 04/11/26     Page 70 of 112

transactions between you and the Participating Merchant. Payment transactions will be reflected on your credit or debit card account with your Participating Financial Institution.

**1.5 Opting-Out of Paze:** You can choose to opt-out of Paze when the Paze experience displays on a Participating Merchant's website or by visiting the Paze website at https://mywallet.paze.com/. For authentication purposes, you will be asked to request a passcode to be delivered via text message to opt-out. If you opt-out of Paze, your Card Details will be deleted from your Paze Wallet, but some of your personal information will be retained to help prevent fraud and to honor your opt-out request. After opting out, you will no longer have the ability to use Paze to make transactions with Participating Merchants. If you later want to use Paze, you may be able to add eligible credit and debit cards through your Participating Financial Institution.

**1.6 Adding or Removing Cards from Your Paze℠ Wallet:** You can also remove specific credit and debit cards from your Paze Wallet through your issuing Participation Financial Institution's mobile app and/or website. Removing credit and debit cards through your Participating Financial Institution will not remove your Paze Wallet, but only the specific cards you select to remove. You can add eligible credit and debit cards to your Paze Wallet through the mobile app and/or website of your issuing Participating Financial Institution.

**1.7 Maintaining information in your Paze Wallet:** Your Participating Financial Institution(s) provides continuous updates about your Card Details to Paze to populate your Paze Wallet. It is your responsibility to maintain the most up-to-date contact information including your email address, phone number, and address with your Participating Financial Institution. Contact your Participating Financial Institution(s) to provide updates to your contact information. Failure to keep updated contact information with your Participating Financial Institution may impact your ability to access Paze or the ability of Paze to provide accurate information to Participating Merchants. Paze is not responsible for the accuracy of the Card Details received from your Participating Financial Institution.

**1.8 Access to your Paze Wallet.** Consistent with applicable law or regulation, Paze may temporarily or permanently suspend your ability to access your Paze Wallet in whole or in part, at its sole discretion, in order to prevent fraud or to prevent reputational harm or brand damage to Paze.

2. **Paze role:** Paze is not a party to the agreements between you and your Participating Financial Institution that apply to your credit and debit card accounts. Nor is Paze a party to any agreements between you and Participating Merchants. Nothing in this Service Agreement modifies those agreements between you and your Participating Financial Institutions or Participating Merchants. This Service Agreement will govern your relationship between you and Paze as we fulfill our role as a service provider to your Participating Financial Institution providing the Services described in this Service Agreement to you on their behalf, and your Participating Financial Institution terms will govern the relationship between you and the Participating Financial Institution. Paze is not involved in issuing credit or determining eligibility for credit. Paze is not able to provide refunds or reverse transactions. If you have concerns about the goods or services you purchased, you should contact the merchant. The Participating Financial Institution that issued the credit or debit card you used to make the transaction may also be able to help in some cases.

3. **Eligibility:** Your use of Paze is contingent on you and your credit and debit card accounts meeting the eligibility requirements of your Participating Financial Institution. You represent that (a) you are a US resident, and (b) you are at least 18 years of age.

4. **Termination of this Service Agreement.** Subject to applicable law, Paze may terminate or suspend this Service Agreement and your use of Paze, in whole or part, at any time for any reason without cause and without prior notice. Any obligations or liabilities incurred by you prior to the date of termination shall survive the termination of this Service Agreement.

54

5. **Amendments to this Service Agreement:** Subject to applicable law, Paze may amend or change this Service Agreement from time to time, in its sole discretion, by posting the updated Service Agreement on the Paze management website at https://paze.com. Please access and review this Service Agreement regularly. If you find the Service Agreement unacceptable to you at any time, promptly opt-out of Paze and immediately discontinue your use of Paze. Your continued use of Paze℠ after any amendment, modification or change to this Service Agreement shall constitute your agreement and acceptance to such amendment, modification or change.

6. **Consent to Emails and Automated Text Messages:** By using Paze, you consent to the receipt of emails from Paze and Participating Financial Institutions or their agents about Paze. You consent to the receipt of text messages from Paze or its agents about Paze. You agree that Paze or its respective agents may use automatic telephone dialing systems in connection with calling or text messages sent to any mobile phone number associated with your credit and debit card accounts enrolled in Paze. You further acknowledge and agree:
   1. You are responsible for any fees or other charges that your wireless carrier may charge for any related data, text, or other message services, including without limitation for short message service. Please check with your mobile service agreement for details or applicable fees as message and data rates may apply.
   2. You will immediately notify your Participating Financial Institution if any mobile number or email address associated with your credit or debit cards enrolled in Paze is (i) surrendered by you, or (ii) changed by you.
   3. To cancel text messaging from Paze, send STOP to 24636. For help or information regarding text messaging, send HELP to 24636. You expressly consent to receipt of a text message to confirm your "STOP" request. However, text messages are a critical security element of the Paze service and failure to receive text messages will make the service unusable.

7. **Wireless Operator Data:** You authorize your wireless carrier to use or disclose information about your account and your wireless device, if available, to Paze or its service provider for the duration of your business relationship, solely to help them identify you or your wireless device and to prevent fraud. See our Privacy Policy for how we treat your data.

8. **Consent to Use and Disclose Personal Information (Including Account Information):** By accepting this agreement, you consent to Paze using and disclosing your personal information (including your credit and debit card account information) to merchants or other third parties for the following purposes:
   1. Wallet Provisioning, Maintenance, Transaction Facilitation & Operations
      1. to facilitate the creation of your Paze Wallet and resolve related issues;
      2. to tokenize your Payment Credentials;
      3. to perform the Services such as account servicing and providing analytic services;
      4. to facilitate transactions;
      5. to help provide you with a safe and efficient experience;
   2. Identity Verification & Authentication (to validate your identity, authenticate you, and enable secure use of Paze)
      1. to verify your identity;
      2. to enable access to Paze;
   3. Choice & Consent (to effectuate your choices and consents)
      1. to respond to your requests and comply with your stated communication preferences;
      2. to opt you out of Paze per your request;
   4. Communication & Notification (to contact you or notify you of relevant information)
      1. to send you notifications;
   5. Fraud Detection & Prevention (to manage fraud and risk)
      1. to prevent, detect, and protect against security incidents, fraud, and prohibited or illegal activities;
      2. to conduct fraud prevention, risk management, and remediation activities;
   6. Analytics, Research & Product Improvements (to manage and improve Paze)
      1. to identify and repair errors that impair existing or intended functionality;
      2. to research and resolve issues related to transactions;
      3. to create, develop, and improve the Service;
   7. Legal & Compliance (to comply with applicable laws and regulations and enforce our terms and conditions)

55

# EXHIBIT F

# PUBLIC ANNOUNCEMENT NOVEMBER 2024:

- VISA HEAD OF GLOBAL MONEY MOVEMENT IS HIRED TO RUN PAZE AT EARLY WARNING SERVICES, LLC

- 125 MILLION TOKENS CONFIRMED

Case 2:24-cv-01587-SMB Document 377-2 Filed 04/11/26 Page 73 of 112



# Paze gets new leader amid slow start

Early Warning Services, the bank-owned company that operates Paze, tapped a new leader last month for the digital wallet operation after slow progress in launching the new service.

