# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Early Warning Services, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Warren Vurl Johnson; Brandon O'Loughlin; and P.A.Z.E., LLC,<br><br>Defendants. | Case No. CV-24-01587-PHX-SMB<br><br>**[PROPOSED] ORDER ON PLAINTIFF EARLY WARNING SERVICES' EMERGENCY MOTION FOR LEAVE TO FILE AND MOTION TO SEAL A PORTION OF DEFENDANT JOHNSON'S RESPONSE TO THE ORDER TO SHOW CAUSE [377]** |

Upon consideration of Plaintiff Early Warning Services, LLC's Emergency Motion for Leave to File and Motion to Seal a Portion of Defendant Johnson's Response to the Order to Show Cause [377] pursuant to Federal Rule of Civil Procedure 26(c) and LRCiv 5.6(b), and for good cause shown, it is hereby **ORDERED** that:

    (1)    Plaintiff is granted leave to file its Emergency Motion to Seal;

    (2)    Plaintiff's Emergency Motion to Seal is granted in its entirety;

    (3)    The Clerk of Court shall place under seal the documents identified by docket numbers 377 and 377-2; and

1

(4)   Within seven (7) days of this Order, Defendant Johnson shall file a public copy of the foregoing documents with the following excerpts permanently redacted:

    a. Dkt. 377 at page 2, lines 4 through 6 ("EWS's active" through "and SEC");

    b. Dkt. 377 at page 4, lines 5 through 9 ("the Teams" through "*Sub-Exhibits H and I*");

    c. Dkt. 377 at page 4, lines 14 through 16 ("The specific" through "lawsuit");

    d. Dkt. 377 at page 4, lines 22 through 23 ("the Court knows" through "dismantling");

    e. Dkt. 377 at page 12, lines 8 through 9 ("that expose" through "violations");

    f. Dkt. 377-2, the entirety of pages 3–13 (Johnson's Notice of Authority);

    g. Dkt. 377-2 at 18, Mr. Johnson's addition in red font ("How do" through "stuff.");

    h. Dkt. 377-2 at 20–21, Mr. Johnson's addition in red font ("PAZE WALLET" through "IPO?");

    i. Dkt. 377-2 at 22, Mr. Johnson's 2-word addition in red font at the bottom of the page, just above the page number; and

    j. Dkt. 377-2 at 67 ("CONCEAL" through "CLAUSE").

It is **SO ORDERED**.