# EXHIBIT A

# ARIZONA COURT OF APPEALS ORDER ON IFP

DIVISION ONE
FILED: 03/17/2026
MATTHEW J. MARTIN,
CLERK
BY: MEW

IN THE

# COURT OF APPEALS

### STATE OF ARIZONA

### DIVISION ONE

| | |
|---|---|
| WARREN VURL JOHNSON, | ) Court of Appeals |
| | ) Division One |
| Petitioner, | ) No. 1 CA-SA 26-0109 |
| | ) |
| v. | ) Maricopa County |
| | ) Superior Court |
| EARLY WARNING SERVICES, LLC, | ) No. CV2023-010955 |
| | ) |
| Respondent. | ) |

**APPELLATE ORDER REGARDING
DEFERRAL OR WAIVER OF COURT FEES**

## SECTION 1. COURT FINDINGS

**THE COURT FINDS** that the applicant:    Warren Vurl Johnson   :

1. [ ]  **IS NOT ELIGIBLE FOR A FEE DEFERRAL OR A FEE WAIVER.**

OR

2. [X]  **IS ELIGIBLE FOR A FEE DEFERRAL BASED ON:**

   a. [X]   Financial eligibility.   As required by state law, the applicant has signed a consent to entry of judgment.

   b. [ ]   At the court's discretion (A.R.S. § 12-302(L)).   Good cause shown.   As required by state law, the applicant has signed a consent to entry of judgment.

OR

3. [ ] **IS ELIGIBLE FOR A FEE WAIVER BASED ON:**

   a.  [ ]   The applicant is permanently unable to pay.

   b.  [ ]   At the court's discretion (A.R.S. § 12-302(L)).

## SECTION 2. COURT ORDERS

**IT IS ORDERED:**

**A.  [ ]  WAIVER IS DENIED** for the following reasons:

1. [ ]  This is a class action. (A.R.S. § 12-302(K))

2. [ ]  The applicant is an ADCRR inmate awaiting transportation to ADCRR facilities or a non-ADCRR inmate, and this is not a domestic relations action. (A.R.S. § 12-302(K))

3. [ ]  The applicant was previously declared a vexatious litigant by any court, and this is not a domestic relations case. (A.R.S. § 12-302(K))

4. [ ]  The applicant is not permanently unable to pay, or the applicant has not established a receipt of benefits from the Supplemental Security Income (SSI) program. (ACJA § 5-206(F))

**B.  [ ]  WAIVER IS GRANTED** for all filing fees in this case that may be waived under A.R.S. § 12-302(H).

**C.  [ ]  DEFERRAL IS DENIED** for the following reason(s):

1. [ ]  The application is incomplete because it:

> You are encouraged to submit a complete application.

2. [ ]  The applicant does not meet the financial criteria for deferral because

   a. [ ]  The applicant did not provide proof that they are receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps.

   b. [ ]  The applicant did not provide documentation that they are currently receiving services from a non-profit legal aid program approved by the Arizona Supreme Court.

   c. [ ]  The applicant did not provide documentation that their income is insufficient or barely sufficient to meet the daily essentials of life and includes no allotment that could be budgeted to pay the fees necessary to gain access to the court.

   d. [ ]  Other reason:

3. [ ]  The applicant is an incarcerated felon, and this is not a domestic relations action. (A.R.S. § 12-302(E))

**D.  [X]  DEFERRAL IS GRANTED** for all filing fees in this case.

1. [X]  **THE APPLICANT MUST PAY AS FOLLOWS:**

   a. [X]  **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE OR AT THE CONCLUSION OF YOUR CASE.**

   b. [ ]  **PAYMENT PLAN.** The applicant must make payments until the amount due is paid in full as follows:

   > **Amount $** ____  **Frequency** ____
   > **Start Date** ____

Judicial Officer _____/s/_____    Date ___March 17, 2026___
                        Melina Brill, Judge Pro Tempore

## SECTION 3. APPLICANT RIGHTS AND RESPONSIBILITES

### 1. YOU HAVE THE RIGHT TO A JUDICIAL REVIEW IF THE COURT DENIES YOUR APPLICATION OR SETS A PAYMENT PLAN

If the court denies your application for a reason other than an incomplete application or sets a payment plan for you, you may request a judicial officer to review the decision by filing a **Request for Hearing** (Form No. AOCADFGF12F). You must file the request within 20 days of the day the order was mailed or delivered to you. If the court sets a payment plan for you, no payments will be due until the court reviews the request. The court will review the request as soon as reasonably possible.

