



# Brand Protection Strategies



April 4, 2019

## George Chen
(602) 364-7367
George.Chen@BCLPlaw.com

## Warren Johnson
(480) 426-2115
Warren.Johnson@EarlyWarning.com

# EXHIBIT A

# PUBLICLY AVAIABLE CLE PRESENTATIONS OF EWS BRAND AND IP STRATEGIES

 

# Brand Protection Strategies



April 4, 2019

**George Chen**
(602) 364-7367
George.Chen@BCLPlaw.com

**Warren Johnson**
(480) 426-2115
Warren.Johnson@EarlyWarning.com

---

# Agenda

- Introductions
- What Is a Brand?
- Preparing to Protect the Brand
- Strategies to Protect the Brand
- Implementing Protections for the Brand
- Q&A

 

2

*1*

# Agenda

- Introductions
- **What Is a Brand?**
- Preparing to Protect the Brand
- Strategies to Protect the Brand
- Implementing Protections for the Brand
- Q&A



3

# What Is a Brand?

To *protect* anything you must understand it.

- So let's understand a "brand"… Sounds simple enough
  - But is it…?
- The definition will provide the framework for what we are protecting in the first place.
- Of course the ultimate goal is protect a particular brand
  - Not all brands, just *your/my/our* brand



4



## What Is a Brand?

- A "Brand" in general – <u>the good and the bad</u>
  - Is a subjective impression that lives in the mind of consumers
  - Is *portrayed, communicated, and established* by the goods and services originating from a source ("Providers") , **but...**
  - Is **actually created**, often unknowingly, in the mind of consumers who:
    - see the portrayals,
    - hear the communications, and
    - receive goods and services from the Providers. (arguably most important)

- THE BRAND IS IN THE EYE OF THE BEHOLDER





## "My" Brand

- To a **Brand Owner** the **Brand Identity** is:
  - a promise to a Consumer
    - the insurance policy for when that promise is broken.
  - something protected over time through differentiation and consistent use by the Brand Owner.
  - the first chance at getting a consumer to identify and chose the Brand's service/product over others.
  - The physical and mental availability of the Consumer while shopping –

<u>Branding is the experience made to win a piece of the Consumer's limited mental availability – Zero Sum Game if you will</u>



*3*



**What You Think Your Brand is...**

CORPORATE CULTURE

MARKETING AND COMMUNICATIONS

GOODS AND SERVICES

---

## "Their" Brand

- To a **Consumer**, the **Brand** is:
  - an identifier and source of loyalty.
  - the indicator of a strong bond the supersedes the customer merchant relationship.
  - the differentiator of one Source of goods and services from others.
  - the first impression of the quality or desirability of a product or service.
  - fairly static and requires great interaction and contemplation to build and/or change
  - a shortcut to predicting how an offered good or service will perform.

WHERE A SATISFIED CUSTOMER MAY LEAVE, A LOYAL CUSTOMER WILL STAY AND REMAIN INTO THE FUTURE





*4*



## Brand ⧦ Trademark

- While a trademark is not a brand, it can represent one
- A trademark creates efficacy for Providers to identify a Brand
- A trademark tells a consumer the source of a good or service
- If  you learn nothing else, <u>learn this</u>:

or more specific to our purpose

<u>TRADEMARKS EXIST TO PROVIDE CONSUMERS A "SHORT CUT" FOR LINKING A BRAND TO A PROVIDER OF GOODS AND SERVICES</u>



# Agenda

- Introductions
- What Is a Brand?
- Preparing to Protect the Brand
- Strategies to Protect the Brand
- Implementing Protections for the Brand
- Q&A



11

# Why Protect the Brand at All?

## Production in the 21st century – a growing smile

Value added

2017
1970

R&D Design | Manufacturing | Branding After-sales services

Stage of production

WORLD INTELLECTUAL PROPERTY REPORT 2017
https://www.wipo.int/edocs/pubdocs/en/wipo_pub_944_2017.pdf

12



# Country of Brands

 BRYAN CAVE LEIGHTON PAISNER

13



# Preparing to Protect

- The life a Brand begins before any product or service is provided.
  - AND SO SHOULD THE PROTECTION
- To Protect a Brand is to Protect the Consumer...
- Brand protection *must* include: (normally from in-house
  - TRAINING EMPLOYEES
  - RESEARCHING THE MARKET AND COMMERCE CHANNELS
  - PRIORITIZING MARKS TO BEST PROTECT THE BRAND

BRYAN CAVE LEIGHTON PAISNER

14

## Preparing to Protect – "Best Practice"

<u>Note:</u> In reality in-house counsel may not be at the front line when it comes to releasing new Brand planning

- **Nevertheless a Brand will need protection**

Best Practice: (the easy way, the fairy tale way, the Disney® way [literally?])