Published Nov. 7, 2024



Patrick Cooley
Reporter

*Paze is a digital wallet owned and operated by seven of the nation's largest banks.*
*Photo illustration: Shaun Lucas/Industry Dive; Getty Images; Paze*

Early Warning Services replaced the leader of its Paze digital wallet operation last month, after a predecessor left quietly in July following slow progress on the effort.

Paze was formerly led by managing director James Anderson, who was appointed in August 2022, according to his LinkedIn profile. Anderson did not respond to a message sent to his LinkedIn page.

In a press release last month, EWS said it had tapped Serge Elkiner as a new general manager for Paze. Elkiner, who was the global head of money movement at Visa until September, was tasked with taking Paze into its "next phase of growth," according to the Oct. 1 release.

Early Warning Services — a Scottsdale, Arizona-based payment network that also operates the peer-to-peer payment platform Zelle — first sought to launch Paze last year, but didn't. The plan

57

Case 2:24-cv-01587-SMB        Document 377-2        Filed 04/11/26

had been that the digital wallet would go live with merchants and member banks in June 2023, before a wider rollout in the fall. But since then it has made progress only in fits and starts this year.

Anderson, a former Mastercard executive, left two months after explaining to Payments Dive in February how EWS was rolling Paze out initially in South Carolina and Arizona early this year. Then in May, Anderson told Payments Dive that Paze had launched in Texas and was in the process of starting up in a handful of New England states, with an aim to be nationwide for the start of the holiday shopping season late this year.

While an EWS spokesman now says Paze has nationwide coverage across all 50 states, as of July, the wallet is still only offered by the seven banks that own EWS, and some of them adopted the digital wallet system only recently. US Bank added the digital wallet in September and Wells Fargo did the same last month.

Also, Paze option was supposed to be automatically loaded onto 150 million Visa and Mastercard credit cards from day one, according to Anderson's comments last year, but the company is still trying to reach that goal.

At a major industry conference last week, Catherine Murchie, head of operations for Paze, said EWS is still seeking to connect all those cards to the digital wallet, aiming to get it done by the end of the year. Murchie said 125 million cards were connected, during a panel discussion at the annual Money 20/20 conference in Las Vegas on Oct. 29.

"We also have other banks who are going to be joining and provisioning cards going into 2025 and we're really excited about that," Murchie said at that time.

An EWS spokesperson this week said that figure has risen to 140 million now. The spokesperson stressed that Paze's latest

58

expansion efforts are still in "the early days." "There's a lot of awareness and we're starting to build momentum," he said.

Murchie reports to Elkiner, who was also a co-founder of YellowPepper, a Miami-based mobile payments software company facilitating real-time payments that was acquired by Visa in 2020, according to his LinkedIn profile.

EWS plans to expand by persuading more consumers and merchants to sign up to use the digital wallet. The banks currently offering the service also include Bank of America, Capital One, JPMorgan Chase, PNC Bank, Truist.

Only a few major retailers use Paze, including 1-800 Flowers, the sports apparel company Fanatics, the grocery chain Shoprite and the makeup and skincare retailer Sephora, according to the services' website. United Airlines also gives customers the option of using Paze.

The digital wallet had 80,000 participating merchants — mostly small businesses — as of May, Anderson said in an interview at the time.

The EWS spokesperson declined to say how many merchants are using Paze now, but Murchie told the Money 20/20 panel on Oct. 29 that "thousands" of merchants are participating. Even 900,000 would be a fraction of the roughly 29 million merchants in the United States. Participating merchants can offer the Paze option at checkout, next to alternative payment methods.

When users initially sign up for Paze, they provide their credit card number, which means they don't need to repeatedly enter their card information when they shop with participating retailers.

EWS pitches Paze as a safer alternative to traditional credit cards because merchants will never see a shopper's card number and

59

each transaction is tokenized. In other words, every transaction has a unique number attached to it that is never duplicated, whereas a credit card uses the same card number for each transaction.

"What we're trying to achieve at the end of day is safety and security," Murchie said.

Some industry professional agree, and consider digital wallets safer than credit cards, because they require an extra layer of authentication.

The EWS spokesperson declined to comment on why the company has taken longer to roll out Paze than initially expected last year.

EWS's goal is "to create a ubiquitous product for a convenient online checkout experience," he said.

Paze is stepping up marketing to reach new customers and merchants, said Abeer Bhatia, head of enterprise payments and personal lending at Wells Fargo, one of EWS's bank owners.

"In 2025, you'll see us ramping up some of the customer outreach activities out there," Bhatia said. "We're obviously working closely with our partners to make sure we can get more merchants signed up."

60

# **EXHIBIT G**

# INTRODUCING "VISA COMMERCIAL PAY" FEBRUARY 2024 IN SYNC W/ PAZE RELEASE AND OFFERING THE SAME CAPABILITIES TO BUSINESSES (PUSH PROVISIONING, DEBIT, TOKENS, ETC)



# Visa Expands Its Digital Wallet Capabilities and Availability

2/12/2024

*New tokenization and regional expansion deliver a competitive edge, while accelerating virtual card adoption*

SAN FRANCISCO--(BUSINESS WIRE)--Feb. 12, 2024-- Visa (NYSE:V), a global leader in digital payments, announced extended digital wallet capabilities within Visa Commercial Pay, a suite of B2B payment solutions built in partnership with Conferma Pay, the world's foremost provider of virtual payments technology, to revolutionize how businesses manage transactions globally.