### 2. YOU MAY SUBMIT AN APPELLATE SUPPLEMENTAL APPLICATION IF YOU BELIEVE YOU STILL CANNOT AFFORD TO PAY

If you do not pay the fees when they are due, you will receive a **Notice of Court Fees Due.** The **Notice of Court Fees Due** will remind you that you may submit an **Appellate Supplemental Application** (Form No. AOCADFGF9F) for further deferral or waiver if you believe you still cannot afford to pay your court fees. The court will review your **Appellate Supplemental Application** and decide at that time whether or not you must pay.

### 3. YOU HAVE A DUTY TO REPORT A CHANGE IN FINANCIAL CIRCUMSTANCES

An applicant who is granted a deferral or waiver must promptly notify the court of any change in financial circumstances during the course of the case that would affect the applicant's ability to pay court fees. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

## SECTION 4. NOTICE REGARDING CONSENT JUDGMENT

**A consent judgment may be entered against you for all fees that are deferred but remain unpaid 30 calendar days after issuance of a decision disposing of the case UNLESS:**

A. The fees are taxed to another party.

B. You establish a payment plan and make

E. Within 20 days of the date the court denies the Appellate Supplemental Application,

timely payments.

C. You file an Appellate Supplemental Application, and the court has not made a ruling on it.

D. In response to the Appellate Supplemental Application, the court orders the fees to be waived or further deferred.

o  You pay the fees.

o  You request a hearing. The court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time given by the court.

A copy of the foregoing was sent to:
Warren Vurl Johnson
L Eric Dowell
Adele Ponce

Arizona Supreme Court                                                        AOCADFGF2F-032725
Appellate Order Regarding Deferral or Waiver of Court Fees

# EXHIBIT B

# NINTH CIRCUIT DENIAL OF EWS MOTION TO DISMISS AND
# ORDER ON JOHNSON'S IFP STATUS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EARLY WARNING SERVICES, LLC,<br><br>       Plaintiff-ctr-defendant - Appellee,<br><br>  v.<br><br>BRANDON O'LOUGHLIN and P.A.Z.E. LLC,<br><br>       Defendants,<br><br>WARREN JOHNSON,<br><br>       Defendant-ctr-claimant - Appellant,<br><br>SARA STADLER,<br><br>       Counter-defendant. | No. 25-6052<br><br>D.C. No.<br>2:24-cv-01587-SMB<br>District of Arizona,<br>Phoenix<br><br>ORDER |

Before: OWENS, MILLER and BUMATAY, Circuit Judges.

The motion (Docket Entry Nos. 8 and 9) to file under seal the affidavit in support of the motion to proceed in forma pauperis and supporting exhibits is granted. The clerk will file publicly the motion to seal (Docket Entry Nos. 8-1, 9-1). The clerk will maintain under seal the affidavit in support of the motion to proceed in forma pauperis and the supporting exhibits (Docket Entry Nos. 8-2, 9-2, 9-3).

The motion (Docket Entry No. 8) to proceed in forma pauperis is granted.

The motion (Docket Entry No. 12) to dismiss this appeal for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief is due April 24, 2026. The answering brief is due May 26, 2026. The optional reply brief is due 21 days after the answering brief is served.

Appellant is not required to submit excerpts of record. If appellant does not submit excerpts, appellee must submit all documents cited in the pro se opening brief or otherwise required by the rules. *See* 9th Cir. R. 30-1.