- Trademarks – have a supply of allowed 1(b) trademark applications to chose a Brand identifier.
- Agreed upon and strategic name, logo, tagline, look and feel (Brand Identity).
- Trade Dress vs Design Patent protection decided.

 

15

## Preparing to Protect – "Best Practice"

- Best Practice: *(Let's keep this fantasy going)*
  - Clearance on the name is completed and the name is clear
  - Domain Names have been registered
  - Social Media handles secured
  - Whether licensing will take place has been addressed
  - Marketing portal w/ pre-designed material available for public
  - Will brand be a conglomerate or become a standard

 

16

*8*

## Prioritizing to Protect – REAL Practice

# NEVERMIND ALL THAT NOW..

# IT'S OKAY TO LAUGH AT THE "BEST PRACTICES" SLIDES… IT CAN BE FUN TO DREAM…





17

## Prioritize to Protect – REAL Practice

### WE INTERUPT YOUR FANTASY TO BRING YOU THIS FROM REALITY

WHISPERS -> "Best Practice" may as well be a law school course

Oh wait, it is!!!

TRUTH- There are constraints on our abilities such as time and space.

- Best Practice is the practice of *PRIORITIZING*.
  - Choice of mark is top priority
  - Counsel is needed to understand:
    - How the trademark will be used proper trademark use
    - *Always* get multiple name options from marketing (6 is good number)
    - Run searches, clearance, and register as quickly as good judgement allows





18

## Prioritize to Protect – REAL Practice

- BACK TO REALITY

Best Practice is the practice of *prioritizing.*
- Next priority is channels…. All of them: <u>INTERNAL AND EXTERNAL</u>
  - Channels/mediums of commerce for Branded good/service
    - Internet, geographic regions, store shelves, third parties, subscriptions, etc.
  - Channel of communication w/ consumers
  - Channels of inter-company communication
    - Marketing
    - Product teams
    - Communications





19

## Prioritize to Protect – REAL Practice

TRUTH - Best Practice is the practice of *prioritizing.*
- Overall Brand Protection Strategy
  - After the bare necessities of communication and identification take a step back and get organized
  - Decide on
    - House Marks being used or Sub-Marks
    - Jurisdictions to file in outside home country
    - Tagline protection
    - Domains, domains, domains, domains  - MUST HAVE A STRATEGY
    - Copyright Registrations

**BRING IT ALL TOGETHER**





20

*10*

## Training to Protect – At Least 2

• There should be two mandatory trainings for any major Brand

New Employee Training
• Introduce the Brand(s), their value, and the protections used.
• Give basic Branding Guidelines and summarize why.
   • Company Values, Trademark Law, Marketing Strategy
• The Brand is sacred.
• Last but not least: the golden rule of branding.
   • TREAT OTHER'S BRANDS AS YOU WOULD WANT YOURS TREATED




21

## Training to Protect - At Least 2

• There should be two mandatory trainings for any major Brand

Heavy Training as these are the vessels through which consumers will receive the Brand Identity
   • Strict guidelines on trademark usage
   • Trademark clearance and the process of registration
   • Trademarks are to protect consumers and the brand they maintain
   • Licensing of Marks, Quality control, Approved Public facing materials
   • Exceptions are a dangerous path. Stick to the Guidelines
   • CULTURE OF CONFIDENTIALITY




22

# Research to Protect

Knowledge is your best friend for *Prioritizing*, so research

- EXTERNAL RESEARCH
  - The product/service tied to the Brand
  - Sales geography
  - Top Level Domains
  - Competing Brands
    - Copying is the most flattering... whatever. Take ideas where you can get them.
  - Technology, patents, innovation maps, current patent litigation.





23

# Research to Protect

Knowledge is your best friend for *Prioritizing*, so research

- <u>INTERNAL RESEARCH</u> is just as important if not more so.
  - Understand the overall scheme from all departments to the best of your abilities.
  - Become a liaison between technology, sales, marketing, communications, executives, and accounting.
  - Have representation in as many meetings as possible.