The innovation enables financial institutions to add virtual corporate cards into an employees' digital wallet – including third-party wallets such as Apple Pay and Google Pay – to enhance convenience, security and flexibility for corporate users. It coincides with a significant expansion of Visa Commercial Pay across the Latin America & Caribbean region, reinforcing Visa's commitment to, and leadership in, enabling streamlined, secure and efficient B2B payments in a locality known for its diverse and dynamic business landscape.

Visa Commercial Pay includes virtual card B2B payment solutions developed to improve cashflow for businesses and reduce outdated manual processes. Since its launch in 2020, it has helped corporates move away from traditional business payment methods to more automated and secure processes. Visa's continued innovation and leadership in virtual card solutions comes as a recent report from Juniper Research found that by 2028, global virtual card spend will have increased by 355%, up from $3.1 trillion in 2023.[1]

The new and improved Visa Commercial Pay Mobile will provide a commercial token account with configured payment controls allowing for an efficient payment experience across both Point of Sale and CNP payment methods. The transformative approach utilizes advanced tokenization technology to minimize the risk of fraud and provide a secure payment environment, while enabling businesses to initiate transactions seamlessly, enhancing overall financial agility.

"We're empowering businesses with on-demand and secure payments, giving them the flexibility and mobility of virtual, mobile transactions, which is essential in today's dynamic business environment," said Gloria Colgan, Senior Vice President, Global Product at Visa Commercial Solutions. "Our solutions are designed to meet the needs of enterprises across the world, and in expanding to the Latin America & Caribbean region, we're providing these businesses with the tools to thrive in an increasingly digital business landscape. Alongside our partners Conferma Pay, we're delighted to be taking our enhanced capabilities to customers globally."

Regions Bank will be the first Visa collaborator to roll out the enhanced digital wallet capability for its Treasury Management customers. Regions operates in high-growth markets across the Southeast, the Midwest and Texas, with Commercial Banking clients including a wide range of employers, each with its own unique payments and cash-flow needs.

"A superior client experience is at the heart of our value proposition for business clients," said David Lapaglia, head of Commercial Card Product and Strategy for Regions. "Visa Commercial Pay is the ideal complement to our already-enhanced selection of products and services. Visa understands financial-service providers deliver greater value when they give clients more convenience, along with more intuitive, time-saving solutions. We share in that vision, and by building on our digital wallet capabilities, Regions is reinforcing its commitment to helping our business clients grow and thrive."

Following its successful launch in the Asia-Pacific, Europe, Middle East & Africa and North America regions, Visa Commercial Pay will be available for customers in Latin American & Caribbean later in 2024.

For more information about Visa Commercial Pay, please email VisaCommercialPay@visa.com.

About Visa Inc.

Visa (NYSE: V) is a world leader in digital payments, facilitating transactions between consumers, merchants, financial institutions and government entities across more than 200 countries and territories. Our mission is to connect the world through the most innovative, convenient, reliable and secure payments network, enabling individuals, businesses and economies to thrive. We believe that economies that include everyone everywhere, uplift everyone everywhere and see access as foundational to the future of money movement. Learn more at Visa.com.

About Regions Financial Corporation

Regions Financial Corporation (NYSE:RF), with $152 billion in assets, is a member of the S&P 500 Index and is one of the nation's largest full-service providers of consumer and commercial banking, wealth management, and mortgage products and services. Regions serves customers across the South, Midwest and Texas, and through its subsidiary, Regions Bank, operates approximately 1,250 banking offices and more than 2,000 ATMs. Regions Bank is an Equal Housing Lender and Member FDIC. Additional information about Regions and its full line of products and services can be found at www.regions.com.

[1] https://www.juniperresearch.com/press/virtual-card-spend-to-reach-13-8tn/


View source version on businesswire.com:
https://www.businesswire.com/news/home/20240209399871/en/

David Thum
dthum@visa.com

Source: Visa Inc.

# **EXHIBIT H**

# PUBLIC ANNOUNCEMENT THAT VISA ADDED 100 MILLION CREDENTIALS (SEPTEMBER - DECEMBER 2024)

# Visa CEO: 'Long Runway' Ahead as Digital Payments, Credentials Displace Cash and Checks

*PYMNTS*



Visa is seeing continued momentum in Tap to Pay and digital credential issuance, as consumers continue to spend on their debit and credit cards.

CEO Ryan McInerney said on the call that overall payments volume in the second fiscal quarter was up 8% year over year (YoY), while U.S. payments volume was 6% higher YoY. International payment volume grew 11%, while cross-order volume was 16% higher YoY. Processed transactions grew 11%.

The consumer payments opportunity is "enormous," said the CEO, with an estimated $40 trillion in annual spend across the globe, excluding China and Russia. Displacing cash and check, he said, is half of that addressable opportunity.

"There is a very long runway ahead," the executive said.

## Growth in Credentials

The displacement of those traditional methods comes as Visa, in McInerney's words, is "making great progress in expanding the number of Visa credentials. We have added over 100 million credentials from September to December," he said. All told, as of the second fiscal quarter, the company has more than 9.5 billion tokens globally.

Company materials detailed 8% growth in credit card volumes and 9% growth in debit, as measured in constant dollars.

Advertisement: Scroll to Continue

Total cards in force grew by 4% in the quarter YoY for credit cards, and 7% for debit.

## Tap to Pay Momentum

McInerney said Tap to Pay grew 5% YoY to 79% of face-to-face transactions, excluding the U.S. In the U.S., that tally's nearing 50% penetration.

"On the eCommerce front, we continued to see Visa's U.S. eCommerce payments volume grow several points faster year over year than face-

65

Case 2:24-cv-01587-SMB     Document 377-2     Filed 04/11/26     Page 82 of 112

to-face spend. And the same is true in many key countries around the world," McInerney said.

The "new flows" activity represents a $200 trillion opportunity, McInerney said, and revenue from those flows gained 14%.

Visa Direct transactions were up 31% in the quarter, equating to $2.3 trillion.

Value-added services revenues gained 23% in the second quarter, in constant dollars.

CFO Chris Suh said that card-present spend was up 4%.

"Consumer spend across all segments from low to high spend has remained relatively stable. Our data does not indicate any meaningful behavior change across consumer segments," Suh said. Cross-border travel volume was up 17%, or 152% indexed to 2019, pre-pandemic levels.

In looking ahead, total payments volume growth will be in the high single digits from the low double-digit percentage points.