**THIS IS WHERE YOUR TRAINING PAYS OFF. COWORKERS CAN'T CALL UPON YOU IF THEY DON'T KNOW WHEN OR HOW.**





24

*12*

## Preparing to Protect

- Brand vs. Trademark

- Trademark
  - Anything that (1) identifies a source of products or services and (2) distinguishes the source from another source

  - Does not identify a product or service
  - Does not protect a business itself
  - Does not protect against all uses of the trademark





25

## Preparing to Protect

- Examples of trademarks
  - Words
  - Tag lines
  - Logos / designs
  - Colors
  - Sounds
  - Smells





26

*13*

# Agenda

- Introductions
- What Is a Brand?
- Preparing to Protect the Brand
- **Strategies to Protect the Brand**
- Implementing Protections for the Brand
- Q&A





27

# Strategies to Protect

BEFORE WE GET STARTED:
NEVER FORGET, AND DO NOT LET OTHERS
THAT YOU COUNSEL FORGET:

TO PROTECT YOUR BRAND IS
TO PROTECT YOUR CONSUMERS…
ALWAYS





28

*14*

# Strategies to Protect

- Referencing the *Prioritizing* section:

  - Corporate/**Primary Brand** Identity = House Mark/*Primary* Mark
    - Not necessary, different than a corporate/legal name
    - Most important in some cases
    - May be somewhere inbetween

  - Product/**Secondary Brand** Identity = Sub Brand/*Secondary* Mark
    - May be more important than the Parent





29

# Strategies to Protect - BRANDS

- Referencing the *Primary* versus *Secondary* Brands:
  - **Maximum Protection**
    - Every channel addressed
    - Every Protection Mechanism Used
    - Every Jurisdiction Goods and Services are Offered.

  - **Secondary Protection**
    - Most popular Channels
    - Strongest Mechanisms – lockups with Primary Brand Identifiers
    - Incorporated, Manufacturing, some sales areas





30

*15*

## Strategies to Protect - MARKS

- Primary Mark
  - Branding Guidelines
    - Created Clear and Enforced internally and externally
    - <u>LET THE LEGAL REQUIREMENTS OF UNFAIR COMPETITION LAW BE THE BASELINE</u>
    - MARKETING AND PRODUCT GROUPS CAN START WITH THAT AS A MINIMUM
  - Any License granted to use a Primary Mark is a lending of your Primary Brand and *consumer protection* must be accounted for… ALWAYS.
    - *must* include adherence to the Branding Guidelines
    - *must* include quality controls and oversight – review of any public facing collateral
    - *must* have consideration/value in return – don't allow use for free
- Secondary Mark





31

## Agenda

- Introductions
- What Is a Brand?
- Preparing to Protect the Brand
- Strategies to Protect the Brand
- **Implementing Protections for the Brand**
- Q&A





32

*16*

# Implementing Protections

- Trademark
  - Anything that (1) identifies a source of products or services and (2) distinguishes the source from another source



The Trademark Spectrum

Generic — Generic terms can't function as trademarks — Descriptive — Suggestive — Fanciful / Arbitrary

Weak ← → Strong

BRYAN CAVE LEIGHTON PAISNER

Zelle — THIS IS HOW MONEY MOVES.

33

---

# Implementing Protections

- Trademark
  - Anything that (1) identifies a source of products or services and (2) distinguishes the source from another source

- Avoid
  - Confusion with a 3rd party trademark
  - Dilution of a 3rd party trademark
  - Suggestion of a false affiliation with a 3rd party

- Trademark searches

BRYAN CAVE LEIGHTON PAISNER

Zelle — THIS IS HOW MONEY MOVES.

34

*17*

## Implementing Protections

- Federal trademark registrations
  - 15 U.S.C. § 1051 et. seq.
- State trademark registrations
  - A.R.S. § 44-1441 et. seq.
- Foreign trademark registrations
- Trademark classifications
- Trademark families





35

## Implementing Protections

- Design patents
  - Protects ornamental appearance of a product
  - 35 U.S.C. § 171 et. seq.
- Copyrights
  - Protects an original work of authorship
  - 15 U.S.C. § 101 et. seq.
- Trade dress
  - Protects the "look and feel"
  - *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763 (1992).