Investors sent Visa's shares 2% higher after hours.

See More In: Chris Suh, credit cards, digital credentials, Digital Payments, digital transformation, Earnings, News, PYMNTS News, Ryan McInerney, tap to pay, Visa

## Microsoft CEO Pushes Staff on Copilot Ambitions

By PYMNTS  |  December 22, 2025

|



Microsoft CEO Satya Nadella is reportedly unhappy with an element of his company's artificial intelligence (AI) progress.

That's according to a report Monday (Dec. 22) from The Information, citing an in-house email reviewed by the publication.

That message was from Nadella to Microsoft engineers working on a consumer version of the company's artificial intelligence (AI) assistant Copilot. A manager on the email thread pointed out Google Gemini's progress in connecting that chatbot to Google Drive for certain tasks.

Nadella, however, seemed unhappy with the way Microsoft's version of that technology had performed thus far, saying that the company's programs for connecting Copilot with Gmail and Outlook "for [the] most part don't really work" and are "not smart," the report added.

A spokesperson for Microsoft declined to comment when reached by PYMNTS.

According to The Information, the last few months have seen the CEO become Microsoft's "most influential product manager," telling employees in September that he would delegate some duties as he focused more on the company's AI products.

66

# EXHIBIT I

# PUBLIC SOURCE - 120 MILLION DEBIT CARDS TOKENIZED BY VISA OCTOBER 2024.



DIVE BRIEF

# Paze aims to pump up the volume with Fiserv

The digital wallet owned by seven banks has loaded 150 million customer cards onto the system. Now, it's working with its processor ally to add more banks.

Published April 29, 2025



Lynne Marek
Lead Editor

*Friends sending money through digital wallet.* Getty Images

**Dive Brief:**

- ==Paze, the digital wallet launched last year by Early Warning Services, has loaded 150 million debit and credit card accounts onto its nascent system, according to an== EWS presentation at Nacha's Smarter Faster Payments Conference. Now, those bank customer card holders can opt into the wallet if they're interested in using it.

- More big banks are expected to link to Paze later this year, Early Warning's Chief Partnership Officer Eric Hoffman said Sunday during a panel discussion at the conference. He spoke alongside Deva Annamalai, Fiserv's head of client strategy and solutions for digital payments. The processor is partnering with EWS to attract more banks to offer the digital wallet to their customers for online purchases.

- With Fiserv, there is "exposure to thousands of banks," Hoffman said in an interview after the panel discussion, explaining how additional banks will disclose working with Paze

68

Case 2:24-cv-01587-SMB    Document 377-2    Filed 04/11/26    Page 85 of 112

as they announce that the service is available to those banks' customers.

## Dive Insight:

The latest card count is up from 125 million cards connected last October. Early Warning Services has been eyeing the 150 million card goal for some time because the accounts belong to customers of EWS's bank owners, but now it will set its sights higher, to add more card credentials.

As Fiserv helps bring its bank clients onto the Paze system, it will benefit from the increased transaction volume it processes through the digital wallet.

Scottsdale, Arizona-based Early Warning Services has been building the Paze system since at least 2022, with a slow roll-out to its bank owners since its launch last September.

The seven major banks that own EWS are Bank of America, Capital One, JPMorgan Chase, PNC Bank, Truist, U.S. Bank and Wells Fargo. Those EWS banks also developed the bank-to-bank payments system Zelle, which sent $1 trillion between users last year.

Paze got a lift last year after the arrival of a new leader, Serge Elkiner, who was tapped to become its general manager. Hoffman is also somewhat new to the project, having arrived just as Paze was launching last year. He's bringing experience from his work as a business development executive for Apple Pay.

Some 70% of U.S. consumers don't use a digital wallet so there is a broad opportunity to attract new users without having to do battle with some of the long-time rivals in the field, namely Apple Pay and PayPal, Hoffman said. "They may use their card on file (online), but they're not using digital wallets – this is the consumer

69

Case 2:24-cv-01587-SMB    Document 377-2    Filed 04/11/26    Page 86 of 112

that we're going after," he explained.

Paze will be directed at consumers between 35 and 65 years-old who tend to be wealthy, and have been "protectionist" in their thinking about digital wallets, Hoffman said. This group has generally avoided using digital wallets so far, but they're likely to sign up for Paze if it's offered by their banks, just like they did with Zelle, he said.

"Consumers trust their banks – that's what we're hanging our hat on," he said.

When asked why it's taken so long to get the system rolled out, Hoffman suggested it was simply time spent developing the Paze technology. He conceded during the discussion that the Paze team is "still closing some technical gaps."

He also noted that getting bank card issuers up and running with Paze at the same time EWS was trying to add merchants to the system was no easy task.

Merchants offering the Paze payment option to their customers so far include retailers Sephora and Fanatics. Hoffman expects Paze will also add more merchants to the online Paze shopping ecosystem later this year.

70

# EXHIBIT J

# BANK ELGIBILITY TERMS: CHASE AND PNC

✕

Paze works with many major credit and debit cards from participating U.S. financial institutions. Existing eligible [1] consumer (not business or commercial) cards can be used in Paze at this time, and will only appear in your Paze wallet if the card has recently been used for an online purchase. Qualifying new credit and debit cards will be automatically added to your Paze wallet. Chase First Banking℠ debit cards, Chase High School Checking℠ debit cards, Chase business credit cards (such as Ink Business℠), Private Bank credit and debit cards, Chase Private Client Privileges cards, joint checking account debit cards, ATM-only cards, and credit card authorized user cards are not eligible.

[1] Existing Chase consumer customers with a digital profile (i.e., if you signed in to Chase Online℠ or the Chase Mobile® app) and who have recently used their Chase debit and/or credit card for an online purchase are eligible for Paze℠. Customers who open a new credit card and/or deposit account with debit card and also have a digital profile will have the new cards automatically added to your Paze℠ wallet. Paze℠ isn't currently available to Chase customers under the age of 18, business customers, commercial customers, Private Bank customers, joint checking account holders or credit card authorized users. Chase First Banking℠ debit cards, Chase High School Checking℠ debit cards, Chase business credit cards (such as Ink Business℠), and Private Bank credit and debit cards aren't eligible.

Paze℠ and Paze℠ related products are wholly owned by Early Warning Services, LLC. Message and data rates may apply.