36

*18*

## Implementing Protections



TRADEMARKS

TRADE DRESS

PATENTS

COPYRIGHTS



37

## Implementing Protections

- Domain name registrations
  - New top level domains
    - BannerHealth.info
    - ASM.biz
    - ASU.university
  - Typosquatting
    - BestWestrn.hotels
    - Carvanna.cars
  - Country codes
  - XYZsucks.com



38

*19*

## Implementing Protections

- Social media

   



39

## Implementing Protections

- Policing
  - Watch notices
  - Online search engine key words
- Licensing
  - Brand guidelines
  - Naked licensing
- Enforcing
  - Trademark oppositions
  - UDRP (Uniform Domain-Name Dispute-Resolution Policy)
  - U.S. Customs registrations
  - Litigation



40



## Implementing Protections

- Minimum advertised prices (MAP)
- Authorized dealer programs





41

## Agenda

- Introductions
- What Is a Brand?
- Preparing to Protect the Brand
- Strategies to Protect the Brand
- Implementing Protections for the Brand
- Q&A





42

*21*

# Questions?

|  |  |
| --- | --- |
| **George Chen** | **Warren Johnson** |
| 602.364.7367 | (480) 426-2115 |
| George.Chen@BCLPlaw.com | Warren.Johnson@EarlyWarning.com |
| www.LinkedIn.com/in/ChenGeorge | www.linkedin.com/in/warrenvjohnson |
| **Bryan Cave Leighton Paisner LLP** | **Early Warning Services, LLC** |
| Two North Central Avenue, Suite 2100 | 16552 N. 90th Street, Suite 100 |
| Phoenix, Arizona  85004 | Scottsdale, AZ 85260 |





43

*22*

# EXHIBIT D

# GENERAL IP CLE PRESENTAION FROM ACC WEBSITE

# EXHIBIT E

# CLE PRESENTATION GIVEN BY DEFENDANT WITH BRYAN CAVE - PUBLICLY AVAILABLE VIA ACC WEBSITE

https://www.acc.com/sites/default/files/2023-01/CLE%20Materials%20Genersl%20Issues%20in%20IP.pdf



# General Issues in IP: Trade Secrets, Patents, Trademarks & Copyrights



## August 30, 2022

| Cory Smith | Warren Johnson |
|---|---|
| **BCLP** | **Early Warning Services** |
| (602) 364-7442 | (480) 426-2115 |
| Cory.Smith@BCLPlaw.com | Warren.Johnson@EarlyWarning.com |

© 2022 Bryan Cave Leignton Paisner LLP. All Rights Reserved.

# When IP?

- TWO MAIN AREAS OF _EVERY_ BUSINESS WHERE IP CAN BE MOST EFFECTIVE:
  - THE BRAND – "Branding is an ongoing process of looking at your company's past and present...and then creating a cohesive personality for the company and its products going forward."
    **\*ONE OF MANY DEFINITIONS OF THE "BRAND"**

  - INNOVATIONS AND TECH – NEW METHODS, IDEAS OR PRODUCTS; INTERNAL OR CONSUMER FACING; SLIGHT IMPROVEMENTS TO CURRENT PRODUCTS/SERVICES, R&D, ETC.

- INTELLECTUAL PROPERY PAYS OFF IN THE LONG RUN, IT PROTECTS THE ADVANTAGES CREATED BY ALL THE WORK AND EFFORT PUT INTO THE ABOVE.... LET ME SHOW YOU.

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

# Who Doesn't Like a Matrix



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.





# Definitions

1. <u>TRADE SECRET</u> – any information used in business that gives a competitive advantage over those who do not know the information, and that the owner has taken reasonable steps to keep secret.

2. <u>PATENT</u> – the right to exclude others from making, using, selling, and importing your claimed invention.

3. <u>COPYRIGHT</u> – the right of an author of a work to control the copying, modifying, distributing, publicly displaying, and publicly performing of the work.

4. <u>TRADEMARK</u> – a name or symbol (or domain name) used to identify the source for goods or services.

BRYAN CAVE LEIGHTON PAISNER BLP

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

# Intellectual Property

TRADEMARKS

PATENTS

COPYRIGHTS

TRADE SECRETS

**Confidential Proprietary Top Secret**

BRYAN CAVE LEIGHTON PAISNER BLP

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

## Scope

A "TRADE SECRET" is:

1) **any information** (including a formula, pattern, compilation, program, device, method, technique, or process),

2) **used** in one's business,

3) that provides a **competitive advantage** over those who do not know the secret(s), and

4) the owner has taken **reasonable measures** to keep secret.