Chase credit and debit cards and choose one to complete your purchase

We and our partners use cookies and other tools for advertising, to help stop fraud, and for other purposes. By using this site, you agree to how your          ✕

72

[Click here](#) for the Online Banking User Guide.

Revision date: September 7, 2023

## Online Banking Service Agreement
## Consumer and Business Accounts

**TABLE OF CONTENTS**

I.     ONLINE BANKING ELECTRONIC CONSENT FORM FOR CONSUMER
II.    INTRODUCTION
III.   ACCESSING YOUR ELIGIBLE ACCOUNTS
IV.    TERMS AND CONDITIONS
     A.    GENERAL ONLINE SERVICES TERMS AND CONDITIONS FOR ALL CUSTOMERS
     B.    ADDITIONAL ONLINE SERVICES TERMS AND DISCLOSURES FOR CONSUMER ACCOUNTS
     C.    TERMS AND CONDITIONS FOR INTERNAL TRANSFER FUNDS SERVICE
     D.    ONLINE BILL PAY SERVICE
     E.    E-BILLS/BILL DELIVERY AND PRESENTMENT
     F.    INFORMATION REVIEW AND IMAGES
     G.    ONLINE STATEMENTS
     H.    EXTERNAL TRANSFERS
     I.    EXTERNAL TRANSFER PAYMENTS
     J.    ALERTS
     K.    ACCOUNT DELEGATION
     L.    PNC BANK CREDIT CARDS
     M.    PNC PRIVATE BANK AND PNC INVESTMENTS CUSTOMERS
     N.    PNC MOBILE BANKING
     O.    PAZE^SM
     P.    HOW TO CONTACT US

I.    CONSENT FORM TO RECEIVE ELECTRONIC DISCLOSURES AND COMMUNICATIONS

IMPORTANT INFORMATION WILL BE FURNISHED TO YOU ELECTRONICALLY.

A.    READ THIS NOTICE CAREFULLY AND KEEP A COPY FOR YOUR RECORDS.

This Consent Form covers all of your accounts, products and services with PNC Bank, National Association, and its affiliates, that are accessible electronically either currently or in the future through a personal computer or mobile device.

Certain laws and regulations require PNC to deliver specific information to you "in writing", which means delivery of the information on paper. With the passage of the E-Sign Act, and similar state statutes, we may provide such information to you electronically if we present you certain disclosures (as contained in this Notice) and you agree (consent) to receive the information electronically. Your consent will also apply to any other person named on your account, product or service. Certain accounts such as Virtual Wallet are provided online and use electronic means to deliver information, and you must consent to this Notice in order to use such products or services.

You have the option to receive your account disclosures; electronic payment disclosures, including single payment or recurring payment authorization; payment program

73

This is from PNC Paze Terms and Conditions, they simply say "Eligible Card"

Fees or Business Checking Accounts and Related Charges and other applicable account documentation, and lines of credit are governed by the applicable line of credit agreement (collectively, your "Account Disclosures"). To the extent applicable, the Account Disclosures also apply to any electronic fund transfers made to or from your accounts by use of any of the Online Banking Services. This Agreement will control, however, in the event of any conflict between the Account Disclosures and this Agreement.

3.    Throughout this Agreement, the following terms will have the meanings set forth below:

a.    **"Access"** refers to the ability to obtain account information, electronic messages, transfer funds between accounts, or pay bills, receive bills, reorder checks, etc., or any other service offered online by PNC, as described further in this Agreement.

b.    **"Account"** means a checking, money market or savings account that is an Eligible Account.

c.    **"Account Agreement"** means the various agreements and disclosures that govern your account(s) at PNC. Such agreements include but are not limited to: for Consumers the Account Agreement for Personal Checking and Savings Account; Consumer Electronic Funds Transfer Disclosure Statement; Consumer Schedule of Service Charges and Fees; and the Consumer Information Privacy Principles; and/or any applicable home equity line of credit agreement. For Businesses the Account Agreement for your Business Account; Account Information: Business Checking Accounts and Related Charges and/or any applicable line of credit agreement.

d.    **"ATM"** will mean automated teller machine or banking machine.

e.    **"Biller"** is the person or entity to which you wish a bill payment to be directed or is the person or entity from which you receive electronic bills.

f.    **"Bill Payment Account"** is the designated checking account(s) from which bill payments will be made.

g.    **"Billing Account"** means the account(s) you have designated to be charged for any and all fees and charges associated with the Online Services.

h.    **"Business account"** means an account that is used for other than personal, family or household purposes.

i.    **"Business customer"** means the legal owner of a business account or an individual who is an authorized signer.

j.    **"Business days"** means Monday through Friday, excluding Saturday, Sunday and banking holidays set forth under the laws of the United States.

74

k.  **"Consumer"** means the owner of a personal account.

l.  **"Designated Account"** means your designated checking account, debit, or credit card, from which payments will be made.

m.  **"Due Date"** is the date reflected on your Biller statement for which the payment is due. It is not the late date or grace period.

n.  **"Eligible Accounts"** are those types of PNC accounts referred to in the User Guide, which may be accessed for Online Banking Services. Eligibility is based on account type and your customer to account relationship.

o.  **"Estimated Arrival Date"** is the day you would like your Biller to receive your bill payment. An Estimated Arrival Date that falls on a non-Business Day will be modified to be scheduled for the previous Business Day.

p.  **"ET"** means Eastern Time. **"CT"** means Central Time.

q.  **"Individual Payment Limit"** is a dollar amount that the Service may impose on any individual payment you attempt to schedule.

r.  **"Lending Account"** means an installment loan, line of credit account or credit card that is an Eligible Account.

s.  **"Online Banking"** means PNC Bank's online banking service which allows you to access transaction information on Eligible Accounts.

t.  **"Online Bill Pay"** means PNC Bank's Online Bill Pay service which allows you to perform payments to third parties from your Designated Account.

u.  **"Online Banking Services"** means collectively Online Banking, Online Bill Pay, and other computer banking services which PNC Bank may make available from time to time.

v.  **"Password"** means the confidential password or other confidential code assigned to you by PNC Bank or selected by you for identification purposes in connection with the use of Online Banking Services.

w.  **"Payee"** is the person or entity to which you wish a bill payment to be directed or is the person or entity from which you receive electronic bills.

x.  **"Payment Instruction"** is the information provided by you to Online Banking for a bill payment to be made to the Payee (such as, but not limited to, Payee name, Payee account number, Payee Amount, and Estimated Arrival Date).

y.  **"Personal account"** means an account that is maintained for personal, family or household purposes.