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

10

## Trade Secrets

- Can last forever if kept secret
- Examples
  - Customer lists
  - Supplier lists
  - Product formulas
  - Process of formulating test questions
  - A set of pre-packaged software modules and graphics from specific vendors
  - Computer troubleshooting manuals
  - Manufacturing processes
  - Software sub-routines
  - Pricing methods



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

11

# How to Commit Trade Secret Misappropriation

Types of Trade Secret Misappropriation:

1. Acquired through "improper means"
2. Unauthorized use or disclosure
3. Use or disclosure with <u>knowledge</u> that secret was:
   - Acquired by improper means,
   - Disclosed in violation of a duty to keep secret, OR
   - Acquired by accident or mistake.

"Improper means" include theft, bribery, misrepresentation, electronic espionage, *etc.*, but does NOT include independent invention, reverse engineering, or observing public use, display, or publication.

BRYAN CAVE LEIGHTON PAISNER BCLP

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

12

# How to Commit Trade Secret Misappropriation



BRYAN CAVE LEIGHTON PAISNER BCLP

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

13

# How to Protect Trade Secrets

- Identify and Mark Trade Secrets
  - Identify particular types of information that give a competitive advantage
  - Mark documents with confidential legend on each page in header/footer
  - Catalog trade secrets



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.    16

# How to Protect Trade Secrets

- Physical Security
  - Access to grounds and buildings
  - Restrict who can visit
  - Require badges for employees
  - Require badges for visitors
  - Visitor Log
  - Escort visitors through premises



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.    17

# How to Protect Trade Secrets

- Limited Access Procedures
  - Locked files
  - Password-protected files
  - Trade secrets available to employees only on a need-to-know basis
  - Secure waste receptacles for disposal of confidential information
  - For certain key trade secrets
    - Keep printed original documents in bound form
    - Have custodian of documents
    - Can be signed out only to those with access rights
    - Restrict copying or taking off site



BRYAN
CAVE
LEIGHTON
PAISNER

© 2022  Bryan Cave Leighton Paisner LLP.  All Rights Reserved.    18

# How to Protect Trade Secrets

- Agreements
  - Confidentiality and Non-Disclosure Agreements
    - Include both disclosure and use restrictions
  - Customer and Supplier Agreements
  - Employee and Contractor Agreements
    - Prior Employer Confidential Information
    - Non-Compete Restrictions (current & prior employer)
    - Non-Solicitation / Non-Hiring / Non-Interference Restrictions (customer, vendor, employee)
    - Entrance and Exit Interviews
      - Confirm confidentiality obligations
      - Ensure return of confidential materials



BRYAN
CAVE
LEIGHTON
PAISNER

© 2022  Bryan Cave Leighton Paisner LLP.  All Rights Reserved.    19

# Lost Trade Secrets

- Examples of trade secrets lost through inadequate protections:
  - Former employee used manufacturer's customer lists, but the manufacturer did not have NDAs with its marketing reps.
  - Former employee used manufacturer's processes, customer lists, and supplier lists, which were provided only on a need-to-know basis, but were not marked confidential.
  - Former employee used manufacturer's designs, but despite NDA, designs were not marked confidential, were discarded in trash rather than shredded, and were kept in unsecured areas with lax visitor policies.
  - Parts supplier went to great lengths to preserve secrecy among its employees, but customers who toured its facility were not required to sign confidentiality agreements.

BRYAN CAVE LEIGHTON PAISNER BLP

© 2022  Bryan Cave Leighton Paisner LLP.  All Rights Reserved.   20

# REASONABLE MEASURES?



"My, my, we're just a little overprotective of our proprietary knowledge, aren't we?"

"Do you really think that will protect your intellectual properties?"

© 2022  Bryan Cave Leighton Paisner LLP.  All Rights Reserved.

# Do Your Part to Protect Trade Secrets

- THE CULTURE OF CONFIDENTIALITY
  - ALWAYS BE AWARE OF WHAT YOU ARE TALKING ABOUT AND TO WHOM
  - IF THERE IS *ANY DOUBT* CONTACT YOUR IP EXPERT
  - "NEED TO KNOW" CULTURE, DOESN'T MATTER WHO THEY ARE OR WHAT THEY CLAIM THEY ARE DOING, THEY DON'T NEED TO KNOW

- TRUST AN NDA....? I DON'T THINK SO....
  - SOME TRADE SECRETS ARE SO VALUABLE AND SO REVERSE ENGINEER-ABLE THAT THERE IS NOTHING TO SAY BUT "NO"

  EXAMPLES: AT EARLY WARNING IT IS OUR MODELS, SEGMENTATION TECHNIQUES, THE DATA ATTRIBUTES USED, AND OUR FUZZY LOGIC, ETC.