75

wireless carrier may charge you for data usage and text messaging services. Check with your wireless carrier for details regarding your specific wireless plan and any data usage or text messaging charges that may apply.

6. **Lost Phone Policy; Limited Liability; Interruption of Service**

In the event your enrolled mobile or cellular device is lost or stolen, you agree to update your enrollment information and make the appropriate changes to disable the use of such devices. You understand that there are risks associated with using a mobile device, and that in the event of theft or loss, your confidential information could be compromised.

PNC provides its PNC Mobile Banking service "AS IS" and "AS AVAILABLE" and without warranty or guarantee. You acknowledge and agree that from time to time, the service may be delayed, interrupted or disrupted periodically for an indeterminate amount of time due to circumstances beyond PNC's reasonable control including, but not limited to, any inaccuracy, interruption or delay in transmission by the telecommunications carrier used in conjunction with the Eligible Mobile Number you use to access the service, or any interruption, disruption or failure in the provision of the service, whether caused by strikes, power failures, equipment malfunctions or other reasons. PNC, its affiliates or a Licensor shall not be liable for any claim arising from or related to the PNC Mobile Banking service caused by or arising out of any such delay, interruption, disruption or similar failure. In no event will PNC or any affiliate, third party service providers or Licensor be liable for indirect, consequential, or special damages, including lost profits, arising from your use of the PNC Mobile Banking service, even if such damages were reasonably foreseeable and notice was given regarding them. These limitations will apply to all causes of action, whether arising from breach of contract, tort (including negligence) or any other legal theory.

7. **Opting Out**

For help with PNC Text Message Banking and Alerts, text "HELP" to 762265 or for Visa alerts, 468472. You may cancel PNC Text Message Banking & Text Alerts at any time by texting "STOP" to 762265, or for Visa alerts, 468472. By sending STOP, you agree to one additional confirmation message stating that you have opted out and will no longer receive text messages. To manage alerts via Online Banking, visit the Alerts tab to edit your Alerts Profile and Delivery Options.

8. **Other**

**Mobile Subscriber Information.** PNC may use information on file with your wireless operator to verify your identity and to protect against or prevent actual or potential fraud or unauthorized use of the PNC Mobile Banking Service ("Service").

You authorize your wireless carrier to use or disclose information about your account and your wireless device, if available, to PNC or its service provider for the duration of your business relationship, solely to help them identify you or your wireless device and to prevent fraud. See our Privacy Policy for how we treat your data.

You authorize your wireless carrier to disclose information about your account, such as subscriber status, payment method and device details, if available, to support identity verification, fraud avoidance and other uses in support of transactions for the duration of your business relationship with us. This information may also be shared with other companies to support your transactions with us and for identity verification and fraud avoidance purposes.

**Device Data.** We may share certain personal information and device-identifying technical data about you and your devices with third party service providers, who will compare and add device data and fraud data from and about you to a database of similar device and fraud information in order to provide fraud management and prevention services, which include but are not limited to identifying and blocking access to the applicable service or Web site by devices associated with fraudulent or abusive activity. Such information may be used by us and our third-party service providers to provide similar fraud management and prevention services for services or Web sites not provided by us. We will not share with service providers any information that personally identifies the user of the applicable device

Please refer to other sections in this Online Banking Services Agreement for important information and terms and conditions concerning the use of the Mobile Banking service. Such other sections include, but are not limited to, Consumer's Liability for Unauthorized Transfers; Terms and Conditions for Transfer Funds Service; and Online Bill Pay Service. Further, please refer to the PNC Mobile Banking Frequently Asked Questions (FAQs) and Help resource sections of Online Banking and www.pnc.com for more information and details concerning the Service or:
For customer service call 1-888-PNC-BANK (1-888-762-2265)

## O.  Paze<sup>SM</sup>

This Section O. applies to customers who have an Eligible Card that has been added to a Paze<sup>SM</sup> digital wallet.

### 1.    Description of Paze

The Paze digital wallet service ("Paze") is a digital wallet service offered by Early Warning Services, LLC ("Early Warning") that allows you to share tokenized payment credentials and related personal information for a selected Eligible Card with participating businesses to make purchases online. "Eligible Card" means a PNC debit and/or credit card, and the underlying account, that we have determined is eligible to be added to Paze.

Paze stores your Eligible Card credentials and related personal information in a digital wallet created for you. When your Eligible Card is added to Paze, your actual card number is tokenized and replaced with a unique digital card number. When you use Paze and select an Eligible Card from your Paze wallet, you choose to share your tokenized payment credentials and related personal information with participating businesses to make purchases online. Paze is only available online at participating businesses. Paze may not be available at all places where your Eligible Card is accepted.

77

**2.   Eligibility to Use Paze**

PNC, not Early Warning, will determine which of your PNC credit and/or debit cards are Eligible Cards. We reserve the right to add additional Eligible Cards to Paze in the future, and we will notify you when an Eligible Card is added to Paze. When your Eligible Card credentials and related personal information change, we may automatically provide updated information to Paze, Early Warning, and the applicable card network.

Certain eligibility criteria to use Paze apply. When you access or use Paze, you represent that: (a) you are a U.S. resident and (b) you are at least 18 years of age. Additionally, you must have enrolled in and have access to Online Banking and Mobile Banking, each Eligible Card must be in good standing, and you must not otherwise be restricted from using Paze based on any limitations imposed by us, Early Warning, the participating business, and/or any other financial institution or other third party associated with Paze.

PNC, in its sole discretion, has the right to modify or terminate the eligibility criteria to use Eligible Cards with Paze.

**3.   Eligible Card Agreements**

The terms and conditions applicable to your Eligible Card ("Eligible Card Agreement") do not change as a result of your Eligible Card being added to, or your using your Eligible Card through Paze and are applicable to your use of your Eligible Card through Paze. Notwithstanding any other provision of this Section O., in the event of a conflict between this Section O. and the terms and conditions of the Eligible Card Agreement, the Eligible Card Agreement will control. Any applicable interest, fees, and other charges that apply to your Eligible Card will also apply when you use your Eligible Card through Paze.

**4.   Activating Paze; Your Consent to Share Information**

Before you can use Paze, you must first activate Paze through PNC's or another participating bank's mobile app or online banking website, or through the checkout experience at a participating business.