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.



22

---

# EXAMPLES – losses from T. S. Theft ~ $200-600 Billion Yearly (1-3% of GDP)

- The Masters of the Secret

  - Coca Cola
  - Google Search Algorithm
  - Baseball rubbing mud
  - KFC
  - NY Times Best Seller
  - Listerine
    - Even after it became public the royalties were not negated because they were contractual
  - Twinkles
  - WD-40

  - Berglas Effect Card Trick
  - Plasma Screens (stolen from Samsung)
  - DuPont
    - The layout of their manufacturing facilities
    - The chemistry, the mixing, etc.
  - Big Mac Special Sauce
  - Symbols on Led Zeppelin's Album

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.



## Patent Rights

- Definition
    - The right to <u>exclude</u> others from:
        - ➤ Making
        - ➤ Using
        - ➤ Selling
        - ➤ Importing
- A "negative monopoly"

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.



27









## ~~Trademark~~ VS ~~Corporate~~ Entity
### ADJECTIVE        VS        PROPER NOUN

TRADEMARK (adjective): a distinctive, source identifying mark *associated* with goods and/or services.

Corporate Entity – Legally identified as a name of a corporate entity

Trademark – Legally identified as a descriptor of goods and services

Example: **Harley Davidson, LLC** *versus*
                         **Harley Davidson® Motorcycle**
Or: Early Warning Services, LLC *versus* Early Warning®



© 2022  Bryan Cave Leighton Paisner LLP.  All Rights Reserved.        48

---

# Audience Participation...

- Think about your company's name... then think about your company's brand

- The brand should represent the totality of your company: the culture, the products, the customer service, the employees activities, associations, etc.

- Now think about you company's trademarks: product names, the name of the company, a service's name

- Note how the Brand is triggered by the trademarks and not necessarily the company name

- This is why trademark consistency and clarity is so important, to build the bond with the customer



© 2022  Bryan Cave Leighton Paisner LLP.  All Rights Reserved.        49

## Fair Use is an Option....

### Again, Infringement Yes, Illegal No... Competitive Marketing

  

With Comparative marketing the trademark is being used properly, to reference the source of the product being compared.
This is okay when <u>done in moderation</u>...notice there is not "Coke-a-Cola" on the can. One must be careful even when fairly using *the most trusted brand in the world*.

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

52

BRYAN CAVE LEIGHTON PAISNER BLP

---

## Trademark Practical Tips

- Offensive
  - Identify all brands / trademarks
  - Apply for a trademark registration to prevent others from using a confusingly similar trademark
  - Build strong recognition for the trademark
  - Register domain names & social medial accounts
  - Police the marketplace, including on the Internet
- Defensive
  - Avoid confusion with other brands/trademarks
  - Avoid dilution with other brands/trademarks
  - Do not suggest a false connection with another company

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

53

BRYAN CAVE LEIGHTON PAISNER BLP



© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.

# Copyright Rights

- The right to do and authorize others to do:
  - Copying
  - Preparing derivative works
  - Distributing
  - Publicly performing
  - Publicly displaying

© 2022 Bryan Cave Leighton Paisner LLP. All Rights Reserved.



# Copyright Practical Tips

- Offensive
  - Review all significant works of authorship
  - Consider applying for a copyright registration before or soon after publication
- Defensive
  - Employment agreements should prohibit use of former employer's copyrights
  - Do not copy or be "inspired by" other works
  - Document independent creation
  - Innocence is the best defense



© 2022  Bryan Cave Leighton Paisner LLP.  All Rights Reserved.   66

---

# Questions?

| Cory Smith | Warren Johnson |
| --- | --- |
| Bryan Cave Leighton Paisner LLP | Early Warning Services, LLC |
| 602.364.7442 | 480.426.2115 |
| Cory.Smith@BCLPlaw.com | Warren.Johnson@EarlyWarning.com |
| www.LinkedIn.com/in/cory-smith-2710566 | www.linkedin.com/in/warrenvjohnson |



© 2022  Bryan Cave Leighton Paisner LLP.  All Rights Reserved.   67