After activation, by selecting and confirming an Eligible Card through Paze to process a transaction with a participating business, you are authorizing Early Warning to share your information with the participating business, such as your tokenized payment credentials, address, and other Eligible Card information or personal information needed to provide the Paze digital wallet service ("Eligible Card Information"). Paze will transmit the Eligible Card Information to the participating business or a third party the participating business engages, to enable processing of the transaction or to set up an online account with the participating business. You agree that the participating business or other applicable third party can transmit information about the transaction to the applicable card network for your Eligible Card and that your transaction will be completed using the Eligible Card you have selected. You understand that once you authorize the payment with the participating business, Paze is not involved in processing the transactions. The transactions will be reflected on your account for the Eligible Card you selected to make the payment.

You agree that we may collect, transmit, store, and use certain information about you and your use of your Eligible Card(s) through Paze. PNC will use, share, and protect your personal information in accordance with the PNC Privacy Policy, which explains how we collect and protect your personal information and how and why in certain cases we may share such information. Please review the disclosure found at www.pnc.com/privacy. You acknowledge that other third parties, such as Early Warning, will have access to certain details of the transactions you make using Paze. You acknowledge that PNC does not have control over the privacy and security of the information that you provide to such third party and that any information you disclose is subject to that third party's privacy policy and not the PNC Privacy Policy.

By activating and using Paze, you are also authorizing us, and Early Warning, to send you email alerts and text message alerts concerning your Paze transactions.

5.  **Use of an Eligible Card at a Participating Business**

You may be asked to confirm the authorized use of the Eligible Card when you access Paze by providing a one-time passcode that we or Early Warning send to you as an Alert, or by some other means as we may select from time to time.

All purchases made using your Eligible Card through Paze, including the delivery of such goods and services, returns, and warranties, are solely between you and the applicable participating business. You acknowledge that we do not endorse or make any warrants to you with respect to any participating businesses that accept Paze, and, unless otherwise required by law, we are not responsible for or liable for any loss or damage as a result of any interaction between you and a participating business. It is your responsibility to provide to Paze and/or the participating business your accurate shipping address.
Participating businesses and other third parties may present you certain discounts, rebates, or other benefits via Paze. You acknowledge and agree that we do not endorse or warrant any of these offers, and we are not responsible for or liable for any loss or damage as a result of your acceptance or use of an offer.

6.  **Removing Eligible Cards; Opting out of Paze**

You may remove an Eligible Card from Paze by visiting the Cards section of the PNC Mobile App or by contacting us at 1-888-762-2265. If you remove an Eligible Card from Paze, it will no longer appear in your Paze wallet and cannot be used to conduct transactions with Paze unless you subsequently add the Eligible Card to Paze.

Alternatively, you may, at your option, deactivate Paze entirely by opting out at mywallet.paze.com. If you deactivate Paze, you will no longer be able to use Paze at participating businesses unless and until you reactivate Paze.

7.  **Fees**

We do not currently impose a fee for using Paze. However, transactions made through Paze are subject to the applicable Eligible Account Agreement, which applies with the same effect and coverage, including any fees or other charges.

Your wireless carrier message and data rates may apply.

8.  **Suspension; Cancellation**

PNC Bank or Early Warning may discontinue offering Paze at any time. PNC Bank or Early Warning may suspend or cancel your use of Paze at any time without notice and for any or no reason. You agree that neither PNC Bank nor Early Warning will be liable to you or any third party for any blocking, suspension, cancellation, or termination of your use of Paze or of one or more Eligible Cards through Paze.

9. **PNC Bank and Paze**

Paze is a third-party service operated by Early Warning.  PNC is only responsible for providing information to Early Warning in order to allow you to use your Eligible Card(s) through Paze. PNC is not responsible for any failure of or inability to use Paze for any transaction.

Early Warning, each participating business, and other third parties may have their own terms and conditions and other policies, such as privacy policies, and you are subject to those agreements when you agree to utilize their products and/or services. Unless otherwise required by law, PNC Bank is not responsible for and does not provide support or assistance with any products or services offered by any participating business.

## V.    HOW TO CONTACT US

Emails from PNC are intended to inform you of our offers, promotions, and updates. PNC will never ask you for confidential account information to be sent by unsecured email. If you need to communicate sensitive customer information to PNC, you should go to the Customer Service page of pnc.com for options on how to contact us.

If you have concerns about the authenticity of email, text, or phone messages, please visit pnc.com/security for options on how to contact us.

A. **Consumers:**

Call us at 1-888-PNC-BANK

B. **Business Customers:**

Call us at 1-877-287-2654

C. **All customers:**

For TT access, contact us at 1-800-531-1648; or, write to us at:

1. **General Inquiries:**

PNC Bank, National Association
Online Banking Services
P7-PFSC-04-J
P.O. Box 600
Pittsburgh, PA 15230-9430

PNC Bank, National Association
TT: 1-800-531-1648
Equal Housing Lender

80

# EXHIBIT K

# VISA CO-BRANDING WITH APPLE PAY, GOOGLE PAY, AND SAMSUNG PAY.
# (GOOGLE SEARCH FOR "VISA AND PAZE" RESULTS)

**VISA**

For consumers        For issuers        For merchants

## Accept Fast Digital Payments for Your Customers in Stores and In-App



Overview        Getting set up        Shops        Financial institutions        Q + A



### Google Pay

Accept digital payments from nearly any Google device.

82

Google Pay gives your customers a simple, secure way to pay with Visa. From in-store purchases to in-app transactions, Google Pay works with nearly any Android device over any mobile provider. It's fast, convenient and easy to set up.

*Google Pay is only compatible on Android devices that are NFC and HCE-enabled and run KitKat 4.4 or later.*

# Benefits of Google Pay



## Secure acceptance

With Visa Token Service, every eligible, enrolled Visa card is assigned a virtual card number that's used for in store and in app Google Pay purchases. Actual account information is not shared, so customers can pay with peace of mind.





## A scalable platform

Simple checkouts mean easy transactions and happy customers. With Visa and Google Pay, you can streamline the payment process to help your business grow.

# Set up your business

Give your customers an easy way to check out in shops and online.



## Get an NFC terminal

All you need is an industry-standard, contactless-enabled POS terminal.

84



## Get the logo

Display the logo to let customers know you accept Google Pay.



## Add to your app

Integrate Google Pay with your app. Learn how at the developer website.

[Get started](#) ⟴



☰

# Visa with Samsung Pay

Overview     How it works     Show how you want     FAQs

## Enjoy the freedom of mobile payments on the go

Visa with Samsung Pay allows you to pay with your Visa card from participating banks, using selected Samsung devices[*] to pay for in-store and in-app purchases. Visa with Samsung Pay works wherever Visa contactless is accepted at over 400,000 places around the UK. The convenience of Visa is in your palm, even if your wallet isn't.

[*] Available with participating banks and compatible with selected Samsung devices.

## How it works



### Get the app

86

Available from the Samsung Galaxy Apps store

Download Here



## Add your Visa card

It's as simple as using your phone's camera to scan in your card from the Samsung Pay app.



## Make a purchase

Launch Samsung Pay with a simple swipe up from the bottom edge of your screen and authorise your payment securely with your fingerprint or iris scanner*. Place your device close to the contactless terminal to pay.

## Shop how you want

87



## Simple

Launch with a simple swipe up from the bottom edge of your screen, authorise with your fingerprint, iris scanner*, or pin and tap to pay.



## Secure

Multiple security levels, with fingerprint authorisation, tokenisation and Samsung Knox – keep your bank details private and protected.



## Here

Visa with Samsung Pay works with existing contactless terminals, meaning it's accepted almost everywhere[†] you can tap a contactless bankcard.

## Where you can shop

There are over 400,000 places across the UK that now welcome
Visa contactless payments





Back to Newsroom          Olympic Games Media Kit          **Visa Apple Pay Media Kit**          Corp  >

# Visa Apple Pay Media Kit

Visa and Apple® Opening a New Era of Payments
on Mobile Devices

Visa is proud to support the use of Visa Cards with Apple Pay™. Apple Pay lets you make purchases with your Visa card at over 220,000 stores and within apps in the App Store with just the touch of a finger, using the new iPhone 6, iPhone 6 Plus and Apple Watch with Visa Token Services.

Related Press Releases

- Apple Pay Available to Millions of Visa Cardholders ⤢ - October 16, 2014
- Visa and Apple Opening a New Era of Payments on Mobile Devices ⤢ - September 9, 2014

Blog Posts

- Apple Pay for Visa Cardholders ⤢ - October 17, 2014
- Welcome iPhone 6 ⤢ - September 19, 2014
- A New Era for Payments ⤢ - September 15, 2014

Click here to view more Apple Press info ⤢

B-Roll

View Apple Pay B-Roll ⤢

## Logos + Images

To save media, right click and "Save As" to download.

90



92

# "VISA AND PAZE" GOOGLE SEARCH RESULTS, NO CO-BRANDING OR ANNOUNCEMENTS

 visa and paze



AI Mode    All    Images    Shopping    News    Videos    Forums    More ▾    Tools ▾



✦ AI Overview                                                                                    ⋮

Paze is a digital wallet developed by major U.S. banks (including Chase, BofA, Wells Fargo) that securely consolidates eligible debit and credit cards—including Visa—for online checkout without manual card entry or new passwords. It acts as a secure, tokenized payment method that directly integrates with Visa and other networks, aiming to reduce cart abandonment.  Ⓟ Paze +3

**Key Aspects of Paze and Visa Integration:**

- **Automatic Enrollment:** Eligible Visa cards from participating banks are often already

Show more ⌄

93



Sep 4, 2025 — **Explore our guide to online payments**, from key components like payment gateways and digital processing to accepting payments securely.

## People also ask ⋮

Why is my card on Paze? ⌄

What cryptocurrency is Visa using? ⌄

Is Paze better than using a credit card? ⌄

How to use Paze at checkout? ⌄



Cybersource Developer Center
https://developer.cybersource.com › all › rest › paze  ⋮

### Authorize a Visa Payment on Paze with Merchant Decryption

The topics in this section show you **how to authorize a Visa payment on Paze** using the merchant decryption method. Previous topic Next topic. Back to top ...



Cybersource Developer Center
https://developer.visaacceptance.com › all › rest › paze  ⋮

### Processing Paze Transactions with Visa Acceptance Solutions ...

REST API fields for an authorization request. This section of the guide shows you **how to process Paze transactions** using the. Visa Acceptance Solutions.



Paze
https://www.paze.com  ⋮

### Meet Paze | Online Checkout

**Paze is an online checkout experience/solution** that makes it easy for you to make purchases. Offered by participating banks and credit unions.



Paze
https://www.paze.com › blog › how-money-moves-und...  ⋮

### How money moves: Understanding the payments ecosystem

   ✕  🎤  📷  🔍

 J.P. Morgan | Payments Developer Portal
https://developer.payments.jpmorgan.com › capabilities

## Paze | Payments Developer Portal - J.P. Morgan

**Paze is a digital bank wallet** offered by Early Warning Services (EWS), LLC. The Paze wallet provides your consumer with a frictionless payment experience.

 Paze
https://www.paze.com › blog › the-payments-ecosystem...

## The payments ecosystem: Who's who in the checkout ...

May 29, 2025 — Example: When you choose to check out with **Paze**, you're selecting a digital wallet that securely transmits your payment information to the ...

 Paze Developer Portal
https://developer.paze.com › public › docs › merchant-i...

## Merchant Integration Guide

A Merchant can use the **Paze Merchant B2B API** to request the 3-digit cryptogram within ten calendar Days of the consumer authentication event. Visa Tokenization.

My Account Access
https://card.myaccountaccess.com › credit › paze

## Paze - Digital Wallet

**Paze**$^{SM}$ is an online checkout solution that makes it easy for you to make purchases at participating merchants. It's offered by Elan Financial Services and ...

 Cybersource Developer Center
https://developer.cybersource.com › paze › all › rest

## Paze

Mar 2, 2026 — **Authorize a Visa Payment on Paze** with Merchant Decryption. The topics in this section show you how to authorize a Visa payment on Paze using the ...

## People also search for

Visa and paze **login**          Paze **wallet app**

Visa and paze **app**           **Where is** Paze **accepted**

95



Visa and paze **card**                    Paze **wallet login**

1  2  3  4  5  6  7  8  9  10          Next

Results are personalized - Try without personalization

**Barker, Lawrence, KS** - Based on your places (Home) - Update location

Help      Send feedback      Privacy      Terms

96